# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WISCONSIN GAS, LLC,

                              Plaintiff,        Case No. 20-CV-1334

    v.

AMERICAN NATURAL RESOURCES COMPANY,                    **MINUTE SHEET**

                              Defendant.

---

**Hon. Stephen C. Dries, presiding.**        **Deputy Clerk:** Katina Hubacz

**Type of Proceeding:** RULE 16 TELEPHONIC SCHEDULING CONFERENCE

**Date:** October 26, 2020 at 9:30 AM        **Court Reporter:** AT&T

**Time Commenced:** 9:30 AM        **Time Concluded:** 9:39 AM

**Appearances:**    **Plaintiff:**    Joseph A. Cancila, Jr, James Goldschmidt, Deborah Bone

                      **Defendant:**    James F. Thompson, Mitch F. Engel

**Comments:**
Plaintiff gives background of the case. Defendant discusses Cliff's tolling agreement. Have mediation scheduled in December. Honeywell tolling agreement date is March 1, 2021.

Rule 26(a)(1) Initial Disclosures due by: **November 9, 2020**

Amended Pleadings due by: **July 30, 2021**

Joint Proposed Schedule due by: **August 6, 2021**

Parties are proposing to come back in August of next year. In meantime, plan to engage in paper discovery. No additional dates will be set at this time.