# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN GAS, LLC,

          Plaintiff,

    **v.**                                              **Case No.   20-CV-1334**

AMERICAN NATURAL RESOURCES
COMPANY,

          Defendant.

---

## SCHEDULING ORDER

---

On October 26, 2020, the Court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Joseph A. Cancila, Jr., James Goldschmidt, and Deborah Bone; appearing on behalf of the defendant was Attorney James F. Thompson and Mitch F. Engel.

    **NOW, THEREFORE, IT IS HEREBY ORDERED**:

1. The parties shall exchange their initial disclosures in accordance with Fed. R. Civ. P. 26(a) no later than **November 9, 2020.**

2. The parties may join other parties and amend the pleadings without leave of court no later than **July 30, 2021.**

3. The parties shall submit a joint proposed schedule no later than **August 6, 2021.**

4. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Katina Hubacz is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-1200; Katina_Hubacz@wied.uscourts.gov

Courtroom Deputy Tony Byal is responsible for all matters in which the case number

ends in an odd number and can be reached at 414-297-3373;

Tony_Byal@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin, this 26th day of October, 2020.

STEPHEN C. DRIES
United States Magistrate Judge

2