IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Wisconsin Gas LLC,<br><br>        Plaintiff,<br><br>v.<br><br>American Natural Resources Company,<br><br>        Defendant. | Case No. 2:20-cv-1334 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DEBORAH BONE

Deborah Bone respectfully moves for leave to withdraw her appearance in the above-captioned matter, previously entered on behalf of Plaintiff Wisconsin Gas LLC ("Wisconsin Gas"). Wisconsin Gas will continue to be represented in this matter by attorneys from Riley Safer Holmes & Cancila LLP and Quarles & Brady LLP.

Dated: December 30, 2020

Respectfully submitted,

/s/ Deborah Bone
Joseph A. Cancila
Deborah Bone
RILEY SAFER HOLMES & CANCILA LLP
70 W Madison Street
Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 471-8701 (fax)
jcancila@rshc-law.com
dbone@rshc-law.com

James Goldschmidt
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
(414) 277-5663

james.goldschmidt@quarles.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System, which will send notice of the filing to counsel for all parties having appeared of record.

/s/ Deborah Bone
Deborah Bone
RILEY SAFER HOLMES & CANCILA LLP
70 W Madison Street
Suite 2900
Chicago, IL 60602
(312) 471-8767
dbone@rshc-law.com