UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WISCONSIN GAS LLC,

        Plaintiff,

        v.                                    Case No. 2:20-cv-1334

AMERICAN NATURAL RESOURCES
COMPANY,

        Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b) and 7(b), Plaintiff Wisconsin Gas LLC ("Wisconsin Gas"), by and through its undersigned counsel, respectfully requests that the Court amend the Scheduling Order (ECF No. 16) to extend by sixty (60) days all remaining deadlines contained therein. In support of Wisconsin Gas' Unopposed Motion, it states as follows:

1.     The parties previously submitted a Joint Rule 26(f) Report and Discovery Plan (ECF No. 14) and the Court thereafter entered a Scheduling Order (ECF No. 16).

2.     Pursuant to the Scheduling Order, the parties exchanged Fed. R. Civ. P. 26(a) Initial Disclosures on November 9, 2020. The current Scheduling Order contains the following two remaining deadlines: (1) the parties may join other parties and amend the pleadings without leave of court no later than July 30, 2021, and (2) the parties shall submit a joint proposed schedule no later than August 6, 2021.

3.     Wisconsin Gas requests a sixty-day extension of these deadlines to allow it sufficient time to continue its efforts to resolve its contribution claims related to the Milwaukee

Solvay Site with respect to other Potentially Responsible Parties ("PRPs"). In the months since the Scheduling Order was entered, Wisconsin Gas has successfully resolved its contribution claims against a second PRP through mediation. And Wisconsin Gas now has scheduled the first day of a mediation with a third PRP for July 15, 2021, which is related to the same subject matter underlying this contribution litigation. Wisconsin Gas has a tolling agreement with this PRP that currently extends to September 1, 2021. Wisconsin Gas believes it is in the parties' collective best interests to give this mediation process an adequate opportunity to result in a successful resolution.

4. Given the above, Wisconsin Gas respectfully requests that the Court extend the two remaining deadlines in the current Scheduling Order by 60 days. Defendant American Natural Resources Company does not oppose the relief sought herein. The new proposed deadlines are as follows:

   a. The parties may join other parties and amend the pleadings without leave of court no later than September 28, 2021;

   b. The parties shall submit a joint proposed schedule no later than October 5, 2021.

5. This is the first request to amend the Scheduling Order. Wisconsin Gas states it is making this request in good faith and not for purposes of undue or unjustified delay, and states further that no party will be prejudiced by the relief sought herein.

WHEREFORE, Wisconsin Gas respectfully requests the Court grant its Unopposed Motion to Amend the Scheduling Order and enter an Order in accordance with the amended deadlines contained herein.

Dated: July 14, 2021        /s/ Joseph A. Cancila
                            Joseph A. Cancila
                            Matthew Kennison

RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street
Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 471-8701 (fax)
jcancila@rshc-law.com
mkennison@rshc-law.com


James Goldschmidt
QUARLES & BRADY LLP
411 E. Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202
(414) 277-5663
james.goldschmidt@quarles.com

*Attorneys for Wisconsin Gas LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System, which will send notice of the filing to counsel for all parties having appeared of record.

                                                 *s/ Joseph A. Cancila*
                                                 Joseph A. Cancila
                                                 RILEY SAFER HOLMES & CANCILA LLP
                                                 70 W Madison Street
                                                 Suite 2900
                                                 Chicago, IL 60602
                                                 (312) 471-8750
                                                 jcancila@rshc-law.com