# EXHIBIT 4-C

Regular Meeting Board of Directors — continued.

a rate to the Allis-Chalmers Company, and in entering into a contract with them through the West Allis Gas Company, be ratified and approved, and that the supplemental contract, submitted to be entered into between the Milwaukee Gas Light Company and the West Allis Gas Company, be approved and authorized.

On motion of Mr. Green, seconded, it was

Resolved that Mr. J. T. Murphy be and is hereby designated as trustee for this Company to hold the shares of stock of the Wauwatosa Gas Company in the place of Mr. F. G. Bigelow, resigned.

The Treasurer presented a statement of the expenditures for extensions, improvements and additions made between Jan 1st, 1905 and April 30th, 1905, for which the Company is entitled to sell bonds as provided in the first mortgage, and upon motion of Mr. Luedke, seconded, it was

"Resolved, that the Central Trust Company of New York, trustee in that certain indenture of mortgage or trust deed made to it by the Milwaukee Gas Light Company, and bearing date the 28th day of February, one thousand nine hundred and two, be and it is hereby requested to authenticate and deliver the first mortgage bonds of said Gas Company secured by said first mortgage or trust deed to the amount of One Hundred Twenty Thousand ~~Nine Hundred Fifty Four and 65/100~~ Dollars, for the purpose of partially reimbursing said Gas Company for the actual cost of extensions, improvements and additions to its plant and system for the manufacture of gas and subject to the lien of said mortgage or trust deed, the bonds to be so issued, authenticated and delivered to be to an amount at the face value thereof equal to eighty (80) per cent of the actual cost of such extensions, improvements and additions, made between the first day of January 1905, and the thirtieth day of April 1905, and such cost being the sum of One Hundred Fifty One Thousand One Hundred Ninety Three and 25/100 Dollars ($151,193.25), and that the proper officers of this Company execute and deliver a due certificate or certificates to said trustee, duly verified by their respective oaths, setting forth that the said extensions, improvements

WG-ANR-00080866

Regular Meeting Board of Directors - continued.

and additions have been fully completed and paid for, that such cost is fair and reasonable and that no part thereof is properly chargeable to expense of operation or maintenance, and that no bonds of the Company have been heretofore issued in respect of the extensions, improvements and additions herein referred to."

There being no further business to come before the Board, the meeting adjourned.

E H Haar
Secretary.

* Minutes of this meeting should follow those of the April meeting.

Regular Meeting Board of Directors.
Monday, July 17th, 1905, 4:00 P. M.
Pursuant to By-Laws.

Present: Messrs. Murphy, Fuller, Luedke, Smith, Seeg and Pratt.

The chairman, Mr. Murphy, presides.

The minutes of the meetings of June 19th, June 29th and July 3rd were read and approved.

The General Manager submitted his reports for the month of June as well as for the half year ending June 30th and the same were accepted and ordered placed on file.

On motion the meeting adjourned.

E H Haar
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 3 of 158   Document 50-7

WG-ANR-00080867

Regular Meeting Board of Directors.
Monday, Aug. 21st, 1905: 4:00 P.M.
Pursuant to By-Laws

Present: Messrs. Murphy, Fuller, Luedke, Smith, Sieg, Green and Cratt.

The Chairman, Mr. Murphy presided.

The minutes of the meeting of July were read and approved.

The General Manager presented his report of the Company's business for the month of July, and the same was accepted and ordered placed on file.

On motion of Mr. Sieg, seconded, the General Manager was authorized to enter into contract with the United Engineering and Contracting Company, of New York, for the construction of a pipe tunnel under the Milwaukee River, on the basis of estimates and proposals submitted by them, at a cost of Sixty One Thousand and Forty Six Dollars ($61,046.00).

On motion of Mr. Green, seconded, the General Manager was authorized to proceed with the erection of two purifying boxes on the site of the old holder No. 3, to cost Ten Thousand One Hundred Twenty Nine ($10,129.00), as per estimates submitted.

The Treasurer presented a statement of expenditures for extensions, improvements and additions, made between the first day of May, 1905, and the 31st day of July, 1905, for which the Company is entitled to sell bonds, as provided in the First Mortgage, and upon motion of Mr. Sieg, seconded, it was

"Resolved, that the Central Trust Company of New York, trustee in that certain indenture of mortgage or trust deed, made to it by the Milwaukee Gas Light Company, and bearing date the 28th day of February, One Thousand Nine Hundred and Two, be and it is hereby requested to authenticate and deliver the first mortgage bonds of said Gas Company, secured by said first mortgage or trust deed, to the amount of Two Hundred and Twenty One Thousand Dollars (221,000.00), for the purpose of partially reimbursing said Gas Company for the actual cost of extensions, improvements and additions to its plant and system for the manufacture of gas, and subject to the lien of said mortgage or trust deed, the bonds to be so issued, authenticated and delivered to be to an

WG-ANR-00080868

Regular Meeting Board of Directors – contd.

amount at the face value thereof equal to Eighty (80) per cent of the actual cost of such extensions, improvements and additions, made between the first day of May, 1905, and the first day of August, 1905, and such cost being the sum of Two Hundred Seventy Seven Thousand Four Hundred Fifty Nine and 92/100 Dollars (277,459.92), and that the proper officers of this Company execute and deliver a due certificate or certificates to said trustee, duly verified by their respective oaths, setting forth that the said extensions, improvements and additions have been duly completed and paid for, and that such cost is fair and reasonable and that no part thereof is properly chargeable to expense of operation or maintenance, and that no bonds of the Company have been heretofore issued in respect of the extensions, improvements and additions herein referred to."

On motion of Mr. Sieg, seconded, it was

Resolved, that the action of the officers in borrowing Fifty Thousand Dollars ($50,000.00) on July 26th, for thirty days, be approved, and that the proper officers be authorized to borrow One Hundred Thousand Dollars ($100,000.00) locally, on the best possible terms, the proceeds of which to be used in payment of notes aggregating One Hundred Thousand Dollars ($100,000.00), due September 6th in New York.

On motion the meeting adjourned.

E. Maas
Secretary.

Regular Meeting Board of Directors.
Monday, Sept. 18th, 1905. 4:00 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Murphy, Fuller, Lueder, Smith, Sieg and Pratt.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of Aug. 21st were read and

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 5 of 158   Document 50-7

WG-ANR-00080869

Regular Meeting Board of Directors, Cont'd.

The General Manager presented his report for the month of August, which was accepted and ordered placed on file.

On motion the meeting adjourned.

E Haase
Secretary.

Regular Meeting Board of Directors,
Monday, October 16th, 1905. 4:00 P.M.
(Pursuant to By-Laws)

Present: Messrs. Murphy, Fuller, Glass, Green, Seg, Pratt and Luedke.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of September 18th were read and approved.

The General Manager's report for the month of Sept. was accepted and ordered placed on file.

Following a suggestion contained in a letter from Mr McMillin to the General Manager, it was, upon motion of Mr Fuller, seconded,

Resolved, that the Treasurer be and is hereby instructed to transfer that portion of the Company's account, now kept in the Marine National Bank, to the Milwaukee National Bank.

Upon motion the meeting adjourned.

E Haase
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 6 of 158   Document 50-7

Regular Meeting Board of Directors.
Monday, Nov. 20th. 1905 - 3:45 P.M.
Pursuant to By-Laws.

Present: Messrs. Murphy, Luedke, Smith, Green, Sieg and Pratt.

The Chairman, Mr Murphy, presided.

The minutes of the meeting of October 16th were read and approved.

The General Manager presented the report of the Company's business for the month of October and the same was accepted and ordered placed on file.

The General Manager reported to the Board the death of Mr Stephen Aldridge, who since January 1st, 1905 has been a pensioner of the Company, and who had been in the Company's employ forty-five years, and requested that in view of the short length of time allotted him in which he might enjoy his retirement with a pension, that the sum of One Hundred Dollars (100.00), being the equivalent of what his pension would have amounted to to the first of January 1906, be paid to the widow.

Upon the above suggestion of the General Manager, it was, upon motion of Mr Pratt, seconded,

Resolved, that the Treasurer be authorized to pay the widow of Mr Stephen Aldridge, the sum of One Hundred Dollars (100.00), being the equivalent of his pension to January, 1906.

No further action was taken by the Board, and upon motion the meeting adjourned.

E K Hoole
Secretary.


Regular Meeting Board of Directors.
Monday, Dec. 18th, 1905. - 4:00 P.M.
Pursuant to By-Laws.

Present: Messrs. Luedke, Green, Smith, Sieg, Pratt, Fuller and Murphy.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 7 of 158   Document 50-7

WG-ANR-00080871

Regular Meeting Board of Directors, cont'd

The minutes of the meeting of Nov. 20th were read and approved.

The General Manager presented his report of the Company's business for the month of November and the same was accepted and ordered placed on file.

The General Manager read the correspondence with Mr. McMillin upon the subject of contribution to the Auditorium fund, and donation to the Trades School fund, and after a discussion, it was upon motion of Mr. Pratt, seconded,

Resolved, that this Company subscribe the sum of Two Thousand Dollars ($2000.00) to the Auditorium fund, and that the sum of Five Hundred Dollars ($500.00) be donated to the Trades School fund.

There being no other business to come before the Board, upon motion the meeting adjourned.

E H Haase
Secretary.

Special Meeting Board of Directors,
Monday, Jan. 8th, 1906 - two P.M.
(Due notice of meeting having been given.)

Present: Messrs. Murphy, Fuller, Luedtke, Smith, Sieg and Pratt.

The Chairman, Mr. Murphy, presided.

The Secretary read the following telegram from Mr. S.J. Glass, Treasurer of the American Light and Traction Co.:

"Mr. E Haase,

Milwaukee, Wis.

Better have special meeting Board early next week declare dividend one and one quarter per cent on stock not necessary include in December figures.

S J Glass, Treas."

It appearing from the Treasurer's report that the net profits of the Company for the year 1905, applicable to dividends were $360,668.80, it was, upon motion of Mr. Pratt, seconded,

WG-ANR-00080872

Special Meeting Board of Directors, cont'd.

Resolved that a dividend of one and one quarter per cent on the capital stock of the Company, amounting to $17,251.88, be declared, payable in New York before January 10th, 1906.

Upon motion of Mr. Pratt, seconded, it was

Resolved, that the usual bonus of six per cent upon the wages and salaries for the second half of the year 1905 be paid to the employes entitled to the same.

Upon motion the meeting adjourned.

E. Haase
Secretary

Regular Meeting Board of Directors.
Monday, Jan. 15th, 1906. - 4:00 P.M.
Pursuant to By-Laws.

Meeting adjourned by Secretary no quorum being present.

E. Haase
Secretary.

Adjourned Meeting Board of Directors
Monday, Jan. 22nd, 1906. - 4:00 P.M.
(Due notice of meeting having been given.)

Present: Messrs. Fuller, Luedke, Smith, Berg and Pratt.

In the absence of the Chairman, Mr. Murphy, the meeting was presided over by Mr. Pratt, First Vice President.

The minutes of the meeting of Dec. 18th and special meeting of Jan. 8th were read and approved.

The General Manager presented his report of the Company's business for December and also for the year 1905, and the same were accepted and placed on file.

The Treasurer submitted a statement of estimated receipts and disbursements for the coming half year, showing the necessity of the renewal on Feb. 1st and March 2nd, of a portion of the notes falling due on these dates, and it was

Case 2:20-cv-01334-SCD  Filed 01/27/23  Page 9 of 158  Document 50-7

WG-ANR-00080873

Adjourned Meeting Board of Directors, cont'd.

Resolved, that the proper officers be authorized to renew such portion of loans falling due Feb. 1st and March 2nd as may be expedient at that time.

On motion the meeting adjourned.

E Haase
Secretary.

Regular Meeting Board of Directors
Monday, February 19th 1906 - 8:00 P.M.
Pursuant to By-Laws

Meeting adjourned by Secretary no quorum being present.

E Haase
Secretary.

Adjourned Regular Meeting Board of Directors,
Monday, February 26th, 1906 - 4:00 P.M.
(Due notice of meeting having been given)

Present: Messrs. Luedde, Smith, Murphy, Sieg, Fuller and Pratt.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of January 22nd were read and approved.

The General Manager's report for the month of January was submitted, and on motion accepted and ordered placed on file.

On motion the meeting adjourned.

E Haase
Secretary.

WG-ANR-00080874

Regular Meeting Board of Directors.
Monday, March 19th, 1906 - 8:00 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Murphy, Luedke, Fuller, Sieg and Pratt.
The Chairman, Mr. Murphy, presided.
The minutes of the meeting of Feb. 26th were read and approved.
The General Manager's report for the month of February was read, received the congratulations of the Directors, and ordered placed on file.
On motion the meeting adjourned.

E. Haase
Secretary.

Special Meeting Board of Directors.
Monday, March 26th, 1906. 4:00 P.M.
(Due notice of meeting having been given.)

Present: Messrs. Smith, Luedke, Murphy, Sieg and Pratt.
The Chairman, Mr. Murphy, presided.
The Secretary presented the following telegram from Mr. Robert Murray, Treasurer of the Western Gas Company:

"New York City, March 23, 1906.

Mr. E. Haase,
    Secy., Milwaukee Gaslight Co.,

    Western Gas Company today declared dividend payable March 21, of one and one quarter per cent. Please remit three months interest preferred stock contracts and dividend of thirty cents per share payable New York March 30th.

        (Signed)  Robert M. Murray, Treas."

It appearing from the treasurer's report that the amount of net profits, available for dividends, for the two months ending February 28th, 1906, is Sixty Six Thousand Three Hundred Eighty and 87/100 Dollars ($66,380.87), it was upon motion of Mr. Sieg, seconded,

Special Meeting Board of Directors, cont'd

the capital stock of the Company be declared, payable in New York March 30th, 1906.

On motion the meeting adjourned.

E Haase
Secretary

Adjourned Regular Meeting Board of Directors,
Wednesday, April 18th, 1906. - 4:00 P.M.
Due notice of meeting having been given.

Present: Messrs. Murphy, Green, Smith, Sieg, Pratt, Fuller and Glass.

The Chairman, Mr. Murphy, presided.

The minutes of the meetings of March 19th and 26th were read and approved.

The General Manager presented his report of the Company business for the month of March and the same was received and ordered placed on file.

Mr. Pratt read a letter from Mr. Millin, addressed to him, giving his plans for a change in Managers at Milwaukee, and Detroit, and thereupon Mr. Pratt tendered his resignation as director, General Manager and Vice-President of the Company, to take effect April 30th, and on motion of Mr. Sieg, seconded,

It was resolved, that the resignation of Mr. Pratt be accepted with regret and with appreciation of his efficient management during his term of office.

Mr. Glass tendered his resignation as Assistant Secretary and Assistant Treasurer to take effect April 30th, and it was upon motion of Mr. Sieg, seconded,

Resolved that the resignation of Mr. Glass as Assistant Secretary and Assistant Treasurer be accepted.

The Secretary then read Mr. McMillin's letter to Mr. Murphy, Chairman of the Board, stating his plans for his successor to Mr. Pratt.

In accordance with Mr. McMillin's desire expressed

WG-ANR-00080876

Adj. Regular Meeting Board of Directors, cont'd.

in this letter, it was upon motion of Mr. Green, seconded.

Resolved that Mr. Glass be elected First Vice President with a salary at the rate of $6000⁰⁰ per annum, and it was further

Resolved, upon motion of Mr. Green, seconded, that Mr. Glass be elected General Manager with a salary at the rate of $8000⁰⁰ per annum, Mr. Glass to assume the duties of both offices on May 1ˢᵗ, 1906.

Upon motion of Mr. Smith, seconded, it was further

Resolved, that Mr. Alanson P. Lathrop be elected Assistant Secretary and Assistant Treasurer, at a salary of $3000⁰⁰ per annum, from May 1ˢᵗ, 1906.

There being no further business to come before the Board the meeting adjourned.

                                            E. L. Casey
                                                Secretary.


                Regular Meeting Board of Directors,
                  Monday, May 1ˢᵗ, 1906, 4:00 P.M.
                    (Pursuant to By-Laws.)


Present: Messrs. Murphy, Luedke, Green, Smith, Glass, Sieg and Fuller.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of April 18ᵗʰ were read and approved.

The Secretary read the following communication from the American Light and Traction Company:

                                    New York, May 1ˢᵗ 1906.
Milwaukee Gas Light Co.,
            Milwaukee, Wis,

Gentlemen:-
            Commencing with May 1ˢᵗ your Company will please pay the following salaries:

WG-ANR-00080877

Regular Meeting Board of Directors, Cont'd.

A. P. Lathrop, Asst. Sec'y.            $300.00 per annum.

Checks and vouchers will be drawn monthly to the order of each individual and mailed to the American Light & Traction Company. The American Light & Traction Company will then give their checks to these officers.

Yours truly,

American Light & Traction Co.

By      James Lawrence,

Secretary."

On motion of Mr. Smith, seconded, it was

Resolved, that the salaries of the President and Assistant Secretary be authorized in accordance with above request.

The General Manager submitted his report of the Company's business for the month of April, and the same was received and ordered placed on file.

On motion of Mr. Green, seconded, the General Manager's recommendation to submit to the Soldiers' Home an alternative rate for gas, based upon "readiness to serve" principle, was approved.

On motion of Mr. Ewig, seconded, it was

Resolved, that whereas Mr. E. G. Pratt has severed his connection with the Milwaukee Gas Light Company, Mr. Sheldon J. Glass be appointed trustee for the stock of the West Allis Gas Company, to succeed Mr. E. G. Pratt as trustee of said stock.

The following preamble and resolutions were offered:

"Whereas, an offer has been made by the American Light & Traction Company to purchase all of the capital stock of the Milwaukee Office Company and owned or controlled by this Company, for the sum of One Thousand Dollars ($1000.00,) which sum is, in the opinion of this Board, a fair market value for said stock,

Resolved, that said offer be and the same is hereby accepted, and the Vice-President and Secretary of this Company be, and they are, hereby requested to ask the Central Trust Company of New York, as Trustee, to release said stock from the lien of the mortgages of this Company to said Central Trust Company, dated February 28th, 1902,

WG-ANR-00080878

Regular Meeting Board of Directors, Cont'd.

April 1st, 1902, and April 10th 1902.

Resolved further, that the certificate signed by the Vice-President and Engineer of this Company, in the form presented, be ratified and approved.

Said certificate was in the following form, to-wit:

The undersigned Vice-President and Engineer of the Milwaukee Gas Light Company hereby certify that all of the stock of the Milwaukee Office Company owned and controlled by the Milwaukee Gas Light Company has been contracted to be sold for the sum of One Thousand Dollars ($1000.00)

That said sum of One Thousand Dollars ($1000.) represents the present fair market value of said stock;

That neither the said stock, nor any property now owned by said Milwaukee Office Company is necessary or expedient to be retained for the operation, maintenance, or use of the Gas Works or distributing system of the Milwaukee Gas Light Company, or for use in conducting the business thereof, the only property at any time owned by said Milwaukee Office Company being the premises now owned and used by the Milwaukee Gas Light Company for office purposes, being No. 182 Wisconsin Street in the City and County of Milwaukee and State of Wisconsin.

------------------------------

Vice-President Milwaukee Gas Light Co.

------------------------------

Engineer Milwaukee Gas Light Co.

The question being upon the adoption of the foregoing preamble and resolutions the same were upon motion of Mr. Smith, seconded, unanimously adopted.

On motion the meeting adjourned.

E. H. Haare
Secretary

WG-ANR-00080879

Regular Meeting Board of Directors,
Monday, June 18th, 1906.  4:00 P.M.
Pursuant to By-Laws.

Present: Messrs. Murphy, Glass, Sieg, Green, Smith, Luedke and Fuller.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of May 21st were read and approved.

The General Manager's report for the month of May was accepted and ordered placed on file.

The following letter from the Western Gas Company was received:

New York City, June 11th 1906.

Mr. E. Haase, Secy.
    Milwaukee Gas Light Co.
       Milwaukee, Wis.

Dear Sir:—

The directors of the Western Gas Company today passed a resolution requesting the Milwaukee Gas Light Co. to declare a dividend of thirty cents a share on its common stock, and to pay three months' interest on its preferred stock contracts — these payments to be made in New York before the 30th day of June, upon which date a dividend of 1¾ per cent on the Western Gas Company's stock is to be paid.

Will you kindly notify me as soon as your Board has acted in this connection, and oblige,

    Yours very truly,
    (Signed) Robt. M. Murray, Secy.

It appearing from the treasurer's report that the earnings applicable to dividends for the five months period were $105,688.16, it was, upon motion of Mr. Sieg, seconded,

Resolved, that a dividend of 30¢ per share on the capital stock of the Company be declared, payable in New York on or before June 30, 1906.

The Treasurer reported that on June 13th the proper officers had made renewal of a note of $50,000 with the Wisconsin National Bank, and on motion of Mr. Sieg, seconded, this action of the officers was approved.

WG-ANR-00080880

Regular Meeting Board of Directors, Cont'd.

On motion of Mr Luedke, seconded, the proper officers were authorized to make a loan of $50,000 toward the end of the month.

On motion the meeting adjourned.

E H aase
Secretary.


Annual Meeting Stockholders,
Monday, July 2nd, 1906. 10:00 a.m.

(Pursuant to By Laws of the Company, and ten days notice published in the Milwaukee Sentinel and Evening Wisconsin, as per proofs of publication on file)

The meeting was called to order by Mr Murphy.

On motion of Mr Glass, seconded, Mr Murphy was elected Chairman of the meeting of the Stockholders, and Mr Naase Secretary of the Company, acted as Secretary of the meeting.

The Chairman appointed Messrs. Luedke and Fuller tellers to canvas the powers of attorney presented at the meeting, and they reported that 7595 shares of the capital stock of the Company were represented by proxy and seven shares in person as follows:

| | | |
|---|---|---|
| Western Gas Company, by J. P. Murphy, Proxy, | 7594 shares |
| Emerson McMillin, by J. P. Murphy, Proxy, | 1 |
| E. J. Glass, in person | 1 |
| J. P. Murphy, " " | 1 |
| S. M. Green, " " | 1 |
| N. Aug. Luedke, " " | 1 |
| J. C. Fuller, " " | 1 |
| Ira B. Smith, " " | 1 |
| Nelson P. Hulst, " " | 1 |

7602

WG-ANR-00080881

Annual Meeting Stockholders, July 7, 1906.   Cont'd.

were read and approved.

On motion of Mr. Luedke, seconded, it was

Resolved, that the Stockholders of this Company, assembled at their regular annual meeting do hereby ratify and confirm the acts of the Board of Directors to this date.

On motion of Mr. Smith, seconded, it was

Resolved, to proceed to the election of directors for the ensuing year.

On motion of Mr. Fuller, seconded, the Secretary was instructed to cast a ballot of the Stockholders for the election of the following persons as directors:

Mr. Emerson McMillin,

" S. J. Glass,                         New York City.

" J. P. Murphy,                       Milwaukee

" E. M. Green,                        "

" Hilmer Sieg,                        "

" H. Aug. Luedke,                     "

" I. C. Fuller,                       "

" Ira B. Smith,                       "

" Nelson P. Hulst,                    "

The Secretary having cast the ballot for the election of the above named gentlemen as directors, the Chairman declared them duly elected.

On motion the meeting adjourned.

E H Haase
Secretary.

Annual Meeting Board of Directors,
Monday, July 2nd, 1906. 10:30 A. M.
(Pursuant to By-Laws)

Present: Messrs. Murphy, Glass, Green, Smith, Hulst, Fuller and Luedke.

On motion of Mr. Glass, seconded, Mr. Murphy was elected

WG-ANR-00080882

Annual Meeting Board of Directors, July 2nd 1906.   Cont'd

Chairman of the meeting and Mr Haase was appointed Secretary of the meeting.

On motion of Mr Luedke, seconded, the Secretary was instructed to cast a ballot of the Board of Directors for the election of the following gentlemen as officers for the ensuing year:

| | |
|---|---|
| President, | Mr Emerson McMillin, |
| 1st Vice Prest and General Manager, | E J Glass, |
| 2nd Vice Pres't, | S M Green, |
| Secretary and Treasurer, | E Haase, |
| Asst. Secy and Treasurer, | A P Lathrop, |
| Counsel, | Messrs. Miller, Mack and Fairchild, |
| Chairman Board of Directors, | Mr J C Murphy, |

The Secretary having cast the ballot as directed, the Chairman thereupon declared the above named gentlemen duly elected as officers of the Company.

On motion of Mr Glass, seconded, the salaries of the officers of the Company were fixed as follows:

| | |
|---|---|
| President, | $7.700.00 |
| Chairman of the Board of Directors, | 1.000.00 |
| 1st Vice President, | 500.00 |
| General Manager, | 8.000.00 |
| 2nd Vice President, | 500.00 |
| Secretary and Treasurer, | 2.500.00 |
| Asst. Secy. and Asst. Treas., | 300.00 |
| Counsel, | 2.500.00 |

all payable monthly.

