# EXHIBIT 5-A



MINUTES

VOLUME V

GAS LIGHT CO.

Milwaukee Gas Light Company

Case 2:20-cv-01334-SCD   Filed 02/27/23   Page 2 of 125   Document 56-8

WG-ANR-00081243

### Annual Meeting of Stockholders
### Milwaukee Gas Light Co.
### Monday, February 5, 1923, at 10 A.M.

Pursuant to the By-laws and at least ten days' notice published in the Milwaukee Sentinel and the Milwaukee Journal, as per proofs of publication on file, the annual meeting of stockholders of the Milwaukee Gas Light Company was called to order at 10:00 A.M. on Monday, February 5, 1923, at the office of the Company, 182 Wisconsin Street, by the President, Alanson P. Lathrop.

In accordance with the By-Laws, Mr. Lathrop acted as Chairman and Mr. Haase as Secretary of the meeting.

The Directors present at the meeting acting as inspectors, canvassed the powers of attorney presented at the meeting, and Mr. White and Mr. Rogers, acting as tellers, compared the same with the list of stockholders and reported that the holders of 75½ shares of Common Stock, and 277 shares of Preferred Stock were represented in person, and that the holders of 98,232½ shares of Common Stock were represented by proxy as follows:

| Present in Person | Shares Common | Shares Preferred |
|---|---|---|
| Alanson P. Lathrop | - | 1 |
| Sheldon J. Glass | 21 | 10 |
| E. E. White | 13½ | 51 |
| F. W. Rogers | - | 50 |
| E. J. Lindsay | - | 100 |
| R. B. Brown | 21 | 55 |
| Ewald Haase | 20 | 10 |
| Total | 75½ | 277 |

MILWAUKEE GAS LIGHT COMPANY

Annual Meeting of Stockholders.                    February 5, 1923.

| Present by Proxy | | Shares |
|---|---|---|
| American Light & Traction Co., by A. P. Lathrop, Proxy | | 97,280 |
| Lucy H. Stotesbury | do.        do. | 64 |
| George R. Nichols | do.        do. | 25 |
| Evalene G. Sullivan | do.        do. | 125 |
| Cornelia W. Roebling | do.        do. | 584 |
| Lucy S. Jessup | do.        do. | 62 |
| Adeline Madeira Doebler | do.        do. | 30 |
| George Stevens | do.        do. | 62½ |
| | Total | 98,232½ |

On motion of Mr. Glass, seconded, the report of the inspectors was adopted and ordered placed on file.

The minutes of the meeting of stockholders held July 3, 1922 were read and approved as read.

On motion of Mr. Brown, seconded, it was

RESOLVED, that the acts and proceedings of the Board of Directors and Officers of the Company, as shown by the records, and contained within pages 202-216, be, and the same are hereby in all respects, approved, ratified and confirmed.

The meeting then proceeded to the election of Directors for the ensuing year.

The following named gentlemen were nominated as Directors by Mr. White:

Alanson P. Lathrop,
E. J. Lindsay,
E. E. White,
F. W. Rogers,
S. J. Glass,
R. B. Brown,
Ewald Haase,
Guy F. Gregg,
H. C. Schaper

Mr. Brown seconded the nominations.



WG-ANR-00081245

3

Annual Meeting of Stockholders          February 5, 1923.

On motion of Mr. Brown, seconded, it was

RESOLVED, that the By-Laws be suspended and that the Secretary be, and is hereby instructed to cast the ballot of the stockholders for the election of each of the above named gentlemen, as Directors for the ensuing year.

The above resolution was adopted by the affirmative vote of the holders of Common Stock represented at the meeting; holding 98,308 shares out of a total of 100,000 shares.

The Secretary having cast the ballot of the stockholders as directed for the above named gentlemen as Directors, they were thereupon declared by the Chairman duly elected Directors for the ensuing year.

On motion duly made, seconded and carried, the meeting of stockholders adjourned.

_____
                        Secretary.

WG-ANR-00081246

<u>Annual Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, February 5, 1923, at 10:30 A.M.</u>

The annual meeting of the Board of Directors of the Milwaukee Gas Light Company was held this day immediately following the annual meeting of Stockholders.

There were present Messrs. Glass, Lathrop, White, Rogers, Lindsay, Gregg, Brown and Haase.

On motion of Mr. Brown, seconded, Mr. Lathrop was elected Chairman of the meeting, and Mr. Haase the temporary Secretary.

The minutes of the meeting of January 15th, 1923, were read and approved as read.

Mr. Lathrop reported that the stockholders had held their annual meeting this day, just preceding this meeting, and that the following gentlemen had been elected Directors for the ensuing year:

> Alanson P. Lathrop,
> E. J. Lindsay,
> E. E. White,
> F. W. Rogers,
> S. J. Glass,
> R. B. Brown,
> Ewald Haase,
> Guy F. Gregg,
> H. C. Schaper

The meeting then proceeded to the election of Officers for the ensuing year.

Mr. Rogers placed in nomination the following



MILWAUKEE GAS LIGHT COMPANY

Annual Meeting Board of Directors                 February 5, 1923.

gentlemen for the respective offices:

| | |
|---|---|
| Alanson P. Lathrop | President |
| Sheldon J. Glass | 1st Vice President |
| R. B. Brown | 2nd " " |
| Ewald Haase | 3rd " " |
| W. F. Douthirt | Vice President |
| Marion McMillin | Vice President |
| Ewald Haase | Secretary-Treasurer |
| H. C. Schaper | Ass't. Sec'y. & Ass't. Treas. |
| Edward Dickow | " " " " |
| C. N. Jelliffe | " " " " |
| James Lawrence | " " " " |
| R. B. Brown | General Manager |

Mr. White seconded the nominations.

On motion of Mr. Rogers, seconded, it was

RESOLVED, that the Secretary be instructed to cast the ballot of the Directors for the election of the above named gentlemen to their respective offices.

The Secretary as instructed cast the ballot of the Directors for each of the above named, and they were thereupon declared by the Chairman, to be the duly elected officers for the ensuing year.

On motion of Mr. Brown, seconded, Miller, Mack & Fairchild were appointed Counsel at an annual salary of Five Thousand Dollars ($5,000.00) plus additional compensation for court and commission cases.

On motion of Mr. Lindsay, seconded, it was

RESOLVED, that the salaries of the officers be fixed as follows:

WG-ANR-00081248

**6**

MILWAUKEE GAS LIGHT COMPANY

Annual Meeting Board of Directors       February 5, 1923.

| | |
|---|---|
| Sheldon J. Glass | 9,000 |
| R. B. Brown | 20,000 |
| Ewald Haase | 10,000 |
| H. C. Schaper | 6,300 |

The following resolution was thereupon introduced:

WHEREAS American Light & Traction Company, through its organization and staff, have heretofore rendered and are hereafter to render to this company valuable services in connection with the organization financing, management and operation of the affairs of this company and have agreed to in the future render such services as may from time to time be required of it in that behalf.

BE IT RESOLVED that, in consideration of services rendered and to be rendered, said American Light & Traction Company shall receive, until further action of this board, the sum of Twenty-one Thousand Six Hundred Dollars ($21,600.) per year.

On motion of Mr. Gregg, duly seconded, the above resolution was unanimously adopted.

On motion of Mr. Rogers, seconded, it was

RESOLVED, that the bonds of Mr. Glass, Vice President, Mr. Brown, General Manager, Mr. Haase, 3rd Vice President and Secretary, and Mr. Schaper, Ass't. Secretary and Ass't. Treasurer, be fixed at Five Thousand Dollars ($5,000.00) each, premium to be paid by the Company.

WG-ANR-00081249

MILWAUKEE GAS LIGHT COMPANY

Annual Meeting Board of Directors        February 5, 1923.

The Committee, consisting of Mr. White and Mr. Glass, appointed at the last meeting to present to the Board a suitable memorial resolution on the death of Dr. Hulst, submitted the following:

"

M E M O R I A L

On the eleventh day of January, 1923, death called from our midst one of our number, Dr. Nelson P. Hulst who has been identified with this Company as a Vice President and Director for many years.

The Directors desire to record their sense of personal loss, as well as the loss which the Company has sustained in taking from its number one who has been ever watchful and faithful to its interests. We shall miss him from our deliberations as will all who have been associated with him in the many positions of trust in which he has been placed.        "

On motion of Mr. White, duly seconded, it was

RESOLVED, that this memorial be placed upon the records, and a copy sent to the family of Dr. Hulst.

On motion of Mr. Lindsay, duly seconded, it was

RESOLVED, that the regular quarterly dividend of One and Three-fourths Percent (1¾%) on the Seven Percent (7%) Cumulative Preferred Stock, Series "A", be, and the same is hereby declared payable March 1, 1923, to holders of such Preferred Stock on February 28, 1923.

There being no further business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

Secretary.

WG-ANR-00081250

8

**MILWAUKEE GAS LIGHT COMPANY**

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, March 19, 1923, at 4:30 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Schaper, Gregg, Lindsay, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of February 5, 1923, were read and approved as read.

The General Manager submitted the report for the month of February, and on motion the same was accepted and ordered placed on file.

The financial position of the Company having been fully discussed, it was upon motion of Mr. White, duly seconded

RESOLVED, that the regular quarterly dividend of Two and One-half Percent (2½%), on the common stock of the Company, be, and the same is hereby declared payable March 24th to Stockholders of record at that date.

On motion duly made, seconded and carried, the meeting adjourned.

Secretary.

WG-ANR-00081251

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, April 16, 1923, at 4:30 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Schaper, Gregg, Lindsay, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of March 19, 1923, were read and approved as read.

The General Manager submitted the report for the month of March and commented on operations, and on motion the report was accepted and ordered placed on file.

There being no further business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

_____
Secretary.

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, May 21, 1923, at 4:30 P. M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Schaper, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of April 16, 1923, were read and approved as read.

The General Manager submitted the report of the Company's business for the month of April, and on motion same was accepted and placed on file. In connection with the report the General Manager gave a general outline of the work in progress in construction and operations at the plants and in the street.

DIVIDEND RESOLUTION The following form of resolution was presented by Mr. Gregg, who moved its adoption, which motion was duly seconded by Mr. Schaper.

Resolved, that the regular quarterly dividend of One and Three-fourths Percent (1¾%) on the Seven Percent (7%) Cumulative Preferred Stock, Series "A", be, and the same is hereby declared payable June 1st, 1923, to stockholders of record on May 31st.

WG-ANR-00081253

MILWAUKEE GAS LIGHT COMPANY

Regular meeting Board of Directors          May 21, 1923.

### SUBSCRIPTION TO Y.M.CA. CURRENT EXPENSE BUDGET.

The General Manager brought to the attention of the Board, the request of the Young Men's Christian Association for a subscription to their current expense budget, and, after full discussion, the following resolution was presented by Mr. Rogers, seconded by Mr. Gregg:

Resolved, that the General Manager be, and is hereby authorized to make a subscription of One Hundred Fifty Dollars ($150.00) to the current expense budget of the Young Men's Christian Association of Milwaukee.

The question being upon the adoption of the foregoing resolution, the same was unanimously adopted.

THE RESIGNATION OF Mr. H. C. Schaper as a Director was thereupon placed before the Board, and on motion duly made, seconded and carried, the same was accepted, to take effect upon the election of his successor, and his acceptance of the office.

Upon motion of Mr. Brown, duly seconded, Mr. Arthur Anger was elected a Director to succeed Mr. Schaper.

There being no further business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

Secretary.

WG-ANR-00081254

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, June 18, 1923, at 4:30 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Lathrop, Gregg, Brown and Haase.

The President, Mr. Lathrop, presided.

The minutes of the meeting of May 21, 1923, were read and approved as read.

The monthly report for May was submitted by the General Manager, with his comments, and on motion same was accepted and ordered placed on file.

A <u>DIVIDEND RESOLUTION</u> of the following form was introduced by Mr. Gregg, who moved its adoption, which motion was seconded by Mr. White:

RESOLVED, that the quarterly dividend of Two and One-half Percent (2½%) on the Common Stock of the Company, be, and the same is hereby declared payable June 25th to stockholders of record at that date.

The question being on the adoption of this resolution, it was adopted by the unanimous vote of the directors.

At the request of the Chairman, Mr. Brown reviewed the progress of the various construction projects under way, reporting that the third floor addition to the

WG-ANR-00081255

office building was under roof and enclosed; that the
addition to the Meter Shop building (Third Ward) is
being put into use; that the wet purification plant
was begun and the piling finished; holder #1 had the old
steel removed and the tank was being cleaned out;
concrete dock at the West Side Works was progressing.
A brief statement was also made on the progress of the
20" pumping line being run North on Thirty-sixth Street
and West on Watertown Road to Hawley Road - thence North.

Mr. Brown also gave a synopsis of the Rate Case
heard on June 11th before Commissioners Kannenberg
and McDonald of the Railroad Commission, at the City
Hall.  He stated that it has been recognized by the
City Attorney that the only question of issue was the
question of valuation.

Mr. Brown related the procedure by which the Company's
exhibit of a tentative revaluation had been prepared.
That 1922 prices had been applied to the inventory of
structures as well as apparatus, and compared with prices
applied in the valuation of 1912, and the increased
percentages noted in each classification of property,
and such percentages of increase approximately applied
to the 1912 values.  He stated that no revaluation of
land had been made, nor had any increase been claimed
in the matter of going value or working capital, and
that such exceptions had been noted in the evidence.

MILWAUKEE GAS LIGHT COMPANY

#3  Regular Meeting Board of Directors                6/18/23.

Besides the exhibit on revaluation, the usual
financial exhibits, as required in the previous cases,
were submitted, including Income Account up to and
including the month of April, 1923.  An analysis of Cost
of Service was submitted, and a statement illustrating
the cost of serving customers grouped according to
their monthly consumption, and comparing such cost with
the revenue derived from such monthly consumption at
present rates, indicating that in the lower steps of
monthly consumption the service is at less than cost,
whereas in the groups of larger consumption the consumers
bear more than their share of the cost, to compensate
for the smaller consumers.

A tabulation of all gas bills for the year 1922,
together with various analysis of consumer classes,
showing their monthly consumption, and illustrations
of working men's homes and their consumption, and
consumptions in apartment buildings, constituted another
exhibit.

The prices of gas in twenty-five principal cities
of the country were listed and compared with Milwaukee,
with a chart indicating how much lower the Milwaukee
price is than for the average of twenty-five cities.

Exhibits on the trend of prices, with a chart on
logarithmic scale was also introduced.

The hearing was adjourned to June 27th.

There being no further business to come before the
Board, on motion the meeting adjourned.

Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 16 of 125   Document 50-8

WG-ANR-00081257

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, July 16, 1923, at 4:30 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, Anger, White, Rogers, Gregg and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of June 18, 1923, were read and approved as read.

The report for the month of June was presented and commented on by the Secretary, and on motion same was accepted and ordered placed on file.

There being no special business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

Haase
Secretary.

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, August 20, 1923, at 4:30 P. M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Anger,
Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of July 16, 1923, were
read and approved as read.

The report for the month of July was submitted
by the General Manager, and after discussion it was
ordered placed on file.

The following PREFERRED STOCK DIVIDEND resolution
was introduced by Mr. Rogers, who moved its adoption,
seconded by Mr. Gregg:

RESOLVED, that the regular quarterly dividend of
One and Three quarters ($1\frac{3}{4}$) percent on the 7% Cumulative
Preferred Stock, Series "A", be, and the same is hereby
declared payable September 1, 1923, to Stockholders
of record August 31st.

The above resolution was unanimously adopted.

The General Manager reported on the situation with
respect to Holder Capacity, of the conclusion arrived
at in consultation with the President, that a 6,000,000 cu.ft.