On motion of Mr Glass, seconded, the bonds of the General Manager and Secretary were fixed at $5000. each.

The Secretary reported that a loan had been made of $15000. on the 19th of June to meet current expenditures and on motion of Mr Luedke, seconded it was

Resolved that the action of the officers in making this loan be approved.

On motion the meeting adjourned.

E H Haase
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 19 of 158   Document 50-7

WG-ANR-00080883

Regular Meeting Board of Directors,
Monday July 16th, 3:30 P.M. 1906.
(Pursuant to By-Laws.)

Present: Messrs Murphy, Glass, Luedke, Green, Smith, Hulst, Sieg and Fuller.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of July 2nd were read and approved as corrected.

The General Manager submitted the report of the Company's business for the month of June and same was accepted and ordered placed on file.

On motion of Mr. Sieg, seconded, it was

Resolved, that the usual bonus of six per cent upon the wages and salaries for the first half of the year 1906 be paid to the employes entitled to the same.

Upon motion the meeting adjourned.

                                        Chase
                                          Secretary

Regular Meeting Board of Directors,
Monday, August 20th, 1906. 3:30 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Glass, Luedke, Fuller, Sieg, Hulst and Murphy.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of July 16th were read and approved.

On motion of Mr. Glass, seconded, it was

Resolved, that the subscription to the Auditorium fund, originally authorized for $1000.00 under date of Dec. 18th 1905, be raised to $3,500.00.

The General Manager presented the report of the Company's business for the month of July.

On motion of Mr. Murphy, seconded, the report was accepted and ordered placed on file.

On motion of Mr. Sieg, seconded, the expenses of the

Regular Meeting Board of Directors, Aug. 1906, contd.

annual picnic of the employes, amounting to $410. was approved.

The Treasurer reported that on Aug. 14th a note of $40,000. had been retired at the First National Bank and that it had been necessary on August 15th to borrow $60,000. for three months.

On motion of Mr Luedke, seconded, the action of the officers in making said loan was approved.

On motion the meeting adjourned.

E. Kaase
Secretary.

Regular Meeting Board of Directors,
Monday, Sept. 17th 1906, 3:30 P. M.
(Pursuant to By-Laws.)
Present: Messrs. Glass, Luedke, Sieg, Nulst, Smith and Murphy.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of Aug. 20th were read and approved.

The General Manager presented the report of the company's business for the month of August, and on motion of Mr. Sieg, seconded, same was accepted and ordered placed on file.

The following communication from Mr. Murray, Secretary of the Western Gas Company, was read:

Western Gas Company.
71 Broad St.,
New York City, Sept. 17, 1906.

Mr. E. Kaase, Secretary,
Milwaukee Gas Light Company,
Milwaukee, Wis.

Dear Sir:-

At a meeting of the Board of Directors of the Western Gas Company held this day, it was

WG-ANR-00080885

Regular Meeting Board of Directors, Sept. 17th 1906, contd.

be requested to pay a dividend of 70 cents per share upon its Stock, and also to pay three months' interest on its Preferred Stock contracts. Both these payments to be made in New York by September 28th. A dividend of 1½% payable on September 29th was declared on the Stock of the Western Gas Company.

Will you kindly bring this matter up before your board of directors, and advise me of their action.

Yours very truly,

Robt. M. Murray,

Secretary.

It appearing from the treasurer's report that the amount available for dividends is $60,141.05, it was, upon motion of Mr. Luedke, seconded,

Resolved, that a dividend of 70 cents per share on the capital stock of the Company, amounting to $19,300.10 be declared payable in New York by Sept. 28th.

The Secretary reported that in order to pay this dividend, together with the interest on Preferred Stock Contract, it would be necessary to make a loan of $40,000.00 for two months and that it would also be necessary to renew the loan, becoming due on Sept. 30th, for three months. Thereupon, on motion of Mr. Sieg, seconded, it was

Resolved that the proper officers be authorized to borrow $40,000.00 for two months at best terms obtainable, and also to renew note, maturing Sept. 30th, for three months.

On motion, the meeting adjourned.

E. Haase

Secretary.

WG-ANR-00080886

Regular Meeting Board of Directors,
Monday, Oct. 15th 2:30 P.M.
(Pursuant to By-Laws.)

Present:- Messrs. Murphy, Smith, Niclas, Sieg, Green, Ruedde and Glass.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of Sept. 19th were read and approved.

The General Manager presented the report of the Company's business for the month of September and on motion of Mr. Ruedde, seconded, same was accepted and placed on file.

On motion of Mr. Sieg, seconded, the proper officers were authorized to make loans for $100,000.00 at best rates obtainable in order to secure the necessary funds for the payment of bond interest due at this time.

On motion the meeting adjourned.

E. Haase,
Secretary.

Special Meeting Board of Directors.
Friday, Nov. 9th, 1906, 10:30 a.m.
(Due notice of meeting having been given.)

Present: Messrs. Murphy, Ruedde, Sieg, Smith, Fuller and Glass.

The Chairman, Mr. Murphy, presided.

The meeting having been called by request of the General Manager for the special purpose of considering the subject of price reduction, Mr. Glass gave the Board an account of his several interviews with Mr. McMillin and Mr. Lathrop, and of all the discussions on this subject.

The Chairman thereupon submitted the following letter from Mr. McMillin,

WG-ANR-00080887

Special Meeting Board of Directors, Nov. 9th 1906, Cont'd.

To the Board of Directors,

Milwaukee Gaslight Co.,

Milwaukee, Wis.

Gentlemen:-

After long and earnest consideration by the officers of the American Light & Traction Company, with the Management of your Company, of the question of a reduction in the price of gas in your City, it is the unanimous conclusion that

First: There should be a reduction made.

Second: The reduction should be made wholly on illuminating gas.

Third: That all gas should be measured through one meter to each consumer, instead of two meters, as at present.

Fourth: That the prices now prevailing for fuel gas should be the prices for all gas sold, namely: eighty cents net per one thousand cubic feet for the first ten thousand feet: seventy cents net per thousand cubic feet for the second ten thousand feet, and sixty cents net per thousand feet for all gas over twenty thousand feet consumed in any one month, through one meter.

Fifth: That the reduction should take effect January 1, 1907, and apply only to gas consumed after that date.

If these prices and the time for putting them into effect meet with your approval, I would be pleased to have you officially authorize the same.

Cordially Yours,

(Signed) Emerson McMillin,

President."

After discussion by the Board the following resolution was offered by Mr. Greg and duly seconded: "Resolved that on January 1, 1907, the price of gas be reduced and the following schedule of rates be established:

WG-ANR-00080888

Special Meeting Board of Directors, Nov 9th 1906, cont'd.

For all Purposes.

For the first 10,000 cu. ft. used during any one month, through any one meter, a rate of 80 cents net per thousand cu. ft.

For any amount over 10,000 cu. ft. and up to 20,000 cu. ft. used during the same month through the same meter, a rate of 70 cents net per thousand cu. ft.

For all additional consumption over 20,000 cu. ft. used during the same month, through the same meter, a rate of 60 cents net per thousand cu. ft.

The above prices are Net and are based upon gross rates, which in all cases are 10 cents per thousand cu. ft. higher than those given above. Bills will be rendered at gross rates from which a discount of 10 cents per thousand cu. ft. will be allowed for prompt payment only"

The question being on the adoption of the foregoing resolution, the same was unanimously adopted by the affirmative votes of all directors present.

On motion the meeting adjourned.

E H Haase
Secretary.

Regular Meeting Board of Directors
Monday Nov 19th 1906. 4:00 P.M.
(Pursuant to By-Laws.)

Present: Messrs Murphy, Fuller, Smith, Sivg, Luedke, Green & Glass.

The Chairman, Mr Murphy presided.

The minutes of the meetings of October 15th and Nov 9th were read and approved.

The General Manager submitted the report of the Company's business for the month of October, which was, upon motion of Mr Luedke, accepted and ordered placed on file.

WG-ANR-00080889

Regular Meeting Board of Directors Nov. 19/06. Cont'd.
Manager was authorized to subscribe $500.00 toward
the support of the Milwaukee School of Trades.

On motion the meeting adjourned.

E Haase
Secretary.


Regular Meeting Board of Directors,
Monday, Dec. 17th 1906. 9:30 a.m.
(Pursuant to By Laws.)

Present: Messrs. Murphy, Green, Luedke, Fuller,
Smith, Hulst, Seig and Glass.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of Nov. 19th were read
and approved.

The General Manager submitted the report of the Company's
business for the month of November, and the same was
accepted and ordered placed on file.

The General Manager submitted the following letter
from the Western Gas Company:

"New York, December 17th 1906.

Mr. E Haase, Secy.
Milwaukee, Wis.,

Dear Sir:-

At a meeting of the Board of Directors
held this day, it was resolved that the Milwaukee
Gas Light Company be requested to declare a
dividend of 70 cents per share upon its stock,
and also to pay three months' interest upon the
preferred stock contract, both payments to be made
in New York by December 19th 1906. When these
payments are received, dividends of 1½ per cent
will be paid on the stock of the Western Gas Co.
on December 31st to stockholders of record of December
19th. Will you please bring this to the attention
of your Board of Directors.

WG-ANR-00080890

Regular Meeting Board of Directors, Dec 17/06 cont'd.

"Yours very truly,

(Signed) Robt M. Murray, secy."

On motion of Mr. Luedke, seconded, it was

Resolved that a dividend of 70¢ per share on the capital stock of the Milwaukee Gas Light Company be declared payable in New York by December 29th 1906.

The following preamble and resolution was offered by Mr. Green:

"Whereas, the Balance Sheet of the Books of this Company show that during the past several years, the Company has accumulated Net Earnings to the total amount of more than $1,750,000, and, which accumulated Net Earnings have been expended in additions to the Company's property, and

Whereas, the Net Earnings of the Company are not now and cannot be for many years, sufficient, over and above bond interest, regular dividends and the requirements for additions and improvements, – to enable the Company to pay to its stockholders the accumulated earnings in cash, and

Whereas, the Stockholders are entitled to some evidence of indebtedness that will give to such stockholder a fair rate of interest on the accumulated earnings,

Therefore, Be it resolved: By the Board of Directors that the Officers of the Company be, and they hereby are, authorized to issue to the stockholders of this Company, pro rata, Certificates of Indebtedness in the total of $1,750,000, payable at the pleasure of the Company, on or before January first, 1927, and bearing interest at the rate of six per cent per anum, payable quarterly on the 10th days of March, June, September and December."

The question being upon the foregoing preamble and resolution, the same was adopted by the affirmative vote of all of the directors, subject however, to the opinion of counsel of the Company as to the legality

WG-ANR-00080891

Regular Meeting Board of Directors 12/17/06. contd.
submitted to the directors at an adjourned meeting.

On motion of Mr. Sieg, seconded, it was

Resolved that Mr. Sheldon J. Glass be appointed
trustee to hold for the Milwaukee Gas Light Company
the stock of the Milwaukee Auditorium Company, to
which this Company, by a subscription of $3600.00 is entitled.

The General Manager submitted the correspondence
with Mr. McMillen, asking the directors to approve
a contract to be entered into with the Barrett Mfg Co.,
for the lease of tar plant and output of tar for ten years.

It was thereupon, upon motion of Mr. Sieg, seconded,

Resolved that the contract submitted by Mr. McMillen
be referred to the proper officers of the Company with
full power to act in the premises.

The question being upon the adoption of the above
resolution, it was adopted by the affirmative vote
of all of the directors present, excepting Mr. O.C. Fuller,
who voted in the negative.

On motion the meeting adjourned subject to the
call of the Vice President.

E H Haase
Secretary.

Adjourned Meeting Board of Directors,
Wednesday Jan. 9th 1907. 11:00 a.m.

Present: Messrs. Murphy, Luedke, Glass, Hulst,
Smith and Fuller.

The Chairman, Mr. Murphy presided.

The minutes of the meeting of December 17th from
which the present meeting was adjourned, were read
for the information of those present.

Mr. Fuller requested the correction of the resolution
on certificates of indebtedness by the insertion of the word
"the" before the word "stockholders" and the words

WG-ANR-00080892

Adjourned Meeting Board of Director, 1/9/07. Cont'd.
"pro rata" after the word "Company", and such correction
was accepted by the Board.

Mr. Glass read the opinion of the Counsel of the
Company requested by the Board at the last meeting, and
in order to make the record complete, upon motion of
Mr. Smith, seconded, it was

Resolved that the opinion of the Counsel on the legality
of the resolution to issue certificates of indebtedness,
past at the last meeting, be entered upon the record
and the certificates be issued.

The opinion is as follows:

Milwaukee, Jan. 3rd 1907.

Mr. Sheldon J. Glass,
     Vice President and Genl. Mgr.,
          Milwaukee Gas Light Co.,
               Milwaukee, Wis.

Dear Sir :-

I beg to acknowledge receipt of your favor
of December 19th, in which you set forth the preamble
and resolution adopted at the last meeting of the
Board of Directors of your Company, authorizing the
issuance of certificates of indebtedness in the sum
of $1,250,000.

There is no legal reason why a corporation
should not declare dividends out of net earnings
even though capitalized or invested in the plant.
The resolution submitted practically declares a
dividend and makes the same an enforced loan
from the stockholders of the Company. No one can
object to a corporation issuing certificates of
indebtedness except the state, a creditor or a
stockholder. Neither the state nor a creditor
has any ground for objection in this case, as
there is no diminution of capital. Any stockholder
who accepts a certificate of indebtedness would
be precluded from making any objection.

In my opinion there is no legal objection

Case 2:20-cv-01334-SCD  Filed 01/27/23  Page 29 of 158  Document 50-7

WG-ANR-00080893

Adjourned Meeting Board of Directors. 1/9/07. cont'd

indebtedness.

Very truly yours,

(Signed) Geo. F. Miller.

Mr. Glass read a letter from Mr. McMillin, authorizing the bonus to employes to be raised from Mr. McMillin, authorizing the bonus to employes to be raised from six per cent to ten per cent, and it was thereupon, upon motion of Mr. Hulst, seconded,

Resolved, that a bonus of ten per cent upon the wages and salaries be paid to the employes entitled to the same.

There being no further business to come before the Board, the meeting adjourned.

E. Haase
Secretary.

Regular Meeting Board of Directors,
Monday Jan'y 21st, 1907. 4:00 P. M.
(Pursuant to By-Laws.)

Present: Messrs. Murphy, Luedke, Smith, Sieg, Hulst and Glass.

The Chairman, Mr. Murphy, presided.

The minutes of the meetings of Dec. 17th, 1906 and January 9th, 1907, were read and approved.

The General Manager submitted the report of the Company's business for the month of December and for the year 1906. The same were, upon motion of Mr. Smith, seconded, accepted and ordered placed on file.

On motion the meeting adjourned.

E. Haase
Secretary.

WG-ANR-00080894

Regular Meeting Board of Directors,
Monday, Feb. 18th 1907. 4:00 P.M.
(Pursuant to By-Laws)

Present: Messrs. Murphy, Hulst, Sieg, Zeller & Glass.
The Chairman, Mr. Murphy, presided.

The minutes of the meeting of January 21st were read and approved.

Mr. Glass submitted a letter from Mr. A. P. Lathrop requesting the execution of a ten year contract with the American Coal Products Company for the sale of ammonia, and then read said contract.

It was upon motion of Mr. Sieg, seconded,

Resolved, that the officers be authorized to execute the same.

Mr. Glass read a telegram giving Mr. McMillin's approval to the proposed opening of an account at the Wisconsin National Bank. Upon motion of Mr. Hulst, seconded, it was,

Resolved, that the officers be authorized to open a regular account with the Wisconsin National Bank.

The General Manager submitted the report of the Company's business for the month of January and the same was received and ordered placed on file.

On motion the meeting adjourned.

E Haase
Secretary.

WG-ANR-00080895

*Special Stockholders Meeting,*
*Milwaukee, Wis.,*
March 11th, 1907.    4:00 P.M.

Pursuant to waiver of notice hereinafter set forth, a special meeting of the stockholders of the Milwaukee Gas Light Company was held at the office of the Company, 182 Wisconsin Street, in the City of Milwaukee, Wisconsin, on the 11th day of March, 1907, at 4:00 P.M.

The holders of the entire issued and outstanding capital stock of the Company were present in person or by proxy as follows:

| Name | No. Shares |
|---|---|
| Western Gas Company, by John P. Murphy, Proxy, | 27592 |
| Emerson McMillin, by John P. Murphy, Proxy, | 1 |
| Samuel M. Green, by John P. Murphy, Proxy, | 1 |
| A. Aug. Luedar, by John P. Murphy, Proxy, | 1 |
| John P. Murphy, in person | 1 |
| Nelson P. Hulst, in person | 1 |
| Oliver C. Fuller, in person | 1 |
| Kilmer Sieg, in person | 1 |
| Ira B. Smith, in person | 1 |
| S. J. Glass, in person | 1 |
| Total: | 27603 |

The meeting was called to order by Vice-President Glass and Secretary Haase acted as secretary of the meeting.

The Chairman appointed Messrs. Smith and Sieg tellers to canvass the powers of attorney presented at this meeting and to report to the meeting what stockholders were present in person or by proxy. The tellers thereupon canvassed the powers of attorney and compared the same with the list of stockholders, and reported that the holders of the entire capital stock of the Company were present in person or by proxy as above set forth.

The written powers of attorney of the stockholders present by proxy were thereupon directed to be filed in the office of the Company and are now on file in said office.

Thereupon, the stockholders of the Company being present

WG-ANR-00080896

Special Stockholders Meeting, cont'd.

Either in person or by proxy, they did each execute a written waiver of notice of this meeting, the original whereof was thereupon filed in the office of the Company, and is now on file in said office, and a copy whereof is as follows:

Waiver of Notice of Special
Stockholders' Meeting held March 11th 1907.

The undersigned, being holders of record of the several numbers of shares of the capital stock of the Milwaukee Gas Light Company set opposite their respective signatures below, the same constituting the entire issued capital stock of said Company, and being all this day present, either in person or by proxy at a special meeting of the stockholders of the said Company held at its office No. 182 Wisconsin Street, in the city of Milwaukee, Wisconsin, this 11th day of March, 1907, at 4:00 o'clock, P.M., do hereby in writing waive notice of such meeting, in conformity with section 176. annotated Statutes of Wisconsin, 1898, and do consent that such meeting be held at the time and place aforesaid.

| Name | No Shares |
|---|---|
| Western Gas Company, by John P. Murphy Proxy, | 27594 |
| Emerson McMillin, by John P. Murphy | 1 |
| Samuel M. Green, by John P. Murphy | 1 |
| H. Aug Luedar, by John P. Murphy | 1 |
| John P. Murphy, in Person | 1 |
| Nelson P. Hulst, " " | 1 |
| Oliver C. Fuller, " " | 1 |
| Wilmer Sieg, " " | 1 |
| Ira B. Smith, " " | 1 |
| S. J. Glass, " " | 1 |
| Total | 27603 |

Messrs. Smith and Sieg were thereupon appointed inspectors to canvass the votes which might be cast at the meeting by stockholders on all matters coming before the meeting. Each inspector thereupon took and subscribed an oath of office, the originals of which were thereupon filed and are now on file in the office of the

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 33 of 158   Document 50-7

WG-ANR-00080897

<u>Special Stockholders Meeting,</u> continued.

Company and are now on file in said office, and copies of which are respectively as follows:

"State of Wisconsin, } ss.
County of Milwaukee, }

I do hereby swear that I will execute the duties of an inspector at a special meeting of the Stockholders of the Milwaukee Gas Light Co, held at the office of said Company, in the City of Milwaukee, State of Wisconsin, on the 11th day of March, 1907 with strict impartiality and according to the best of my ability.

(Signed) Ira B. Smith,

Subscribed in my presence
and sworn to before me this
11th day of March, 1907.

(Signed) F. W. Dockery,
Notary Public,

My commission expires July 1st, 1910. Milwaukee County, Wis."

"State of Wisconsin } ss.
County of Milwaukee, }

I do hereby swear that I will execute the duties of an inspector at a special meeting of the stockholders of the Milwaukee Gas Light Company, held at the office of said Company, in the City of Milwaukee, State of Wisconsin, on the 11th day of March, 1907, with strict impartiality and, according to the best of my ability.

(Signed) Wilmer Sieg.

Subscribed in my presence
and sworn to before me this
11th day of March, 1907.

(Signed) F. W. Dockery,
Notary Public,

My commission expires July 1st, 1910. Milwaukee County, Wis."

The Vice-President submitted to the meeting the following communication from the Secretary of the

WG-ANR-00080898

Special Stockholder Meeting, (Continued)

Western Gas Company:

New York, February 28, 1907.

Mr. E. Haase, Secretary,
Milwaukee Gas Light Company,
Milwaukee, Wis.

Dear Sir;—

I enclose extracts from the minutes of the directors' meeting of the Western Gas Company held on February 27th.

Yours very truly,
(Signed) Robt. M. Murray,
Sec'y"

"Whereas, The Milwaukee Gas Light Company has outstanding obligations in the form of Preferred Stock Contracts, in the aggregate amount of $1,760,200. all now owned by the Western Gas Company, and on which the Milwaukee Gas Light Company pays 6% per annum, and

Whereas, The Milwaukee Gas Light Company has undivided earnings equal to $1,750,000.00, and for which amount the Board has authorized the issue of 6% 10 year Certificates of Indebtedness to its Stockholders, and

Whereas, The Western Gas Company has purchased the rights of the other nine stockholders (aggregating $409.50) and thereby is entitled to the whole of the $1,750,000.00 Certificate when issued, and

Whereas, the Officers and the Counsel of the Milwaukee Gas Light Company are strongly of the opinion that the Western Gas Company should avail itself of the right to take stock for the $1,010,300.00 of the Milwaukee Certificates, or at least to prepare the way for such exchange,

Therefore, Be it resolved: That the Western Gas Company does hereby constitute and appoint John P. Murphy, S. J. Glass and E. Haase, or either of them, its true and lawful attorneys, or attorney, for it and in

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 35 of 158   Document 50-7
WG-ANR-00080899

Special Stockholders Meeting (continued)

by it in the Milwaukee Gas Light Company on
any and all matters and questions arising at a
special meeting of the stockholders of said Company
to be held at its office in Milwaukee, Wisconsin, on
the............day of March, 1907, or any adjournment
thereof, as fully as it could do if personally present,
with power to waive notice in its name in writing
of said meeting, and with full power of substitution
in the premises, hereby ratifying and confirming all
that its said attorneys or attorney, or their substitutes
shall lawfully do or cause to be done in the premises
by virtue hereof.

        Witness our hand, this 17th day of February, 1907.

                        Western Gas Company,
                                by
In presence of:
                                        President"

        The following resolution was thereupon introduced:
"Resolved that the capital stock of the Milwaukee
Gas Light Company be and the same is hereby increased
from Fifteen Hundred Thousand Dollars ($1,500,000.00) to
Five Million Five Hundred Thousand Dollars (5,500,000.00)
and to that end that the first sentence of Section 2 of
Chapter 159 of the laws of 1852 be and the same is hereby
amended so as to read as follows:

        The capital stock of said Company shall be Five Million
Five Hundred Thousand Dollars ($5,500,000.00) in shares of
Fifty Dollars ($50.00) each."

        The vote on said resolution was taken by shares and
the polls were kept open for the reception of votes
until all the votes of the stockholders present in
person or by proxy had been cast; the inspectors,
having canvassed the votes, made the following report:

        To the President of the Milwaukee Gas Light Company:

        The undersigned inspectors appointed to canvass
the votes which might be cast at the meeting of the
Stockholders of the Milwaukee Gas Light Company,
held at the office of the Company, in the City of
Milwaukee, Wisconsin, on the 14th day of March, 1907,

WG-ANR-00080900

Special Stockholders Meeting (Continued)

on all matters coming before the meeting, do report:

That they have canvassed the votes cast upon the following resolution:

"Resolved that the capital stock of the Milwaukee Gas Light Company be and the same is hereby increased from Fifteen Hundred Thousand Dollars ($1,500,000.00) to Five Million Five Hundred Thousand Dollars ($5,500,000.00) and to that end that the first sentence of section 2 of chapter 159 of the laws of 1852 be and the same is hereby amended so as to read as follows:

"The capital stock of said Company shall be Five Million Five Hundred Thousand Dollars ($5,500,000.00) in shares of Fifty Dollars ($50.00) each."

That there have been cast in favor of said resolution the votes of the holders of stock of said Milwaukee Gas Light Company to the amount of Twenty Seven Thousand Six Hundred and Three shares (27,603) constituting the whole amount of the capital stock of said Company.

The undersigned therefore report said resolution has been adopted by unanimous vote of the holders of the entire capital stock of the said Milwaukee Gas Light Company.

(Signed) Ira B. Smith,
Wilmer Sieg."

Said report of the inspectors was duly accepted and ordered filed in the office of the company, and the Chairman declared that said resolution had been adopted by unanimous vote of the entire capital stock of the Company.

On motion the meeting adjourned.

E.H. Abbot
Secretary.