WG-ANR-00081259

holder should be built; that with the President's approval,
option on a piece of land on the north side of St. Paul
Avenue, having a frontage of 600 feet running east from a
point about 135 feet east of the intersection of 25th Street,
had been secured by a payment of $2,000.00; the purchase
price to be $60,000., and asked approval of the Board of
the following RESOLUTION TO BUY this LAND,

RESOLVED, that the proper officers of the Company
be, and they are hereby authorized and directed to purchase
the piece of land on the north side of St. Paul Avenue,
having a frontage of 600 feet running east from a point
about 135 feet east of the intersection of Twenty-fifth St.,
and having a depth of 270 feet and described of record as
follows:  Lots 15,16,17,18,19,20,21,22,23,24,25 and 26 in
Block 5 of Mariner's Addition in the Sixteenth Ward of
the City of Milwaukee, and to pay for said land the sum
of $60,000., upon delivery of a deed and abstract to be
approved by Miller, Mack & Fairchild.

Mr. White moved the adoption of this resolution,
and being seconded by Mr. Anger, it was unanimously adopted.

The General Manager further asked approval of the
Board to enter into a contract for a 6,000,000 cubic ft.
Holder, reporting that the President's approval of the
same had been obtained and the following RESOLUTION TO
PURCHASE A HOLDER was submitted:

*EK*

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 19 of 125   Document 50-8

WG-ANR-00081260

MILWAUKEE GAS LIGHT COMPANY

#3    Regular Meeting Board of Directors          8/20/23

RESOLVED, that the proper officers be, and they are hereby authorized to enter into contract with Riter Conley Mfg. Co. of Pittsburg, Pa., for the erection of a 6,000,000 cu.ft. Holder for a sum not to exceed $420,000., not including foundation.

Mr. Anger moved the adoption of the resolution, and seconded by Mr. Rogers, it was unanimously adopted.

On motion of Mr. White, seconded by Mr. Gregg, the General Manager was authorized to enter into the necessary contracts for foundations.

Mr. Brown reported to the Board, and laid before it, the Decision and Order of the Railroad Commission of Wisconsin, dated August 1, 1923, in the recent rate case before the Commission on complaint of the City of Milwaukee.

The order makes a cut of five cents per 1000 cu.ft. on all gas except the first step of 400 ft. or less which remains at the present price of 50 cents.

The order follows:

"It is therefore ordered that the Milwaukee Gas Light Company withdraw its present schedule of rates for gas service and substitute therefor the following:

### Schedule of Rates.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| First | 400 | cu.ft. or less per mo. |  | 50¢ |  |  |
| Next | 6600 | " | " | 75¢ | per 1000 | cu.ft |
| " | 13000 | " | " | 70¢ | " | " |
| " | 80000 | " | " | 65¢ | " | " |
| " | 100000 | " | " | 60¢ | " | " |
| All in excess of | 200000 | " | " | 55¢ | " | " |

Sales to West Allis Gas Co. 55¢
"    "   Wauwatosa Gas Company 55¢

WG-ANR-00081261

Bills to be rendered at 10¢ per thousand cubic feet above the foregoing rates and subject to a discount of 10¢ per thousand cubic feet for payment before the last day of discount indicated thereon.

It is further ordered that the schedule of rates herein established shall be effective for all gas sold subsequent to the first meter reading following the date of this order for each meter supplied."

Mr. Brown reported to the Board on the Company picnic held on August 15th for the employes and their families, at Waukesha Beach, stating that it was unusually well attended, the chartered cars having carried about sixteen hundred people; that the program of games and entertainment seemed to have been well enjoyed and that the employes have spoken of it as being an unusually fine picnic.

Mr. Brown asked approval of the expense account amounting to about $1,560.00.

On motion of Mr. Anger, the report was received and the expenses approved.

There being no further business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

<span style="text-align: right; display: block;">*E. Kaare*

Secretary.</span>

WG-ANR-00081262

29

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, September 17, 1923, at 4:30 P. M.

Pursuant to By-Laws

There were present Messrs. Glass, Anger, Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of August 20, 1923, were read and approved as read.

The General Manager submitted the report for the month of August, and commented on same, and on motion the report was received and ordered placed on file.

A DIVIDEND RESOLUTION was introduced by Mr. Gregg, who moved its adoption, which motion was seconded by Mr. Anger:

RESOLVED, that the regular quarterly dividend of Two and One-half Percent ($2\frac{1}{2}\%$) on the Common Stock of the Company be, and the same is hereby declared payable September 25th, to Stockholders of record at that date.

The resolution was unanimously adopted.

A report was made to the Board that the State Tax Commission had placed the assessment on the Company's property at Seventeen Million ($17,000,000.), as against Fifteen Million Five Hundred Thousand ($15,500,000.) last year.

Mr. Brown brought to the attention of the Board, the case of an old employe by the name of Tom O'Connor, who had been with the Company for 35 years; who, after having for

WG-ANR-00081263

the last two years lost a good deal of time and wages by illness, is now incapacitated at the age of 75 years.   On motion of Mr. Anger, duly seconded, it was

RESOLVED, that the proper officers be authorized to pay Tom O'Connor $50.00 at this time, and to make further investigation as to his actual needs and other means of support, and to report to the Board at a later meeting.

Mr. Brown reported that in the emergency caused by the Japanese earthquake he had made a subscription of One Hundred Fifty Dollars ($150.00) to the American Red Cross.

On motion, duly seconded, this action was approved by the Board.

There being no further business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

*E. Haase*
                                            Secretary.

WG-ANR-00081264

MILWAUKEE GAS LIGHT COMPANY

Adjourned Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, October 29, 1923, at 4:30 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of September 17, 1923, were read and approved as read.

The General Manager reported that he had made a subscription of Three Thousand Dollars ($3,000.) to the Community Fund, after conferring with the Directors individually, and on motion of Mr. White, duly seconded, it was

RESOLVED, that the action of the General Manager be approved.

The General Manager submitted the report for the month of September, and after discussion it was ordered placed on file.

A report of the progress in construction was outlined by Mr. Brown, who reported as follows:

The 20" pumping main, after a good deal of slow progress through difficult stretches, had proceeded to completion up to Vliet Street and Fifty-ninth; the remaining some twenty-nine hundred feet to go to North Avenue, which it was expected would be reached before weather conditions would stop work. The dock at the West Side Works is practically completed.

WG-ANR-00081265

23

MILWAUKEE GAS LIGHT COMPANY

#2  Adjourned Regular Meeting Board of Directors    10/29/23.

The excavation for the holder foundation is completed and
one-third of the thirty-six hundred piles have been driven.
The Koppers Liquid Purification Plant is progressing, the
stack being completed; likewise the building.  The Office
Building (the third floor) is completed all but a few
finishing touches, and will be partly occupied this week.

Report was made that the State Tax Commission
had finally determined the assessment of the Company at
$16,092,483, the Commission evidently having reduced the tentative
assessment of $17,000,000 to $16,500,000.

Relative to Tom O'Connor, the employe referred to
in the minutes of the previous meeting, it was reported that
he had died about the time that aid had been voted to him.

Mr. Brown also reported the death (due to accidental
injury) of two employes - George Obradovich, who was struck
on the head by a lump of coal, and Tom Collins, who struck
his head against a door, three days after which cerebral
hemorrhage set in.  Mr. Brown reported that the obligations
imposed by the Workmen's Compensation Law were being promptly
carried out.

The hour at which the monthly meetings of the Board
are held was discussed and it was/the unanimous opinion that
four o'clock instead of four thirty would be more desirable,
and it was thereupon

RESOLVED, that the monthly meetings of the Board be
held at four o'clock from this time on.

There being no further business, on motion duly made,
seconded and carried, the meeting adjourned.

Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 25 of 125   Document 50-8

WG-ANR-00081266

24

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, November 19, 1923, at 4:00 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of October 29, 1923, were read and approved as read.

The General Manager submitted the report of the Company's business for the month of October, and on motion same was accepted and ordered placed on file.

The following <u>DIVIDEND RESOLUTION</u> was moved by Mr. Gregg, and being duly seconded, it was

RESOLVED, that the regular quarterly dividend of One and Three quarters (1¾) percent on the 7% Cumulative ~~First~~ Preferred Stock, be, and the same is hereby declared payable December 1st, 1923, to stockholders of record on November 30th, 1923.

Upon request the Secretary was asked to give an account to the Board of the discussions and correspondence which the General Manager had with the President and the American Light & Traction Company in relation to the question of the issue of the remaining 10,000 shares of authorized but unissued common stock. The

WG-ANR-00081267

desirability of issuing this form of capital, to finance extensions already made and to be made, thereby releasing earnings temporarily invested in plant additions, was shown.

The following set of <u>RESOLUTIONS TO ISSUE 10,000 SHARES OF COMMON STOCK</u> was introduced:

RESOLVED, that this Company subject to the approval of the Railroad Commission, as soon as practicable, issue for cash at par the remaining ten thousand (10,000) shares, having a par value of five hundred thousand dollars ($500,000), of its common stock.

FURTHER RESOLVED that the officers of this company be and they hereby are authorized and directed to file with the Railroad Commission of Wisconsin a petition as required by law for the authorization of the issue of said ten thousand (10,000) shares of common stock for cash at par, and to take all steps necessary or expedient in their judgment to procure the authorization of such stock issue.

FURTHER RESOLVED that after authorization of this issue of said ten thousand (10,000) shares of common stock by the Railroad Commission of Wisconsin, said stock be offered for subscription at par pro rata to the holders of the common stock of this corporation, according to its records at the close of the 5th day after such authorization of the Railroad Commission, to-wit:  The right to subscribe for one (1) share of stock so to be issued for each full ten (10) shares of stock held at said date; that subscriptions for said stock shall be accompanied by cash for the payment in full thereof; and that such subscriptions with such cash for the payment thereof shall be in the hands of the Secretary of the Company on the 40th day following the said authorization of the Railroad Commission; that no fractional shares of stock shall be issued, but that stockholders who would be entitled to subscribe for fractions of shares may on payment of the corresponding fraction of $50.00 obtain a warrant evidencing the payment of such amount, and that on presentation to the Secretary of the

WG-ANR-00081268

26

Company of such warrants, sufficient in number
to aggregate an entire share, a stock certificate
for such share shall be issued, and that such
warrants shall not bear interest or be entitled
to the payment of any dividends; and that for
the convenience of stockholders the Secretary of
the Company shall arrange for the purchase and
sale of rights to fractional shares or warrants;
that notice of the right to subscribe to such
stock, together with a statement of the amount
of stock to which he is entitled to subscribe,
shall be mailed to each stockholder entitled
to subscribe for such stock on or before the
10th day after such authorization of the Rail-
road Commission; that any stockholder may indicate
his desire to subscribe for all or any part of
any stock so authorized to be issued and not
subscribed for by the stockholders initially
entitled to the same, and that any stock not
subscribed and paid for by the stockholder initial-
ly entitled thereto on or before the 40th day
after such authorization of the Railroad Commission,
shall be allotted and issued to and among the
stockholders who shall have delivered to the
Secretary their request to subscribe for the
same, and if there be less stock available than
the amount requested by such subscribers so
requesting additional allotments, the amount
available shall be allotted among such stockholders
making such request pro rata to their holdings
of stock on said 5th day after the authorization
of the Railroad Commission.  Notice of such
allotment shall be sent to each such person with
a statement that payment for such stock shall be
made within ten days after the sending of such
notice, and such additional stock shall be issued
at that time.   Any stock which shall not be paid
for within ten days after the mailing of such
additional notice may be allotted and sold by
the Board of Directors to any stockholder apply-
ing therefor.   No fractional shares shall be
issued, but such further allotment shall be made
to the nearest integer.

FURTHER RESOLVED, that the officers of this
corporation be, and they are hereby authorized
and directed to do any and all things necessary
or expedient in their judgment to carry this
resolution into effect.

MILWAUKEE GAS LIGHT COMPANY

#4   Regular Meeting Board of Directors          11/19/23.

Mr. White moved the adoption of the foregoing resolutions, and being duly seconded by Mr. Anger the resolutions were adopted by the unanimous vote of the directors.

It was thought that the issue of this additional common stock might be the occasion to do away with the fractional shares now held by eight different stockholders, and to accomplish this the following resolution was introduced:

RESOLVED, that the Secretary-Treasurer be, and he is hereby authorized to negotiate with the eight stockholders holding fractional shares at present, and by purchase or sale of such fractions at par, or by combination with warrants to eliminate the holding of fractional shares.

Mr. White submitted on behalf of the Initial Gifts Committee, the appeal of Milwaukee Downer College for a subscription to its endowment fund.  After a full discussion it was upon motion of Mr. Gregg, duly seconded

RESOLVED that it is the judgment of the Board to adhere to the policy already established by precedent in declining to subscribe to such causes.

There being no further business, on motion made, seconded and carried, the meeting adjourned.

_____  Secretary.

WG-ANR-00081270

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors,</u>

<u>Milwaukee Gas Light Co.,</u>

<u>Monday, December 17, 1923, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of November 19, 1923, were read and approved as read.

The report for the month of November was submitted by the General Manager and on motion same was received and ordered placed on file.

On motion, duly seconded, the following resolution was adopted:

RESOLVED, that pursuant to the By-Laws the annual meeting of the Stockholders be held on Monday, February 4th, 1924, at 10:00 A.M.

On motion of Mr. Brown, duly seconded, it was

RESOLVED that <u>Mr. Glass</u>, in response to his request, be granted a <u>leave of absence</u> from early in January and until warm weather in spring.

On motion of Mr. Anger, duly seconded, the following <u>DIVIDEND RESOLUTION</u> was unanimously adopted:

RESOLVED, that the regular quarterly dividend of Two and One-half Percent ( $2\frac{1}{2}\%$ ) on the Common Stock of the Company, amounting to One Hundred Twenty-five Thousand Dollars ($125,000.), be, and the same is hereby declared

WG-ANR-00081271

# MILWAUKEE GAS LIGHT COMPANY

#2   Regular Meeting Board of Directors - 12/17/23.

payable December 26, 1923, to Stockholders of record at that date.

On motion of Mr. Brown, duly seconded, the following RESOLUTION FOR EXTRA DIVIDEND was unanimously adopted:

RESOLVED, that an extra dividend of Five Percent (5%) on the Common Stock of the Company, amounting to Two Hundred Fifty Thousand Dollars ($250,000), be, and the same is hereby declared payable December 26, 1923, to Stockholders of record at that date.

On motion of Mr. White, duly seconded, the proper officers were authorized to sell the Government securities now owned by the Company, as may be necessary to meet its financial needs.

Mr. Brown reported the discussion and correspondence with the President in the matter of the issue and transfer of Common Stock certificates and that it has been decided to be advisable that after January 1, 1924, the Milwaukee Gas Light Company act as transfer agent for its common stock as well as its preferred stock; also that the calling in of the old certificates of common stock and the issue of new certificates in form as required by law in place thereof, should be done by this Company.

On motion of Mr. White, duly seconded, the following resolution was unanimously adopted:

RESOLVED, that the authority, under the resolution of this Board of Directors adopted December 11, 1916, of Emerson McMillin & Company of New York City as Transfer Agents, and of American Light & Traction Company, a corporation of the State of New Jersey, as Registrar of the

WG-ANR-00081272

MILWAUKEE GAS LIGHT COMPANY

#3    Regular Meeting Board of Directors - 12/17/23.

stock of this Company, shall expire January 1, 1924, and that the authority to transfer such stock shall simultaneously revert to this Company, acting through its proper officers.

RESOLVED FURTHER, that the Company maintain in the City of Milwaukee, State of Wisconsin, a register office for the registration of its Common Stock.