WG-ANR-00080901

Regular Meeting Board of Directors,
Monday, March 18th, 1907 - 4:00 P.M.
(Pursuant to By-Laws)

Present: Messrs. Murphy, Sieg, Luedke, Smith,
Glass and Fuller.

The Chairman, Mr Murphy, presided.

The minutes of the meeting of February 18th
were read and approved.

The General Manager submitted a letter from
Mr A. P. Lathrop requesting that the usual quarterly
dividend be declared, and it was upon motion
of Mr Luedke, seconded,

Resolved, that a dividend of 70¢ per share on the
capital stock of this Company be declared, payable
at once.

The General Manager submitted a report of the
Company's business for the month of February, and
the same was accepted and ordered placed on file.

On motion the meeting adjourned.

E. Haase
Secretary.


Regular Meeting Board of Directors,
Monday April 16th, 1907. 4:30 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Green, Luedke, Hulst, Sieg, Smith
Glass and Fuller.

Vice-President Mr Green, presided

The minutes of the Board meeting of March
18th were read and approved.

Mr Glass submitted a certified copy of the action
of the Board of Directors of the Western Gas Company,
held April 5th, which certified copy is on file with the
records of the Company, and a copy of which is as
follows:

"Whereas, The Western Gas Company is the owner of said

WG-ANR-00080902

Regular Meeting Board of Directors 4/16/07. Cont'd.

has in its possession contract obligations of the Milwaukee Gas Light Company, which contract is in words and figures as follows:

This contract will entitle the Western Gas Company to fifty five thousand, two hundred and six (55,206) shares of the par value of Fifty Dollars each of Preferred Capital Stock of the Milwaukee Gas Light Company, a corporation organized under the Laws of the State of Wisconsin, for which Certificates in due form will be issued (upon surrender of this Contract) whenever the Company shall be authorized by law to issue such Preferred Stock, and in the meantime the holder of this Contract shall be entitled to all the benefits of a Preferred Stockholder, except the right to vote, and shall be paid interest at the rate of six per cent. per annum upon a sum equal to the face value of said shares from January 1st, 1907, payable semi-annually, on the dates and in the manner following, viz:

This Contract is transferable only on the books of the Company upon its surrender by the registered owner in person, or by attorney, at the offices of the Company. Said books will be closed and no transfers will be made thereon from the first to the fifteenth days, both inclusive, of January and July in each year.

On the fifteenth day of each January interest for the half year ended the thirty-first day of December last preceding, and on the fifteenth day of each July interest for the half year ended the thirtieth day of June last preceding, will be paid to the registered owner.

The said Preferred Stock when issued will entitle the holders thereof to be paid dividends thereon at the rate of six per centum per annum, from the date to which interest was last paid under this Contract, in preference and priority to any dividends to be made to the holders of any other class of stock of the Company, and this right to receive dividends upon such Preferred

WG-ANR-00080903

Regular Meeting Board of Directors, 4/16/07. (Cont'd.)

Stock will also entitle the holders, in case of any winding up or dissolution of the Company, to be paid the face value of their Shares, plus any dividends then accrued and unpaid thereon, out of the assets or proceeds thereof, before any part of such assets or proceeds shall be distributed to the holders of any other class of stock.

In witness whereof, the said Company has caused this Contract to be signed by its President, or a Vice-President, and its corporate seal to be hereto affixed and attested by its Secretary, or an Assistant Secretary, at Milwaukee, Wisconsin, this ............ day of ............ 190 .

Attest :

............................................ President.

............................................
Secretary.

For Value Received ............ hereby sell, assign and transfer unto ............................................

all ............ right, title and interest in, to and under this, within Contract, and hereby nominate and appoint ............ true and lawful attorney to transfer the same on the books of the within mentioned Company, with full power of substitution in the premises.

Dated ............................ 190 ..

In presence of

....................................

Whereas, it is the desire of the Western Gas Company to have a form of obligation, more specific in its terms, and of a form that could be more readily used as a collateral and that would be more readily marketed in the event that this Company desired to dispose of it, Now, Therefore, be it

Resolved, By the Board of Directors of the Western Gas Company, that the Milwaukee Gas Light Company be, and it is, hereby requested to redeem its obligations, above described, by issue of notes, payable on or before twenty years from March 31st, 1907, such notes bearing interest

Regular Meeting Board of Directors, 4/16/09. (cont'd.)

at the rate of six per cent. per annum, payable quarterly and that the notes be in amounts as follows: Four notes of Five Hundred Thousand ($500,000) Dollars each; one note of Three Hundred Ninety Thousand, Four Hundred and Fifty ($390,450) Dollars, and one note of Three Hundred, Sixty Nine Thousand, Eight Hundred and Fifty ($369,850) Dollars.

Resolved, That the President of this Company present the above request to the Milwaukee Gas Light Company and ask that the request be promptly granted.

(Signed) Emerson McMillin,
Pres't.

Attest:

Rob't M. Murray,

I hereby certify that at the meeting of the Board of Directors of the Western Gas Company, held this fifth day of April, Nineteen Hundred and Seven, the above Preambles and Resolutions were unanimously adopted.

(Signed) Rob't M. Murray,
Secretary."

Pursuant to the above request of the Western Gas Company the following resolution was offered by Mr. Sieg and seconded by Mr. Smith:

"Whereas, this Company is liable to the Western Gas Company under a certain contract, which contract is in the words and figures as follows:

This contract will entitle the Western Gas Company to fifty-five thousand two hundred and six (55,206) shares of the par value of fifty dollars each of preferred capital stock of the Milwaukee Gas Light Company, a corporation organized under the laws of the State of Wisconsin, for which certificates in due form will be issued (upon surrender of this contract) whenever the Company shall be authorized by law to issue such Preferred Stock, and in the meantime the holder of this contract shall be entitled to all the benefits of a Preferred Stockholder except the right to vote, and shall be paid interest at the rate of six per cent. per annum upon a sum equal to the face value of said shares from January 1st, 1902, payable

the following

WG-ANR-00080905

Regular Meeting Board of Directors, 4/16/07 (cont'd.)

viz:

This contract is transferable only on the books of the Company upon its surrender by the registered owner in person or by attorney, at the office of the Company. Said books shall be closed and no transfers will be made thereon from the first to the fifteenth days, both inclusive, of January and July in each year. On the fifteenth day of each January interest for the half year ended the thirty-first day of December last preceding, and on the fifteenth day of each July interest for the half year ended the thirtieth day of June last preceding, will be paid to the registered owner.

The said Preferred Stock when issued will entitle the holders thereof to be paid dividends thereon at the rate of six per centum per annum, from the date to which interest was last paid under this contract, in preference and priority to any dividends to be made to the holders of any other class of stock of the Company, and this right to dividends shall be cumulative. Said Preferred Stock will also entitle the holders, in case of any winding up or dissolution of the Company, to be paid the face value of their shares, plus any dividends then accrued and unpaid thereon, out of the assets or proceeds thereof before any part of such assets or proceeds shall be distributed to the holders of any other class of stock.

In Witness Whereof, the said Company has caused this contract to be signed by its President, or a Vice-President, and its corporate seal to be hereto affixed and attested by its Secretary, or an Assistant Secretary, at Milwaukee, Wisconsin, this ............ day of ............ 19.....

Attest:

.................................................... President.

....................................
Secretary.

For Value Received ...... hereby sell, assign and transfer unto ......

all ...... right, title and interest in, to and under the

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 42 of 158   Document 50-7

WG-ANR-00080906

Regular Meeting Board of Directors, 4/16/09. (contd.)
within contract, and hereby nominate and appoint
tour and lawful attorney to transfer the same on the books
of the within mentioned company, with full power of
substitution in the premises.

    Dated _____ 190___.

In Presence of

and _____

    Whereas, it is the desire of this Company to redeem
said obligation above described by an issue of notes,

    Now, Therefore, Be it Resolved, by the Board of Directors
of the Milwaukee Gas Light Company that it redeem its
obligation above described by an issue of notes, payable
on or before twenty years from March 31st, 1901, such
notes bearing interest at the rate of six per cent per
annum, payable quarterly, and that the notes be in
amounts as follows: four notes of five hundred thousand
dollars ($500,000.00) each; one note of three hundred ninety
thousand, four hundred and fifty dollars ($390,450.00) and
one note for three hundred sixty nine thousand, eight
hundred and fifty dollars ($369,850.00), and which notes the
officers of this company are hereby directed to execute
and deliver to the Western Gas Company."

    The question being upon the adoption of the foregoing
Preamble and Resolution, it was adopted by the affirmative
votes of all the directors present.

    The General Manager submitted the report of the
Company's business for the month of March, and the
same was accepted and ordered placed on file.

    On motion the meeting adjourned.

               E H Haase
                   Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 43 of 158   Document 50-7

WG-ANR-00080907

Regular Meeting Board of Directors,
Monday, May 20th, at 30 P.M. 1907.
(Pursuant to By-Laws.)

Present: Messrs. Green, Luedke, Hulst, Fuller, Sieg and Glass.

Vice President, Mr. Green, presided.

The minutes of the meeting of April 15th were read and approved.

The General Manager submitted the report of the Company's business for the month of April, and the same was accepted and ordered placed on file.

On motion the meeting adjourned.

E. Haase
Secretary.

Regular Meeting Board of Directors,
Monday, June 17th 1907. at 30 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Fuller, Sieg, Luedke, Green and Glass.

Second Vice-President, Mr. Green, presided.

The minutes of the meeting of May 20th were read and approved.

Mr. Glass submitted the resignation of Mr. Ira R. Smith as director, and the same was, upon motion of Mr. Fuller, duly seconded, accepted.

The General Manager submitted the report of the Company's business for the month of May and same was accepted and ordered placed on file.

The General Manager read a letter from Mr. Lathrop relative to dividend, and it appearing from the report that the undivided profits for the current year are $69,000.00, it was, upon motion of Mr. Luedke, seconded,

Resolved, that a dividend of 70¢ per share on the capital stock of the Company be declared, payable in New York June 28, 1907.

WG-ANR-00080908

Regular Meeting Board of Directors, 4/17/07. (cont'd)

The Secretary read a letter from the National Mechanics Bank of Baltimore, reciting the loss of bond No. 5837 of this Company, and also Mr. McMillen's letter of May 16th, 1907, stating the mode of procedure for the issue of a duplicate bond, and submitted the forms of bonds and affidavits required, as drawn up by our attorneys, and thereupon the following resolution was offered by Mr. Sieg, duly seconded,

Whereas, the National Mechanics' Bank of Baltimore, Maryland, claims to be the owner of Bond Number 5837 of this Company in the amount of one thousand dollars ($1000) which bond with November 1, 1906 and subsequent coupons attached is now claimed by said bank to be lost,

Resolved, that upon receipt by this Company of a good and sufficient bond of indemnity, to be approved by our attorneys, in the sum of Thirty Six Hundred dollars, ($3600) executed by said National Mechanics Bank of Baltimore and some reliable surety company, together with an affidavit from the proper officer of said bank reciting when said bond came into its possession as nearly as possible, when and how it was lost, and affirming that said bank had never sold or transferred said bond, or disposed of the same in any way, the officers of this company be and they are hereby authorized and directed to execute and deliver with the consent of the Central Trust Company of New York, a duplicate bond, and the International Bank Note Company of New York is hereby authorized and directed to print a duplicate from the plates in its possession.

Resolved, further, that upon receipt of a bond of indemnity in form satisfactory to the attorneys of this company in the amount of eighty dollars ($80.), the officers of this Company be and they are hereby directed to pay to said National Mechanics Bank of Baltimore, the sum of forty dollars ($40.) due upon the alleged lost coupons dated November 1st, 1906 and May 1st, 1907.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 45 of 158   Document 50-7

WG-ANR-00080909

Regular Meeting Board of Directors 6/17/07. (contd)

There being no further business to come before the
Board, on motion the meeting adjourned.

E. Haase
Secretary

## Annual Meeting of The Stockholders.
### Monday July 1st, 1907. 10 a.m.

Pursuant to the By-Laws of the Company and
ten days notice published in the Milwaukee
Sentinel and Evening Wisconsin, as per proofs of
publication on file, the annual meeting of the
Stockholders of the Milwaukee Gas Light Company
was held at the office of the Company.

The meeting was called to order by Mr. Glass
and Mr. Haas acted as Secretary of the meeting.
The holders of 27601 shares of the capital stock of the
Company were represented in person or by proxy as follows:

Western Gas Company, by Alauss P. Lathrop, Proxy, 27595 Shares
Emerson McMillin,                     Do                      1  "
S. J. Glass, in person,                                       1  "
Wilmer Sieg,                Do                                1  "
H. Aug Gurske,              Do                                1  "
O. C. Fuller,               Do                                1  "
A. K. Hamilton,             Do                                1  "
E. J. Lindsay,              Do                              _____
                                                            27601  "

The Chairman appointed Messrs Fuller and Sieg,
tellers to canvass the Powers of Attorney presented
at the meeting and they reported as follows:

We beg to report that the number of shares repre-
sented by proxy are 27595 and the number represented
in person are 6, total 27601.

Respectfully
O. C. Fuller
Wilmer Sieg,        Tellers.

WG-ANR-00080910

Annual Meeting of the Stockholders 7/1/07 – (cont'd)

The minutes of the last meeting of the Stockholders were read and approved.

The following amendment to Section 3 of Article 3 of the By-Laws was offered by Mr. Sieg, said section to read as follows:

"The Vice-Presidents in numerical order or the Chairman of the Board of Directors shall perform all the duties of the President when the latter is absent."

The above amendment was adopted by the affirmative vote of all the Stockholders present.

The following amendment to Article 5, Miscellaneous Provisions, Section 1 of the By-Laws, was offered by Mr. Fuller, the above section to read as follows:

"All moneys belonging to the Company shall be deposited from day to day to the credit of the Company with such bank or banks as the directors shall direct, and shall only be drawn from such bank or banks by check, drawn upon the Treasurer's account, and payable at the bank or banks, and signed by the President, or a Vice-President, or the Chairman of the Board of Directors, and countersigned by the General Manager, or the Secretary, or an Assistant Secretary."

The above amendment was adopted by the unanimous vote of all the Stockholders present.

On motion of Mr. Luedke, seconded, it was

Resolved, that all the acts and proceedings of the Board of Directors and officers of the Company for the year ending June 30th, 1907, be and the same are hereby in all respects approved, ratified and confirmed.

The following letter was read by Mr. Glass and ordered spread upon the minutes:

"July 1st, 1907

Mr. J. J. Glass,
     M. G. L. Co.,
Dear Sir;

          As I will be away from the City the greater part of this year, I desire to tender my resignation as

WG-ANR-00080911

Annual Meeting of the Stockholders, 7/1/07. (cont'd.)

Gas Light Company.

Yours truly,

S. M. Green.

On motion of Mr. Fuller, seconded, it was

Resolved, to proceed to the election of Directors for the ensuing year. The following named gentlemen were proposed as Directors, namely:

Emerson McMillin,
I. J. Glass,                    New York City
J. P. Murphy,                  Milwaukee
Nelson P. Hulst,                  "
N. Aug. Luedke,                   "
O. C. Fuller,                     "
A. N. Hamilton,                   "
Kilmer Sieg                       "
E. J. Lindsay,                    "

On motion of Mr. Sieg, seconded, the nominations were closed.

Upon motion of Mr. Fuller, seconded, the Secretary was instructed to cast a ballot for each of the gentlemen named. The Secretary having cast a ballot as instructed, the tellers reported that each of the gentlemen named received the unanimous vote of 1,660 shares represented at the meeting and they were thereupon declared by the Chairman duly elected Directors for the ensuing year.

There being no further business to come before the Stockholders, the meeting adjourned.

E. Haass
Secretary.

WG-ANR-00080912

Annual Meeting Board of Directors

Monday, July 1st, 1907, 10:30 a.m.
(Pursuant to By-Laws.)

Present: Messrs. Glass, Fuller, Sieg Hamilton, Lindsay and Luedke.

On motion of Mr. Glass, seconded, Mr. Luedke was elected chairman of the meeting and Mr. Haase was appointed Secretary of the meeting.

On motion of Mr. Fuller, seconded, the Secretary was instructed to cast a ballot of the Board of Directors for the election of the following gentlemen as officers of the Company for the ensuing year.

| Office | Name |
|---|---|
| President | Emerson McMillin, |
| Vice-President and General Manager | S. J. Glass, |
| Secretary and Treasurer | Ewald Haase, |
| Assistant Secretary and Asst. Treasurer | A. P. Lathrop, |
| Counsel | Miller, Mack & Fairchild, |
| Chairman of the Board of Directors | J. P. Murphy, |

The Secretary having cast the ballot as directed, the Chairman declared the above named gentlemen as elected as officers for the ensuing year.

On motion of Mr. Fuller, seconded, the salaries of the officers of the Company were fixed as follows:

| Office | Salary |
|---|---|
| President, | $7500.00 |
| Chairman, Board of Directors, | $1000.00 |
| 1st Vice-President, | $500.00 |
| General Manager, | $8000.00 |
| Secretary and Treasurer, | $5500.00 |
| Asst. Secy and Asst. Treas. | $300.00 |
| Counsel, | $2500.00 |

all payable monthly.

On motion of Mr. Fuller, seconded, the bonds of the General Manager and Secretary were fixed at $5000.00 each.

On motion the meeting adjourned.

Ewald Haase
Secretary

WG-ANR-00080913

Special Meeting Board of Directors.
Thursday, July 11th/1907 at 2:30 P.M.

Due notice of meeting having been given.

Present: Messrs. Sieg, Friedke, Hamilton, Lindsay, Fuller, Glass and Mr. Miller, Counsel.

The Vice-President, Mr. Glass, presided.

Mr. Glass explained the purpose of the meeting, viz., to take action upon the issue of capital stock in accordance with the resolution adopted by the stockholders at their meeting on March 11th, 1907, and after the reading of the minutes of the said stockholder's meeting of March 11th, 1907 and discussion of the matter, the following resolution was offered by Mr. Sieg and seconded by Mr. Lindsay:

The authorized capital stock of this company having been one million five hundred thousand dollars ($1,500,000,) divided into thirty thousand (30,000) shares of fifty dollars ($50) each, of which twenty-seven thousand six hundred three (27,603) shares have heretofore been issued, and the stockholders of this company have adopted a resolution increasing the authorized capital stock of this company from one million five hundred thousand dollars ($1,500,000) to five million five hundred thousand dollars ($5,500,000) divided into shares of fifty dollars ($50) each, and a certified copy of such resolution has been forwarded to the Secretary of State at Madison, so as to complete the said increase in the capital stock of this company, and the Western Gas Company, the owner of all the capital stock of this company except nine (9) shares, and the owner of three million six hundred nineteen thousand eight hundred fifty dollars ($3,619,850.00) of outstanding notes of this company, has offered to exchange said notes for an equal amount of the capital stock of this company at par.

Now therefore, Be it Resolved, that the executive officers of this company be, and they are, hereby directed to issue to the Western Gas Company, seventy-two

WG-ANR-00080914

Special Meeting Board of Directors 7/11/07. (Cont'd.)
thousand three hundred ninety- seven (74,397) shares
of the new capital stock of this company in exchange
for said notes.

The question being on the adoption of the foregoing
resolution, it was adopted by the affirmative vote of
all directors present.

On motion the meeting adjourned

E Haase
Secretary.

Note:

The Western Gas Company holds, besides the notes
to be retired by the issue of capital stock, an
additional note of three hundred Ninety thousand
four hundred fifty dollars ($390,450), on which one
hundred forty five thousand dollars (145,000) was paid
toward the Principal, June 22nd, 1907, leaving a balance
of two hundred forty five thousand four hundred
fifty dollars ($245,450), due on this note.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 51 of 158   Document 50-7

WG-ANR-00080915

Regular Meeting Board of Directors,
Monday July 15th, 1907. 4:30 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Sieg, Luerkhr, Hamilton, Lindsay, Glass and Fuller.

The Vice-President, Mr. Glass, presided.

The minutes of the meetings of June 17th, July 1st and July 11th were read and approved and on motion of Mr. Fuller, seconded, it was

Resolved, that a foot note be added to the minutes of July 11th, showing that the Western Gas Company held, besides the notes to be retired by the issue of capital stock, an additional note of three hundred ninety thousand four hundred fifty dollars ($390,450) on which one hundred forty five thousand dollars ($145,000) was paid toward the principal June 22nd, 1907, leaving a balance of two hundred forty five thousand four hundred fifty dollars ($245,450) due on this note.

The General Manager submitted the report of the Company's business for the month of June and the same was accepted.

On motion of Mr. Hamilton, seconded, it was

Resolved, that a bonus of ten per cent on their wages and salaries for the first half of 1907 be paid to the employes entitled to the same under the rules adopted in December, 1899.

On motion the meeting adjourned.

E. Haase
Secretary.

Regular Meeting 1 Board of Directors
Monday, Aug. 19th, 1907. 4:30 P.M.
(Pursuant to By-Laws.)

Present: Messrs Hamilton, Sieg, Luedke, Hulse, Murphy, Glass and Fuller.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of July 15th were read and the paragraph on the approval of the minutes of the preceding meetings was corrected by inserting the date "July 1st", showing that the minutes of the meeting of that date were also approved. With this correction the minutes were approved.

The General Manager presented the report of the Company's business for the month of July and the same was accepted with thanks and ordered placed on file.

The Vice-President submitted the following letter of the President:

"New York, Aug. 3rd, 1907.

Mr. S. J. Glass, Gen'l Mgr.,
    Milwaukee Gas Light Co.,
        Milwaukee, Wis.

Dear Mr. Glass:-
            Your letter of Aug. 1st, addressed to Mr. Lathrop, is before me.
            I desire you to lay before the Board the request of the American Light and Traction Company that the dividends on your stock shall hereafter be paid at the rate of 1¾ % quarterly, or at the rate of 7% per annum.
            The earnings of the Company warrant it and we think this an opportune time to begin such payment.
                    Yours truly,
                (Signed) Emerson McMillin,
                            President."

Upon motion of Mr. Sieg, seconded, it was Resolved, that a dividend of 1¾ % on the capital

WG-ANR-00080917

Regular Meeting Board of Directors 8/19/07. cont'd.

on or about September 21st.

On motion the meeting adjourned.

E. Haase,
Secretary

Regular Meeting Board of Directors,
Monday, Sept. 16th, 1907. 4:30 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Hamilton, Lueder, Hulst, Sieg, Duller,
Glass and Murphy.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of Aug. 19th were read and
approved.

The General Manager submitted the report of the
Company's business for the month of August, and same
was accepted and ordered placed on file.

The General Manager reported on the employes'
picnic held August 21st, showing the expenses
amounting to $665.70, and on motion of Mr. Hamilton,
seconded, the expenses were approved.

On motion of Mr. Sieg, seconded, the proper officers
were authorized to borrow not to exceed $100,000 at the
best terms obtainable, to enable the payment of
bond interest payable October 15th.

On motion the meeting adjourned.

E. Haase,
Secretary.

WG-ANR-00080918

Special Meeting Board of Directors.
Friday, October 11th, 1907. 4:30 P.M.
(Due notice of meeting having been given.)

This meeting was held to take the place of the regular meeting.

Present: Messrs. Murphy, Sieg, Luedke, Fuller, Glass and Hulst.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of Sept. 16th were read and approved.

The General Manager submitted the report of the Company's business for the month of September and same was accepted and ordered placed on file.

On motion the meeting adjourned.

E. Haase,
Secretary.

Regular Meeting Board of Directors,
Monday, Nov. 18th, 1907. 4:30 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Sieg, Fuller, Luedke, Hulst, Hamilton, Lindsay and Glass.

At the request of the Vice-President Mr. Hamilton acted as Chairman of the meeting.

The minutes of the meeting of October 11th were read and approved.

The General Manager submitted the report of the Company's business for the month of October and same was ordered placed on file.

On motion the meeting adjourned.

E. Haase,
Secretary.

WG-ANR-00080919

Regular Meeting Board of Directors,
Monday, Dec. 16th, 1907. – 4:30 P. M.
(Pursuant to By-Laws)

Present: Messrs. Fuller, Sieg, Luedke, Hulse Judson
and Hamilton.

In the absence of both the Vice-President and the
Chairman of the Board, the meeting was called to order
by the Secretary, and on motion of Mr. Sieg, seconded,
Mr. Hamilton was elected chairman of the meeting.

The minutes of the meeting of November 18th were
read and approved.

The following letter from the Secretary of the
Western Gas Company was read:—

"New York, Dec. 12th, 1907.

Mr. E. J. Glass,
Milwaukee, Wis.

Dear Mr. Glass:—

We would like at the next meeting of
your Board of Directors that a dividend of 1¾%
be declared, payable not later than December 27th.
This together with interest on your note, will amount
to about $91,175.00. Please advise us upon receipt of
this as to whether there is any question as to your
ability to make the payment at that time.

In remitting for dividend and interest, and
in fact in sending any correspondence for this
Company, please direct it to this address.

Very truly yours,
(Signed) Alanson T. Lathrop,
Secretary
Western Gas Co.