FURTHER RESOLVED, that the First Wisconsin Trust Company of Milwaukee, Wisconsin, be, and it is hereby appointed Agent with the title of "Registrar" to register certificates for the Common Stock of this Company.

FURTHER RESOLVED, that pursuant thereto said First Wisconsin Trust Company of Milwaukee, Wisconsin, be, and it is hereby directed to record in its register and sign as Registrar certificates for shares of said Common Stock of the par value of Fifty Dollars ($50.00) each when executed by the President or Vice President, and by the Secretary or an Assistant Secretary of this Company, the certificates to be recorded and signed by said Registrar taken together to represent under resolutions heretofore passed and until further appropriate action taken an aggregate number of shares not exceeding One Hundred and Ten Thousand (110,000), of which aggregate number, certificates for 100,000 shares are now issued and outstanding and duly registered, but are to be presently called in and exchanged for certificates in new form and in like number of shares, which are then to be registered by said registrar, and the remaining 10,000 shares to be issued when authorized by the Railroad Commission of Wisconsin, and sold in accordance with such authority.

FURTHER RESOLVED, that said First Wisconsin Trust Company be, and it hereby is authorized to register such certificates and to sign and deliver to the Company, or its order, new certificates accordingly when the same shall have been similarly executed.

FURTHER RESOLVED, that this Company lodge with the said Registrar: 1. Specimen signatures of the officers of this Company in each case authorized to sign such certificates, and
2. Specimens of certificates adopted by this Company for use by it for purposes of comparison, and in such use and in relying upon certificates purporting to be such certificates and to bear the signature of such officers, this Company will protect said Registrar and deliver a notice to it if any or all of said officers respectively are no longer authorized so to sign, and

WG-ANR-00081273

#4    Regular Meeting Board of Directors  - 12/17/23.

FURTHER RESOLVED, that when said First Wisconsin Trust Company deems it expedient, it may apply to Messrs. Miller, Mack & Fairchild, of Milwaukee, Wisconsin, Counsel of this Company, and to its own counsel, for advice or instructions and for the action of said registrar in reliance thereon this Company will fully protect and hold it harmless against all liability.

FURTHER RESOLVED, that the President or a Vice President, and the Secretary of this Company, be and they hereby are directed to certify copies of these resolutions under the seal of this Company and to lodge one copy of the same with the said Registrar, together with certified specimen certificates for said Common Stock of this Company in form duly adopted by it, and if requested by said Registrar to certify copy of the Charter of the Company and of amendments thereto in force certified by the Secretary of State of Wisconsin and the By-Laws of this Company, and to furnish said Registrar a certified copy of any amendments made from time to time to said Charter and By-Laws.

On motion of Mr. Rogers, duly seconded, the following resolution was unanimously adopted:

RESOLVED, that the proper officers be, and they are hereby authorized to subscribe the sum of Five Hundred Dollars ($500.00) to the fund for the starving children of Germany.

On motion of Mr. White, duly seconded, the following resolution was adopted:

RESOLVED, that Mr. Otto H. Grosse be, and he is hereby appointed Pay Master, and that in his absence pay checks may be signed by the Secretary or an Assistant Secretary.

On motion, duly seconded, the meeting adjourned.

*E. Nasse*
Secretary.

MILWAUKEE GAS LIGHT COMPANY

BEFORE THE

RAILROAD COMMISSION OF WISCONSIN

-------

In the Matter of the Application of the )
Milwaukee Gas Light Company for Authority ) SB-1939
to Issue Five Hundred Thousand Dollars )
($500,000) of Common Stock. )

- - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF AUTHORITY TO ISSUE STOCK

BE IT REMEMBERED, That on the 29th day of December,
1923, the Milwaukee Gas Light Company, a public service
corporation, applied to the Railroad Commission of Wiscon-
sin for authority to issue Five Hundred Thousand Dollars
($500,000) of stock, and for that purpose filed with the
Commission a statement duly signed and verified by its
president and secretary as required by Section 184.09 of
the Statutes.

That it appears from said statement that the
corporation desires to issue Five Hundred Thousand Dollars
($500,000) par value of its common stock for the purpose
of securing funds with which to reimburse its treasury
for expenditures heretofore made for additions and exten-
sions to its property and plant and also to provide funds
with which to pay for future additions and extensions to
its property and plant, and all for purposes properly
chargeable to capital account.

That said corporation duly and satisfactorily complied
with the requirements of said statute, and the Commission,



WG-ANR-00081275

after considering said statement and the evidence before
it, found and determined that the proposed issue of stock
is lawful and for lawful purposes, and reasonably necessary
for the purposes of the corporation.

NOW THEREFORE, The Railroad Commission of Wisconsin
hereby authorizes the Milwaukee Gas Light Company, a
Wisconsin corporation, to issue stock as follows:

Ten Thousand (10,000) shares of its common stock
of the par value of Fifty Dollars ($50.00) each, making
a total issue of Five Hundred Thousand Dollars ($500,000).

Said common stock shall be issued and sold for money
only and at not less than the par value thereof, and the
funds derived therefrom shall be used for the purposes
set forth in the second paragraph of this certificate.

Said Milwaukee Gas Light Company shall file with the
Commission verified statements showing the amount received
from the sale of stock herein authorized to be sold;
such statements shall be filed within thirty days of the
time when the unreported amount received exceeds the sum
of $100,000.

Said Milwaukee Gas Light Company shall file with the
Commission verified statements showing in detail the items
to which the entire proceeds of the sale of said stock
have been applied; such statements shall be filed within
thirty days of the time when the unreported amounts
expended exceed the sum of $100,000.

Said Milwaukee Gas Light Company shall not issue
the stock herein authorized, or receive any money therefor,

WG-ANR-00081276

MILWAUKEE GAS LIGHT COMPANY

#3  Certificate of Authority to Issue Stock.

either directly or indirectly, until this certificate shall have been recorded upon the books of the corporation.

IN WITNESS WHEREOF, these presents have been signed and attested by the Railroad Commission of Wisconsin at its office in the Capitol in the City of Madison, Wisconsin, this 16th day of January, 1924.

                    RAILROAD COMMISSION OF WISCONSIN

                        (Signed)   Lewis E. Gettle
                        (Signed)   Adolph Kanneberg
                        (Signed)   A. R. McDonald

                                   Commissioners.

RSB-mw

                        True Record  Attest.

                        _E. Haase_
                                   Secretary.

WG-ANR-00081277

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, January 21, 1924, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There being no quorum present, the meeting
was adjourned by the Secretary, after conference with
the members of the Board by telephone, to Monday,
January 28th, 4:00 P.M.

_____
Secretary.

WG-ANR-00081278

MILWAUKEE GAS LIGHT COMPANY

Adjourned Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, January 28, 1924, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. White, Rogers, Anger, Gregg, Lindsay, Brown and Haase.

The Second Vice President, Mr. Brown, presided.

The minutes of the meeting of December 17th, 1923, were read and approved as read.

The Secretary reported that the Certificate of Authority of the Railroad Commission of Wisconsin for the issue of $500,000.00 of Common Stock had been received and had been entered upon the record book, from which he read the certificate to the Board. He also outlined to the Board the procedure that was to be followed in offering the stock to the present stockholders at par, and he reported that this procedure, and the necessary forms, had been approved by Mr. Mack, our counsel.

Mr. Brown made a report upon the construction program for the ensuing year (somewhat in general terms) and stated that a new carbonizing plant was projected to be built at the West Side Works at a cost of $2,500,000.00, of which a portion would be expended this year in preliminary engineering, and if possible in construction of foundations. Such plant would have a capacity of



#2   Adjourned Regular Meeting Board of Directors - 1/28/24.

14,000,000 cubic feet per 24 hours, of which, however, the first unit of one-half of that capacity, namely, 7,000,000 cubic feet, would be built probably in 1925.

He reported about the necessary additions to the Third Ward Plant, to make effective to the last measure the full capacity of the existing water gas plant, which would then be able to produce 18,000,000 cubic feet a day.

The General Manager presented the report for the month of December and also for the year 1923, and on motion same were accepted and ordered placed on file.

A letter from Mr. Lathrop was presented, announcing his <u>appointment of American Light & Traction Company</u> as <u>Fiscal Agents</u> of the Company for the payment of coupons on our bonds. The following resolution was introduced and unanimously adopted:

RESOLVED, that the action taken by the President in appointing the American Light & Traction Company, 120 Broadway, New York City, the Fiscal Agents of this Company for the purpose of paying the coupons maturing on the First Mortgage, Twenty-five Year, Four Percent Gold Bonds of this Company, due May first, 1927; and in directing Emerson McMillin & Company to turn over to the American Light & Traction Company any funds that they may have in their possession for the payment of coupons, be, and the same hereby is ratified and confirmed.



38

#3  Adjourned Regular Meeting Board of Directors - 1/28/24.


On motion duly made, seconded and carried, the meeting adjourned.

*Erass*
Secretary.

WG-ANR-00081281

## Annual Meeting of Stockholders

## Milwaukee Gas Light Co.

## Monday, February 4, 1924, at 10 A.M.

Pursuant to the By-laws and at least ten days' notice published in the Milwaukee Sentinel and the Milwaukee Journal, as per proofs of publication on file, the annual meeting of stockholders of the Milwaukee Gas Light Company was called to order at 10:00 A.M. on Monday, February 4, 1924, at the office of the Company, 182 Wisconsin Street, by Mr. Brown.

Mr. Brown was elected Chairman and Mr. Haase Secretary of the meeting.

The Directors present at the meeting, acting as inspectors, canvassed the powers of attorney presented at the meeting, and Mr. White and Mr. Rogers acting as tellers, compared the same with the list of stockholders and reported that the holders of $66\frac{1}{2}$ shares of Common Stock, and 329 shares of Preferred Stock were present in person, and that the holders of $98,914\frac{1}{2}$ shares of Common Stock were represented by proxy as follows:

| Present in Person | Shares | |
|---|---|---|
| | Common | Preferred |
| Guy F. Gregg | 10 | 2 |
| E. E. White | $13\frac{1}{2}$ | 51 |
| F. W. Rogers | - | 50 |
| A. H. Anger | - | 11 |
| E. J. Lindsay | - | 100 |
| R. B. Brown | 23 | 105 |
| E. Haase | 20 | 10 |
| Total | $66\frac{1}{2}$ | 329 |

WG-ANR-00081282

MILWAUKEE GAS LIGHT COMPANY

#2  Annual Meeting of Stockholders - 2/4/24.

| Present by Proxy | | Shares |
|---|---|---|
| American Lt. & Traction Co., by R.B.Brown, proxy | | 97,280 |
| Sabin W. Colton, Jr. | do. | 777½ |
| Mrs. Maria B. Curtis | do. | 12½ |
| Adeline Madeira Doebler | do. | 30 |
| Morris F. Fox | do. | 40 |
| Sheldon J. Glass | do. | 21 |
| Lucy S. Jessup | do. | 62 |
| Edith Madeira | do. | 30 |
| Mrs. Katherine M. Morris | do. | 30 |
| George R. Nichols | do. | 25 |
| Cornelia W. Roebling | do. | 584 |
| Ethel B. Scully | do. | 10 |
| Williamanna Stotesbury | do. | 12½ |
| | Total | 98,914½ |

On motion of Mr. Anger, seconded, the report of the inspectors was adopted and ordered placed on file.

The minutes of the meeting of stockholders held February 5, 1923, were read and approved as read.

On motion of Mr. Rogers, seconded, it was

RESOLVED, that the acts and proceedings of the Board of Directors and Officers of the Company, as shown by the record, and contained within pages 1 to 38, be, and the same are hereby in all respects approved, ratified and confirmed.

The meeting then proceeded to the election of Directors for the ensuing year.

The following named gentlemen were nominated as Directors by Mr. Gregg:

> Arthur H. Anger,
> R. B. Brown,
> S. J. Glass,
> Guy F. Gregg,
> Ewald Haase,
> Alanson P. Lathrop,
> E. J. Lindsay,
> F. W. Rogers,
> E. E. White

WG-ANR-00081283

#3  Annual Meeting of Stockholders  - 2/4/24.

Mr. White seconded the nominations.

Mr. White moved that nominations be closed.

On motion of Mr. White, duly seconded, it was

RESOLVED, that the Secretary be, and he hereby is instructed to cast the unanimous ballot of the Stockholders for the election of each of the above named gentlemen, as Directors for the ensuing year.

The above resolution was adopted by the affirmative vote of the holders of Common Stock represented at the meeting, holding 98,981 shares out of a total of 100,000 shares.

The Secretary having cast the unanimous ballot of the stockholders as directed for the above named gentle-men as Directors, they were thereupon declared by the Chairman duly elected Directors for the ensuing year.

On motion duly made, seconded and carried, the meeting of stockholders adjourned.

Secretary.

WG-ANR-00081284

MILWAUKEE GAS LIGHT COMPANY

## Annual Meeting Board of Directors
## Milwaukee Gas Light Co.
## Monday, February 4, 1924, at 10:30 A.M.

The annual meeting of the Board of Directors of the Milwaukee Gas Light Company was held this day immediately following the annual meeting of stockholders.

There were present Messrs. Gregg, White, Rogers, Anger, Lindsay, Brown and Haase.

On motion of Mr. Haase, seconded, Mr. Brown was elected Chairman of the meeting, and on motion of Mr. Rogers, duly seconded, Mr. Haase was elected Secretary of the meeting.

The minutes of the meetings of January 21st and January 28th, 1924, were read and approved as read.

The meeting then proceeded to the election of Officers for the ensuing year.

Mr. Brown placed in nomination the following gentlemen for the respective offices:

| | |
|---|---|
| Alanson P. Lathrop | President |
| Sheldon J. Glass | 1st Vice President |
| R. B. Brown | 2nd " " |
| Ewald Haase | 3rd " " |
| W. F. Douthirt | Vice President |
| Ewald Haase | Secretary-Treasurer |
| H. C. Schaper | Ass't. Sec'y. & Ass't. Treas. |
| Edward Dickow | " " " " |
| James Lawrence | " " " " |
| R. B. Brown | General Manager |

Mr. White seconded the nominations.



WG-ANR-00081285

#2  Annual Meeting Board of Directors - 2/4/24.


On motion of Mr. White, duly seconded, the Secretary was instructed to cast the unanimous ballot of the Directors for each of the above named gentlemen as Officers for the ensuing year.

The Secretary as instructed, cast the unanimous ballot of the Directors for each of the above named, and they were thereupon declared by the Chairman, to be the duly elected officers for the ensuing year.

On motion of Mr. Anger, seconded, Miller, Mack & Fairchild were appointed Counsel at an annual salary of Five Thousand Dollars ($5,000.00), plus additional compensation for court and commission cases.

On motion of Mr. White, seconded, it was

RESOLVED, that the salaries of the officers be fixed as at present, viz:

| | | |
|---|---|---|
| Sheldon J. Glass | $ 9,000.) | |
| R. B. Brown | 20,000.) | per annum |
| Ewald Haase | 10,000.) | payable monthly. |
| H. C. Schaper | 6,300.) | |


The following RESOLUTION ON COMPENSATION TO AMERICAN LIGHT & TRACTION COMPANY was introduced:

WHEREAS American Light & Traction Company, through its organization and staff, have heretofore rendered and are hereafter to render to this Company valuable services in connection with the organization financing, management and operation of the affairs of this Company and have agreed to in the future render such services as may from time to time be required of it in that behalf.

WG-ANR-00081286

**44**

#3  Annual Meeting Board of Directors - 2/4/24.


        BE IT RESOLVED that, in consideration of
services rendered and to be rendered, said American
Light & Traction Company shall receive, until
further action of this Board, the sum of Twenty-one
Thousand Six Hundred Dollars ($21,600.) per year.