It appearing from the Treasurer's report that the
net profits available for dividends at this date
are $176,069.30, it was, upon motion of Mr. Luedke,
seconded,

Resolved that a dividend of one and three
quarter per cent on the capital stock of the
Company, amounting to $87,500.00 be declared, payable
in New York, on or before December 27th, 1907.

WG-ANR-00080920

Regular Meeting Board of Directors - 17/16/07, cont'd.

The General Manager's report of the Company's business for the month of November was submitted to the directors by the Secretary and the same was accepted and ordered placed on file.

There being no further business to come before the Board, on motion the meeting adjourned.

E. Kaase
Secretary.

Regular Meeting Board of Directors.
Monday, Jan 20th 1908 - 1:30 P.M.
(Pursuant to By-Laws)

Present: Messrs. Lindsay, Hamilton, Hulst, Fuedke, Ring, Fuller and Glass.

Upon request of the Vice-President, Mr. Hulst acted as Chairman of the meeting.

The minutes of the meeting of December 16th were read and approved.

The General Manager submitted a report of the Company's business for the month of December and also for the year 1907, and same were accepted and ordered placed on file.

Mr. Glass reported that the Wauwatosa and West Allis Gas Companies had reduced the price of gas to their consumers, which necessitated a change in the contract between this Company and the Wauwatosa and West Allis Gas Companies, and he submitted contracts to take the place of those now existing between the Companies, which contracts are in effect identical with the contracts now existing, except that the price now to be paid by the Wauwatosa and West Allis Gas Companies to the Milwaukee Gas Light Company

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 57 of 158   Document 50-7

WG-ANR-00080921

Regular Meeting Board of Directors, 1/20/08. Contd.;

For the first 10,000 cubic feet per month 80¢ per thousand cubic feet.

For the next 10,000 cubic feet per month 70¢ per thousand cubic feet.

For the next 10,000 cubic feet per month 60¢ per thousand cubic feet.

For all over 30,000 cubic feet per month 60¢ per thousand cubic feet.

In motion of Mr. Luedke, seconded, it was thereupon

Resolved, that the proper officers be authorized to execute said contracts with the Wauwatosa and West Allis Gas Companies.

The Vice-President reported that the amount of Wages for the second half of the year 1907, upon which employes were entitled to bonus, amounted to about $102,463.²⁸, and upon motion of Mr. Hamilton, seconded, it was.

Resolved, that a bonus of 10% on the wages and salaries for the second half of the year 1907 be paid to the employes entitled to the same under the bonus rules.

In motion the meeting adjourned.

E Haase
Secretary.

WG-ANR-00080922

Regular Meeting Board of Directors,
Monday, Feb. 17th 1908. 2:30 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Lindsay, Hamilton, Luedke, Hulst,
Glass and Sieg.

The Vice-President Mr. Glass presided.

The minutes of the meeting of Jan. 10th were
read and approved.

The General Manager submitted the report
of the Company's business for the month of January,
and the same was accepted and ordered placed
on file.

On motion the meeting adjourned.

E Kauee
Secretary.


Regular Meeting Board of Directors,
Monday, March 16th, 1908.- 2:30 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Sieg, Luedke, Hulst, Hamilton,
Lindsay, Murphy, Glass and Fuller.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of Feb. 17th were read
and approved.

The General Manager submitted the report of the
Company's business for the month of February and the
same was accepted and ordered placed on file.

The Vice-President submitted the following letter
from the Western Gas Company:

Mr. S. J. Glass,          New York, March 5th 1908.
      General Manager,
          Milwaukee, Wis.

Dear Mr. Glass:-

WG-ANR-00080923

Regular Meeting Board of Directors, 3/16/08. (continued,)

pay its regular dividend this month, it is essential we should have a dividend from your Company of 12½% on your Capital Stock, payable on or about the 20th of the month, and also interest on your note which we hold for the quarter ending March 31st. Will you please have your directors act upon this matter at the next meeting?

Very truly yours,

Western Gas Company,

Alanson P. Lathrop,

Secretary."

It appearing from the Treasurer's report that the net profits for the first quarter of 1908 are in excess of $100,000.⁰⁰ it was, upon motion of Mr. Hamilton, seconded,

Resolved, that a dividend of 12½% on the capital stock of the Company, amounting to $87,500.⁰⁰ be declared, payable in New York on or about March 20th 1908.

The Vice-President reported that he had been requested to bring before the Board of Directors the desire of the Western Gas Company that an extra dividend be declared for the amount of undivided profits on December 31st, 1907, amounting to $97,961.³⁵, and the following resolution was offered by Mr. Sieg, duly seconded,

Whereas, the balance sheets of the books of this Company show that on the 31st day of December, 1907, there were undivided profits amounting to $97,961.³⁵ and

Whereas, the stockholders are entitled to this surplus either paid in cash, or some evidence of indebtedness that will give to such stockholders a fair rate of interest on these accumulated earnings, therefore, be it

Resolved, by the Board of Directors that an extra dividend amounting to a total of $97,961.³⁵ be and is hereby declared, payable March 20th 1908 to the stockholders of record on that date.

The question being on the adoption of the foregoing resolution, the same was adopted by the affirmative

WG-ANR-00080924

Regular Meeting Board of Directors, 3/16/08 (contd.)
vote of all the directors present.

There being no further business to come before the
Board, the meeting adjourned.

EHaase
Secretary.


Regular Meeting Board of Directors,
Monday, April 20th 1908 - 4:20 P.M.
(Pursuant to By-Laws.)

Present: Messrs. Murphy, Lindsay, Hulst, Sieg,
Glass and Fuller.

The Chairman, Mr. Murphy, presided.

The minutes of the meeting of March 16th were
read and approved.

The General Manager submitted the report of
the Company's business for the month of March
and the same was accepted and ordered placed
on file.

The Treasurer reported that it had been necessary
to borrow for thirty days from the Western Gas Company
the sum of Sixty Thousand ($60,000.) Dollars, to
provide funds for the semi-annual payment
of interest, and it was, upon motion of Mr. Sieg,
seconded,

Resolved, that the action of the officers in making
such a loan be approved, and it is hereby ratified
and approved.

The Vice President submitted a communication
from Col. Falk of the National Guard asking for
a subscription toward the establishment of
permanent quarters for the First Light Battery
in the north end of the City. The request was

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 61 of 158   Document 50-7
WG-ANR-00080925

Regular Meeting Board of Directors, 4/20/08. (cont'd.)
expressed themselves that this project was worthy
of the substantial support of this Company, and
thereupon it was, upon motion of Mr. Sug, seconded,

Resolved, to subscribe to the fund for the
First Light Battery now being raised by Col. Falk
the sum of Two Hundred Fifty Dollars ($250.00)

On motion the meeting adjourned.

E Haase
Secretary

Regular Meeting Board of Directors,
Monday May 18th 1908. 4:30 P.M.

(Pursuant to By-Laws.)
Present: Messrs. Lindsay, Hamilton, Sug, Fuller,
Glass, Murphy and Huber.
The Chairman, Mr. Murphy, presided.
The minutes of the meeting of April 20th were
read and approved.

The General Manager submitted the report of
the Company's business for the month of April and
the same was accepted and ordered placed on file.

On motion the meeting adjourned.

E Haase
Secretary

Regular Meeting Board of Directors.
Monday, June 15th, 1908. 2:00 P.M.

Pursuant to By-Laws.
Present: Messrs. Lindsay, Hamilton, Glass, Fuller and Sug.
Mr. Glass presided.
The minutes of the meeting of May 18th were read
and approved.

WG-ANR-00080926

Regular Meeting Board of Directors, 6/15/08.

The General Manager submitted the report of the Company's business for the month of May and same was accepted and ordered placed on file.

The following letter from the Secretary of the Western Gas Company was read:

'New York City, June 3, 1908.

Mr. E.J. Glass,
  General Manager,
    Milwaukee, Wis.

Dear Mr. Glass:-

    I trust that at the next meeting of your board of Directors you will arrange for the payment of your usual dividend of 1¾ %, and have funds covering same, together with interest on your note, in our possession not later than the 25th inst.

    Yours truly,
    (Signed) Alanson P. Lathrop,
      Secy-Treas.'

A.P.L. - B.M.

The following resolution was thereupon offered by Mr. Lindsay and seconded by Mr. Hamilton:

"Whereas, it appears that the net earnings of the Company, applicable to dividends for the quarter ending June 30th, will be in excess of $90,000.⁰⁰,

Be it Resolved, that a dividend of 1¾ % on the Capital Stock of this Company, amounting to $87,500.⁰⁰ be declared payable in New York June 25th to the stockholders of record at that date."

The resolution was adopted by the affirmative vote of all directors present.

On motion the meeting adjourned.

    E.H. Aay
    Secretary.

WG-ANR-00080927

Annual Meeting of Stockholders,
Monday, July 6th, 1908. – 10:00 A.M.

Pursuant to By Laws of the Company, and ten days notice published in the Milwaukee Sentinel, and Evening Wisconsin, as per proofs of publication on file, the annual meeting of stockholders of the Milwaukee Gas Light Co. was held at the office of the Company, 182 Wisconsin St., Monday July 6th, 1908, at 10:00 A.M.

The holders of 99992 shares of the capital stock of the Company, out of a total of 100,000 shares, were present in person or by proxy as follows:

| | Shares |
|---|---|
| Western Gas Company, by Sheldon J. Glass, Proxy, | 99991 |
| Sheldon J. Glass, in person | 1 |
| Total | 99992 |

On motion the meeting adjourned to July 13th, 1908 at 10:00 A.M.

E. K. Hoxe
Secretary.

Adjourned Annual Meeting Stockholders,
Monday, July 13th, 1908. 10:00 A.M.

The adjourned annual meeting of stockholders of the Milwaukee Gas Light Company was held at the office of the Company, 182 Wisconsin St., Milwaukee, Wis, on the 13th day of July, 1908, at 10:00 A.M., pursuant to due adjournment of the Annual Meeting held, July 6th 1908.

| | | Shares |
|---|---|---|
| Western Gas Company, by Alanson B. Rathroß, Proxy, | | 99991 |
| Sheldon J. Glass, | in person, | 1 " |
| Wilmer Sieg, | " " | 1 " |
| Oliver C. Fuller, | " " | 1 " |
| A.K. Hamilton, | " " | 1 " |
| E.J. Lindsay, | | 99996 " |

Adjourned Annual Meeting Stockholders, 7/13/08.  (cont'd)

The meeting was called to order by Mr. Glass and Mr. Haase acted as Secretary of the meeting.

The holders of capital stock of the Company were present in person or by proxy as follows: See preceding page

The Chairman appointed Messrs. Fuller and Sieg tellers, to canvass the powers of attorney presented at the meeting, and they reported as follows:

"We beg to report the number of shares represented by proxy are, —                                    99991

and the number represented in person are, —          5

                                        Total  99996

                              Respectfully submitted
                                        O. C. Fuller,
                                        Wilmer Sieg
                                                    Tellers"

The minutes of the last annual meeting of stockholders were read and approved.

On motion of Mr. Lathrop, seconded, it was

Resolved, that all the acts and proceedings of the Board of Directors and officers of the Company for the year ending June 30th, 1908, be and the same are hereby in all respects approved, ratified and confirmed.

On motion of Mr. Sieg, seconded, it was

Resolved to proceed to the election of directors for the ensuing year.

The following named gentlemen were proposed as directors by Mr. Lathrop, namely,

                              Emerson McMillin,
                              A. N. Hamilton,
                              Sheldon J. Glass,
                              E. J. Lindsay,
                              Nelson P. Hulst,
                              Wilmer Sieg,
                              Oliver C. Fuller,
                              H. Aug. Luedke,
                              John T. Murphy,

WG-ANR-00080929

<u>Adjourned Annual Meeting of Stockholders (cont'd)</u>

On motion of Mr. Sieg, seconded, it was

Resolved, that the Secretary be instructed to cast a ballot for the election of each of the above named gentlemen as directors of the Company.

The above resolution was adopted by the unanimous vote of 99996 shares represented at the meeting.

The Secretary thereupon cast a ballot for the Election of the above named gentlemen as directors, and they were thereupon declared by the Chairman duly elected directors for the ensuing year.

On motion of Mr. Sieg the meeting adjourned.

E. Haase
Secretary.

Annual Meeting Board of Directors,
Monday, July 13, 1908. - 10:30 a.m.

(Pursuant to By-Laws.)

Present: Messrs. Glass, Fuller, Sieg, Hamilton and Lindsay.

On motion of Mr. Glass, seconded, Mr. Hamilton was elected Chairman of the meeting, and Mr. Haase was appointed Secretary of the meeting.

The meeting then proceeded to the Election of officers for the ensuing year, and upon nomination by the respective gentlemen named, and duly seconded, the following officers were each, and severally elected to the respective offices by the unanimous vote of all the directors present, namely:

President,                    Emerson McMillin,
          Nominated by Mr. Sieg.

WG-ANR-00080930

Annual Meeting Board of Directors, 7/13/08. - (cont'd.)

Vice Pres't & General Manager, Sheldon J. Glass,
Nominated by Mr. Fuller.

Chairman of Board of Directors, John P. Murphy,
Nominated by Mr. Fuller.

Secretary & Treasurer, Ewald Haase,
Nominated by Mr. Sieg.

Ass't. Sec'y. & Ass't. Treas., Alanson P. Lathrop,
Nominated by Mr. Glass.

Counsel, Miller, Mack & Fairchild,
Nominated by Mr. Glass.

On motion of Mr. Fuller, seconded, the salaries of the officers of the Company were fixed as follows:

| | |
|---|---|
| President, | $7700.00 |
| Vice President & General Manager, | $8500.00 |
| Secretary & Treasurer, | $4500.00 |
| Ass't. Sec'y. and Ass't. Treas., | $300.00 |
| Counsel, | $2500.00 |
| Chairman of the Board of Directors, | $1000.00 |

On motion of Mr. Fuller, seconded, the bonds of the General Manager and Secretary were fixed at $5000.00 each.

The Secretary upon request, reported that the wages and salaries of employes entitled to bonus under the rules of the Company amount to the sum of $145,710.32 for the first half of the year 1908.

On motion of Mr. Sieg, seconded, it was

Resolved that a bonus of 10% on the wages and salaries for the first half of the year 1908 be paid to the employes entitled to the same under the Bonus rules.

The General Manager submitted the report of the Company's business for the month of June and the same was accepted and ordered placed on file.

There being no further business to come before the board the meeting adjourned.

E H Haase
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 67 of 158   Document 50-7

WG-ANR-00080931

Special Meeting Board of Directors
Friday, Sept 18th 1908. - 4.30 P.M.

(Due notice of meeting having been given).

Present. Messrs. Glass, Sieg, Luedke, Hamilton, Lindsay and Fuller.

Upon request of the Vice-President, Mr Lindsay acted as Chairman of the meeting.

The minutes of the meeting of July 13th were read and approved.

The General Manager presented the reports of the Company's business for the months of July and August, and the same were accepted and ordered placed on file.

Mr Glass then read the following letter from the assistant Secretary of the Western Gas Company:

"New York City, Sept 9th 1908.

Mr E J Glass,
        Milwaukee, Wis.

Dear Mr Glass:-
                In the absence of Mr Lathrop I beg to remind you that your regular quarterly dividend of 1¾% should be declared this month, and would also ask that if convenient you will remit the quarterly interest on your note to this Company, the same to reach us on or before September 30th 1908.

                        Yours very truly,
                (Signed) C N Jelliffe,
                                Asst Secy."

The following resolution was thereupon offered by Mr Sieg:

"Whereas, it appears that the surplus earnings of the Company for the period ending September 30th will be in excess of Ninety Thousand Dollars ($90,000.00)

Be it Resolved, that a dividend of 1¾% on the capital stock of the Company, amounting to Eighty Seven Thousand Five Hundred and no/100 Dollars ($87,500.00) be declared, payable in New York on or before September 30th, to stockholders of record at that date."

On motion of Mr Sieg, seconded by Mr Luedke,

WG-ANR-00080932

Special Meeting Board of Directors, Sept. 18/08. (cont'd)
the foregoing resolution was adopted.

The General Manager submitted an itemized statement of expenses of the annual picnic of employes, which statement sums up to $537.80.

On motion of Mr. Hamilton, seconded, the expenses of the picnic were approved.

There being no further business to come before the Board, the meeting adjourned.

E. Kaase
Secretary.

Special Meeting Board of Directors,
Held in place of Regular Meeting,
Friday, October 16th 1908. 4:30 P.M.

Due notice of meeting having been given

Present: Messrs. Fuller, Glass, Luedke, Sieg, Hulst and Lindsay.

Upon request of the Vice-President, Mr. Lindsay acted as chairman of the meeting.

The minutes of the meeting of Sept. 18th were read and approved.

The General Manager submitted the report of the Company's business for the month of September and same was accepted and ordered placed on file.

Mr. Glass reported the execution of a contract with the Youghiogheny and Ohio Coal Company for coal and lease of dock.

On motion of Mr. Luedke, seconded, the action of the officers in executing said contract was approved.

On motion the meeting adjourned.

E. Kaase
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 69 of 158   Document 50-7

WG-ANR-00080933

Regular Meeting Board of Directors,
Monday, November 16th 1908. - 4.30 P.M.

(Pursuant to By-Laws.)

Present: Messrs Lindsay, Tucker, Hulst, Sieg,
Fuller, Glass and Hamilton.

Vice-President Mr. Glass presided.

The minutes of the meeting of October 16th were
read and approved.

The General manager's report was submitted by
Mr. Glass, and on motion by Mr. Sieg was accepted
and placed on file.

Mr. Glass submitted to the Board an option from the
Lynchburg Foundry Co. on this company's approximate
requirements of cast iron pipe for the year 1909, as follows:

$4''$ weighing $19\#$ per foot - $\$\vee\vee.50$ per net ton
$6''$ " $30\#$ " " $73.50$ "
$10''$ " $55\#$ " " $73.00$ "
$12''$ " $70\#$ " " $73.00$ "
$16''$ " $110\#$ " " $\vee\vee.75$ "
larger sizes, your standard, $\vee\vee.75$ "

On motion of Mr. Lindsay, seconded, the option was
accepted and a contract covering the requirements was
authorized.

On motion the meeting was adjourned.

E. Kaase
Secretary.


Regular Meeting Board of Directors
Monday, Dec. 14th 1908, 4:30 P.M.
(Pursuant to By-Laws)

Present: Messrs Tucker, Hulst, Sieg, Hamilton,
Lindsay, Glass and Fuller.

Upon request of the Vice-President, Mr. Hulst
presided over the meeting.

The minutes of the meeting of Nov. 16th were read

WG-ANR-00080934

Regular Meeting Board of Directors Dec. 21/08 - (cont'd)
and approved.

The General Manager submitted the Company's report
for the month of November, and on motion same was
accepted and ordered placed on file.

Mr. Glass read the following letter from Mr. McMillin

"Dec. 15, 1908.

S. J. Glass, Gen'l. Mgr.,
    Milwaukee Gas Light Co.,
        Milwaukee, Wis.    — Salaries & Dividend

Dear Mr. Glass:—

        Mr. Lathrop asked me to write you
about the new appointments and Salaries.

        I have appointed Mr. H. C. Abell Consulting
Engineer at a salary of $100.00 per month.
        Have also appointed Mr. Lawrence Asst.
Auditor, at a salary of $100.00 per month,
and desire that the Assistant Secretary's
salary be made $100.00 per month.

        Please have the Board approve same.

        You will also ask the Board to declare
the usual 1½% quarterly Dividend, payable
before Jan. 1st, 1909.

            Yours truly,
        (Signed) Emerson McMillin,
                    President."

On motion by Mr. Sieg, seconded, it was
Resolved, that the letter be incorporated in the
minutes of the meeting and the appointment
and salaries approved.

        The following letter from Mr. Jelliffe was read:

"Mr. S. J. Glass,                    Dec. 9th 1908.
        General Manager,
            Milwaukee, Wis.

Dear Mr. Glass:

        Will you kindly suggest to your Board of
Directors that the usual quarterly dividend of 1½% be
declared, payable on or before the close of December, 1908.

                Yours truly,
                    (Signed) _____ Jelliffe,
                        Asst. Secy."

WG-ANR-00080935

Regular Meeting Board of Directors, 12/1/08. (Cont'd)

It appearing from the Balance Sheet, Nov. 30th that the undivided profits are $119,819.73.

It was upon motion of Mr. Luedke, seconded,

Resolved, that a dividend of 13½ %, amounting to $87,500.00 be declared payable Dec. 26th 1908, to Stockholders of Record on that date.

On motion the meeting adjourned.

E. Haase
Secretary.

Regular Meeting Board of Directors -
Monday, Jan. 18th, 1909, 4:30 P.M.
(Pursuant to By-Laws)

Present: Messrs. Fuller, Sieg, Luedke, Hulst, Hamilton Lindsay and Glass.

The Vice-President, Mr. Glass, presided.

The minutes of the meeting of Dec. 21st were read and approved.

On motion of Mr. Fuller, seconded, the salary of the President was fixed at $9000.00 per year, beginning Jan. 1st 1909.

On motion of Mr. Luedke, seconded, the compensation of the Attorneys was fixed at the rate of $300.00 per month, beginning Jan. 1st 1909.

On motion of Mr. Sieg, seconded, it was

Resolved, that the action of the Officers in contributing $500.00 to the Italian Relief Fund be ratified and approved.

The General Manager presented the Company's report for the month of December and for the year ending December 31st 1908, and on motion of Mr. Sieg, seconded, same were accepted and ordered placed on file.

On motion of Mr. Sieg, seconded, it was

Resolved, that a bonus of 10% on the wages and salaries for the last half of the year 1908 be paid to the employees entitled to same under the bonus rules.

WG-ANR-00080936

Regular Meeting Board of Directors, Jan. 18 1909. (cont'd)

There being no further business before the Board, meeting was adjourned

E. Haase
Secretary.

Special Meeting Board of Directors,
Monday January 25th 1909.

(Due notice of meeting having been given.)

Present:— Messrs. Lindsay, Hamilton, Sivg, Luedke and Glass.

The Vice President, Mr. Glass, presided.

Mr. Glass reported the death of Mr. John P. Murphy, for sixteen years a Director and for three years Chairman of the Board of Directors.

On motion of Mr. Sivg, seconded, it was resolved that a committee of three, including Mr. Glass as Chairman, be appointed to draw suitable resolutions to be adopted by this Board. Mr. Glass appointed Mr. Hamilton and Mr. Sivg as the other two members of said committee, which, after deliberation, submitted the following preamble and resolution:—

Whereas it has pleased an all-wise Providence to call to his final rest our co-worker and Chairman, John P. Murphy, a member of this Company's Board of Directors for nearly sixteen years and

Whereas in his death this Company has lost an official whose unquestioned integrity, never-failing geniality and conscientious worth won the respect and esteem of his associates and of all others with whom he came in contact:

Therefore Be It Resolved by the Officers and Directors of the Milwaukee Gas Light Company that in the death of John P. Murphy a great loss has been sustained by the members of this Board, of an esteemed friend, a wise and able counselor.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 73 of 158   Document 50-7

WG-ANR-00080937

Special Meeting Board of Directors - 1/25/09 - (cont'd)
and by the community, of a man and citizen
of sterling worth:

Be it further

Resolved, that this resolution be spread upon the
records of this Board and that a copy be sent to the
family of our lamented friend and associate.

The above preamble and resolutions were regularly
moved, seconded and carried and the Secretary was
instructed to have an engrossed copy prepared to be
forwarded to the family of Mr. Murphy.

There being no further business to come before the
Board, the meeting adjourned.

E. H. Ouse Secretary.

Regular Meeting Board of Directors,
Monday, February 15th 1909, 4:30 P.M.
(Pursuant to By-Laws)

Present: Messrs Lindsay, Hamilton, Sieg, Hulst,
Luedke, Feller and Glass.

On request of the Vice President, Mr. Hamilton presided.

The minutes of the regular meeting of Jan. 18th and of
the special meeting of Jan. 25th were read and approved.

Mr. Glass read a letter from Mr. McMillin on the
subject of "A successor to Mr. Murphy on the Board."

On motion of Mr. Luedke, seconded, Mr. Hulst
was nominated as candidate for second Vice President.

On motion of Mr. Sieg, seconded, it was resolved
that nominations be closed and that the Secretary be
instructed to cast the ballot of the directors for
the election of Mr. Hulst as second Vice President.

The Secretary thereupon cast the ballot of the
directors for the election of Mr. Hulst and he was
thereupon declared by the Chairman to have been duly

WG-ANR-00080938

Regular Meeting Board of Directors - Feby 15/09 (cont'd)
elected second Vice-President of the Company.

On motion of Mr Sieg, seconded, Mr A P Lathrop was
nominated for election as director.

On motion of Mr Luedke, seconded, it was resolved
that nominations be closed and that the Secretary be
instructed to cast the ballot for the election of
Mr A P Lathrop as director.