On motion of Mr. Rogers, duly seconded, the above
resolution was unanimously adopted.

On motion of Mr. Lindsay, duly seconded, it was

RESOLVED,. that the bonds of Mr. Glass, Vice President;
Mr. Brown, General Manager; Mr. Haase, the 3rd Vice Pres. &
Secretary, and Mr. Schaper, Ass't. Sec'y. and Ass't. Treas.,
be fixed at Five Thousand Dollars ($5,000.00) each,
premium to be paid by the Company.

The following resolution concerning the agency for
the registration and transfer of First Mortgage Bonds of this
Company was introduced:

RESOLVED, that the appointment of Emerson McMillin
& Company of New York City, as Agents for the registration
and transfer of bonds is hereby rescinded and said Emerson
McMillin & Company are hereby requested to turn over to
American Light & Traction Company any books and records kept
for the registration of bonds of this Company.

FURTHER RESOLVED, that American Light & Traction
Company be, and it is hereby appointed Registrar and Transfer
Agent for the registration and transfer of First Mortgage
Bonds of this Company, with the necessary authority to
comply with the requirements of this Company's First Mortgage
with respect to the registration and transfer of its First
Mortgage Bonds.

WG-ANR-00081287

MILWAUKEE GAS LIGHT COMPANY

#4  Annual Meeting Board of Directors - 2/4/24.

The Chairman stated that for corporate purposes
it was deemed advisable, subject to the approval of the
Railroad Commission of Wisconsin, to issue and sell an
additional One Million Dollars ($1,000,000.) par value
of preferred stock of the Company and that the terms,
conditions, restrictions and limitations of said stock
should be identical with those of the cumulative preferred
stock of the Company now outstanding and designated as
Series A, and that if action to that end were taken
the preferred stock of the Company of said Series A
outstanding, after the issue and sale of said addition-
al stock, would be Two Million Dollars ($2,000,000.)
par value.

Thereupon, on motion duly made and seconded,
the following resolution was unanimously adopted:

RESOLVED that this Company, subject to the
approval of the Railroad Commission, presently
issue and itself sell, at One Hundred Dollars
($100.) per share and accrued dividends, One Million
Dollars par value of preferred stock of this
Company if and when authorized; that said One
Million Dollars par value of stock shall be
designated as Series A, the same being in addition
to the One Million Dollars par value of said stock
of said Series heretofore issued and sold; that
said stock shall be entitled to dividends and to
all of the rights and privileges accorded the own-
ers and holders of said One Million Dollars par
value of stock of said Series A heretofore issued
and sold and be subject to all of the restrictions
and limitations imposed by the Charter and by the
certificates of stock with respect to preferred
stock of said series A with the same force and
effect as though the additional One Million Dol-
lars par value of said stock presently to be issued
and sold were authorized and issued and sold with
the initial One Million Dollars par value of said
stock of said Series A.

WG-ANR-00081288

MILWAUKEE GAS LIGHT COMPANY

#5  Annual Meeting Board of Directors - 2/4/24.

RESOLVED FURTHER that the proper officers of
this Company be and they hereby are duly authorized
and directed to file with the Railroad Commission
of Wisconsin a petition as required by law for
the issuance and sale of an additional One Million
Dollars par value of said 7% Cumulative Preferred
Capital Stock Series A of this Company at One
Hundred Dollars ($100.00) per share and accrued
dividend, and to take all steps necessary or proper
to procure such approval and to proceed with the
sale of said One Million Dollars par value of
preferred stock Series A at the price aforesaid to
the stockholders of the Company and to the public
in such manner and by such means as they may deem
wise and do all other things necessary or proper
in and about the approval, issuance and disposition
of said stock.

Thereupon the following resolution was, on

motion duly seconded, unanimously adopted:

RESOLVED that the Company maintain in the
City of Milwaukee, State of Wisconsin, a registry
office for the registration of said additional
One Million Dollars par value of its 7% Cumulative
Preferred Capital Stock Series A.

RESOLVED FURTHER that the First Wisconsin Trust
Company, of Milwaukee, Wisconsin, be and it is hereby
appointed agent with the title of Registrar to
register certificates for said additional One Million
Dollars par value of 7% Cumulative Preferred Capital
Stock Series A of this Company.

RESOLVED FURTHER that pursuant thereto said
First Wisconsin Trust Company, of Milwaukee, Wiscon-
sin, be and it is hereby advised that the 7% Cumulative
Preferred Capital Stock Series A of this Company has
been increased from One Million Dollars par value to
Two Million Dollars par value, and that said
Company be and it hereby is directed to record in
its register and sign as registrar certificates for
shares of said additional One Million Dollars par
value of said 7% Cumulative Preferred Capital Stock
Series A of the par value of One Hundred Dollars
each, in the same manner and with the same effect
as set forth in the power heretofore given with
reference to the initial One Million Dollars par
value of such preferred stock of said Series, and
when executed by the President or Vice President
and by the Secretary or Assistant Secretary of this
Company the certificates to be recorded and signed
by the Register taken together to represent, under
resolutions heretofore passed, and until further

WG-ANR-00081289

#6   Annual Meeting Board of Directors - 2/4/24.

appropriate action taken, an aggregate number of shares not exceeding ten thousand (10,000), or, including the said initial ten thousand shares, twenty thousand (20,000).

RESOLVED FURTHER that said First Wisconsin Trust Company be and it is hereby authorized to register transfers of said certificates and sign and deliver new certificates accordingly when the same have been similarly executed.

RESOLVED FURTHER that this Company lodge with said registrar (1) specimens of signatures of the officers of this Company in each case authorized to sign such certificates, and (2) specimens of certificates adopted by this Company, for use by it for purposes of comparison (copies of the original issue of said preferred stock of Series A being already in the possession of said registrar), and in such use and in relying upon certificates purporting to be such certificates and to bear the signatures of such officers this Company will protect said registrar and deliver written notice to it if any or all of said officers, respectively, are no longer authorized so to sign.

RESOLVED FURTHER that as with respect to the initial One Million Dollars par value of such preferred stock, so with respect to the additional One Million Dollars thereof, if said First Wisconsin Trust Company deems it expedient, it may apply to Messrs. Miller, Mack & Fairchild, of Milwaukee, of counsel for this Company, and to its own counsel, for advice or instructions, and for the action of said registrar in reliance thereon this Company will fully protect and hold it harmless against all liability.

RESOLVED FURTHER that the President or a Vice President and the Secretary of this Company be and they hereby are directed to certify copies of these resolutions, under the seal of this Company, and to lodge one of the same with the said registrar together with certified specimen certificates for said 7% Cumulative Preferred Capital Stock Series A of this Company, in form duly adopted by it, and, if requested by said registrar, a certified copy of the charter of the Company and all amendments thereof in force, certified by the Secretary of the State of Wisconsin, and of the By-laws of this Company, and to furnish said registrar a certified copy of any amendments which may from time to time be made to said charter or by-laws.

WG-ANR-00081290

48

#7  Annual Meeting Board of Directors - 2/4/24.

Thereupon the following resolution was, on motion duly seconded, unanimously adopted:

RESOLVED that the form of said additional One Million Dollars par value of preferred stock certificates of Series A be in the exact form of the certificates of the initial One Million Dollars par value of said preferred stock Series A.

Thereupon the following resolution was, on motion duly seconded, unanimously adopted:

RESOLVED that the purposes for which said stock shall be issued and the proceeds thereof applied shall be the following:

(1)  For the construction, acquisition, extension and improvement of its plant, distributing system and facilities and for the improvement of its service and to reimburse the Company for disbursements heretofore made for such purposes.

(2)  For the discharge or funding of its legal obligations.

Thereupon the following resolution was, on motion duly seconded, unanimously adopted:

RESOLVED that the officers of this Company be and they hereby are authorized and directed to take all steps and do all things necessary or proper to carry out the foregoing resolutions and in and about the authorization, issuance, approval and sale of said additional One Million Dollars par value of its preferred stock Series A.

Thereupon the following resolution was, on motion duly seconded, unanimously adopted:

RESOLVED that the right of each common stock-holder of this Company to subscribe for his or her pro rata share of said One Million Dollars of the additional preferred stock Series A of this Company presently to be issued and sold be recognized by granting to each of said common stockholders the right to subscribe, on or before thirty days from the date of authorization by the Railroad Commission at One Hundred Dollars ($100.00) per share and accrued dividends, for his or her pro rata share

49

MILWAUKEE GAS LIGHT COMPANY
#8   Annual Meeting Board of Directors - 2/4/24.

of such preferred stock if and when duly authorized,
and that sufficient of said preferred stock be set
aside for subscription by all common stockholders
desiring to avail themselves of their subscription
privilege within said time, and that after said
thirty days from the date of authorization by the
Railroad Commission the subscription right of
any and all stockholders who have not theretofore
subscribed for such stock, and to the extent that
he or she shall not have so subscribed therefor,
shall cease and determine.

RESOLVED FURTHER that the Secretary of this
Company be and he is hereby authorized and directed,
if and when said stock shall be authorized to be
sold, to take all steps necessary or proper in
making available to each stockholder his said
subscription right.

There being no further business, on motion
duly made, seconded and carried, the meeting adjourned.

_E. Naare_
Secretary.

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, February 18, 1924, at 4:00 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Gregg, White, Rogers, Anger, Lindsay, Brown and Haase.

The Vice President, Mr. Brown, presided.

The minutes of the meeting of February 4, 1924, were read and approved as read.

The General Manager submitted the report for the month of January and after discussion and explanation of the various essential factors in that report, the same was, on motion, received and placed on file.

The following <u>PREFERRED STOCK DIVIDEND RESOLUTION</u> was introduced:

RESOLVED that the regular quarterly dividend of One and Three quarters Percent (1¾%) on the Seven Percent Cumulative Preferred Stock, Series "A", be, and the same is hereby declared payable March 1, 1924 to stockholders of record on February 28, 1924.

On motion duly seconded, the above resolution was unanimously adopted.

On motion duly made, seconded and carried, the meeting adjourned.

_____
Secretary.

WG-ANR-00081293

## Regular Meeting Board of Directors
## Milwaukee Gas Light Co.
## Monday, March 17, 1924, at 4:00 P.M.
## Pursuant to By-Laws

There were present Messrs. White, Anger, Gregg, Lindsay, Brown and Haase.

The Vice President, Mr. Brown, presided.

The minutes of the meeting of February 18, 1924, were read and approved as read.

The report for the month of February was submitted by the General Manager, and after discussion it was, on motion, accepted and placed on file.

The General Manager reported upon the completion and putting into operation of the Koppers Liquid Purification plant, stating that its operation was very successful. He also reported that the foundations of the new holder were in good shape after the winter, and that 29 cars of steel for the holder structure were on hand. He also reported that foundations were begun for the Boiler Plant for the Third Ward Works.

The Secretary submitted, to be put on the record, the Certificate of Authority of the Railroad Commission of Wisconsin to issue One Million Dollars ($1,000,000.) of 7% Preferred Stock. The certificate reads as follows:

WG-ANR-00081294

"

BEFORE THE
RAILROAD COMMISSION OF WISCONSIN

- - -

In the matter of the application of the
Milwaukee Gas Light Company for authority          SB-1964
to issue One Million Dollars ($1,000,000)
of Preferred Stock.

- - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATE OF AUTHORITY TO ISSUE PREFERRED STOCK

BE IT REMEMBERED, That on the 21st day of February, 1924,
the Milwaukee Gas Light Company, a public service corporation,
applied to the Railroad Commission of Wisconsin for authority
to issue One Million Dollars ($1,000,000) of preferred stock,
and for that purpose filed with the Commission a statement
duly signed and verified by its president and secretary, as
required by Section 184.09 of the Statutes.

That it appears from said statement that the corporation
desires to issue One Million Dollars ($1,000,000) par value
of its 7% cumulative preferred stock series "A", for the
purpose of securing funds with which to reimburse its
treasury for expenditures heretofore made for additions,
extensions and betterments to its property and plant, and
also to pay for future additions and extensions to its
property and plant, all of which is more particularly set
forth in said application on file with the Commission, and
all for purposes properly chargeable to capital account.

That said corporation duly and satisfactorily complied
with the requirements of said statute, and the Commission,
after considering said statement and the evidence before it,
found and determined that the proposed issue of stock is
lawful and for lawful purposes, and reasonably necessary
for the purposes of the corporation.

NOW THEREFORE, The Railroad Commission of Wisconsin
hereby authorizes the Milwaukee Gas Light Company, a Wiscon-
sin corporation, to issue stock as follows:

10,000 shares of its 7% cumulative preferred stock
series "A" of the par value of One Hundred Dollars ($100)
each, making a total issue of One Million Dollars ($1,000,000).

Said preferred stock shall be issued and sold for
money only and at not less than the par value thereof and
the funds derived therefrom shall be used for the purposes
mentioned in the second paragraph of this certificate.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 54 of 125   Document 50-8

WG-ANR-00081295

MILWAUKEE GAS LIGHT COMPANY

#3  Regular Meeting Board of Directors - 3/17/24.

Said Milwaukee Gas Light Company shall file with
the Commission verified statements showing the amount
received from the sale of stock herein authorized to
be sold; such statements shall be filed within thirty
days of the time when the unreported amount received
exceeds the sum of One Hundred Thousand Dollars
($100,000.).

Said Milwaukee Gas Light Company shall file with
the Commission verified statements showing in detail
the items to which the entire proceeds of the sale of
said stock have been applied;  such statements shall
be filed within thirty days of the time when the
unreported amounts expended exceed the sum of One
Hundred Thousand Dollars ($100,000).

Said Milwaukee Gas Light Company shall not issue
the stock herein authorized or receive any money there-
for, either directly or indirectly until this certificate
shall have been recorded upon the books of the
corporation.

IN WITNESS WHEREOF, these presents
have been signed and attested by
the Railroad Commission of Wiscon-
sin at its office in the Capitol in
the City of Madison, Wisconsin,
this 6th day of March, 1924.

RAILROAD COMMISSION OF WISCONSIN

(Signed)  Lewis E. Gettle,
(Signed)  Adolph Kanneberg,
(Signed)  A. R. McDonald

Commissioners.

RSB-mw

The Chairman suggested that the regular dividend
on the Common Stock be declared as usual, and that in
addition thereto an extra dividend of 5% on the Common
Stock be declared.  Thereupon the following COMMON STOCK
DIVIDEND RESOLUTIONS were introduced:

WG-ANR-00081296

MILWAUKEE GAS LIGHT COMPANY
#4   Regular Meeting Board of Directors - 3/17/24.

RESOLVED, that the <u>regular</u> <u>quarterly</u> dividend of Two and One-half percent (2½%) on the Common Stock, amounting to One Hundred Thirty Seven Thousand Five Hundred Dollars ($137,500.), be, and the same is hereby declared payable March 25, 1924, to stockholders of record at that date.

FURTHER RESOLVED, that an <u>extra</u> <u>dividend</u> of Five Percent (5%) on the Common Stock of the Company, amounting to Two Hundred Seventy-Five Thousand Dollars ($275,000.), be, and the same is hereby declared payable March 25, 1924, to stockholders of record at that date.

On motion duly seconded, the above resolutions were unanimously adopted.

There being no further business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

_E. Koade_
Secretary.

WG-ANR-00081297

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, April 21, 1924, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Anger, Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of March 17th were read and approved as read.

The General Manager submitted the report for the month of March and after discussion the same was accepted and ordered placed on file.

The General Manager also reported that he had entered into a contract with the Cleveland & Western Coal Co., for two years, for coal at a price of $1.65 at the mines.