The Secretary, having cast the ballot as instructed,
the Chairman declared Mr A P Lathrop duly elected,
as a Director of the company.

On motion of Mr Fuller, seconded, it was
resolved that the question of fixing a salary for the
second Vice-President be deferred to a subse-
quent meeting.

The General Manager presented the report of the
Company's business for the month of January and
the same was accepted and ordered placed on file.

On motion the meeting adjourned.

E K Hare
Secretary.

Regular Meeting Board of Directors
Monday, March 15th, 1909, 4.30 P.m.
(Pursuant to By-Laws.)

Present:- Messrs Lindsay, Hamilton, Sieg, Hulst,
Luedke and Glass.

The Vice-President, Mr Glass presided.

The minutes of the meeting of Feb. 15th 1909 were
read and approved.

Letters were read by the Secretary, one from
the President, relating to salary of the second
Vice-President and the other from the Western Gas
Company, relative to dividend.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 75 of 158   Document 50-7

WG-ANR-00080939

Regular Meeting Board of Directors 3/15/09 - (Cont'd)
Company's business for the month of February, which
was accepted and ordered placed on file.

The following resolution was introduced by
Mr Hamilton

"It appearing from the Treasurer's report that the
undivided profits of the Company at this date are in
excess of $100,000.00, therefore be it

Resolved, that a dividend of 8% on the capital
stock of the Company, amounting to $100,000, be declared
payable on or before March 26th, 1909, to Stockholders
of record March 15th 1909."

The above resolution was regularly moved and
seconded and adopted by the affirmative votes of
all the Directors present.

On motion of Mr Lindsay, seconded, it was
Resolved that the recommendations of the President,
to the effect that the salary of the second Vice -
President be left at $500.00 per annum (as in the past, be approved.

On motion of Mr Sieg, seconded, it was
Resolved that Mr H. J. Hulst be and is hereby
designated as trustee for the Milwaukee Gas Light
Company to hold the shares of stock of the Wauwatosa
Gas Company in the place of Mr John P. Murphy,
deceased, if, after consultation with counsel, it
shall appear that there are no legal obstacles to
his acting as such trustee in this case.

On motion the meeting adjourned.

E Hasse
Secretary

WG-ANR-00080940

Regular Meeting Board of Directors
Monday, April 19th, 1909 - 4:30 P.M.
(Pursuant to By-Laws)

Present:- Messrs. Sieg, Turder, Hulst, Hamilton, Lindsay and Glass.

The Vice-President, Mr. Glass, presided.

The minutes of the meeting of March 15th were read and approved.

Communications were read by the Vice-President from Mr. A. P. Lathrop, relating to the office of Assistant Secretary and from Mr. C. E. Sammond, relating to the Homecoming Celebration, also from Mr. Mc Millin relative to this celebration.

The General Manager thereupon read the report for the month of March and, on motion of Mr. Sieg, seconded, the same was ordered placed on file.

The Vice-President submitted the following:-

"April 17th 1909.

To the Board of Directors of the
Milwaukee Gas Light Company.

Gentlemen:-

I hereby tender my resignation as Assistant Secretary and Assistant Treasurer of your Company to take effect at your early convenience.

Yours very truly,
(Signed) Alanson P. Lathrop."

On motion of Mr. Sieg, seconded, it was

Resolved that the resignation of A. P. Lathrop as Assistant Secretary and Assistant Treasurer be accepted.

On motion of Mr. Sieg, seconded, the Secretary was instructed to cast the ballot of the directors for the election of Mr. C. N. Jolliffe as Assistant Secretary and Assistant Treasurer. The Secretary, having cast the ballot as directed, the Vice-President thereupon declared Mr. Jolliffe duly elected as Assistant

Case 2:20-cv-01334-SCD  Filed 01/27/23  Page 77 of 158  Document 50-7

WG-ANR-00080941

Regular Meeting Board of Directors, 4/19/09. (cont'd)

On motion of Mr. Burdix, seconded, the General Manager was authorized to contribute to the Home-coming Celebration not to exceed the sum of Five Hundred Dollars ($500.⁰⁰).

On motion the meeting adjourned.

E Haase,
Secretary.

---

Regular Meeting Board of Directors
Monday May 17th 1909 4:30 P.M.
(Pursuant to By-Laws)

Present: Messrs. Kinday, Hamilton, Sieg, Burdix, Fuller, Hulst and Glass.

The Second Vice-President, Mr. Hulst, presided.

The minutes of the meeting of April 19th were read and approved.

The General Manager read the report of the Company's business for the month of April, and, on motion, the same was accepted and ordered placed on file.

There being no further business to come before the Board for action, on motion, the meeting adjourned.

E Haase,
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 78 of 158   Document 50-7

WG-ANR-00080942

Case 2:20-cv-01334-SCD Filed 01/27/23 Page 79 of 158 Document 50-7

Regular Meeting Board of Directors, 6/21/09 (contd.)

The following communication was then introduced:-

"Milwaukee, Wis. June 21st 1909.

To the Board of Directors,
Milwaukee Gas Light Company.

Gentlemen:-

Please take notice that at the next meeting of the Board of Directors of this Company, I shall, in accordance with section 2 of Article 2 of the By-Laws, move to amend said By-Laws as follows:

Article 2.

Section 2. Amend line 7 of that section so as to read:

"And for their services the directors shall receive, equally divided among those present, the sum of $180.00 for every regular meeting and $90.00 for every special meeting, at which a quorum shall be present."

Yours truly
(Signed) A. K. Hamilton."

On motion, duly seconded, the meeting adjourned.

E Haase
Secretary.

Annual Meeting of Stockholders.
Monday, July 5th, 1909, 10:00 A.M.

Pursuant to By-Laws of the Company and ten days' notice published in the Milwaukee Sentinel and Evening Wisconsin, as per proofs of publication on file.

The annual meeting of Stockholders of the Milwaukee Gas Light Company was held at the office of the Company, 182 Wisconsin Street, Monday, July 5th, 1909 at 10:00 A.M.

The holders of 99,994 shares of the capital stock of the Company out of a total of 100,000 shares were present in person or by proxy as follows:-

| | | |
|---|---|---|
| Western Gas Co., by S. J. Glass, proxy, | 99,991 | shares, |
| Emerson McMillin | 1 | " |
| Alanson P. Lathrop | 1 | " |
| Sheldon J. Glass, in person | 1 | " |
| Total | 99,994 | |

On motion the meeting adjourned to July 12th, 1909, at 10:00 A.M.

E Haase Secretary

Adjourned Annual Meeting of Stockholders
Monday, July 12th 1909, 10 a.m.

The adjourned annual meeting of Stockholders of the Milwaukee Gas Light Company was held at the office of the Company, 182 Wisconsin St., Milwaukee, Wisconsin, on the 12th day of July, 1909 at 10 a.m., pursuant to due adjournment of the annual meeting held July 5th 1909.

The meeting was called to order by Mr. Glass and Mr. Haase acted as Secretary of the meeting.

The holders of capital stock of the Company were present in person or by proxy as follows:-

| | | |
|---|---|---|
| Western Gas Co. | by Nelson P. Hulst, proxy, | 99991 Shares, |
| Emerson McMillin | " " " " | 1 Share, |
| A. P. Lathrop | " " " " | 1 " |
| S. J. Glass, | in person, | 1 " |
| Wilmer Sieg, | " | 1 " |
| A. K. Hamilton, | " | 1 " |
| E. J. Lindsay, | " | 1 " |
| H. Aug. Luedke, | " | 1 " |
| Nelson P. Hulst, | " | 1 " |

The Chairman appointed Messrs. Luedke and Sieg tellers to canvas the Powers of attorney presented at the meeting and they reported as follows:-

"We beg to report the number of Shares represented by proxy are, - 99.993
and the number represented in person are, - 6
Total 99.999

Respectfully submitted,
(Signed) H. Aug. Luedke
Wilmer Sieg
Tellers."

The minutes of the last annual meeting of the stockholders were read and approved.

On motion of Mr. Hamilton, seconded, it was

Resolved, that all the acts and proceedings of the Board of Directors and Officers of the Company for the year ending June 30th 1909 be and the same are hereby in all respects approved, ratified and confirmed.

Adjourned Annual Meeting of Stockholders
Monday, July 17th 1909, 10 a m.

The adjourned annual meeting of Stockholders of the Milwaukee Gas Light Company was held at the office of the Company, 182 Wisconsin St., Milwaukee, Wisconsin, on the 17th day of July, 1909 at 10 a.m., pursuant to due adjournment of the annual meeting held July 5th 1909.

The meeting was called to order by Mr. Glass and Mr. Haass acted as Secretary of the meeting.

The holders of capital stock of the Company were present in person or by proxy as follows:—

Western Gas Co. by Nelson P. Hulst, Proxy, 99991 Shares,
Emerson McMillin  "   "   "   "  1 Share,
A. P. Lathrop  "   "   "   "  1  "
E. J. Glass, in person,  1  "
Wilmer Sieg,  "  1  "
A. K. Hamilton,  "  1  "
E. J. Lindsay,  "  1  "
H. Aug. Luedke,  "  1  "
Nelson P. Hulst,  "  1  "

The Chairman appointed Messrs. Luedke and Sieg tellers to canvass the Powers of Attorney presented at the meeting and they reported as follows:—

"We beg to report the number of Shares represented by proxy are,—    99.993
and the number represented in person are,—    6
                                        Total    99.999

Respectfully submitted,
        (Signed)  H. Aug. Luedke
                  Wilmer Sieg.
                        Tellers."

The minutes of the last annual meeting of the stockholders were read and approved.

On motion of Mr. Hamilton, seconded, it was

Resolved, that all the acts and proceedings of the Board of Directors and Officers of the Company for the year ending June 30th 1909 be and the same are

WG-ANR-00080945

Adjourned annual Stockholders Meeting July 17th 1909 (contd.)

On motion of Mr. Sieg, seconded, it was

Resolved to proceed to the election of Directors for the ensuing year.

The following named gentlemen were proposed as Directors by Mr. Lindsay, namely:—

Emerson McMillin,

Alanson P. Lathrop,

Sheldon J. Glass,

A. K. Hamilton,

E. J. Lindsay,

Nelson T. Hulst,

Wilmer Sieg,

Oliver C. Fuller,

H. Aug Luedtke,

Mr. Sieg seconded the nominations.

On motion of Mr. Lindsay, seconded, it was

Resolved, that the Secretary be instructed to cast a ballot for the election of each of the above named gentlemen as Directors of the Company.

The above resolution was adopted by the unanimous vote of 99,999 shares represented at the meeting.

The Secretary thereupon cast a ballot for the election of the above named gentlemen as Directors and they were thereupon declared by the Chairman duly elected Directors for the ensuing year.

On motion of Mr. Hamilton the meeting adjourned.

E. Kaase
Secretary

WG-ANR-00080946

Annual Meeting Board of Directors.
Monday, July 12th, 1909, 10:30 A. M.

(Pursuant to By-Laws)

The annual meeting of the Board of Directors was held immediately following the meeting of the Stockholders. Three directors present:—

Messrs. S. J. Glass, A. K. Hamilton, Nelson P. Hulst, E. J. Lindsay, H. Aug. Luedke, and Wilmer Sieg.

On motion of Mr. Sieg, seconded, Mr. Glass was elected Chairman of the meeting and Mr. Haase was appointed Secretary of the meeting.

The meeting then proceeded to the election of officers for the ensuing year and upon nomination by the respective gentlemen named, and duly seconded by Mr. Sieg, the following officers were each and severally elected to their respective offices by the affirmative votes of all the Directors present.

President, Emerson McMillin, nominated by Mr. Luedke,
Vice Pres. & Gen'l. Mgr. Sheldon J. Glass, " " "
2nd Vice President, Nelson P. Hulst, " " "
Secretary & Treasurer Ewald Haase, " " "
Asst. Sec'y and Asst. Treas. C. K. Jeliffe, " " "
Counsel, Miller, Mack & Fairchild, " , "

On motion of Mr. Lindsay, seconded, the salaries of the officers of the Company were fixed as follows:—

| | |
|---|---:|
| President, | $9000.00 |
| Vice-President & Gen'l Manager, | 8500.00 |
| Second Vice-President, | 500.00 |
| Secretary & Treasurer, | 4500.00 |
| Asst. Sec'y & Asst. Treas., | 1800.00 |
| Counsel, | 3600.00 |

All payable monthly.

On motion of Mr. Luedke, seconded, bonds of the General Manager and Secretary were fixed at $5000.00 each.

The Secretary, upon request, reported that the ... to a bonus

WG-ANR-00080947

Annual Meeting Board of Directors, July 12th 1909. (cont'd.)

under the rules of the Company amount to the sum of $150,217.71 for the first half of the year 1909.

On motion of Mr. Hamilton, seconded, it was

Resolved that a bonus of 10% on the wages and salaries for the first half of the year 1909 be paid to employes entitled to the same under the bonus rules.

In accordance with notice given at the meeting of the Board of Directors held June 21st 1909, Mr. Hamilton moved to amend the By-Laws as follows:—

Article 8.

Section 2. Amend line 7 of that section so as to read:

"And for their services the directors shall receive, equally divided, among those present, the sum of $180.00 for every regular meeting and $90.00 for every special meeting, at which a quorum shall be present."

The motion being seconded by Mr. Hulst and put to a vote, it was adopted by the affirmative vote of all the directors present.

The General Manager submitted the report of the Company's business for the month of June and the same was accepted and ordered placed on file.

There being no further business to come before the Board, the meeting adjourned.

E. Haass
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 84 of 158   Document 50-7

WG-ANR-00080948

Regular Meeting Board of Directors,
Monday, Aug. 16th 1909. - 4:30 P.M.

(Pursuant to By-Laws.)

Present: Messrs. Hamilton, Lindsay, Sieg Fuller, Luedke, Hulst and Glass.

At the request of the first vice-president the second Vice-president, Dr. Hulst, acted as chairman of the meeting.

In the absence of the Secretary Mr. Glass acted as Secretary of the meeting.

The General Manager presented the auditor's report of the affairs of the Company, with Mr. Lathrop's comment upon same, for the information of the board.

Upon motion of Mr. Sieg, duly seconded, the matter was referred to the Officers of the Company for such attention as in their estimation seemed desirable.

The General Manager submitted the reports of the Company for the month of July and Same were ordered placed on file.

There being no further business to come before the board the meeting adjourned.

Nelson P. Hulst

S. J. Glass
Acting Secretary.

Regular Meeting Board of Directors,
Monday, Sept. 20th 1909. - 4:30 P.M.

(Pursuant to By-Laws)

Present:- Messrs. Lindsay, Hamilton, Hulst, Sieg, Luedke, Fuller and Glass.

On request of the Vice-President the second Vice-President Mr. Hulst presided.

The minutes of the meeting of Aug. 16th were read and approved.

The General Manager submitted the report of

Case 2:20-cv-01334-SCD  Filed 01/27/23  Page 85 of 158  Document 50-7

WG-ANR-00080949

Regular Meeting Board of Directors, Sept. 20th 1909. (cont.) the Company's business for the month of August and on motion of Mr. Sieg, seconded, same was accepted and ordered placed on file.

It appearing from the Treasurer's report that the undivided profits of the Company available for dividends are in excess of $100,000; it was, on motion of Mr. Hamilton, seconded,

Resolved, that a dividend of 2% on the capital stock of the Company, amounting to $100,000, be declared, payable on or before Sept. 30th to stockholders of record at this date.

On motion of Mr. Sieg, seconded, the meeting thereupon adjourned.

Nelson P. Hulst

E. Kaase
Secretary

Regular Meeting Board of Directors,
Monday, Oct. 18th 1909, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Fuller, Fuerster, Sieg, Hulst, Hamilton, Lindsay and Glass.

The second Vice-President, Mr. Hulst, presided.

The minutes of the meeting of Sept. 20th were read and approved.

The General Manager submitted the report of the Company's business for the month of September and the same was accepted and ordered placed on file.

There being no further business to come before the Board, the meeting adjourned.

Nelson P. Hulst

E. Kaase
Secretary

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 86 of 158   Document 50-7

WG-ANR-00080950

Special Meeting Board of Directors,
Wednesday, Nov. 10th 1909, 10 a.m.

(Due notice of meeting having been given.)
Present:- Messrs. McMillin, Sieg, Luedtke, Hulst,
Hamilton and Glass.

At the request of the President, the Vice President,
Mr. Glass, presided.

A general discussion of the Company's affairs
took up the entire meeting and no definite action
was taken.

On motion the meeting adjourned.

S.J. Glass
    Chairman

E.H. Aaro
    Secretary


Regular Meeting Board of Directors,
Monday, Nov. 15th, 1909, 4:30 P.M.

(Pursuant to By-Laws.)
Present:- Messrs. Lindsay, Hamilton, Sieg, Luedtke,
Fuller and Glass.

The Vice-President, Mr. Glass, presided.

The minutes of the meetings of October 18th and
November 10th were read and approved.

The General Manager's report for the month of
October was submitted and ordered placed on file.

On motion the meeting adjourned.

S.J. Glass
    Chairman

E.H. Aaro
    Secretary

WG-ANR-00080951

Regular Meeting Board of Directors,
Monday, Dec. 20th 1909, 4.30 P.M.

(Pursuant to By-Laws.)

Present:- Messrs. Lindsay, Hamilton, Hulst, Luedke, Sheller and Glass.

The second Vice-President, Dr. Hulst, presided.

The minutes of the meeting of November 15th were read and approved.

The General Manager submitted the report of the Company's business for the month of November and on motion, the same was received and ordered placed on file.

It appearing from the Treasurer's report that the undivided profits of the Company available for dividends are in excess of $100,000.00, it was, on motion of Mr. Luedke, seconded by Mr. Hamilton,

Resolved, that a dividend of 2% on the capital stock of the Company, amounting to $100,000.00, be declared, payable on or about December 20th to stockholders of record at this date.

On motion the meeting adjourned.

Nelson P. Hulst

E. Haase
Secretary.

WG-ANR-00080952

Regular Meeting Board of Directors,
Monday, January 17th 1910.

(Pursuant to By Laws)

Present:- Messrs. Lindsay, Hamilton, Hulst, Sieg,
Luedke and Glass.

Second Vice President, Mr. Hulst presided.

The minutes of the meeting of December 10th
were read and approved as read.

The General Manager submitted the report of the
Company's business for the month of December, 1909, and
on motion same was accepted and ordered placed on file.

The Secretary reported the wages and Salaries of
employes entitled to bonus amount to $15,7—.73
for the second half of the year 1909. Upon motion of
Mr. Sieg seconded, it was

Resolved that the usual bonus of 10% on the
wages and salaries for the second half of the year 1909,
be paid to the employes entitled to the same under the
bonus rules.

On motion of Mr. Luedke the meeting adjourned.

Nelson P. Hulst

E. Haase
Secretary.

WG-ANR-00080953

Regular Meeting Board of Directors,
Monday, Feb 21st 1910, 4:30 P.M.

(Pursuant to By-Laws)

Present:- Messrs Lindsay, Hamilton, Hulst, Sieg, Luedke, Fuller and Glass

The second Vice-President, Mr Hulst, presided.

The minutes of the meeting of Jan 17th were read and approved as read

Mr. Glass read a communication of Mr Lathrop on the subject of the chairmanship and presidency and on motion of Mr. Sieg, seconded, same was placed on the order of new business

The General Manager read the report of the Company's business for the month of January and on motion the same was received and ordered placed on file

Taking up then the communication of Mr. Lathrop, under the head of "New Business", it was, upon motion of Mr. Hamilton, duly seconded,

Resolved, That in the absence of the formal resignation of Mr. McMillin as President, action upon the communication be deferred until the next meeting

There being no further business to come before the Board the meeting, on motion, adjourned.

E Haxo
Secretary.

WPK
Wilson F. Hulst

WG-ANR-00080954

Regular Meeting Board of Directors,
Monday, Mar. 21st 1910, 3:30 P.M.

(Pursuant to By-Laws)

Present Messrs. Lindsay; Hulst, Sieg, Luedke,
Fuller and Glass.

The second Vice President, Mr Hulst, presided.

The minutes of the regular meeting of Feb. 21st
were read and approved as read.

Mr. Glass read a communication from
Mr Lathrop on the subject of "Officers and Salaries",
suggesting the appointment of a committee by
the Board to investigate and report recommendations.
On motion of Mr Sieg, seconded, it was

Resolved that the Vice President appoint a
committee of three, of which Mr Hamilton be a
member, to investigate the question of salaries
of officers and report recommendations. The Vice
President appointed as such committee Mr A. L.
Hamilton, Mr H. dugust Luedke, and Mr E. J. Lindsay

Mr Glass then read a communication from
the Milwaukee Auditorium Board, stating
their needs for further funds and asking
subscribers to make additional subscriptions
equivalent to 10% of their original subscriptions
to Auditorium stock. It was moved by Mr Luedke
and seconded by Mr Sieg, that this Company
subscribe the sum of $350.00 for the completion
of the Auditorium. The question being on the
adoption of this motion, the same was lost
by a vote of one affirmative and three negative,
two members not voting.

The General Manager thereupon read
the report of the Company's business for the
month of February and, on motion, the same
was accepted and ordered placed on file.

On motion of Mr Luedke, seconded by
Mr Sieg, it was

WG-ANR-00080955

Regular Meeting Board of Directors, March 21st 1910

2% on the capital stock of this Company amounting to $100,000.00, be declared payable on or before March 25th 1910, to stockholders of record at this date

On motion of Mr. Sieg, seconded by Mr. Luedke, it was

Resolved that an extra dividend of 4% amounting to $200.000.00, be declared payable on or before March 25th 1910, to stockholders of record at this date.

On motion of Mr. Lindsay, seconded, it was

Resolved that Mr. S. J. Glass, as trustee for this Company to hold the stock of the West Allis Gas Company, be authorized to transfer one share of the stock so held by him as trustee to Mr. Alanson P. Lathrop.

On motion of Mr. Lindsay, seconded, it was

Resolved that Mr. Nelson P. Hulst, as trustee for this Company to hold the stock of the Wauwatosa Gas Company, be authorized to transfer one share of the stock so held by him as trustee to Mr. Alanson P. Lathrop

There being no further business to come before the Board, the meeting adjourned.

E H Hoar
Secretary.

Nelson P. Hulst

WG-ANR-00080956

Regular Meeting Board of Directors.
Monday, May 16th, 1910, 4:30 P.M.

(Pursuant to By-Laws)

Present – Messrs. Lindsay, Hulst, Sieg, Luedke, Fuller and Glass.

The second vice President, Mr. Hulst, presided.

The minutes of the meeting of April 18th were read and approved as read.

The report of the Company's business for the month of April was submitted by the General Manager and, on motion, was accepted and ordered placed on file.

On motion the meeting adjourned.

E.H. Haar
Secretary.

Nelson P. Hulst

*Minutes of this Meeting should follow those of the April Meeting.

Regular Meeting Board of Directors,
Monday. April 18th, 1910, 4:30 P.M.

(Pursuant to By-Laws)

Present – Messrs. Lindsay, Hulst, Sieg, Luedke, and Glass

The second vice President, Mr. Hulst, presided.

The minutes of the meeting of March 21st were read and approved as read.

The General Manager's report was submitted by Mr. Glass and, on motion, was accepted and ordered placed on file.

On motion the meeting adjourned.

E.H. Haar
Secretary.

Nelson P. Hulst

WG-ANR-00080957

Regular Meeting Board of Directors
Monday, June 20th, 1910. 4:30 P. M

(Pursuant to By-Laws)

Present: Messrs. Lindsay, Hamilton, Gieg, Luedke, Fuller and Glass.

On request of the Vice President, Mr. Lindsay acted as chairman.

The minutes of the meeting of May 16th were read and approved as read.

Mr. Glass read communications from Mr. Jelliffe on "date of annual meeting" and Mr. Lathrop on "dividends."

The General Manager submitted the report of the company's business for the month of May. On motion same was accepted and ordered placed on file.

It appearing from the reports that the undivided profits applicable to dividends are in excess of $100,000.00, it was, upon motion of Mr. Luedke, seconded,

Resolved, that a dividend of 2% on the capital stock of the company, amounting to $100,000.00, be declared, payable on or before July 1st to stockholders of record at this date.

On motion of Mr. Hamilton, seconded, it was

Resolved, that, Whereas the day appointed by the by-laws for the annual meeting of the stockholders falls on the Fourth of July, a legal holiday, the annual meeting this year be held on Wednesday, July 6th at 11:00 A. M. at the offices of the company.

The committee appointed at the regular meeting of March 21st to investigate the question of officers and salaries reported through its chairman, Mr. Hamilton, and after discussion of the report, the following resolution was introduced by Mr. Gieg and duly seconded:

Resolved, that the report of the special committee

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 94 of 158   Document 50-7

WG-ANR-00080958

Regular Meeting Board of Directors, June 20th 1910

on "offices and salaries" be and the same is hereby approved, with the recommendation that a copy of the report be submitted to the President by the chairman of the committee.

The question being upon the adoption of the resolution the same was unanimously adopted, Mr. Glass not voting.