Mr. Brown reported that the <u>Convention Bureau</u> of the Association of Commerce had solicited a <u>subscription</u> from him for the financing of the Bureau in its work of getting conventions for the city, and for advertising Wisconsin to tourists.   After full discussion of the merits of the work, it was upon motion of Mr. White, duly seconded

RESOLVED, that the General Manager be authorized to subscribe Two Hundred Fifty Dollars ($250.00) to the Convention Bureau.

On motion duly made, seconded and carried, the meeting adjourned.

Secretary.

WG-ANR-00081298

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, May 19, 1924, at 4:00 P. M.

Pursuant to by-laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of April 21, 1924, were read and approved as read.

The General Manager submitted the report for the month of April, and on motion same was accepted and ordered placed on file.

In connection with the monthly report, the General Manager gave an account of the progress in some of the construction, referring principally to the interruption caused by much rainy weather, in the work of mains and services.  Concerning the holder, he reported that a beginning had been made on steel work of the tank, the concrete foundation having been satisfactorily leveled.

The General Manager presented the request of the Misericordia Hospital for a subscription to their building extension, and after discussion it was, on motion duly seconded,

RESOLVED, that it is the judgment of the Board to adhere to the policy already established by precedent in declining to subscribe to such causes.

WG-ANR-00081299

MILWAUKEE GAS LIGHT COMPANY

#2  Regular Meeting Board of Directors - 5/19/24.

The following <u>PREFERRED STOCK DIVIDEND RESOLUTION</u> was introduced, and on motion of Mr. White, duly seconded, unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters Percent ($1\frac{3}{4}$%) on the 7% Cumulative Preferred Stock, Series "A", be, and the same is hereby declared payable June 1st, 1924, to stockholders of record May 25, 1924.

The Secretary requested that in order to allow sufficient time for the preparation of Preferred Stock dividend checks, a date for <u>closing the Preferred Stock transfer books</u> be established.  On motion of Mr. Gregg, duly seconded, the following resolution was unanimously adopted:

RESOLVED, that the transfer books for the 7% Preferred Stock be closed to transfers on May 25, 1924, and again opened on June 1, 1924, and that hereafter the transfer books be closed for a period of five days prior to each dividend day.

On motion duly made, seconded and carried, the meeting adjourned.

_Secretary._

58

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, June 16, 1924, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, Anger, Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of May 19, 1924, were read and approved as read.

The General Manager submitted the report for the month of May, and after comment same was accepted and ordered placed on file.

He likewise presented a brief statement of the progress in construction.

On motion of Mr. Gregg, duly seconded, the following DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that the regular quarterly dividend of Two and One-half Percent (2½%) on the Common Stock, amounting to One Hundred Thirty Seven Thousand Five Hundred Dollars ($137,500.), be, and the same is hereby declared payable June 25th to stockholders of record at that date.

The Secretary reported having received a telephone communication from Mr. Lindsay, stating that he was prevented from attending the meeting because he was confined to his bed, and requesting that the Board consider

WG-ANR-00081301

MILWAUKEE GAS LIGHT COMPANY

#2  Regular Meeting Board of Directors - 6/16/24.

his resignation as a Director.   It was the consensus
of the Board that inasmuch as Mr. Lindsay had recovered
before and had been able again to attend meetings,
it was the hope of the Directors that he would soon
again recover and in this hope the Directors did not
wish to accept his resignation at this time.

On motion duly seconded and carried, Mr. Rogers
was requested to communicate to Mr. Lindsay these
sentiments of the Directors.

On motion duly made, seconded and carried, the
meeting adjourned.

Secretary.

WG-ANR-00081302

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, July 21, 1924, at 4:00 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, Anger, Rogers, White and Gregg.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of June 16, 1924, were read and approved as read.

Vice President, Mr. Glass, submitted the report for the month of June, and on motion same was accepted and ordered placed on file.

There being no further business, on motion duly made, seconded and carried, the meeting adjourned.

_____
Ass't. Secretary.

WG-ANR-00081303

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, August 18, 1924, at 4:00 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of July 21, 1924, were read and approved as read.

The report for the month of July was submitted by the General Manager, together with an account of the progress in construction. On motion, same was accepted and ordered placed on file.

On motion of Mr. Gregg, duly seconded, the following <u>PREFERRED STOCK DIVIDEND RESOLUTION</u> was unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters Percent ($1\frac{3}{4}$%) on the 7% Cumulative Preferred Stock, Series "A", be, and the same is hereby declared payable September 1, 1924, to stockholders of record August 25, 1924.

In re: <u>MILWAUKEE AUDITORIUM COMPANY</u>:

On March 31, 1924, the Board of Trustees of the Stockholders of the Milwaukee Auditorium Company addressed a letter "to the stockholders of the Milwaukee Auditorium Company" and such a letter was received by Sheldon J. Glass as Trustee for Milwaukee Gas Light Company as the holder of

WG-ANR-00081304

**62**

MILWAUKEE GAS LIGHT COMPANY
#2  Regular Meeting Board of Directors        8/18/24.

350 shares of the stock of the Milwaukee Auditorium Company, in which letter it was explained that it was becoming more and more difficult, with the lapse of time, to obtain a quorum at meetings of stockholders; that therefore a Board of Trustees of stockholders had been formed to hold perpetually in trust all stock of the Milwaukee Auditorium Company which may be deposited with them and vote the same for the best interest of the stockholders. The letter requested the deposit of stock with the Board of Trustees in exchange for a Trust Certificate.

Inquiry in regard to the matter brought out in a letter from Mr. J. C. Grieb, Manager of the Auditorium, that of the outstanding 25,000 shares, 897 shares have been donated to the City of Milwaukee, and that of the 24,103 shares held by stockholders there is now deposited with the Trustees of the stockholders 10,426 shares, representing the holdings of some of the largest business houses in the City.

After full consideration of all phases of this matter, it was upon motion of Mr. Brown, duly seconded, unanimously

RESOLVED, that Sheldon J. Glass, as Trustee for the Milwaukee Gas Light Company, be, and he is hereby authorized and directed to deposit with the Board of Trustees of the stockholders of the Milwaukee Auditorium Company, the Certificate for 350 shares of stock of Milwaukee Auditorium Company now standing in his name as Trustee for Milwaukee Gas Light Company, and to receive therefor a Trust Certificate in the name of Milwaukee Gas Light Company.

On motion duly made, seconded and carried, the meeting adjourned.

Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 64 of 125   Document 56-8

WG-ANR-00081305

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, September 15, 1924, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of August 18, 1924, were read and approved as read.

A letter from the Association of Commerce, in re National Dairy Show, was submitted by Mr. Brown and referred to the Secretary for further information.

The General Manager submitted the report for the month of August, and on motion same was accepted and ordered placed on file.

The following COMMON STOCK DIVIDEND RESOLUTIONS were introduced:

RESOLVED, that the regular quarterly dividend of Two and One-half Percent (2½%) on the Common Stock, amounting to One Hundred Thirty Seven Thousand Five Hundred Dollars ($137,500.), be, and the same is hereby declared payable September 25th to stockholders of record at that date.

FURTHER RESOLVED, that an extra dividend of five percent (5%) on the Common Stock of the Company, amounting to Two Hundred Seventy-Five Thousand Dollars ($275,000.),

EA

**64**

#2  Regular Meeting Board of Directors - 9/15/24.

be, and the same is hereby declared payable September 25th to stockholders of record at that date.

On motion of Mr. Gregg, duly seconded, the above resolutions were unanimously adopted.

There being no further business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

*Ekaarc*
Secretary.

WG-ANR-00081307

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors
Milwaukee Gas Light Co.
Thursday, October 23, 1924, at 4:00 P.M.
------

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of September 15, 1924, were read and approved as read.

The Secretary reported on the matter of the <u>request</u> of Mr. LeFeber <u>for a subscription of Five Hundred Dollars</u> <u>($500.) to the National Dairy Show</u>, referred to him at the last meeting, and said that he had seen Mr. LeFeber, and after going over the whole matter with him, Mr. LeFeber suggested a subscription of Two Hundred Fifty Dollars ($250.), to which, in view of the expression of the directors he had agreed and given a subscription of that amount.

On motion, duly seconded, it was

RESOLVED, that the action of the Secretary be, and is, hereby ratified and approved.

The General Manager submitted the report for the month of September, and on motion same was accepted and ordered placed on file.

Mr. White presented to the Board the matter of the <u>Community Fund Subscription</u>. After full discussion, it was upon motion of Mr. Gregg, duly seconded

RESOLVED, that the General Manager be, and he is hereby authorized to make a subscription of Three Thousand



Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 67 of 125   Document 50-8

WG-ANR-00081308

MILWAUKEE GAS LIGHT COMPANY

#2    Regular Meeting Board of Directors  - 10/23/24.

Dollars ($3,000.), the same sum as was given last year.

On motion duly made, seconded and carried, the

meeting adjourned.

*Evans*
                                    Secretary.

WG-ANR-00081309

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, November 17, 1924, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of October 23, 1924, were read and approved as read.

The General Manager submitted the report for the month of October, and on motion same was accepted and ordered placed on file.

On motion of Mr. White, duly seconded, the following <u>PREFERRED STOCK DIVIDEND RESOLUTION</u> was unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters Percent (1¾%) on the 7% Cumulative Preferred Stock, Series "A", be, and the same is hereby declared payable December 1, 1924, to stockholders of record November 25, 1924.

Mr. Brown reported to the Board the death, on October 29, 1924, of Mr. Chas. Willard Young, Counsel, American Light & Traction Company, and Secretary of that Company.

It was suggested that Mr. Brown, on behalf of the Officers of the Company, write to Mrs. Young and express the appreciation that he had given before the Board.

On motion duly made, seconded and carried, the meeting adjourned.

Secretary.

WG-ANR-00081310



**68**

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, December 15, 1924, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of November 17, 1924, were read and approved as read.

The report for the month of November was submitted by the General Manager, and on motion was accepted and ordered placed on file.

On motion, duly seconded, the following COMMON STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that the regular quarterly dividend of Two and One-half Percent ($2\frac{1}{2}\%$) on the Common Stock of the Company, amounting to One Hundred Thirty Seven Thousand Five Hundred Dollars ($137,500.), be, and the same is hereby declared payable December 26th to stockholders of record at that date.

The death of Mr. E. J. Lindsay, which occurred on December 5th, was referred to, and on motion of Mr. White, duly seconded, it was

RESOLVED, that the Secretary be instructed to prepare appropriate resolutions and submit to the Board.

WG-ANR-00081311

MILWAUKEE GAS LIGHT COMPANY

-2-   Regular Meeting Board of Directors - 12/15/24.

Mr. Brown gave an account of the progress in construction, saying that the holder will be completed in two or three weeks, and that the progress had been somewhat delayed by the problems in connection with location of the connections in the Pumping Station.

He reported further that in the city of Milwaukee the work on mains and services was practically completed for the season, but that in West Allis and Wauwatosa there is still some unfinished work.

On motion duly made, seconded and carried, the meeting adjourned.

*E Kaaoe*
Secretary.

WG-ANR-00081312

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, January 19, 1925, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of December 15, 1924, were read and approved as read.

The General Manager submitted the report for the month of December, and same was accepted and ordered placed on file.

The Secretary reported that a Memorial on the death of Mr. E. J. Lindsay had been prepared and an appropriately engrossed copy, signed by all the Directors, presented to Mrs. Lindsay. The Memorial is as follows:

"

<u>M E M O R I A L</u>

On the 5th day of December, 1924, death called from our midst

Mr. E. J. Lindsay

for seventeen years a director of this Company.

The directors desire to record their sense of personal loss, as well as the loss which the Company has sustained in taking from its number

WG-ANR-00081313

MILWAUKEE GAS LIGHT COMPANY

#2  Regular Meeting Board of Directors - 1/19/25.

> one who has been ever watchful and faith-
> ful to its interests.    We shall miss
> him from our deliberations as will all
> who have been associated with him in the
> many positions of trust in which he has
> been placed.                              "

There being no further business presented, the
meeting adjourned.

*E Kause*
Secretary.

WG-ANR-00081314

MILWAUKEE GAS LIGHT COMPANY

## Annual Meeting of Stockholders
## Milwaukee Gas Light Co.
## Monday, February 2, 1925, at 10 A.M.

Pursuant to the By-laws and at least ten days' notice published in the Milwaukee Sentinel and the Milwaukee Journal, as per proofs of publication on file, the annual meeting of stockholders of the Milwaukee Gas Light Company was called to order at 10:00 A.M. on Monday, February 2, 1925, at the office of the Company, 182 Wisconsin Street, by the President, Mr. Lathrop.

Mr. Lathrop was Chairman and Mr. Haase Secretary of the meeting.

The Directors present at the meeting, acting as inspectors, canvassed the powers of attorney presented at the meeting, and Mr. Anger and Mr. Gregg acting as tellers, compared the same with the list of stockholders and reported that the holders of 98½ shares of Common Stock and 408 shares of Preferred Stock were present in person, and that the holders of 108,086 shares of Common Stock were represented by proxy as follows:

### Present in Person

| | Shares | |
| --- | --- | --- |
| | Common | Preferred |
| Arthur H. Anger | - | 41 |
| R. B. Brown | 26 | 135 |
| Sheldon J. Glass | 23 | 12 |
| Guy F. Gregg | 11 | 2 |
| Ewald Haase | 23½ | 50 |
| Alanson P. Lathrop | - | 1 |
| F. W. Rogers | - | 80 |
| Edwin E. White | 15 | 87 |
| Total | 98½ | 408 |

WG-ANR-00081315

MILWAUKEE GAS LIGHT COMPANY

#2  Annual Meeting of Stockholders - 2/2/25.


### Present by Proxy

|  |  | Shares |
|---|---|---:|
| American Light & Traction Co., by Alanson P. Lathrop, Proxy | | 107,017 |
| Adeline Madeira Doebler | do. | 33 |
| Morris F. Fox | do. | 44 |
| Herzog & Glazier | do. | 3 |
| Lucy S. Jessup | do. | 68 |
| Katherine M. Morris | do. | 33 |
| George R. Nichols | do. | 28 |
| Cornelia W. Roebling | do. | 643 |
| Ethel B. Scully | do. | 11 |
| George Stevens | do. | 69 |
| Evaleen Y. Sullivan | do. | 137 |
| | Total | 108,086 |

On motion of Mr. White, seconded, the report of the inspectors was adopted and ordered placed on file.

The minutes of the meeting of stockholders held February 4, 1924, were read and approved as read.

On motion of Mr. White, seconded, it was

RESOLVED, that the acts and proceedings of the Board of Directors and Officers of the Company, as shown by the record, and contained within pages 39 to 71 (incl.) be, and the same are hereby in all respects approved, ratified and confirmed.

The meeting then proceeded to the election of Directors for the ensuing year.

The following named gentlemen were nominated as Directors by Mr. White:

> Arthur H. Anger,
> R. B. Brown,
> Sheldon J. Glass,
> Guy F. Gregg,
> Ewald Haase,
> Alanson P. Lathrop,
> James Lawrence,
> Fred W. Rogers,
> Edwin E. White

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 75 of 125   Document 50-8

WG-ANR-00081316

**74**

Mr. Gregg seconded the nominations.

Mr. Brown moved that nominations be closed.

On motion of Mr. Glass, duly seconded, it was

RESOLVED, that the Secretary be, and he hereby is instructed to cast the ballot of the stockholders for the election of each of the above named gentlemen, as Directors for the ensuing year.

The above resolution was adopted by the affirmative vote of the holders of Common Stock represented at the meeting, holding 108,184½ shares out of a total of 110,000 shares.