On motion, duly seconded, the meeting adjourned

E. Chase
Secretary

EL.

Special Meeting Board of Directors.
Wednesday, July 6th, 1910. 11:00 a.m.

At the request of the Committee on Offices and Salaries, a special meeting of the Board of Directors was called by Mr. Glass. Present:— Messrs. Lindsay, Hamilton, Sieg, Luedke, Fuller and Glass.

The Vice President, Mr. Glass, presided at the meeting.

The minutes of the regular meeting of June 20th were read and approved as read.

The Committee on Offices and Salaries, through its Chairman, Mr. Hamilton, reported that it had submitted its report to the President, as requested by the Board at its last meeting, and read the President's reply.

After discussion of the committee's report, it was, on motion of Mr. Fuller, seconded,

Resolved, that the committee be permitted to withdraw its report and at its own request be discharged.

On motion of Mr. Lindsay, seconded, the meeting adjourned

Chairman

E. Chase
Secretary

WG-ANR-00080959

Annual Meeting of Stockholders.
Wednesday, July 6th 1910, 11:15 A.M.

Pursuant to resolution of the Board of
Directors adopted at its meeting held June 20th
fixing the date for the annual meeting of
stockholders this year on July 6th, and as per
ten days' notice published in the Milwaukee
Sentinel and Evening Wisconsin, as per
proofs of publication on file, the annual
meeting of stockholders of the Milwaukee
Gas Light Company was called to order by
the Vice President, Mr. Glass, at the offices
of the Company, 182 Wisconsin Street,
Wednesday, July 6th, 1910 at 11:15 A.M.

On motion of Mr. Sieg, seconded, Mr. Fuller
was elected chairman and Mr. Haase Secretary
of the meeting.

Affidavits of publication of notice of meeting
were submitted and on motion the reading of
same was waived.

The holders of 100,000 shares of capital stock
of the Company were present in person or
by proxy as follows:-

Western Gas Company, by Sheldon J. Glass, proxy, 99,991 Shares
Emerson McMillin . . . . 1 Share
Alanson P. Lathrop . . . . 1
Nelson O. Hulst . . . . 1
Sheldon J. Glass in person . . 1
Wilmer Sieg . . . . 1
Oliver C. Fuller . . . . 1
A. K. Hamilton . . . . 1
E. J. Lindsay . . . . 1
H. Aug Luedke . . . . 1

Total . . 100,000 Shares

The chairman appointed Messrs. Luedke and
Sieg, tellers to canvass the Powers of Attorney
presented at the meeting and to report to the
meeting what stockholders were present in

WG-ANR-00080960

Annual Meeting of Stockholders, July 4th 1910.

person or by proxy.

The tellers thereupon canvassed the Powers of Attorney and compared the same with the list of Stockholders and reported that the holders of 100000 shares of the capital stock of the Company were present in person or by proxy, as above set forth

The minutes of the last annual meeting of the stockholders were read and approved as read

On motion of Mr. Sieg, seconded, it was

Resolved that all the acts and proceedings of the Board of Directors and officers of the Company as shown by the records to date inclusive be and the same are hereby in all respects approved, ratified and confirmed.

On motion of Mr. Lindsay, seconded, it was

Resolved to proceed to the election of Directors for the ensuing year. The following named gentlemen were proposed as directors by Mr. Glass, viz:

Emerson McMillin,
Alanson P. Lathrop,
Sheldon J. Glass,
Nelson P. Hulst
A. K. Hamilton
E. J. Lindsay
H. Aug Luedke
Oliver C. Fuller
Hilmer Sieg

Mr. Sieg seconded the nominations.

On motion of Mr. Glass, seconded, it was

Resolved that the Secretary be instructed to cast a ballot for the election of each of the above named gentlemen as directors of the Company

The above resolution was adopted by the unanimous vote of 100.000 shares represented at the meeting

WG-ANR-00080961

Annual Meeting of Stockholders, July 6th 1910.
the above named gentlemen as directors
and they were thereupon declared by the
Chairman duly elected directors for the
ensuing year.

On motion of Mr. Lindsay, seconded,
the meeting adjourned.

Ehaas
Secretary

O.F.

Annual Meeting Board of Directors.
Wednesday, July 6th, 1910, 11:45 A.M.

Pursuant to the By-Laws and the resolution
of the Board of Directors passed June 20th, 1910,
fixing the date of the annual meeting for this
year on July 6th, the annual meeting of the
Board of Directors was held immediately follow-
ing the Annual meeting of Stockholders.

There were present:- Messrs. Lindsay,
Hamilton, Sieg, Luedke, Fuller and Glass.

On motion of Mr. Glass, seconded, Mr.
Fuller was elected Chairman of the meeting.

On motion of Mr. Sieg, seconded Mr. Haase
was elected Secretary of the meeting.

The meeting then proceeded to the election
of officers for the ensuing year.

Mr. Sieg placed the following gentlemen
in nomination for the respective offices
named and the nominations were seconded
by Mr. Luedke.

Chairman of the Board of Directors, Emerson McMillin
President, Alanson P. Lathrop
Vice Prest & Gen'l Mgr. Sheldon J. Glass
Second Vice President, Nelson P. Hulst
Secretary and Treasurer, Ewald Haase

WG-ANR-00080962

Annual Meeting Board of Directors, July 6th 1910.

Asst Secretary and Asst Treasurer     C. N. Jelliffe

Counsel     Miller, Mack & Fairchild

On motion of Mr. Hamilton, seconded, it was

Resolved that the Secretary be instructed to cast the ballot of the Directors for the election of the above named gentlemen to their respective offices. The Secretary as instructed, thereupon cast the ballot of directors for each of the gentlemen to the offices named and they were thereupon declared by the Chairman duly elected officers for the ensuing year.

On motion of Mr. Sieg, seconded, it was

Resolved that the salaries of the officers of the Company be fixed as follows, Mr. Fuller desiring to be recorded as voting no:—

| | |
|---|---|
| Chairman of the Board of Directors, | 9,000. |
| President, | 9,000 |
| Vice President, | 8,500 |
| Second Vice President, | 500 |
| Secretary and Treasurer, | 4,500. |
| Asst Secretary and Asst Treasurer, | 1,200 |
| Counsel, | 3,600 |

all per annum, payable monthly.

On motion of Mr. Luedke, seconded, the bonds of the General Manager and Secretary were fixed at $5,000.00 each

Mr. Glass reported that the wages and salaries of employes entitled to a bonus under the rules of the Company amount to about $151,123.16 for the first half of the year 1910.

On motion of Mr. Luedke, seconded, it was

Resolved that a bonus of 10% on the wages and salaries for the first half of the year 1910 be paid to employes entitled to the same under the bonus rules

On motion the meeting adjourned.

EKDavis

Secretary

Case 2:20-cv-01334-SCD    Filed 01/27/23    Page 99 of 158    Document 50-7

WG-ANR-00080963

Regular Meeting Board of Directors,
Monday, July 18th 1910. 4:30 P.M

A regular meeting of the Board of Directors
of the Milwaukee Gas Light Company was
held, pursuant to By-Laws, at the offices of
the Company, at 4:30 P.M., July 18th 1910, at which
were present; Messrs. Lindsay, Fuller, Hamilton,
Sieg and Glass.

At the request of the Vice President, Mr.
Hamilton acted as chairman of the meeting.

The Secretary being absent on his vacation
Mr. Glass acted as secretary of the meeting.

The minutes of the Annual Directors
Meeting held on July 6th were read and approved.

The managers reports for June were read
and, upon motion duly seconded, ordered
placed on file.

There being no further business to come
before the Board, the meeting was adjourned.

Acting Secretary.

AKN.

WG-ANR-00080964

Regular Meeting Board of Directors.
Monday, Aug 15th, 1910, 4:30 P.M

(Pursuant to By-Laws)

Present. Messrs Lindsay, Hamilton, Sieg, Fuller and Glass.

At the request of the Vice President, Mr Fuller presided.

The minutes of the meeting of July 18th were read and approved as read.

The General Manager's report was submitted and on motion ordered received and placed on file.

There being no further business to come before the Board, the meeting adjourned.

E. A. Howe
Secretary

O.F.

Regular Meeting Board of Directors.
Monday, Sept. 19th, 1910, 4:30 P.M.

(Pursuant to By-Laws)

Present:- Messrs. Lindsay, Fuller, Hamilton, Hulst, Sieg, Luedke and Glass.

The Second Vice President, Mr Hulst, presided.

The minutes of the meeting of August 15th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of August and on motion the same was accepted and ordered placed on file.

It appearing from the reports that the undivided profits applicable to dividends are in excess of One Hundred Thousand Dollars ($100,000.00), it was, upon motion of Mr. Sieg, seconded.

Resolved, that a dividend of two per cent (2%)

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 101 of 158   Document 50-7

WG-ANR-00080965

Regular Meeting Board of Directors, Sept 19th, 1910.

to One Hundred Thousand Dollars ($100.000.00), be declared, payable Sept 26th to stockholders of record at that date.

On motion the meeting adjourned.

Nelson P. Hulst
Chairman

E Haase
Secretary.

Special Meeting Board of Directors.
Saturday, October 15th, 1910, 9:00 A.M.

(Due notice of meeting having been given)

Owing to the presence of Mr. Lathrop, a special meeting of the Board of Directors was held this day to take the place of the regular meeting.

There were present:- Messrs. Lathrop, Sieg, Hamilton, Lindsay, Hulst, Luedke and Glass.

The President, Mr. Lathrop, presided.

The minutes of the meeting of Sept. 19th were read and approved as read.

The General Manager's report for the month of September was submitted by Mr Glass and on motion was received and placed on file.

There being no further business to come before the Board, the meeting, on motion, adjourned.

A P.

E Haase
Secretary.

WG-ANR-00080966

Regular Meeting Board of Directors.
Monday, Nov. 21st, 1910, 4:30 P.M.

(Pursuant to By-Laws)

Present - Messrs Fuller, Lindsay, Hamilton, Hulst, Sieg and Glass.

The second Vice President, Mr. Hulst, presided.

The minutes of the meeting of Oct. 15th were read and approved as read

The report for the month of October was submitted by the General Manager and on motion the same was accepted and ordered placed on file.

On motion the meeting adjourned.

Nelson P. Hulst
Chairman

E. Haase
Secretary.

Special Meeting Board of Directors
Friday, December 16th, 1910, 9:30 A.M.

(Due notice of meeting having been given)

A special meeting of the Board of Directors was held this day, pursuant to notice, to take the place of the Regular Meeting

There were present - Messrs. Lathrop, Sieg, Hamilton, Hulst, Fuller, Luedke and Glass.

The President, Mr. Lathrop, presided.

The minutes of the meeting of Nov. 21st were read and approved as read.

The report for the month of November was submitted by the General Manager and on motion was accepted and ordered placed on file.

It appearing from the reports that the undivided profits applicable to dividends are in excess of $100,000.00 it was

Resolved, that a dividend of 2% on the capital stock of the Company be declared, payable Dec. 30th

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 103 of 158   Document 50-7

WG-ANR-00080967

Special Meeting Board of Directors. Dec 16th 1910

There being no further business to come before the Board, the meeting adjourned.

A.P.L

E Haase
Secretary.

Regular Meeting Board of Directors,
Monday, Jan. 16th 1911, 4:30 O. M.

(Pursuant to By-Laws)

Present: Messrs Lindsay, Hamilton, Sieg, Hulst, Glass, Fuller and Luedke.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of Dec. 16th, 1910 were read and approved as read.

The General Manager submitted the report of the Company's business for the month of December and on motion the same was accepted and ordered placed on file.

The General Manager reported that the wages and salaries of employes entitled to a bonus under the rules of the Company amount to $154,743.04 for the second half of the year 1910.

On motion of Mr. Luedke, seconded, it was

Resolved, That a bonus of 10% on the wages and salaries for the second half of the year 1910 be paid to employes entitled to the same under the bonus rules.

On motion of Mr. Sieg, seconded, the meeting adjourned.

E Haase
Secretary

Nelson P. Hulst
Chairman

WG-ANR-00080968

Regular Meeting Board of Directors
Monday, Feb 20th 1911, 4:30 P.M.

(Pursuant to By laws)

There being no quorum present, the meeting was adjourned by Mr. Glass to Feb. 27th, 4:30 P.M.

E Haase
Secretary

Adjourned Regular Meeting Board of Directors
Monday, Feb 27th 1911, 4:30 P M.

Present Messrs. Lindsay, Hamilton, Hulst, Sieg and Glass.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of Jan 16th were read and approved as read. Likewise the minutes of the meeting of Feb 20th.

The report for the month of January was submitted by the General Manager and on motion was accepted and ordered placed on file.

The following resolution was offered by Mr. Sieg:—

"Whereas, from the Balance Sheet it appears that this Company has undivided profits, amounting to $226,955.59, standing to the credit of Surplus Account Jan. 1st 1911,

Resolved, that a special dividend, amounting to $226,955.59, be declared, payable on February 28th prorata to stockholders of record on that date."

This resolution was regularly moved by Mr. Sieg, seconded by Mr. Lindsay and adopted by the unanimous vote of the Directors present.

On motion the meeting adjourned.

Wm. P. Hulst
Chairman

E Haase
Secretary

WG-ANR-00080969

Regular Meeting Board of Directors.
Monday, Mar 20th 1911, 4:30 A.M.

(Pursuant to By-Laws)

Present:- Messrs. Hamilton, Fuller, Luedke, Sieg, Hulst and Glass.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of Feb. 27th were read and approved as read.

The report for the month of February was submitted by the General Manager, and on motion was accepted and ordered placed on file.

It appearing from the report that the undivided profits applicable to dividends are in excess of $100,000.00, it was upon motion of Mr. Luedke, seconded.

Resolved, That a dividend of 3% be declared, payable March 25th to stockholders of record at that date.

On motion the meeting adjourned.

Nelson P. Hulst
Chairman.

E H Haase
Secretary.

Regular Meeting Board of Directors.
Monday, Apr 17th, 1911, 4:30 A.M.

(Pursuant to By-Laws.)

Present- Messrs Luedke, Hamilton, Lindsay, Sieg, Hulst, Glass and Fuller.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of March 20th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of March and on motion of Mr. Luedke, the same was accepted and ordered placed on file.

Upon motion the meeting adjourned.

E H Haase
Secretary.

Nelson P. Hulst

WG-ANR-00080970

Regular Meeting Board of Directors.
Monday May 15th, 1911, 4:30 P.M.

(Pursuant to By-Laws)

Present - Messrs. Hamilton, Fuller, Gieg, Lindsay, Hulst and Glass.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of April 17th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of April and on motion same was received and ordered placed on file.

On motion, meeting adjourned.

E. Haase
Secretary.

Wilson P. Hulst
Chairman

Regular Meeting Board of Directors.
Monday June 19th 1911, 4:30 P.M.

(Pursuant to By-Laws)

There being no quorum present, the meeting was adjourned by the Secretary to June 21st, 4:30 P.M.

E. Haase
Secretary.

WG-ANR-00080971

Adjourned Regular Meeting Board of Directors
Wednesday, June 21st, 1911, 4-30 P.M.

(Due notice of meeting having been given)

Present - Messrs. Lindsay, Fuller, Hulst, Frey, Liedtke and Glass.

The Second Vice Prest, Mr. Hulst, presided.

The minutes of the meeting of May 17th were read and approved as read

The General Manager submitted to the Board of Directors a copy of a letter written to the railroad Commission of Wisconsin, announcing that this Company desires to institute reduced rates for gas to take effect with the July meter readings as follows

| | | |
|---|---|---|
| First | 10,000 cu ft per month | 75¢ per M. net |
| Next | 10,000 | 65¢ " |
| Next | 80,000 | 55¢ " |
| Over | 100,000 | 50¢ " |

With minimum bill of 25¢ per month

Bills to be rendered at 10¢ per M above the foregoing rates and subject to a discount of 10¢ per M for payment before last day of discount indicated thereon.

After discussion by the Board, the following resolution was offered by Mr. Fuller and duly seconded:-

Resolved, That after July 1st, 1911, the price of gas be reduced and the following schedule of rates be established to take effect with the July meter readings:-

Schedule of Prices for Gas
For All Purposes.

For the first 10,000 cu ft. used during any one month through any one meter, a rate of 85¢ per thousand cu ft

For any amount over 10,000 cu ft and up to 20,000 cu ft used during the same month, through the same meter, a rate of 75¢ per thousand cu ft.

For any amount over 20,000 cu ft and up to 100,000 cu ft used during the same month, through the same meter, a rate of 65¢ per thousand cu ft.

For all additional consumption over 100,000 cu ft

WG-ANR-00080972

Adjourned Regular Meeting Board of Directors, June 21st, 1911

used during the same month through the same meter, a rate of 60¢ per thousand cu ft.

- - - - - - - - - -

A discount of 10¢ per thousand cu ft will be allowed from the above rates, provided bills are paid on or before the last discount day printed on the bill.

When so paid the Net rates are:

First   12,000 cu ft ............... 75¢ per M cu ft

Next   10,000   "   ............... 65¢   "

Next   80,000   "   ............... 55¢   "

Over  100,000   "   ............... 50¢   "

The question being on the adoption of the foregoing resolution, the same was unanimously adopted by the affirmative vote of all the directors present.

The General Manager submitted the report of the Company's business for the month of May and on motion the same was received and ordered placed on file.

It appearing from the report that the undivided profits applicable to dividends are in excess of $100,000.00, it was, upon motion of Mr Lindsay, seconded,

"Resolved, That a dividend of 2% on the capital stock of the Company be declared, payable June 26th, to stockholders of record at that date."

On motion the meeting adjourned.

E H Haase
Secretary.

Nelson P. Hulst
Chairman

WG-ANR-00080973

Annual Meeting of Stockholders
Monday, July 3rd, 1911, 10 A.M.

Pursuant to by-laws of the Company and ten days' notice published in the Milwaukee Sentinel and Evening Wisconsin, as per proofs of publication on file, the Annual Meeting of Stockholders of the Milwaukee Gas Light Company was called to order by Vice President, Mr. Glass at the offices of the Company, 182 Wisconsin Street, Monday, July 3rd, 1911, 10 A.M.

On motion of Mr. Sieg, seconded, Mr. Hulst was elected Chairman and Mr. Haase Secretary of the meeting.

The holders of 99,999 shares of capital stock of the Company were present in person or by proxy as follows:-

Western Gas Company, by Sheldon J. Glass, proxy. 99,991 shares
Emerson McMillin . . . . . . . . . . . 1 share
Alanson C. Lathrop . . . . . . . . . . . 1
Nelson C. Hulst in person . . . . . 1
S. J. Glass . . . . . . . . . . . 1
Kilmer Sieg . . . . . . . . . . . 1
J. C. Fuller . . . . . . . . . . . 1
E. J. Lindsay by Sheldon J. Glass, proxy . 1
H. Aug Luedke in person . . . . . 1

Total   99,999 shares

The Chairman appointed Messrs. Sieg & Luedke tellers to canvass the Powers of Attorney presented at the meeting and to report to the meeting what stockholders were present in person or by proxy.

The tellers thereupon canvassed the Powers of Attorney and compared the same with the list of Stockholders and reported that the holders of 99,999 shares of capital stock of the Company were present in person or by proxy, as above set forth.

On motion of Mr. Fuller the report of the committee was adopted.

The minutes of the last meeting of Stockholders were read and approved as read.

On motion of Mr. Luedke, seconded, it was resolved, That all the acts and proceedings of the

WG-ANR-00080974

Annual Meeting of Stockholders, July 3rd, 1911. Cont'd

Board of Directors and Officers of the Company, as shown by the records, be and the same are hereby in all respects ratified and confirmed.

On motion of Mr. Fuller, seconded it was

Resolved to proceed to the election of directors for the ensuing year. The following named gentlemen were proposed as directors by Mr. Fuller:-

Oliver C. Fuller

Sheldon J. Glass

A. K. Hamilton

Nelson P. Hulst

E. J. Kearney

H. deg Luedke

Emerson McMillin

Ailmer Sieg

Alanson P. Lathrop

Mr. Glass seconded the nominations.

On motion of Mr. Sieg, seconded, it was

Resolved, that the Secretary be instructed to cast a ballot for the election of each of the above named gentlemen as directors of the Company.

The above resolution was adopted by the unanimous vote of 99,999 shares represented at the meeting.

The Secretary thereupon, as directed, cast a ballot for the above named gentlemen as directors and they were then declared by the Chairman duly elected directors for the ensuing year.

On motion the meeting of stockholders adjourned.

E H Haas

Secretary

Nelson P. Hulst

Chairman

WG-ANR-00080975

Annual Meeting Board of Directors.
Monday July 3rd, 1911, 10.30 A.M.

(Pursuant to By-Laws)

The annual meeting of the Board of Directors was held immediately following the annual meeting of stockholders.

There were present:- Messrs. Oliver O. Fuller, Sheldon J. Glass, Nelson O. Hulst, H. A. Kuedke and Wilmer Sieg.

On motion of Mr. Sieg, seconded, Mr. Hulst was elected Chairman of the meeting and on motion of Mr. Kuedke, seconded, Mr. Haase was elected Secretary of the meeting.

The meeting then proceeded to the election of officers for the ensuing year.

Mr. Fuller placed the following gentlemen in nomination for the respective offices named and they were seconded by Mr. Sieg:-

| | |
|---|---|
| Chairman of the Board of Directors, | Emerson McMillin |
| President | Alanson C. Lathrop |
| Vice Prest. & Genl. Mgr. | Sheldon J. Glass |
| Second Vice Prest. | Nelson O. Hulst |
| Secretary & Treasurer | Ewald Haase |
| Asst. Secy. & Asst. Treas. | O. N. Jelliffe |

On motion of Mr. Fuller, seconded, it was

Resolved, That the Secretary be instructed to cast a ballot of the directors for the election of the above named gentlemen to their respective offices. The Secretary, as instructed, thereupon cast a ballot for the directors for each of the gentlemen for the offices named and they were thereupon declared by the Chairman duly elected officers for the ensuing year.

On motion of Mr. Fuller, seconded, Miller, Mack and Fairchild were appointed counsel at an annual salary of $3,600.00.

On motion of Mr. Sieg, seconded, it was

Resolved, That the salaries of the officers of the Company be fixed as follows:-

| | |
|---|---|
| Chairman of the Board of Directors, | $9,000.00 |
| President, | 9,000.00 |

WG-ANR-00080976

Annual Meeting Board of Directors, July 3rd, 1911.

Vice Pres't & Gen'l Mgr.,                                    8,500.00

Second Vice Pres't,                                            5000.00

Sec'y & Treas.                                                  4,500.00

Ass't Secretary & Ass't Treasurer,                  1,200.00

all per annum payable monthly.

On motion of Mr. Kuedke, seconded, the bonds of the General Manager and Secretary were fixed at $5,000.00 each.

Mr. Glass reported that the wages and salaries of employes entitled to bonus, under the rules of the Company, amounted to about $154,298.51 for the first half of the year 1911.

On motion of Mr. Kuedke, seconded, it was

Resolved, That a bonus of 10% on the wages and salaries for the first half of the year 1911 be paid to employes entitled to the same under the bonus rules.

Nelson P. Hulst
Chairman

E. H. Haase
Secretary

WG-ANR-00080977

Regular Meeting Board of Directors
Monday, July 17th, 1911, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Lindsay, Fuller, Luedke, Hamilton, Sieg and Glass.

The Vice President, Mr. Glass, presided.

The minutes of the annual meeting of July 3rd were read and approved.

The General Manager submitted the report of the Company's business for the month of June and the same was, upon motion of Mr. Sieg, seconded, accepted and ordered placed on file.

On motion the meeting adjourned.

S. J. Glass
Chairman

H. C. Khaper
Ass't Secretary


Regular Meeting Board of Directors
Monday Aug 21st 1911, 4:30 P.M.

(Pursuant to By-Laws)

The meeting was called to order by the Secretary.

Upon motion of Mr. Sieg Mr. Luedke was elected Chairman for the meeting.

The minutes of the meeting of July 17th were read and approved as read.

The report of the company's business for the month of July was submitted by the Secretary and on motion of Mr. Lindsay was accepted and ordered placed on file.

On motion the meeting was adjourned.

H. L.

E. Haase
Secretary.

WG-ANR-00080978

Regular Meeting Board of Directors.
Monday. Sept. 18th. 1911. 4:30 C.M.

(Pursuant to By-Laws)

Present: Messrs. Lindsay, Hamilton, Glass, Ruedke, Sieg and Fuller.

At the request of the Vice President, Mr. Hamilton presided.

The minutes of the meeting of Aug. 21st were read and approved as read.

The report for the month of August was submitted by the General Manager and on motion was received and ordered placed on file.

It appearing from the report that the undivided profits applicable to dividends are in excess of $100,000.00, it was, upon motion of Mr. Ruedke, seconded,

Resolved, That a dividend of 2% on the capital stock of the Company be declared, payable Sept. 23rd to stockholders of record at that date.

On motion the meeting adjourned.