The Secretary having cast the ballot of the stockholders as directed for the above named gentlemen as Directors, they were thereupon declared by the Chairman duly elected Directors for the ensuing year.

On motion duly made, seconded and carried, the meeting of stockholders adjourned.

_____
Secretary.

WG-ANR-00081317

<u>Annual Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, February 2, 1925, at 10:30 A.M.</u>

The annual meeting of the Board of Directors of the Milwaukee Gas Light Company was held this day immediately following the annual meeting of stockholders.

There were present Messrs. Glass, Lathrop, White, Anger, Gregg, Rogers, Brown and Haase.

On motion of Mr. Glass, seconded, Mr. Lathrop was elected Chairman of the meeting, and Mr. Haase was elected Secretary of the meeting.

The minutes of the meeting of January 19, 1925, were read and approved as read.

The meeting then proceeded to the election of Officers for the ensuing year.

Mr. Gregg placed in nomination for President, Mr. Lathrop, and Mr. Lathrop was elected President by the unanimous vote of the Directors present.   Mr. Lathrop then placed in nomination the following officers:

| | |
|---|---|
| Sheldon J. Glass | - 1st Vice President, |
| R. B. Brown | - 2nd Vice Pres. & General Manager, |
| Ewald Haase | - Vice Pres., Secretary & Treasurer, |
| James Lawrence | - Vice Pres. & Ass't. Treasurer, |
| H. C. Schaper | - Ass't. Sec'y. & Ass't. Treas., |
| Edward Dickow | - Ass't. Sec'y. & Ass't. Treas., |
| Thomas M. Leahy | - Ass't. Secretary & Ass't. Auditor, |
| Frank M. Dennis | - Ass't. Secretary, |
| Walter C. Beckjord | - Consulting Engineer. |

Mr. Gregg seconded the nominations.



WG-ANR-00081318

MILWAUKEE GAS LIGHT COMPANY

#2  Annual Meeting Board of Directors - 2/2/25.

On motion, duly seconded, the Secretary was instruct-
ed to cast the unanimous ballot of the Directors for
each of the above named gentlemen as Officers for the
ensuing year.

The Secretary, as instructed, cast the unanimous
ballot of the Directors for each of the above named, and
they were thereupon declared by the Chairman, to be the
duly elected Officers for the ensuing year.

On motion of Mr. Brown, seconded, Miller, Mack &
Fairchild were appointed Counsel at an annual salary of
Seventy-five Hundred Dollars ($7,500.), plus additional
compensation for court and commission cases.

On motion of Mr. Lathrop, seconded, it was

RESOLVED, that the salaries of the officers be fixed
as follows:

| | | |
|---|---|---|
| Sheldon J. Glass | $ 9,000.) | |
| R. B. Brown | 25,000.) | per annum |
| Ewald Haase | 12,000.) | payable |
| H. C. Schaper | 6,300.) | monthly. |

The following RESOLUTION ON COMPENSATION TO AMERICAN
LIGHT & TRACTION COMPANY was introduced:

WHEREAS American Light & Traction Company,
through its organization and staff, have hereto-
fore rendered and are hereafter to render to this
Company valuable services in connection with the
organization, financing, management and operation
of the affairs of this Company and have agreed
to in the future render such services as may
from time to time be required of it in that behalf.

BE IT RESOLVED that, in consideration of
services rendered and to be rendered, said American
Light & Traction Company shall receive, until
further action of this Board, the sum of Twenty-one
Thousand Six Hundred Dollars ($21,600.) per year.

WG-ANR-00081319

On motion of Mr. Gregg, duly seconded, the above resolution was unanimously adopted.

On motion of Mr. White, seconded, it was

RESOLVED, that the bonds of Mr. Glass, Vice President; Mr. Brown, 2nd Vice Pres. & General Manager; Mr. Haase, Secretary, and Mr. Schaper, Ass't. Secretary & Ass't. Treas., be fixed at Five Thousand Dollars ($5,000.) each, premium to be paid by the Company.

The Chairman called upon Mr. Brown for the annual report of the Company, which was presented and discussed.

The Secretary submitted the request of John William Gross, a holder of ten shares of the Preferred Stock of this Company, to have issued to him a new certificate for said ten shares, the original having been lost or destroyed.   There was submitted, in connection therewith, a letter from Miller, Mack & Fairchild, advising that the stockholder be requested to furnish an affidavit setting forth the circumstances of the loss or destruction of the certificate, and give a bond in the sum of Two Thousand Dollars ($2,000.00), being twice the par value of the shares, the certificate for which is lost, indemnifying the Company from all claims and expenses that may arise out of the issuance of a new certificate.  It was, upon motion duly seconded

RESOLVED, that the officers be, and they are hereby authorized to issue a new certificate to John William Gross, upon execution and delivery by him, of the



WG-ANR-00081320

MILWAUKEE GAS LIGHT COMPANY

#4   Annual Meeting Board of Directors - 2/2/25.

affidavit and bond, drawn by Miller, Mack & Fairchild,
in all respects satisfactory to them.

On motion duly made, seconded and carried, the
meeting adjourned.

*E. Kerse*
Secretary.

WG-ANR-00081321

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, February 16, 1925, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Anger, Gregg and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of February 2, 1925, were read and approved as read.

The Company's report for the month of January was submitted and discussed, and on motion accepted and ordered placed on file.

Upon motion of Mr. Gregg, duly seconded, the following <u>PREFERRED STOCK DIVIDEND RESOLUTION</u>, was unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters percent (1¾%), on the 7% Cumulative Preferred Stock, Series "A", be, and the same is hereby declared payable March 1, 1925, to stockholders of record February 25th.

There being no further business presented, on motion duly seconded, the meeting adjourned.

_____
                    Secretary.

WG-ANR-00081322

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, March 16, 1925, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of February 16, 1925, were read and approved as read.

The report for the month of February was submitted by the General Manager, and on motion was accepted and ordered placed on file.

On motion of Mr. Gregg, duly seconded, the following <u>COMMON STOCK DIVIDEND RESOLUTION</u> was unanimously adopted:

RESOLVED, that the regular quarterly dividend of Two and One-half Percent (2½%) on the Common Stock of the Company, amounting to One Hundred Thirty Seven Thousand Five Hundred Dollars ($137,500.), be, and the same is hereby declared payable March 25th to stockholders of record at that date.

On motion duly made, seconded and carried, the meeting adjourned.

_E. Haase_
                              Secretary.

WG-ANR-00081323

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, April 20, 1925, at 4:00 P. M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of March 16, 1925, were read and approved as read.

The General Manager submitted the report for the month of March, and commented upon the same, and in connection therewith showed and explained some photographs illustrating the progress of the work on the tunnel at the West Side Works.   On motion, the report was accepted and placed on file.

The <u>APPEAL OF THE Y.M.C.A.</u> for contribution to it's current expenses being brought up, it was, upon motion of Mr. Gregg, duly seconded

RESOLVED, that the officers be, and they are hereby authorized to make a subscription of One Hundred Dollars ($100.) to this work.

On motion duly made, seconded and carried, the meeting adjourned.

E Haase
Secretary.

WG-ANR-00081324

MILWAUKEE GAS LIGHT COMPANY

### Regular Meeting Board of Directors
### Milwaukee Gas Light Co.
### Monday, May 18, 1925, at 4:00 P. M.
### Pursuant to By-Laws

There were present Messrs. Glass, Rogers, White, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of April 20, 1925, were read and approved as read.

Mr. Brown submitted the report for the month of April, with comments, and on motion it was accepted and ordered placed on file.

Upon motion of Mr. Gregg, duly seconded, the following PREFERRED STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters Percent (1¾%) on the Seven Percent Cumulative Preferred Stock, Series "A", be, and the same is hereby declared payable June 1, 1925, to stock-holders of record May 25th.

Mr. Gregg presented the request of the CITIZEN'S BUREAU OF MILWAUKEE for a subscription to its budget, and after discussion, upon motion duly seconded, it was

RESOLVED, that no subscription to the Citizen's Bureau be made.

On motion duly made, seconded and carried, the meeting adjourned.

E Haase
Secretary.

WG-ANR-00081325

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, June 15, 1925, at 4:30 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of May 18, 1925, were read and approved as read.

The <u>APPEAL OF THE MILWAUKEE HOSPITAL FOR A SUBSCRIPTION TO THE BUILDING EXTENSION FUND</u> of $450,000.00 was presented by Mr. Brown.   There was much discussion, particularly in view of the precedents established by this Board in refusing to make subscriptions for building funds.   It was finally the consensus of opinion that the Milwaukee Hospital, serving so large a percentage of charity cases, was, on that account, entitled to special consideration, and it was, upon motion of Mr. Rogers, duly seconded

RESOLVED, that the officers are hereby authorized to make a subscription of Five Hundred Dollars ($500.00) to Milwaukee Hospital Building Extension Fund.

The General Manager submitted the report of the Company for the month of May, and after discussion same was accepted and ordered placed on file.

The following <u>COMMON STOCK DIVIDEND RESOLUTIONS</u> were introduced, and on motion duly seconded, unanimously adopted:

WG-ANR-00081326

**84**

#2 - Regular Meeting Board of Directors - 6/15/25.

RESOLVED, that the regular quarterly dividend of Two and One-half Percent (2½%) on the Common Stock, amounting to One Hundred Thirty-Seven Thousand Five Hundred Dollars ($137,500.) be, and the same is hereby declared payable June 25th to stockholders of record at that date.

FURTHER RESOLVED, that an <u>extra dividend</u> of Five Percent (5%) on the Common Stock of the Company, amounting to Two Hundred Seventy-Five Thousand Dollars ($275,000.), be, and the same is hereby declared payable June 25th to stockholders of record at that date.

There being no further business to come before the Board, on motion duly made, seconded and carried, the meeting adjourned.

_____
Secretary.

WG-ANR-00081327

MILWAUKEE GAS LIGHT COMPANY

## Regular Meeting Board of Directors
## Milwaukee Gas Light Co.
## July, 1925

The meeting of the Board of Directors for the month of July was not held owing to the lack of a quorum.

_Ehaase_

Secretary.

## Regular Meeting Board of Directors
## Milwaukee Gas Light Co.
## Monday, August 17, 1925, at 4:00 P.M.
## Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of June 15, 1925, were read and approved as read.

The General Manager submitted the reports for the months of June and July, and they were accepted and placed on file.

Upon motion of Mr. White, duly seconded, the following PREFERRED STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters Percent (1¾%) on the 7% Cumulative Preferred Stock, Series "A", be, and the same is hereby

WG-ANR-00081328

**86**

MILWAUKEE GAS LIGHT COMPANY

#2  Regular Meeting Board of Directors - 8/17/25.

declared payable September 1, 1925, to stockholders of
record August 25th.

Mr. Brown reported on the progress in construction
at the West Side Works - the completion of the tunnel,
the progress of the pumping station, and the finishing
touches on the holder.

The REQUEST OF THE WISCONSIN CITIZENS' MILITARY
TRAINING CAMP ASSOCIATION for a contribution to its
financial support, was presented by Mr. Brown, and after
full discussion it was, upon motion of Mr. Anger, duly
seconded,

RESOLVED, that the Officers be, and they are hereby
authorized to make a subscription of One Hundred Dollars
($100.00) for the support of the Wisconsin Citizens'
Military Training Camp Association.

There being no further business to come before the
Board, on motion duly made, seconded and carried, the
meeting adjourned.

_____
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 88 of 125   Document 50-8

WG-ANR-00081329

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, September 21, 1925, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of August 17, 1925, were read and approved as read.

The General Manager submitted the report for the month of August, which was, on motion, accepted and placed on file.

On motion of Mr. Gregg, duly seconded, the following COMMON STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that the regular quarterly dividend of Two and One-half Percent (2½%) on the Common Stock, amounting to One Hundred Thirty-Seven Thousand Five Hundred Dollars ($137,500.) be, and the same is hereby declared payable September 25th to stockholders of record at that date.

On motion of Mr. White, duly seconded, the following resolution for an extra dividend on the Common Stock was unanimously adopted:

RESOLVED, that an extra dividend of Five Percent (5%) on the Common Stock of the Company, amounting to Two Hundred Seventy-Five Thousand Dollars ($275,000.), be, and the same is hereby declared payable September 25th to stockholders of record at that date.

There being no further business, the meeting adjourned.

Secretary

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 89 of 125   Document 50-8

WG-ANR-00081330

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, October 19, 1925, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Gregg, Anger, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of September 21, 1925, were read and approved as read.

The General Manager submitted the report for the month of September and on motion same was accepted and ordered placed on file.

Mr. White presented to the Board the APPEAL OF THE COMMUNITY FUND FOR SUBSCRIPTION. After discussion it was, upon motion of Mr. White, duly seconded,

RESOLVED, that the General Manager be, and he is hereby authorized to make a subscription of Three Thousand Dollars ($3,000.) to the Milwaukee Community Fund.

The following resolution was offered as a substitute for the resolution of this Board, under date of November 20, 1922, with respect to the <u>right of access to this Company's safe deposit box in New York.</u>

On motion of Mr. Haase, duly seconded, it was

RESOLVED, that the right of access to, and control of the contents of safe deposit box #983, standing in the name of Milwaukee Gas Light Company, in the vaults

WG-ANR-00081331

Regular Meeting Board of Directors      -2-

of the Hanover Safe Deposit Company, in the City of New York,
is hereby granted to any two of the following named persons,
each in the presence of the other, namely: Alanson P. Lathrop,
W. F. Douthirt, James Lawrence, and Thomas M. Leahy.

There being no further business the meeting
adjourned.

_____
                            Secretary.

WG-ANR-00081332

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, November 16, 1925, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of October 19, 1925, were read and approved as read.

The General Manager submitted the report for the month of October, and on motion same was accepted and ordered placed on file.

Upon motion of Mr. Gregg, duly seconded, the following PREFERRED STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters Percent (1¾%) on the 7% Preferred Stock, Series "A", be, and the same is hereby declared payable December 1, 1925, to stockholders of record November 25th.

The General Manager presented to the Board a statement of the situation in a district recently annexed to the City of Milwaukee, now being supplied from the mains of the Wauwatosa Gas Company, namely the territory bounded by the Menominee River on the East and Government Avenue on the West.

He stated that it was thought desirable that the Milwaukee Gas Light Company purchase this property from

WG-ANR-00081333

the Wauwatosa Gas Company, and that the Stockholders of the
Wauwatosa Company were willing to have the Wauwatosa Company
sell this property to the Milwaukee Company at its present
value, the transfer to be made as of January 2, 1926.

After full discussion, it was, upon motion duly seconded

RESOLVED, that the proper officers be, and they are
hereby empowered to negotiate with the Wauwatosa Gas Company
for the purchase, as of January 2, 1926, of all its property
located in the territory annexed to the City of Milwaukee,
as shown by the blue print submitted to the Board, on the
basis of an inventory and valuation at present day prices,
to be submitted at the time of purchase.

The request of the CITIZEN'S BUREAU OF MILWAUKEE for a
subscription, being before the Board, it was upon motion of
Mr. Gregg, duly seconded

RESOLVED, that a subscription of One Hundred Fifty
Dollars ($150.00) per year, for three years, beginning
October, 1925, is hereby authorized.

Upon the question of subscription to the AMERICAN LEGION
ENDOWMENT FUND, the following resolution was, upon motion
of Mr. Rogers, duly seconded, unanimously adopted:

RESOLVED, that a subscription of Two Hundred Fifty
Dollars ($250.00) to the American Legion Endowment Fund is
hereby authorized.

Upon motion the meeting adjourned.

*E. Klass*
Secretary.

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, December 21, 1925, at 4:00 P. M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of November 16, 1925, were read and approved as read.