OK

Ekaew
Secretary.

WG-ANR-00080979

Regular Meeting Board of Directors
Monday Oct 16th, 1911, 4.30 A.M.

(Pursuant to By-Laws)

Present:- Messrs. Lindsay, Sieg, Luedke, Glass, Hamilton and Fuller.

On request of the Vice President Mr. Hamilton presided.

The minutes of the meeting of Sept. 18th were read and approved as read.

The General Manager's report was submitted and on motion of Mr. Sieg was accepted and ordered placed on file.

On motion the meeting adjourned.

AKH

E. Haase
Secretary

Regular Meeting Board of Directors
Monday, Nov. 20th, 1911, 4.30 P.M.

(Pursuant to By-Laws)

Present:- Messrs. Lindsay, Hulst, Sieg, Luedke and Glass.

The second vice president, Mr. Hulst, presided.

The minutes of the meeting of Oct. 16th were read and approved as read.

The General Manager submitted the Company's report for the month of October and on motion of Mr. Luedke, seconded, the same was accepted and ordered placed on file.

On motion the meeting adjourned.

Nelson P. Hulst
Chairman

E. Haase
Secretary

WG-ANR-00080980

Regular Meeting Board of Directors.
Monday, Dec. 18th, 1911, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Lindsay, Hamilton, Fuller, Sieg, Hulst, Luedke and Glass.

The Vice President, Mr. Hulst, presided.

The minutes of the meeting held Nov. 20th were read and approved as read.

The General Manager's report of the Company's business for the month of November was received and ordered placed on file.

It appearing from the reports that the net profits applicable to dividends are in excess of $100,000.00, it was on motion of Mr. Hamilton, seconded,

Resolved, That a dividend of 2% on the capital stock of the Company be declared, payable on Dec. 26th, to stockholders of record at that date.

On motion the meeting adjourned

Nelson P. Hulst
        Chairman

E. H. Aarse
        Secretary


Regular Meeting Board of Directors
Monday, Jan. 15th 1912, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Lindsay, Hulst, Luedke and Glass.
The Second Vice President, Mr. Hulst, presided.
There being no quorum present, on motion the meeting was adjourned subject to call.

Nelson P. Hulst
        Chairman

E. H. Aarse
        Secretary

WG-ANR-00080981

Adjourned Regular Meeting Board of Directors
Thursday, Jan 18th 1912. 4.30 P.M.

An adjourned meeting of the Board was held this day at which there were present Messrs. Lindsay, Fuller, Hulst, Luedke, and Glass.

The Second Vice President, Mr. Hulst, presided.

The General Manager submitted the report of the Company's business for the month of December and on motion of Mr. Lindsay, the same was accepted and ordered placed on file.

A statement was submitted by the Secretary showing that the wages and salaries of employes entitled to a bonus under the rules of the Company amount to $56,647.73 for the second half of the year 1911.

On motion of Mr. Luedke, seconded, it was

Resolved that a bonus of 10% on wages and salaries for the second half of the year 1911 be paid to employes entitled to the same under the bonus rules.

On motion the meeting adjourned.

Nelson P. Hulst
    Chairman

E H Aase
    Secretary


Regular Meeting Board of Directors
Monday, Feb. 19th, 1912. 4.30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Hamilton, Hulst, Lindsay, Sieg, Luedke and Glass.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meetings of Jan 15th and Jan 18th were read and approved as read.

The General Manager's report was submitted and on motion of Mr. Sieg received and ordered placed on file.

On motion the meeting adjourned.

E H Aase
    Secretary.

Nelson P. Hulst

WG-ANR-00080982

Regular Meeting Board of Directors
Monday March 18th, 1912, 11:30 A.M.

(Pursuant to By-Laws)

Present: Messrs Fuller, Lindsay, Hulst, Sieg, Luedke and Glass.

The Second Vice President, Mr. Hulst presided.

The minutes of the meeting of Feb. 19th were read and approved as read.

The General Manager submitted the report for the month of February and on motion of Mr. Sieg, the same was received and ordered placed on file.

It appearing from the reports that the Net Earnings applicable to dividends for the first quarter will be in excess of $100,000.00, it was, upon motion of Mr. Lindsay, seconded,

Resolved, That a dividend of 2% on the capital stock of the Company be declared, payable to stockholders of record on March 29th.

On motion of Mr. Fuller, duly seconded, the meeting adjourned.

Nelson P. Hulst
Chairman

E. Haare
Secretary.

Regular Meeting Board of Directors
Monday, April 15th, 1912, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Hamilton, Fuller, Lindsay, Sieg, Hulst, Luedke and Glass.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of March 18th were read and approved as read.

The General Manager submitted the report for the month of March and on motion of Mr. Sieg duly seconded, the same was ordered received and placed on file.

On motion of Mr. Hamilton, seconded, the meeting adjourned.

Nelson P. Hulst
  Chairman

E H Aase
  Secretary.

---

Regular Meeting Board of Directors.
Tuesday, May 14th, 1912, 4 P.M.

(Pursuant to By-Laws)

Pursuant to notice, a special meeting was held this day to take the place of the regular monthly meeting.

There were present: Messrs. Lathrop, Hulst, Sieg, Luedke, Hamilton, Fuller and Glass.

The President presided.

The minutes of the meeting of April 15th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of April and on motion of Mr. Sieg, the same was ordered received and placed on file.

On motion duly made and seconded and the meeting adjourned.

E H Aase
  Secretary.

WG-ANR-00080984

Regular Meeting Board of Directors
Monday, June 17th, 1912, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Hamilton, Fuller, Sieg, Ruedke and Glass.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of May 14th were read and approved as read.

A communication was read from Mr. Kilmer Sieg, presenting his resignation as a director.

The General Manager submitted the report of the Company's business for the month of May, and on motion of Mr. Sieg, the same was ordered received and placed on file.

It appearing from the report that the net profits applicable to dividends are in excess of $100,000.00, it was, on motion of Mr. Hamilton, seconded,

Resolved, that a dividend of 2% on the capital stock of the Company be declared, payable on June 26th to stockholders of record at that date.

The resignation of Mr. Sieg being before the Board, the following resolution was offered by Mr. Fuller:

"Resolved, that the resignation of Mr. Kilmer Sieg as a director of the Company, to take effect July 1st, 1912, is hereby accepted.

In accepting this resignation the directors are conscious of the loss of a genial associate, whose keen interest in the Company's welfare has been appreciated, and the directors' best wishes for success in his new position in the far west go with Mr. Sieg."

On motion duly made and seconded, the meeting adjourned.

S. J. Glass
Chairman

E. Krause
Secretary

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 121 of 158   Document 50-7

WG-ANR-00080985

Annual Meeting of Stockholders
Monday, July 1st, 1912, 10 A. M.

Pursuant to By Laws of the Company and ten days' notice published in the Milwaukee Sentinel and Evening Wisconsin, as per proofs of publication on file, the Annual Meeting of Stockholders of the Milwaukee Gas Light Company was called to order by Mr. Glass, at the offices of the Company, 187 Wisconsin Street, Monday, July 1st, 1912, 10 A. M.

On motion of Mr. Hamilton, seconded, Mr. Glass was elected Chairman and Mr. Haase Secretary of the meeting.

The holders of 100,000 shares of capital stock of the Company were present in person or by proxy as follows:-

| | | |
|---|---|---|
| Western Gas Company, by E. J. Glass, Proxy, | 99,991 shares. |
| Emerson McMillin, | | 1 share. |
| Marcus T. Lathrop, | | 1 " |
| Nelson O. Hulst, | | 1 " |
| E. J. Glass, | in person | 1 " |
| Fred N. Rogers, | | 1 " |
| O. C. Fuller, | | 1 " |
| A. K. Hamilton, | | 1 " |
| E. J. Lindsay, | by E. J. Glass, Proxy | 1 " |
| H. Aug. Luedke, | | 1 " |
| | Total | 100,000 shares |

The Chairman appointed Messrs. Hamilton and Rogers, tellers, to canvass the Powers of Attorney presented at the meeting and to report to the meeting what stockholders were present in person or by proxy.

The tellers thereupon canvassed the Powers of Attorney and compared the same with the list of Stockholders and reported that the holders of 100,000 shares of capital stock of the Company were present in person or by proxy as above set forth.

On motion of Mr. Fuller, the report of the committee was adopted.

The minutes of the last meeting of stockholders held July 3rd, 1911 were read and approved as read.

Annual Meeting of Stockholders, July 1st, 1912. (cont'd)

On motion of Mr. Hamilton, seconded, it was

Resolved, That all the acts and proceedings of the Board of Directors and Officers of the Company, as shown by the records, be and the same are hereby in all respects ratified and confirmed.

On motion of Mr. Hamilton, seconded, it was

Resolved to proceed to the election of directors for the ensuing year. The following named gentlemen were proposed as directors by Mr. Fuller:

Glass, Sheldon J.,
Fuller, Oliver C.,
Hamilton, A. K.,
Hulst, Nelson C.,
Lindsay, E. J.
Luedke, H. aug
McMillin, Emerson,
Rogers, Fred A.
Lathrop, Hanson C.

Mr. Hamilton seconded the nominations.

On motion of Mr. Hamilton, seconded, it was

Resolved, that the Secretary be instructed to cast a ballot for the election of each of the above named gentlemen as directors of the Company.

The above resolution was adopted by the unanimous vote of 100,000 shares represented at the meeting.

The Secretary, thereupon, as directed, cast a ballot for the above named gentlemen as directors and they were then declared by the Chairman duly elected directors for the ensuing year.

On motion, the meeting of Stockholders adjourned.

S. J. Glass
Chairman

E. Haase
Secretary.

WG-ANR-00080987

Annual Meeting Board of Directors.
Monday, July 1st 1912, 10:30 A.M.

(Pursuant to By Laws)

The annual meeting of the Board of Directors was held immediately following the annual meeting of stockholders.

There were present:— A. K. Hamilton, I. N. Rogers, O. C. Fuller, A. Aug Luedke, E. J. Glass.

On motion of Mr. Hamilton, seconded, Mr. Glass was elected Chairman of the meeting and on motion of Mr. Luedke, seconded, Mr. Haase was elected Secretary of the meeting

The meeting then proceeded to the election of officers for the ensuing year.

Mr. Luedke placed the following gentlemen in nomination for the respective offices named and they were seconded by Mr. Fuller.

| | |
|---|---|
| Chairman of the Board of Directors, | Emerson McMillan, |
| President | Alanson C. Lathrop, |
| Vice Prest & Genl Mgr | Sheldon J. Glass, |
| Second Vice Prest | Nelson G. Hulst, |
| Secretary & Treasurer | Ewald Haase. |
| Asst Secretary & Asst Treasurer | C. N. Jelliffe. |

On motion of Mr. Hamilton, seconded, it was

Resolved, That the Secretary be instructed to cast a ballot of the directors for the election of the above named gentlemen to their respective offices.

The Secretary, as instructed, thereupon cast a ballot of the directors for each of the gentlemen for the offices named and they were thereupon declared by the Chairman duly elected officers for the ensuing year.

On motion of Mr. Luedke, seconded, Miller, Mack & Fairchild were appointed counsel at an annual salary of $3,600.00

On motion of Mr. Luedke, seconded, it was

Resolved, that the salaries of the officers of the Company be fixed as follows:—

| | |
|---|---|
| Chairman of the Board of Directors | $9,000.00 |
| President | 9,000.00 |
| Vice President & Genl Manager | 6,500.00 |

WG-ANR-00080988

Annual Meeting Board of Directors, July 1st 1912 (Cont'd)

| | |
|---|---|
| Second Vice President | 500.00 |
| Secretary and Treasurer | 4,500.00 |
| Asst Secretary and Asst Treasurer | 1,500.00 |

all per annum payable monthly.

On motion of Mr. Fuller, seconded, the bonds of the General Manager and Secretary were fixed at $5,000.00 each, premium to be paid by Company.

On motion the meeting adjourned.

S. J. Glass
Chairman

E. Kaase
Secretary

Regular Meeting Board of Directors
Monday, July 15th, 1912, 10 A M

(Pursuant to By-Laws)

Present:- Messrs. Lindsay, Fuller, Rogers, Luedke and Glass.

Upon request of the Vice President, Mr. Fuller presided.

The minutes of the meetings held June 17th and July 1st were read and approved as read.

The General Manager submitted the report of the Company's business for the month of June and on motion of Mr. Luedke, the same was ordered accepted and placed on file.

Mr. Glass reported that the wages and salaries of employees entitled to bonus under the rules of the Company amount to $163,954.33, for the first half of the year 1912.

On motion of Mr. Luedke, seconded, it was

Resolved, that the usual bonus of 10% on wages and salaries for the first half of the year 1912 be paid to employees entitled to the same under the bonus rules.

On motion the meeting adjourned.

O.C.F.

E. Kaase
Secretary

WG-ANR-00080989

Regular Meeting Board of Directors
Monday, Aug. 19th, 1912, 4:30 P.M.

(Pursuant to By Laws)

Present: Messrs. Rogers, Hamilton, Glass, Lindsay, Luedke and Fuller.

On request of the Vice President, Mr. Lindsay presided.

The minutes of the meeting of July 15th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of July and on motion of Mr. Luedke, the same was ordered accepted and placed on file.

The following resolution was introduced by Mr. Luedke:-

"Whereas, from the Balance Sheet, it appears that the Company has undivided profits, amounting to $215,820.29, standing to the credit of Surplus Account Jan. 1st, 1912.

Resolved, that a special dividend, amounting to $215,820.29, be declared payable in cash on Aug. 24th 1912 to stockholders of record at that date."

This resolution was regularly moved by Mr. Luedke and seconded and adopted by the unanimous vote of the directors present.

The following resolution was thereupon offered by Mr. Glass:-

"Whereas, The Consolidated Building Company has offered to sell and convey to this Company, for and in consideration of the sum of Eight One Thousand, Ninety One Dollars and Eleven Cents ($81,091.11) in cash, certain land adjacent to the West Side Plant of this Company, and more particularly described as follows:-

Lots 3 and 4, and all except the east eighty-five (85) feet of lot No. 2 in Block Six (6) in Mariners Addition in the Southwest quarter (S.W.¼) of Section numbered Thirty (30) in township numbered Seven (7) north, of range numbered twenty two (22) east, in the Sixteenth Ward in the City of Milwaukee, and

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 126 of 158   Document 50-7

WG-ANR-00080990

Regular Meeting Board of Directors, Aug 19th 1912 (cont'd)

Whereas, this Board believes and hereby determines that it is necessary and proper for the conduct of its business that this Company shall acquire said land, and further hereby determines that the said land is reasonably worth the said sum of Eighty One Thousand, Ninety-one Dollars and Eleven Cents.

Now Therefore, Be It Resolved, that the proper Officers of this Company be, and they are hereby authorized to do and perform all acts and things necessary to accept the said offer of the said Consolidated Building Company, and to procure the conveyance to this Company of the fee of the above described land by full covenant warranty deed, and to pay to the said Company the said sum of Eighty One Thousand, Ninety-one Dollars and Eleven Cents.

The adoption of this resolution was regularly moved by Mr. Glass and duly seconded and the same was adopted by the unanimous vote of the directors present.

There being no further business to come before the Board, on motion the meeting adjourned.

JL.

E Kasse
Secretary.

WG-ANR-00080991

Regular Meeting Board of Directors
Monday, Sept 16th, 1912, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Luedke, Rogers, Lindsay, Fuller, Hamilton, and Glass

On request of the Vice President, Mr. Hamilton presided

The minutes of the meeting of Aug. 19th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of August. On motion the same was ordered accepted and placed on file.

It appearing from the report that the net profits applicable to dividends are in excess of $100,000.00, it was, on motion of Mr. Lindsay, seconded.

Resolved, That a dividend of 2% on the capital stock of the Company be declared, payable on Sept. 25th to stockholders of record at that date.

On motion the meeting adjourned.

AH.

E. Haase
Secretary.


Regular Meeting Board of Directors
Monday, Oct. 21st, 1912, 4:30 P.M.

(Pursuant to By-Laws)

Adjourned by the Secretary, no quorum being present.

E. Haase Secy

WG-ANR-00080992

Adjourned Regular Meeting Board of Directors
Thursday Oct. 24th, 1912, 4:30 P.M.
(Due Notice of the Meeting having been given)

Present:- Messrs. Hulst, Fuller, Lindsay, Hamilton, Rogers, Luedke and Glass.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of Sept. 16th were read and approved as read.

Communication from Mr. Jelliffe, Secretary American Light and Traction Co. was read, in reference to the redemption of the Milwaukee Office Co. bonds. The following resolution was introduced by Mr. Glass.

Whereas, by endorsement in writing dated the first day of August, 1900, this Company in pursuance of a Resolution of its Board of Directors passed on the 16th day of June, 1900, guaranteed the payment of the principal and interest of Eighty Thousand ($80,000) Dollars in face value of Five Per Cent. (5%) Twenty (20) year First Mortgage Gold Bonds of the Milwaukee Office Company the same being secured by a Mortgage made by the said last named Company bearing date the first day of August, 1900; and

Whereas, the Milwaukee Office Company desires to exercise the right to redeem and cancel said bonds, as is more fully set forth in the said Mortgage securing said bonds, and for that purpose requires the sum of Eighty Thousand ($80,000) Dollars:

Now Therefore Be It Resolved, that the sum of Eighty Thousand ($80,000) Dollars shall be advanced by this Company to the said Milwaukee Office Company to be used by it for the purpose of redeeming the said bonds above described in accordance with the provisions of the said bonds and of the Mortgage securing the same; and

Be It Further Resolved, that the Milwaukee Office Company shall give to this Company a demand note payable without interest for the

WG-ANR-00080993

Adjourned Regular Meeting Board of Directors, Oct. 24th 1912. (Cont'd)

shall be cancelled and considered as fully paid upon delivery to this Company by the Milwaukee Office Company of a certificate in due form showing the destruction by burning of all of the bonds of the issue hereinabove described, together with all coupons maturing at any time attached thereto, except such as the Company is unable to produce but gives satisfactory explanation of such inability.

The adoption of the above resolution being moved by Mr. Hamilton and seconded by Mr. Rogers, it was adopted by the unanimous vote of the Board.

The General Manager submitted the report of the Company's business for the month of September and on motion the same was accepted and ordered placed on file.

On motion the meeting adjourned.

APH.

                                  E. Haase

Chairman                         Secretary.


Regular Meeting Board of Directors,
Monday, Nov. 18th 1912, 4:30 P.M.
(Pursuant to By Laws)


Present:- Messrs. Lindsay, Hulst, Hamilton, Rogers, Luedke, Glass.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meetings of Oct. 21st and of Oct. 24th were read and approved as read.

The report of the Company's business for the month of October was submitted by the General Manager and on motion of Mr. Hamilton ordered accepted and placed on file.

On motion the meeting adjourned.

APH

Chairman                         E. Haase
                                  Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 130 of 158   Document 50-7

WG-ANR-00080994

Regular Meeting Board of Directors
Monday, Dec. 16th, 1912, 4:30 P.M.
(Pursuant to By-Laws)

Present: Messrs Hamilton, Hulst, Lindsay, Rogers, Luedke, Glass and Fuller.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of Nov. 18th were read and approved as read.

The report of the Company's business for the month of November was submitted by the General Manager and on motion of Mr. Luedke was accepted and ordered placed on file.

It appearing from the report that the net profits applicable to dividends are in excess of $100,000, it was, upon motion of Mr. Hamilton, duly seconded,

Resolved, That a dividend of 2% on the capital stock of the Company, amounting to $100,000, be declared payable to stockholders of record on Dec. 26th.

On motion of Mr. Hamilton the meeting adjourned.

_____          E. Haase
Chairman                     Secretary

WG-ANR-00080995

Regular Meeting Board of Directors
Monday, Jan. 20th, 1913, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs Hulst, Lindsay, Rogers, Luedke, Glass and Fuller

The second Vice President, Mr. Hulst, presided.

The minutes of the meeting of Dec. 16th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of December and on motion of Mr. Rogers the same was accepted and ordered placed on file.

It was reported that the wages and salaries of employes entitled to bonus for the second half of 1912 amount to $163,499.92.

On motion of Mr. Luedke, seconded, it was

Resolved, That the usual bonus of 10% be paid on the wages and salaries for the second half of the year 1912 to employes entitled to same under the bonus rules.

On motion the meeting adjourned.

Nelson P. Hulst
    Chairman

E Haase
    Secretary.

Regular Meeting Board of Directors
Monday, Feb. 17th, 1913, 4:30 P.M.

(Pursuant to By-Laws)

Adjourned by the secretary subject to call of the Vice President, there being no quorum present.

E Haase
    Secretary

WG-ANR-00080996

Adjourned Meeting Board of Directors
Tuesday, Feb. 25th, 1913, 11 a. m.
(Due notice of meeting having been given)

Present: Messrs. Fuller, Lindsay, Hulst, Luedke and Glass.

The Second Vice President, Mr. Hulst, presided.

The minutes of the meeting of Jan. 20th were read and approved as read.

The General Manager's report was submitted by Mr. Glass and on motion of Mr. Luedke was accepted and ordered placed on file.

The following communications were introduced by Mr. Glass:-

"February 25, 1913.

To the Board of Directors
 of the Milwaukee Gas Light Company.
Gentlemen:-

The great increase in volume of our business in recent years has entailed a corresponding increase in the details of management, which now seems to require a readjustment of duties.

After consultation with Messrs. McMillin and Lathrop in New York, it has been deemed desirable, subject to approval of the Board, to promote Mr. Brown to the position of General Manager, and in furtherance of that plan I herewith tender my resignation as General Manager to take effect upon Mr. Brown's election to that office.

Yours truly,
(Signed) S. J. Glass."

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 133 of 158   Document 50-7

WG-ANR-00080997

<u>Adjourned Meeting Board of Directors Feb 18, '13 (Cont'd)</u>

"February 19th, 1913.

To the Board of Directors of the

Milwaukee Gas Light Company.

Gentlemen :-

In view of Mr. Glass' resignation as General Manager of your Company, and the desire to elect Mr. R. B. Brown as his successor, I make the following recommendations :

First, That Mr. Glass be continued as Vice President, with a salary at the rate of $8,500.00 per annum.

Second : That Mr. Brown be elected General Manager with a salary at the rate of $10,000.00 per annum, the same to date from January 1, 1913; - it being understood that the General Manager shall not be entitled to participate in the dividend paid employes.

Third : Mr. Brown, for the present, to retain the position and title of Engineer; - his salary of General Manager covering also his salary as Engineer.

Fourth : That the Vice President, subject to the advice of the chairman of the Board and President shall look after the finances of the Company, look after the State Legislation, and shall perform such duties as are usual to the office. He shall report to the Directors and President.

Fifth : The General Manager shall have charge of the operation of the Company; - shall look after local legislation, and perform such duties as are usual to the office, and shall report to the Vice President.

It is the opinion of Mr. McMillin and the undersigned that the above

WG-ANR-00080998

Adjourned Meeting Board of Directors Feb 25, 1913 (Cont'd)

mentioned plan will work out to the best interests of the Company

Very truly yours,

(Signed) Alanson P. Lathrop

President."

On motion of Mr. Fuller, seconded by Mr. Luedke, it was

Resolved, That the resignation of Mr. Glass as General Manager be and is hereby accepted.

On motion of Mr. Fuller, seconded, it was

Resolved, That Mr. R. B. Brown be elected General Manager and that his salary as General Manager and Engineer be fixed at $10,000.00 per annum, dating from Jan. 1st, 1913.

On motion of Mr. Luedke, seconded, it was

Resolved, That Mr. Glass' salary as Vice President is hereby fixed at $8,500.00 per annum from this date.

The following communication was introduced by Mr. Lindsay:-

Milwaukee, Wis., Feb 25, 1913.

To the Board of Directors

Milwaukee Gas Light Company.

Gentlemen:-

Please take notice that at the next meeting of the Board of Directors of this Company, I shall, in accordance with Section Two of Article Five of the By Laws, move to amend said By Laws as follows:-

Article Five, Miscellaneous Provisions, Section One, to read as follows:-

All moneys belonging to the Company shall be deposited from day to day to the credit of the Company with such bank or banks

WG-ANR-00080999

Adjourned Meeting Board of Directors Feb. 25, 1913 (Cont'd)
as the Directors shall direct and shall only
be drawn from such bank or banks by
check, drawn upon the Treasurer's account
and payable at the bank or banks and signed
by the President, or a Vice President, or the
Chairman of the Board of Directors or the
General Manager and countersigned by the
Secretary or an Assistant Secretary or the
Treasurer."

There being no further business to come
before the Board, the meeting adjourned

Nelson T. Hulst
    Chairman

E. Haase
    Secretary.

Regular Meeting Board of Directors
Monday, March 17th, 1913, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Hamilton, Lindsay,
Fuller, Hulst and Luedke, and General
Manager, R. B. Brown.

The Second Vice President, Mr. Hulst,
presided.

The minutes of the meetings of
Feb. 17th and Feb. 25th were read and approved
as read.