The General Manager submitted the report for the month of November, with comments on same, and it was on motion, duly seconded, accepted and placed on file.

Upon motion of Mr. Gregg, duly seconded, the following COMMON STOCK DIVIDEND RESOLUTION was unanimously adopted:

Resolved, that the regular quarterly dividend of Two and One-half Percent ($2\frac{1}{2}\%$) on the Common Stock, amounting to One Hundred Thirty-seven Thousand Five Hundred Dollars ($137,500.00), be, and the same is hereby declared payable December 26th to Stockholders of record at that date.

There being no further business, on motion the meeting adjourned.

_Chaase_
Secretary.

WG-ANR-00081335

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, January 18, 1926, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of December 21, 1925, were read and approved as read.

The General Manager submitted the report for the month of December, with comments on same, and it was on motion, duly seconded, accepted and placed on file.

The General Manager reported that pursuant to the resolution of the Board adopted November 16, 1925, this Company had, as of January 2, 1926, acquired the property of the Wauwatosa Gas Company lying within the City of Milwaukee, within that territory annexed to the City of Milwaukee in 1925, lying West and South of the Menominee River, East of Government Avenue, and North of National Avenue.

For this property, as per inventory and appraisal at present day prices, furnished with the indenture of transfer, this Company paid $103,654.80.   It received in addition to the property, the sum of $8,649.28, as the proportionate share applicable to the aforesaid property of the retirement reserve set up by the Wauwatosa Gas Company.   In further addition this Company received $13.00 for contributions for extensions received from customers within said territory, the sum of $2,715.00 for deposits from customers

WG-ANR-00081336

**94**

#2    Regular Meeting Board of Directors - 1/18/26.

for extensions, and the sum of $120.00 for deposits to secure
payment of gas bills.

On motion of Mr. White, duly seconded, it was

RESOLVED, that the action of the officers, as stated
in the foregoing report, and embodied in one conveyance and one
agreement submitted to this Board, be and it is hereby approved,
ratified and confirmed.

There being no further business, on motion the meeting
adjourned.

_E Kaase_
                                                    Secretary.

WG-ANR-00081337

Annual Meeting of Stockholders

Milwaukee Gas Light Co.

Monday, February 1, 1926, at 10 A.M.

Pursuant to the By-Laws and at least ten days' notice published in the Milwaukee Sentinel and the Milwaukee Journal, as per proofs of publication on file, the annual meeting of stockholders of the Milwaukee Gas Light Company was called to order at 10:00 A.M. on Monday, February 1, 1926, at the office of the Company, 182 Wisconsin Street, by Mr. Glass.

Mr. Glass was Chairman and Mr. Haase Secretary of the meeting.

The Directors present at the meeting, acting as inspectors, canvassed the powers of attorney presented at the meeting, and Mr. Rogers and Mr. Gregg acting as tellers, compared the same with the list of stockholders and reported that the holders of 99½ shares of Common Stock were present in person, and the holders of 107,977 shares of Common Stock were represented by proxy as follows:

| Present in Person | Common Shares | Pfd Shares |
|---|---|---|
| R. B. Brown | 26 | 135 |
| Sheldon J. Glass | 23 | 11 |
| Guy F. Gregg | 11 | 2 |
| Ewald Haase | 23½ | 50 |
| F. W. Rogers | 1 | 80 |
| Edwin E. White | 15 | 87 |
| Total | 99½ | 365 |

MILWAUKEE GAS LIGHT COMPANY

#2- Annual Meeting of Stockholders - 2/1/26.

| Present by Proxy | | Shares |
|---|---|---|
| American Light & Traction Co., by R.B. Brown, proxy | | 107,013 |
| Arthur H. Anger | do. | 1 |
| Adeline Madeira Doebler | do. | 33 |
| Morris F. Fox | do. | 44 |
| Lucy S. Jessup | do. | 68 |
| Alanson P. Lathrop | do. | 1 |
| Edith Madeira | do. | 33 |
| Katherine M. Morris | do. | 33 |
| George R. Nichols | do. | 28 |
| Cornelia W. Roebling | do. | 643 |
| Ethel B. Scully | do. | 11 |
| George Stevens | do. | 69 |
| | Total | 107,977 |

On motion of Mr. Brown, seconded, the report of the inspectors was adopted and ordered placed on file.

The minutes of the meeting of stockholders held February 2, 1925, were read and approved as read.

On motion of Mr. White, seconded, it was

RESOLVED, that the acts and proceedings of the Board of Directors and Officers of the Company, as shown by the record, and contained within pages 75 to 93 (incl.), be, and the same are hereby in all respects approved, ratified and confirmed.

The meeting then proceeded to the election of Directors for the ensuing year.

The following named gentlemen were nominated as Directors by Mr. Gregg:

> Arthur H. Anger,
> R. B. Brown,
> Sheldon J. Glass,
> Guy F. Gregg,
> Ewald Haase,
> Alanson P. Lathrop,
> James Lawrence
> Fred W. Rogers,
> Edwin E. White.

#3   Annual Meeting of Stockholders - 2/1/26.

Mr. Rogers seconded the nominations.

Mr. Brown moved that nominations be closed.

On motion of Mr. Rogers duly seconded, it was

RESOLVED, that the Secretary be, and he hereby is instructed to cast the ballot of the stockholders for the election of each of the above named gentlemen, as Directors for the ensuing year.

The above resolution was adopted by the affirmative vote of the holders of Common Stock represented at the meeting, holding 108,076½ shares out of a total of 110,000 shares.

The Secretary having cast the ballot of the stockholders as directed for the above named gentlemen as Directors, they were thereupon declared by the Chairman duly elected Directors for the ensuing year.

On motion duly made, seconded and carried, the meeting of stockholders adjourned.

_____
Secretary.

WG-ANR-00081340

MILWAUKEE GAS LIGHT COMPANY

Annual Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, February 1, 1926, at 10:30 A.M.

The annual meeting of the Board of Directors of the Milwaukee Gas Light Company was held this day immediately following the annual meeting of stockholders.

There were present Messrs. Glass, White, Rogers, Gregg, Brown and Haase.

On motion of Mr. Brown, seconded, Mr. Glass was elected Chairman of the meeting, and Mr. Haase was elected Secretary of the meeting.

The minutes of the meeting of January 18, 1926, were read and approved as read.

The meeting then proceeded to the election of Officers for the ensuing year.

Mr. Brown placed in nomination the following officers:

| | | |
|---|---|---|
| Alanson P. Lathrop | - | President, |
| Sheldon J. Glass | - | 1st V.President, |
| R. B. Brown | - | 2nd V.P. & Gen'l. Manager, |
| Ewald Haase | - | V.P., Secretary & Treasurer, |
| James Lawrence | - | V.P. & Ass't. Treas., |
| H. C. Schaper | - | Ass't. Sec'y. & Ass't. Treas. |
| Edward Dickow | - | "        "        "        " |
| Thomas M. Leahy | - | Ass't. Sec'y. & Ass't. Auditor, |
| Frank M. Dennis | - | Ass't. Secretary, |
| Walter C. Beckjord | - | Consulting Engineer. |

Mr. White seconded the nominations.

On motion, duly seconded, the Secretary was instructed to cast the unanimous ballot of the Directors for each of the above named gentlemen as Officers for the ensuing year.

WG-ANR-00081341

MILWAUKEE GAS LIGHT COMPANY

#2  Annual Meeting Board of Directors - 2/1/26.

The Secretary, as instructed, cast the unanimous ballot of the Directors for each of the above named, as they were thereupon declared by the Chairman to be the duly elected Officers for the ensuing year.

On motion of Mr. Brown, seconded, Miller, Mack & Fairchild were appointed Counsel at an annual salary of Seventy-five Hundred Dollars ($7,500.00), plus additional compensation for court and commission cases.

On motion of Mr. Rogers, seconded, it was

RESOLVED, that the salaries of the officers be fixed as follows:

| | | |
|---|---|---|
| Sheldon J. Glass | $ 9,000.) | |
| R. B. Brown | 25,000.) | per annum |
| Ewald Haase | 12,000.) | payable monthly. |
| H. C. Schaper | 6,600.) | |

The following RESOLUTION ON COMPENSATION TO AMERICAN LIGHT & TRACTION COMPANY was introduced:

> WHEREAS American Light & Traction Company, through its organization and staff, have heretofore rendered and are hereafter to render to this Company valuable services in connection with the organization financing, management and operation of the affairs of this Company and have agreed to in the future render such services as may from time to time be required of it in that behalf;

> BE IT RESOLVED that, in consideration of services rendered and to be rendered, said American Light & Traction Company shall receive, until further action of this Board, the sum of Twenty-one Thousand Six Hundred Dollars ($21,600.) per year.

On motion of Mr. White, duly seconded, the above resolution was unanimously adopted.

WG-ANR-00081342

**100**

#3   Annual Meeting Board of Directors - 2/1/26.

On motion of Mr. White, seconded, it was

RESOLVED, that the bonds of Mr. Glass, Vice President; Mr. Brown, 2nd V.P. & Gen'l. Manager; Mr. Haase, V.P. & Secretary; Mr. Schaper, Ass't. Sec'y. & Ass't. Treas., and Mr. Dickow, Ass't. Sec'y. & Ass't. Treas., be fixed at Five Thousand Dollars ($5,000.) each, premium to be paid by the Company.

On motion duly made, seconded and carried, the meeting adjourned.

_____
                                 Secretary.

WG-ANR-00081343

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, February 15, 1926, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of February 1, 1926, were read and approved as read.

The General Manager submitted the report for the month of January, and on motion same was accepted and ordered placed on file.

Upon motion of Mr. White, duly seconded, the following <u>PREFERRED STOCK DIVIDEND RESOLUTION</u> was unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters Percent ($1\frac{3}{4}\%$) on the 7% Preferred Stock, Series "A", be, and the same is hereby declared payable March 1st, 1926, to stockholders of record February 25th.

There being no further business to come before the Board, on motion duly made and seconded, the meeting adjourned.

_E. Haase_
Secretary.

WG-ANR-00081344

MILWAUKEE GAS LIGHT COMPANY

<u>Regular Meeting Board of Directors</u>

<u>Milwaukee Gas Light Co.</u>

<u>Monday, March 15, 1926, at 4:00 P.M.</u>

<u>Pursuant to By-Laws</u>

There were present Messrs. Glass, White, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of February 15, 1926, were read and approved as read.

The General Manager submitted the report for the month of February and after comment and discussion it was received and placed on file.

On motion of Mr. Gregg, duly seconded, the following <u>COMMON STOCK DIVIDEND RESOLUTION</u> was unanimously adopted:

RESOLVED, that the regular quarterly dividend of Two and One-half Percent ($2\frac{1}{2}\%$) on the Common Stock, amounting to One Hundred Thirty-seven Thousand Five Hundred Dollars ($137,500.00), be, and the same is hereby declared payable March 25th to Stockholders of record at that date.

There being no further business, on motion the meeting adjourned.

*E Haase*
Secretary.

WG-ANR-00081345

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, April 26, 1926, at 4:00 P. M.

Pursuant to By-Laws

This meeting had been adjourned from April 19th, at which no quorum was present.

There were present Messrs. Glass, White, Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of March 15, 1926, were read and approved as read.

The report for the month of March was submitted, and after discussion, placed on file.

The APPEAL OF THE YOUNG MENS' CHRISTIAN ASSOCIATION for a subscription to its current expense fund, was laid before the Board, and after discussion it was, on motion of Mr. Gregg, duly seconded

RESOLVED, that the officers be, and are hereby authorized to make a subscription of One Hundred Dollars ($100.) to the Y.M.C.A. Current Expense Fund.

The General Manager reported to the Board the case of Albert Schultz, the oldest employee of the Company. Albert Schultz entered the employ of the Company in 1878 and was for many years main layer and caulker in the Street Department. He has now attained the age of eighty-two years, and is growing feeble. During the last few years he has been employed at light work at the ditch and in the storeroom. He is now no longer able to work as he

WG-ANR-00081346

104

#2 - Regular Meeting Board of Directors - April 26, 1926.

has endurance for only a short period during the day.  Without

some income he would be a burden upon one of his daughters,

with whom he is living.    After full discussion of this case

in all its phases, it was upon motion of Mr. White, duly

seconded

RESOLVED, that Albert Schultz, employee in the Street

Department for forty-eight years, be retired on a pension at

the rate of Seventy Dollars ($70.00) per month.

There being no further business, the meeting adjourned.

_____ Secretary.

WG-ANR-00081347

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, May 17, 1926, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of April 26, 1926, were read and approved as read.

The report for the month of April was submitted by the General Manager, and after discussion placed on file.

On motion of Mr. White, duly seconded, the following PREFERRED STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED,  that the regular quarterly dividend of One and Three Quarters Percent ($1\frac{3}{4}\%$) on the 7% Preferred Stock, Series "A", be, and the same is hereby declared payable June 1, 1926, to Stockholders of record May 25th.

Subscription having been asked for the Firemen's Relief Fund, to make good some of the losses due to the deaths of five firemen at a recent fire, it was upon motion of Mr. Rogers, duly seconded

RESOLVED, that a subscription of Two Hundred Dollars ($200.00) is hereby authorized.

There being no further business, the meeting adjourned.

_____
Secretary.

WG-ANR-00081348

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, June 21, 1926, at 4:00 P. M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of May 17, 1926, were read and approved as read.

The General Manager submitted the report for the month of May, with comments, and on motion same was accepted and ordered placed on file.

The General Manager brought before the Board the question of compensation paid to American Light & Traction Company, and demonstrated the inadequacy of the amount now being paid, and submitted the following resolution:

WHEREAS, the Compensation paid by this Company to American Light & Traction Company, which was fixed April 20, 1914, at the rate of $21,600 per annum, has not been increased since that time, and

WHEREAS, the business of the Company has grown, as is shown by the increase in gross revenue from $2,400,000 in 1914 to over $5,000,000 in 1925, and in total assets from $15,426,000 in 1914 to $22,083,000 in 1925, and

WHEREAS, the services rendered by American Light & Traction Company have greatly increased in extent and value to this Company:

NOW THEREFORE, BE IT RESOLVED that in consideration of services rendered and to be rendered by American Light & Traction Company, through its organization and staff, in connection

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 108 of 125   Document 50-8

WG-ANR-00081349

with organization, engineering, purchasing,
financing, management and operation of this
Company, said American Light & Traction
Company shall receive, until further action
of this Board, the sum of $48,000. per
annum, payable in monthly installments of
$4,000. beginning June 1st, 1926.

Upon motion of Mr. White, duly seconded, the
foregoing resolution was unanimously adopted.

On motion of Mr. Gregg, duly seconded, the follow-
ing COMMON STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that a quarterly dividend of Two and
One-half Percent (2½%) on the Common Stock, amounting to
One Hundred Thirty-seven Thousand Five Hundred Dollars
($137,500.), be, and the same is hereby declared payable June 25th
to Stockholders of record at that date.

On motion of Mr. Rogers, duly seconded, the following
RESOLUTION FOR AN EXTRA DIVIDEND on the Common Stock was
unanimously adopted:

RESOLVED, that an extra dividend of Five Percent
(5%) on the Common Stock of the Company, amounting to Two Hundred
Seventy-five Thousand Dollars ($275,000.), be, and the same is
hereby declared payable June 25th to Stockholders of record at
that date.

On motion of Mr. Anger, duly seconded, a contribution
of Three Hundred Dollars ($300.) to the expense of the Court of
Neptune Pageant, a civic celebration planned for August 6th to
8th, is hereby authorized.

There being no further business, the meeting adjourned.

Secretary.

WG-ANR-00081350

MILWAUKEE GAS LIGHT COMPANY

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

July, 1926

There was no meeting of the Board of Directors held in July, there being no quorum possible on account of Directors being out of the City.