A communication from Mr. Jelliffe,
Secretary and Treasurer of the American Light
and Traction Co., was read, requesting the
adoption of the following resolution :-

"Resolved, That Emerson McMillin,
Chairman of the Board of Directors, and
Alanson P. Lathrop, President of the Company,
together, or either of them accompanied by
one of the following parties, namely, -

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 136 of 158   Document 50-7

WG-ANR-00081000

Regular Meeting Board of Directors, Mar 17, '13 (Contd)

Marion McMillin, Charles A. Young,
James Lawrence, Thomas M. Leahy, or
C. N. Jelliffe, shall have the right of access to
and control of the contents of the safe No. 983 in
the vaults of the Hanover Safe Deposit Company,
standing in the name of the Milwaukee Gas
Light Company."

Mr. Hamilton moved the adoption of
the foregoing resolution and the same being
duly seconded, the resolution was adopted by
the unanimous vote of the Board.

In accordance with notice given at the
meeting of the Board of Directors held Feb 15th,
Mr. Lindsay moved to amend the By-Laws
as follows.-

### Article Five
### Miscellaneous Provisions

Section One, to read as follows:-

"All moneys belonging to the Company
shall be deposited from day to day to the
credit of the Company with such bank or
banks as the directors shall direct and shall
only be drawn from such bank or banks by
check, drawn upon the Treasurer's account
and payable at such bank or banks and
signed by the President or a Vice President or
the Chairman of the Board of Directors or the
General Manager and countersigned by the
Secretary or an Assistant Secretary or the Treasurer."

The motion to amend Article Five,
Section One, as above, duly seconded and put
to a vote, was adopted by the affirmative
vote of all the Directors present.

The report for the month of February
was submitted and on motion was received
and ordered placed on file.

It appearing from the Treasurer's

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 137 of 158   Document 50-7

WG-ANR-00081001

Regular Meeting Board of Directors, Mar. 17, '13 (Cont'd.)
report that the net profits applicable to dividends are in excess of $100,000.00, it was, upon motion of Mr. Liedke, duly seconded,

Resolved, That a dividend of 2% on the capital stock of the Company, amounting to $100,000.00, be declared, payable March 25th to stockholders of record at that date.

On motion the meeting adjourned.

Nelson P. Hulst
  Chairman

Epaase
  Secretary.


Regular Meeting Board of Directors
Monday, April 21st, 1913, 4:30 P.M.

(Pursuant to By-Laws)

There being no quorum present, the meeting was adjourned by the Secretary.

Epaase
  Secretary.

WG-ANR-00081002

Regular Meeting Board of Directors
Monday, May 19th, 1913, 4:30 P.M.

(Pursuant to By-Laws)

Present: Messrs. Lindsay, Fuller, Hulst, Luedke and Glass.

The Vice President, Mr. Glass, presided.

Minutes of the meetings of March 17th and April 21st were read and approved as read.

A communication from Mr. Lathrop was read referring to amendment of contract between the Milwaukee Gas Light Company and the Barrett Manufacturing Company.

On motion of Mr. Fuller, seconded, it was

Resolved, That supplemental contract with Barrett Manufacturing Company, whereby the paragraph of the original contract on the "Burning of Tar" is cancelled, is hereby approved.

A contract for the rent of building, 176 Wisconsin Street, between Consolidated Building Company and the Milwaukee Gas Light Company was presented by Mr. Glass.

On motion of Mr. Fuller, seconded, it was

Resolved, That the lease of the building, 176 Wisconsin Street, be and is hereby approved.

The General Manager submitted the reports of the Company's business for the months of March and April and on motion of Mr. Luedke, same were accepted and ordered placed on file.

On motion the meeting adjourned.

SJGlass
Chairman

EHaase
Secretary.

WG-ANR-00081003

Regular Meeting Board of Directors
Monday June 16th, 1913, 4:30 P. M.

(Pursuant to By Laws)

Present:- Messrs. Lindsay, Rogers, Hulst, Hamilton, and Glass.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of May 19th were read and approved as read.

The General Manager, Mr. R. B. Brown, submitted the report of the Company's business for the month of May, which was, upon motion of Mr. Lindsay, seconded, accepted and ordered placed on file.

It appearing that the net profits applicable to dividends are in excess of $100,000.00, it was, on motion of Mr. Hamilton, seconded,

Resolved, That a dividend of 2% on the capital stock be declared payable June 25th to stockholders of record at that date.

On motion the meeting adjourned.

S J Glass
Chairman

E Haase
Secretary.

WG-ANR-00081004

Annual Meeting of Stockholders
Monday, July 7th, 1913, 10 A. M.

Pursuant to By Laws of the Company
and ten days' notice published in the
Milwaukee Sentinel and Evening Wisconsin,
as per proofs of publication on file, the
Annual Meeting of Stockholders of the
Milwaukee Gas Light Company was
called to order by Mr. Glass, at the
offices of the Company, 152 Wisconsin Street,
Monday, July 7th, 1913 ten a. m.

On motion of Mr. Brown, seconded,
Mr. Glass was elected Chairman and
Mr. Haase Secretary of the meeting.

The holders of 99,997 shares of capital
stock of the Company were present in person
or by proxy as follows:-

Western Gas Company by S. J. Glass & R. B. Brown, 99,989 shares
Emerson McWilliM by S. J. Glass & R. B. Brown - 1 share
Alanson P. Lathrop by S. J. Glass & R. B. Brown - 1 "
S. J. Glass,        in person            - 1 "
Fred W. Rogers,       "      "           - 1 "
R. B. Brown,          "      "           - 1 "
A. K. Hamilton,       "      "           - 1 "
E. J. Lindsay,        "      "           - 1 "
E. Haase,             "      "           - 1 "
        Total,                   99,997 shares

The Chairman appointed Messrs Brown
and Rogers tellers to canvass the Powers of
Attorney presented at the meeting and to
report to the meeting what stockholders were
present in person or by proxy.

The Tellers thereupon canvassed the
Powers of Attorney and compared the same
with the list of Stockholders and reported
that the holders of 99,997 shares of the
capital stock of the Company were present in

WG-ANR-00081005

Annual meeting of Stockholders, July 7, 1913 - Contd

On motion of Mr. Haase the report of the Committee was adopted.

The minutes of the last meeting of stockholders were read and approved as read.

On motion of Mr. E. J. Lindsay, seconded, it was

Resolved, That all the acts and proceedings of the Board of Directors and Officers of the Company, as shown by the records, be and the same are hereby in all respects approved, ratified and confirmed.

On motion of Mr. Brown, seconded, it was

Resolved to proceed to the election of Directors for the ensuing year. The following named gentlemen were proposed as directors by Mr. Hamilton:-

R. B. Brown
Sheldon J. Glass
A. K. Hamilton
Nelson P. Hulst
E. J. Lindsay
E. Haase
Emerson McMillin
Fred W. Rogers
Alanson P. Lathrop

Mr. Rogers seconded the nomination.

On motion of Mr. Hamilton, seconded, it was

Resolved, that the Secretary be instructed to cast the ballot for the election of each of the above named gentlemen as directors of the Company.

The above resolution was adopted by the unanimous vote of 99.997 shares represented at the meeting.

WG-ANR-00081006

Annual Meeting of Stockholders, July 7th, 1913. Cont'd

The secretary, thereupon, as directed, cast the ballot for the above named gentlemen as directors and they were then declared by the Chairman duly elected directors for the ensuing year.

On motion of Mr. Lindsay, seconded, the meeting of Stockholders adjourned.

S. J. Glass
Chairman

E. Haase
Secretary.

Annual Meeting Board of Directors
Monday, July 7th, 1913, 10:30 A. M.

(Pursuant to By Laws)

The annual meeting of the Board of Directors was held immediately following the annual meeting of stockholders.

There were present:-

S. J. Glass
A. K. Hamilton
E. J. Lindsay
Fred W. Rogers
R. B. Brown
E. Haase

On motion of Mr. Lindsay, seconded, Mr. Glass was elected Chairman of the meeting and on motion of Mr. Rogers, seconded, Mr. Haase was elected Secretary of the meeting.

The meeting then proceeded to the election of officers for the ensuing year.

Mr. Glass placed the following gentlemen in nomination for the respective offices named and they were seconded by Mr. Brown.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 143 of 158   Document 50-7

WG-ANR-00081007

Annual Meeting Board of Directors July 7, 1913. Cont'd

Chairman of the Board of Directors, Emerson McMillin

President,                                Alanson P. Lathrop

Vice President,                           Sheldon J. Glass

Second Vice President,                    Nelson P. Hulst

General Manager,                          R. B. Brown

Secretary & Treasurer,                    Ewald Haase

Ass't Secretary & Ass't Treasurer,        C. N. Jelliffe

Ass't Secretary & Ass't Treasurer,        H. C. Schaper

On motion of Mr. Hamilton, seconded, it was

Resolved, That the Secretary be instructed to cast the ballot of the directors for the election of the above named gentlemen to their respective offices. The Secretary, as instructed, thereupon cast the ballot of the directors for each of the gentlemen for the offices named and they were thereupon declared by the Chairman duly elected officers for the ensuing year.

On motion of Mr. F. A. Rogers, seconded, Miller, Mack and Fairchild were appointed counsel at an annual salary of $3,600.00.

On motion of Mr. F. A. Rogers, seconded, it was

Resolved, That the salaries of the officers of the Company be fixed as follows:-

| | |
|---|---|
| Chairman of the Board of Directors | $9,000.00 |
| President | 9,000.00 |
| Vice President | 8,500.00 |
| Second Vice President | 500.00 |
| General Manager | 10,000.00 |
| Secretary & Treasurer | 4,500.00 |
| Ass't Secretary & Ass't Treasurer at New York | 1,200.00 |

all per annum payable monthly.

On motion of Mr. Lindsay, seconded, the bonds of the General Manager and Secretary were fixed at $5,000.00 each.

It was reported that the wages and

Annual Meeting Board of Directors July 7, 1913- Cont'd
salaries of employes entitled to bonus for the
first half of the year 1913 amount to $164,152.29.

On motion of Mr. Hamilton, seconded,
it was

Resolved, That the usual bonus of ten
per cent on the wages and salaries for the first
half of the year 1913 be paid to those in the
employ of the Company on this date and
otherwise entitled to the same under the
bonus rules

On motion of Mr. Lindsay, seconded,
the meeting adjourned.

S J Glass                     E Kaase
       Chairman          Secretary.

Note:- Mr. Schaper's salary as Ass't Secretary
and Ass't Treasurer is included in his
salary as Chief Clerk.

WG-ANR-00081009

Regular Meeting Board of Directors
Monday, Aug. 18th, 1913, 4:30 P. M.

(Pursuant to By-Laws)

Present:- Messrs. Hamilton, Rogers, Lindsay, Brown and Haase.

On motion of Mr. Hamilton, Mr. Brown was elected Chairman of the meeting.

The minutes of the meeting of July 7th were read and approved as read.

The report of the Company's business for the month of July was submitted by Mr. Brown and on motion the same was accepted and ordered placed on file.

Mr. Brown submitted to the Board the decision and order of the Railroad Commission of Wisconsin made on the fourteenth day of August, 1913 in the proceeding before the Railroad Commission of Wisconsin entitled:-

City of Milwaukee
Vs.
Milwaukee Gas Light Company

Eric C. Stern
Vs.
Milwaukee Gas Light Company

The document, comprising ninety-four pages, could be given only a precursory review and was thereupon, on motion of Mr. Hamilton, received and referred to the proper officers for further report thereon.

There being no further business to come before the Board, on motion of Mr. Lindsay the meeting adjourned.

A. B. Brown.
Chairman.

EHaase
Secretary.

WG-ANR-00081010

Regular Meeting Board of Directors
Monday, Sept. 15th, 1913, 4:30 P.M.

(Pursuant to By-Laws)

Present :- Messrs. Rogers, Lindsay, Hamilton, Hulst, Brown, Glass and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of Aug. 18th were read and approved as read.

Communications were read from Mr. Haase and Mr. Brown, resigning as Directors, to take effect at the pleasure of the Board.

Mr. Haase moved the acceptance of his resignation and Mr. Brown did likewise and the resignations of both Mr. Brown and Mr. Haase were thereupon accepted to take effect at the close of this meeting.

On motion of Mr. Brown, Mr. O. C. Fuller was elected a Director to succeed Mr. Haase.

On motion of Mr. Haase, seconded, Mr. H. A. Luedke was elected a Director to succeed Mr. Brown.

The General Manager submitted the report of the Company's business for the month of August and on motion, the same was accepted and ordered placed on file.

It appearing from the Company's reports, that the net profits applicable to dividends are in excess of $100,000.00, it was upon motion of Mr. Lindsay, duly seconded,

Resolved, That a dividend of 2% on the capital stock of the Company, amounting to $100,000.00, be declared payable to stockholders of record September 25th.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 147 of 158   Document 50-7

WG-ANR-00081011

Regular Meeting Board of Directors, Sept. 15, 1913

On motion the meeting adjourned.

SJ Glass
Chairman

E Kaase
Secretary

---

Regular Meeting Board of Directors
Monday, Oct. 20, 1913, 4:30 P.M.

(Pursuant to By-Laws)

Present:- Messrs Rogers, Hamilton, Luedke, Lindsay, Fuller, Glass and General Manager Brown.

The Vice President, Mr. Glass, presided

The minutes of the meeting of Sept. 15th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of September and on motion same was accepted and ordered placed on file.

On motion duly made and seconded, the meeting adjourned.

SJ Glass
Chairman

E Kaase
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 148 of 158   Document 50-7

WG-ANR-00081012

Regular Meeting Board of Directors
Monday, Nov 17th, 1913, 4:30 P. M.

(Pursuant to By-Laws)

Present: Messrs Lindsay, Hamilton, Rogers, Hulst, Luedke, Glass and Fuller and General Manager, Brown.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of Oct 20th were read and approved as read.

A communication was read by Mr Glass from Mr. Lathrop on the subject of the payment of the Federal Income Tax on Bond Interest.

After full discussion of the subject by the Board, Mr. Lindsay moved the adoption of the following resolution, which was duly seconded:-

"Whereas, Section II of "An Act to reduce tariff duties and to provide revenue for the government and for other purposes" enacted at the 63rd Congress and approved by the President on the third day of October, 1913, contains among other things the following proviso:

"Provided further, That the amount of the normal tax hereinbefore imposed shall be deducted and withheld from + + + + + + + + + + income derived from interest on bonds + + + + + although such interest does not amount to $3,000.00, subject to the provisions of the section requiring the tax to be withheld at the source and deducted from annual income and paid to the government;" and

Whereas, it is deemed by this Board to be sound business policy to take such steps as will result in reimbursing each of its bondholders to an amount equal

WG-ANR-00081013

in each case to the sum, if any, which
the Company shall be required by law to
withhold and pay to the government as
aforesaid in respect to income derived by
such bondholders from the bonds secured
by the following mortgages:

+ First Mortgage, dated February 28, 1902

+ _____

+ _____

Now Therefore Be It Resolved, that the proper
officers of this Company be and they hereby
are authorized and instructed to deduct
and withhold from interest payable from
time to time on the bonds above described,
the normal tax of such individuals
as do not properly claim exemption
therefrom as provided in the Act of
Congress, above described, and in the
regulations heretofore or hereafter issued
by the United States Treasury Department,
and

Be It Further Resolved, that until
further action by this Board, in every
case when such deduction for normal
tax is made, as aforesaid, on account
of such non-exempt bondholder, a sum
of money, shall be paid to such bond-
holder out of the treasury of this Company
equal to the amount withheld for his
account for such tax, to the end that
every holder of bonds of the issue
described above shall receive the full
face value of all coupons presented by
him or on his behalf, deductions for
normal tax to the contrary notwithstanding
and

Be It Further Resolved, that nothing

WG-ANR-00081014

Regular Meeting Board of Directors Nov. 17, '13- Cont'd
herein contained shall be construed to
authorize any employer or agent, charged
with the duty of paying coupons, to waive
any provision of law or of any present or
future regulations of the United States
Treasury department."

The question being on the adoption
of the foregoing resolution, the same was
adopted by the affirmative vote of all the
Directors present.

Mr. Brown submitted to the Board
a draft of a proposed Mutual Release to
be executed by the Milwaukee Gas Light
Company and Percy Jackson, as Trustee in
Bankruptcy of the United Engineering &
Contracting Company, such release to
mutually cancel and discharge all claims
which either party has against the other,
arising out of a contract undertaken in
the year 1905 by the bankrupt as contractor
to build a tunnel under the Milwaukee
River for the Gas Company, such settle-
ment having been negotiated by the President.

After discussion of the matter on the
part of the Directors, it was, on motion
of Mr. Fuller, duly seconded,

Resolved, That the proper officers of
the Company be and they are hereby
instructed to execute on the part of this
Company the Mutual Release between
the Milwaukee Gas Light Company and
Percy Jackson, Trustee in Bankruptcy of the
United Engineering & Contracting Company

Resolution unanimously adopted.

The General Manager submitted
the report of the Company's business and

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 151 of 158   Document 50-7

WG-ANR-00081015

Regular Meeting Board of Directors - Nov 17/13. Cont'd on motion the same was received and ordered placed on file.

There being no further business to come before the Board, on motion the meeting adjourned.

SJGlass
Chairman

EHaase
Secretary


Regular Meeting Board of Directors
Monday, Dec 15th, 1913, 4:30 P.M.

(Pursuant to By-Laws)

Present:- Messrs. Luedke, Fuller, Lindsay, Hulst, Hamilton, Rogers, Glass, and General Manager Brown.

The Vice President, Mr. Glass presided.

The minutes of the meeting of Nov 17th were read and approved as read

The General Manager submitted the report of the Company's business for the month of November and on motion same was accepted and ordered placed on file.

It appearing from the reports of the Company that the net profits applicable to dividends are in excess of One Hundred Thousand Dollars ($100,000), it was, on motion of Mr. Hamilton, seconded,

Resolved, That a dividend of 2% on the capital stock of this Company, amounting to One Hundred Thousand Dollars ($100,000.) be declared payable to

WG-ANR-00081016

Regular Meeting Board of Directors - Nov. 17/13 - Cont'd
stockholders of record December twenty-
fourth.

On motion the meeting adjourned.

S J Glass          E H Aare
Chairman         Secretary.


Regular Meeting Board of Directors
Monday, Jan. 19th, 1914, 4:30 P. M.

(Pursuant to By-Laws)

Present:- Messrs. Glass, Luedke, Hulst,
Hamilton, Lindsay, Fuller and General
Manager Brown.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of Dec. 15th
were read and approved as read.

The General Manager submitted
the report of the Company's business for the
month of December and on motion the same
was accepted and ordered placed on file.

Mr. Brown reported that the wages
and salaries for the last half of the year
1913 of employes entitled to bonus under the
bonus rules would be approximately $179,000.

On motion of Mr. Hamilton, seconded,
it was

Resolved, That a bonus of 10% on the
wages and salaries for the last half of the
year 1913 be paid to employes entitled to the
same under the bonus rules.

There being no further business to
come before the Board, on motion the meeting
adjourned.

S J Glass          E H Aare
Chairman         Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 153 of 158   Document 50-7

WG-ANR-00081017

Regular Meeting Board of Directors
Monday, Feb 16, 1914, 4:30 P.M.

(Pursuant to By-Laws)

Present:- Messrs Lathrop, Fuller, Rogers
Hamilton, Lindsay, Hulst, Glass and General
Manager Brown.

The President, Mr. Lathrop presided.

The minutes of the meeting of Jan. 19th
were read and approved as read.

The General Manager submitted the
report of the Company's business for the month
of January and on motion the same was
accepted and ordered placed on file.

The following resolution was offered
for consideration:-

Whereas, the reports of this Company
show surplus earnings in excess of dividends
paid, and

Whereas, said surplus earnings
have been held in the treasury to meet
any contingency that might arise, and

Whereas, there now seems to be
no necessity for the further retention in
the treasury of all of such surplus earnings.

Be It Resolved, That a special dividend
of five per cent upon the capital stock of
this Company be paid on Feb. 20th, 1914,
from the surplus earnings of the Company to
stockholders of record on that date."

On motion of Mr. Fuller, seconded by
Mr. Hulst, the foregoing resolution was un-
animously adopted.

There being no further business to come
before the Board, on motion the meeting
adjourned.

APL.

E Haase
Secretary.

WG-ANR-00081018

Regular Meeting Board of Directors
Monday, March 16th, 1914, 4:30 PM

(Pursuant to By-Laws)

Present:- Messrs Hulst, Lindsay, Hamilton, Luedke, Glass and General Manager Brown.

The Vice President, Mr. Glass presided

The minutes of the meeting of Feb. 16th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of February and on motion the same was accepted and ordered placed on file

On motion duly made and seconded, the meeting adjourned.

SJ Glass
Chairman

EHaase
Secretary

Regular Meeting Board of Directors
Monday, April 20th, 1914, 4:30 P.M.

(Pursuant to By-Laws)

Present:- Messrs Fuller, Lindsay, Hulst, Rogers, Glass and General Manager Brown.

The Vice President, Mr. Glass presided

The minutes of the meeting of March 16th were read and approved as read

Mr. Glass submitted to the Board correspondence from Mr. McMillin, Chairman of the Board, concerning the salaries of certain officers and accompanied by a waiver of salary, signed by Messrs Emerson McMillin, Alanson P Lathrop, H. C Abell, C. N Jelliffe and James Lawrence. The whole matter is more fully set forth in two resolutions which follow, one to accept the waiver of salaries of officers above

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 155 of 158   Document 50-7

WG-ANR-00081019

Regular Meeting Board of Directors- April 20, '14- Cont'd
named and the other to pay to the
American Light and Traction Company
an amount equal to the salaries heretofore
paid said officers in consideration of the
continuance of their services to this
Company.

These resolutions were fully discussed
by the Board and read as follows.-

"Whereas services heretofore rendered
this Company by Emerson Mc Millin,
Alanson P. Lathrop, H. C. Abell, C. N. Jelliffe
and James Lawrence, for which they and
each of them have been compensated by
way of salary, are hereafter to be rendered
by American Light & Traction Company
through its organization and staff,

Be It Resolved, that the salaries
paid to said persons and each of them
be and the same are hereby terminated,
by their consent, as of Dec. 31, 1913."

On motion of Mr. Hulst, seconded,
the above resolution was unanimously
adopted.

Thereupon Mr. Hulst moved and
it was duly seconded and unanimously
resolved to adopt the following resolution:

"Whereas, Emerson Mc Millin,
Alanson P. Lathrop, H. C. Abell, C. N. Jelliffe,
and James Lawrence, all being duly elected
officers of this Company, but being now in
the employ of and receiving a salary from
the American Light & Traction Co. in conse-
quence of which fact each of said persons
has voluntarily waived, as of December 31, 1913,
the payment to him of compensation for
services rendered or hereafter to be rendered,
to this Company; and

WG-ANR-00081020

Whereas, this Board recognizes the great advantages which have heretofore accrued to this Company, from the services above mentioned and being aware that the constantly expanding business of this Company will, in the future, necessitate the exercise of the highest degree of skill and judgment in the management and operation of the Company, and maintaining the plant and System of this Company in its present state of high efficiency, as well as the obtaining of very large sums of money for enlarging and expanding the same from time to time, so that it shall always be adequate to meet the constantly increasing demands upon it for service; and

Whereas, for the aforesaid purpose it is deemed of the highest importance that the services of the above named persons be retained, and the American Light & Traction Company having expressed its willingness to permit the continuance of said relations for the compensation hereinafter set forth;

Now Therefore, Be It Resolved: That from the first day of January, 1914, and until further action of this Board, the said American Light & Traction Company shall receive compensation at a rate per annum equal to the sum of the salaries heretofore paid to the above named persons, to wit: the sum of Twenty-one Thousand and Six Hundred Dollars ($21,600.00) per annum."

The General Manager submitted the report of the Company's business for the

WG-ANR-00081021

Regular Meeting Board of Directors - Apr. 20/14 - Cont'd

month of March and on motion the same was accepted and ordered placed on file.

It appearing from the reports of the Company that the net profits applicable to dividends are in excess of $100,000.00 for the first quarter of 1914, it was, on motion of Mr. Lindsay, duly seconded,

Resolved, That a dividend of 2% on the capital stock of this Company, amounting to $100,000.00, be and is hereby declared payable April 25th to stock-holders of record at that date.

On motion duly made and seconded, the meeting adjourned.

S.J. Glass
Chairman

E.K. Adare
Secretary

Regular Meeting Board of Directors
Monday, May 18th, 1914, 4.30 P.M.

(Pursuant to By-Laws)
Present:- Messrs. Fuller, Hamilton, Rogers, Luedke, Glass and General Manager Brown.

The minutes of the meeting of April 20th were read and approved as read.

The General Manager submitted the report of the Company's business for the month of April and on motion the same was accepted and ordered placed on file.

There being no further business to come before the Board, on motion the meeting adjourned.

S.J. Glass
Chairman

E.K. Adare
Secretary

WG-ANR-00081022