_____ *E Haase*
Secretary.


Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, August 16, 1926, at 4:00 P.M.

Meeting was adjourned to Monday, August 23rd, 1926, at 4:00 P.M., no quorum being present.

_____ *E Haase*
Secretary.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 110 of 125   Document 50-8

WG-ANR-00081351

MILWAUKEE GAS LIGHT COMPANY

Adjourned Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, August 23, 1926, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger, Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of June 21, 1926, were read and approved as read.

The reports for the months of June and July were submitted and explained by Mr. Brown, and on motion were received and placed on file.

On motion of Mr. Gregg, duly seconded, the following PREFERRED STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that the regular quarterly dividend of One and Three Quarters Percent (1¾%) on the 7% Preferred Stock, Series "A", be, and the same is hereby declared payable September 1, 1926, to Stockholders of record August 25th.

Mr. Brown presented the APPEAL OF THE MILWAUKEE COUNTY LEAGUE OF WOMEN VOTERS for some support in their organized effort to induce women to come out and vote, and after discussion it was, upon motion of Mr. Anger

RESOLVED, that a donation of Fifty Dollars ($50.00) be authorized for this cause.

Mr. Brown also presented the APPEAL OF THE WISCONSIN CITIZENS' MILITARY TRAINING CAMP ASSOCIATION for financial support, and it was, after full discussion, on motion of Mr. Anger, duly seconded

WG-ANR-00081352

RESOLVED, that a donation of One Hundred Dollars ($100.00) be authorized for this cause.

The General Manager then reported to the Board the need of future financing, and of discussions and planning that he had carried on with the President, and presented more particularly the advisability of increasing the capitalization of the Company so as to have additional Common Stock available for issue.

The following resolution was introduced for a call of a special meeting of stockholders to consider this question:

> WHEREAS it is advisable that this Company have available for issue additional common capital stock, and that for this purpose the capitalization of this Company be increased,
>
> NOW THEREFORE, BE IT RESOLVED that a special meeting of the stockholders of the Company be called and held at the office of the Company in the city of Milwaukee, Wisconsin, on the 17th day of September, 1926, at 10:00 o'clock A.M., for the following purposes, to-wit:
>
> (1)  To consider and act upon the advisability of amending, and if deemed advisable, to amend the Articles of Association and Charter of the Company in such manner and form as the stockholders may deem advisable so as to increase the authorized common capital stock of the Company to such an amount as is expedient in the judgment of the stockholders.
>
> (2)  To consider and act upon any other matter either connected with the foregoing or otherwise in any wise relating to the financial affairs or property of the Company, present or future.
>
> (3)  To authorize and empower the directors and officers of the Company to take any other action necessary or proper fully to carry into effect any resolution or action taken at said meeting.

WG-ANR-00081353

-3-   Adjourned Regular Meeting Board of Directors - 8/23/26.

(4)  To transact such other and further business in or connected with or in relation to any of the foregoing matters that may be brought before the meeting.

FURTHER RESOLVED, that at least ten (10) days notice shall be given by the Secretary, in two daily papers published in the city of Milwaukee, of the time and place where the said meeting of the stockholders will be held, which notice also shall state the purposes of said meeting, and that on or before said date of publication the Secretary also mail a copy of such notice to each holder of the common stock of the Company at his address according to the books of the Company.

After full discussion the above resolution was, upon motion of Mr. White, unanimously adopted.

There being no further business, the meeting adjourned.

_____
                                     Secretary.

WG-ANR-00081354

WG-ANR-00081355



## SPECIAL MEETING OF STOCKHOLDERS

### MILWAUKEE GAS LIGHT CO.

### Friday, September 17, 1926, at 10:00 A.M.

Pursuant to call, issued in accordance with the resolution of the Board of Directors under date of August 23, 1926, a special meeting of Stockholders of Milwaukee Gas Light Company was held at the office of the Company, in the City of Milwaukee, Wisconsin, on the 17th day of September, 1926, at ten o'clock A.M.

Vice President Glass presided and Secretary Haase kept the minutes.

The Secretary reported that notice of this meeting was mailed to all stockholders on the 4th day of September, and submitted the affidavit of Ethel M. Smith, dated September 16, 1926, in proof of such mailing. The affidavit was ordered filed and the Secretary was directed to append a copy thereof to the minutes of this meeting. The Secretary also reported that notice of the meeting was published in two daily newspapers published in the City of Milwaukee, as required by the By-Laws of the Company, and submitted affidavit of J. W. Sparling, dated September 14, 1926, and affidavit of F. V. Smith, dated September 16, 1926, in proof of such publication. Said affidavits were ordered filed and the Secretary was directed to append copies thereof to the minutes of this meeting.

A copy of said notice is as follows:



WG-ANR-00081356

"Notice is hereby given that a special meeting of Stockholders of Milwaukee Gas Light Company is hereby called and will be held at the office of the Company, 182 Wisconsin St., Milwaukee, Wisconsin, on the 17th day of September, 1926, at 10:00 A.M., for the following purposes, to-wit:

(1)  To consider and act upon the advisability of amending, and if deemed advisable, to amend the Articles of Association and Charter of the Company in such manner and form as the stockholders may deem advisable so as to increase the authorized common capital stock of the Company to such an amount as is expedient in the judgment of the stockholders.

(2)  To consider and act upon any other matter either connected with the foregoing or otherwise in any wise relating to the financial affairs or property of the Company, present or future.

(3)  To authorize and empower the directors and officers of the Company to take any other action necessary or proper fully to carry into effect any resolution or action taken at said meeting.

(4)  To transact such other and further business in or connected with or in relation to any of the foregoing matters that may be brought before the meeting.

By order of the Board of Directors,

(Signed)  E. Haase, Secretary.  "


The Secretary then read the notice for this meeting.

The following holders of Common Stock were present either in person or by proxy:

| Present in Person | Shares |
| --- | --- |
| R. B. Brown | 26 |
| Sheldon J. Glass | 23 |
| Guy F. Gregg | 11 |
| Ewald Haase | $23\frac{1}{2}$ |
| Fred W. Rogers | 1 |
| Edwin E. White | 15 |
| Total | $99\frac{1}{2}$ |

WG-ANR-00081357

SHELDON J. GLASS
VICE PRESIDENT
R. B. BROWN
VICE PRESIDENT GENERAL MANAGER
EWALD HAASE
VICE PRESIDENT SECRETARY TREASURER

PLEASE ADDRESS ALL COMMUNICATIONS
TO THE COMPANY

MILWAUKEE GAS LIGHT CO.
182 WISCONSIN STREET.
MILWAUKEE.

September 4, 1926.

Notice is hereby given that a special meeting of Stockholders of Milwaukee Gas Light Company is hereby called, and will be held at the office of the Company, 182 Wisconsin St., Milwaukee, Wisconsin, on the 17th day of September, 1926, at 10:00 A.M., for the following purposes, to-wit:

(1) To consider and act upon the advisability of amending, and if deemed advisable, to amend the Articles of Association and Charter of the Company in such manner and form as the stockholders may deem advisable so as to increase the authorized common capital stock of the Company to such an amount as is expedient in the judgment of the stockholders.

(2) To consider and act upon any other matter either connected with the foregoing or otherwise in any wise relating to the financial affairs or property of the Company, present or future.

(3) To authorize and empower the directors and officers of the Company to take any other action necessary or proper fully to carry into effect any resolution or action taken at said meeting.

(4) To transact such other and further business in or connected with or in relation to any of the foregoing matters that may be brought before the meeting.

By Order of the Board of Directors,

Secretary.

If you cannot be personally present, please sign and date the enclosed proxy in the presence of a witness and return it in the enclosed envelope.
The necessary revenue stamps will be affixed and cancelled.

WG-ANR-00081358

## AFFIDAVIT OF PUBLICATION

## STATE OF WISCONSIN,
### MILWAUKEE COUNTY. } SS.



MILWAUKEE GAS LIGHT CO.—Notice of Special Meeting of Stockholders.
Notice is hereby given that a special meeting of the stockholders of Milwaukee Gas Light Company is hereby called, and will be held at the office of the Company, 123 Wisconsin street, in the city of Milwaukee, at 10:30 a. m., for the following purposes, to-wit:
(1) To consider and act upon the advisability of amending, and if deemed advisable to amend the Articles of Association and Charter of the company in such manner and form as the stockholders may deem advisable so as to increase the authorized common capital stock of the company, by such an amount as is sufficient in the judgment of the stockholders.
(2) To consider and act upon any other matters connected with the foregoing or otherwise in any wise relating to the financial affairs or property of the Company, present or future.
(3) To authorize and empower the directors and officers of the Company to take any other steps necessary or proper to carry into effect any resolution or action taken at said meeting.
(4) To transact such other and further business in or connected with or in relation to any of the foregoing matters that may be brought before the meeting.
By Order of the Board of Directors.
EWALD HAASE, Secretary.

......J. W. Sparling...... being duly sworn, says that he is the foreman of the printers of THE MILWAUKEE SENTINEL, which is a public newspaper of general circulation, printed and published in the city of Milwaukee, in said County; that a notice of which the printed one hereto attached is a true copy was published in said newspaper ~~once in each week for~~ ......................... ~~successive weeks commencing~~ on the ....8th.... day of ......September...... A. D. 19.26, that the said MILWAUKEE SENTINEL is a newspaper printed in the English language, and that said printed copy was taken from said newspaper.

Subscribed and sworn to before me this...14th.... day of......September...... A. D. 19.26

......J. W. Sparling......

......J. N. Shibelka...... Notary Public, Milwaukee County.

My commission expires April 15, 1928.

WG-ANR-00081359

60

# Affidavit of Publication

State of Wisconsin, } ss.
Milwaukee, County.

.............. *F. V. Smith* ........, being duly sworn, says that he is the foreman of the printers of The Milwaukee Journal, which is a public newspaper of general circulation, printed and published in the city of Milwaukee, in said county; that a notice, of which the printed one hereto attached is a true copy, was published in said newspaper on the........*Seventh* day of .......*September*.......192.*6*. and once in each and every week thereafter for ....................... successive and consecutive weeks; that the date of the last of such publications was the .......*Seventh*.......day of .....*September*.......A. D., 192*6*.; and that said publication was made once in each week for..............successive weeks in all. That the said Milwaukee Journal is a newspaper printed in the English language and that said printed copy was taken from said newspaper.

.............. *F. V. Smith* ..............

Subscribed and sworn to before me this .......*16 th*..............day of ..............*September*.............A. D. 192*6*.

.............. *E. A. Belda* ..............
Notary Public, Milwaukee County, Wis.

My commission expires Jan. 2, 1927

MILWAUKEE GAS LIGHT CO.
Notice of Special Meeting of Stockholders.
Notice is hereby given that a special meeting of stockholders of Milwaukee Gas Light Company is hereby called, and will be held at the office of the Company, 182 Wisconsin St., Milwaukee, Wisconsin, on the 17th day of September, 1926, at 10:00 A. M., for the following purposes, to-wit:
(1) To consider and act upon the advisability of amending, and if deemed advisable, to amend the Articles of Association and Charter of the Company in such manner and form as the stockholders may deem advisable so as to increase the authorized common capital stock of the Company to such an amount as is expedient in the judgment of the stockholders.
(2) To consider and act upon any other matter either connected with the foregoing or otherwise in any wise relating to the financial affairs or property of the Company, present or future.
(3) To authorize and empower the directors and officers of the Company to take any other action necessary or proper fully to carry into effect any resolution or action taken at said meeting.
(4) To transact such other and further business in or connected with or in relation to any of the foregoing matters that may be brought before the meeting.
By Order of the Board of Directors.
EWALD HAASE, Sec'y.

WG-ANR-00081360

Milwaukee, Wisconsin,

September 17, 1926.

To the Special Meeting of Stockholders,

Milwaukee Gas Light Company.

The undersigned inspectors of election hereby
report that they have canvassed the powers of attorney presented
at the meeting and compared them with the list of stockholders
of Common Stock and find that the holders of.... *99 1/2* ....shares
of capital stock of the company are present in person, and the
holders of *107709* ..shares are present by proxy, as per list
hereto attached and hereby made a part hereof.

*Guy F. Gregg*

*Pedric Rogers*

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 120 of 125   Document 50-8

WG-ANR-00081361

SPECIAL STOCKHOLDERS' MEETING                 September 17, 1926

| Present in Person | Shares |
|---|---|
| R. B. Brown | 26 |
| Sheldon J. Glass | 23 |
| Guy F. Gregg | 11 |
| Ewald Haase | $23\frac{1}{2}$ |
| Fred W. Rogers | 1 |
| Edwin E. White | 15 |
| | $99\frac{1}{2}$ |

WG-ANR-00081362

## SPECIAL STOCKHOLDERS' MEETING          September 17, 1926.

### Present by Proxy

|  |  | Shares |
|---|---|---:|
| American Light & Traction Co., by S. J. Glass |  | 107,013 |
| Arthur H. Anger | do. | 1 |
| Adeline Madeira Doebler | do. | 33 |
| Morris F. Fox | do. | 44 |
| Alfred Morton Githens | do. | 7 |
| Lucy S. Jessup | do. | 68 |
| Alanson P. Lathrop | do. | 1 |
| James Lawrence | do. | 1 |
| Katherine M. Morris | do. | 33 |
| George R. Nichols | do. | 28 |
| Ethel B. Scully | do. | 11 |
| George Stevens | do. | 69 |
| | Total | 107,309 |

WG-ANR-00081363

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, September 20, 1926, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger,
Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of August 23rd were read
and approved as read.

The General Manager submitted the report for the month
of August, with comment, and on motion same was ordered placed
on file.

On motion of Mr. Gregg, duly seconded, the following
COMMON STOCK DIVIDEND RESOLUTION was unanimously adopted:

RESOLVED, that the regular quarterly dividend of Two and
One-half Percent (2½%), on the Common Stock, amounting to One
Hundred Thirty-seven Thousand Five Hundred Dollars ($137,500.),
be, and the same is hereby declared payable September 25th to
stockholders of record at that date.

The General Manager reported that the officers had
executed the Certificate of Amendment of the Charter, as instructed
by the stockholders, and had filed the same with the Secretary
of State.

On motion of Mr. White, duly seconded, it was

RESOLVED, that a donation of Fifty Dollars ($50.00)
be made to the Milwaukee Chapter of Disabled American Veterans of

WG-ANR-00081364

MILWAUKEE GAS LIGHT COMPANY

#2    Regular Meeting Board of Directors - 9/20/26.

<u>World War</u> for the special purpose of service to former soldiers in hospitals who are not receiving compensation from the government.

On motion duly made, seconded and carried, the meeting adjourned.

_____
                     Secretary.

WG-ANR-00081365

Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, October 18, 1926, at 4:00 P.M.

Pursuant to By-Laws

There being no quorum present, the meeting was adjourned
to Monday, October 25th at 4:00 P.M.

_____
Secretary.

Adjourned Regular Meeting Board of Directors

Milwaukee Gas Light Co.

Monday, October 25, 1926, at 4:00 P.M.

Pursuant to By-Laws

There were present Messrs. Glass, White, Rogers, Anger,
Gregg, Brown and Haase.

The Vice President, Mr. Glass, presided.

The minutes of the meeting of September 20th were read
and approved as read.

The report for the month of September was submitted by
the General Manager, with extensive comments, and was upon motion
accepted and placed on file.

The General Manager reviewed to the Board the action
already taken by the Directors at the meeting of August 23, 1926,
and by the Stockholders at the Special Meeting held September 17,
1926, contemplating the increase of the Common Capital Stock of

WG-ANR-00081366