# EXHIBIT 6-A

The United Light and Power Company owns a majority of the voting stock of American Light & Traction Company.

In its answer to the questionnaire The United Light and Power Company states in Answer No. 1 (under the heading "Group A") as follows:

> "American Light & Traction Company is not treated as a member of the United Light and Power system, because it is answering a questionnaire for itself, to which the Committee is respectfully referred for information concerning that company and its subsidiaries."

This is the answer of American Light & Traction Company referred to in the above quotation from the answer of The United Light and Power Company.

The United Light and Power Company's answer divides the companies in its system into five groups as follows:

### United Light and Power Groups

Group A - Holding companies;

Group B - Operating companies owning stock in the "service" company (i.e., The United Light and Power Engineering and Construction Company);

Group C - Operating companies not owning stock in the "service" company;

Group D - Non-operating and non-holding companies; and

Group E - The United Light and Power Engineering and Construction Company.

For convenience of comparison this answer of American Light & Traction Company follows a somewhat similar grouping, viz.:

WG-ANR-00074249

## American Light & Traction Groups

Group A – Holding companies; (there are no holding
companies in the American Light & Traction
system) Note: The entire capital stock ($5,000)
of Milwaukee Solvay Coke Company, a non-profit
coke selling agency for The Milwaukee Coke and
Gas Company, is owned by that company.

Group B – Operating companies owning stock in a
"service" company; (there is no "service" company
in the American Light & Traction system.)

Group C – Operating companies not owning stock in a
"service" company;

Group D – Non-operating and non-holding companies; and

Group E – "Service" company. (There is no "service"
company in the American Light & Traction system.)

The fact that there are no holding companies (other than
referred to above under Group A) and no "service" company in the
American Light & Traction system eliminates Groups A, B, and E, and
hence reference to Groups C and D only will be made in the answers
to the questionnaire.

Tentative answers for Groups C and D are hereinafter set
forth. They are submitted for consideration and discussion and are
not to be regarded as final conclusions.

-2-

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 3 of 25   Document 50-12

WG-ANR-00074250

AMERICAN LIGHT & TRACTION COMPANY

GROUPING OF SUBSIDIARIES FOR ANSWER TO QUESTIONNAIRE
SPECIAL SENATE COMMITTEE

Group A - Holding companies.

    No companies in this group.

Group B - Operating companies owning stock in a "service" company.

    No companies in this group.

Group C - Operating companies not owning stock in a "service" company.

    Detroit City Gas Company
    Washtenaw Gas Company
    Grand Rapids Gas Light Company
    Kent County Gas Company
    Muskegon Gas Company
    American Michigan Pipe Line Company
    Milwaukee Gas Light Company
    Lakeshore Gas Company
    Wauwatosa Gas Company
    West Allis Gas Company
    Wisconsin Eastern Gas Company
    Milwaukee Coke and Gas Company
    Milwaukee Solvay Coke Company
    Madison Gas and Electric Company
    San Antonio Public Service Company
    South Texas Ice Company

Group D - Non-operating and non-holding companies.

    American Coal Company
    American Light and Traction Corporation, The
    Consolidated Building Company
    Dexter Company
    River Rouge Company
    San Antonio Gas and Electric Company
    San Antonio Traction Company
    Southern Light and Traction Company
    Waverly Company

Group E - "Service" companies.

    No companies in this group.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 4 of 25   Document 50-12

WG-ANR-00074251

QUESTIONNAIRE FROM THE SPECIAL COMMITTEE
OF
THE UNITED STATES SENATE
APPOINTED TO INVESTIGATE LOBBYING ACTIVITIES

---

The Special Senate Committee appointed under Senate Resolution No. 165, passed July 11, 1935, and further empowered under Senate Resolution No. 184, passed August 14, 1935, propounds the following questions to you. An immediate answer by you of the questions propounded will greatly facilitate the Committee's work, and in so doing, be advised that each question is asked not alone of yourself but of each of your associates, affiliates, subsidiaries, and corporate connections.

Through your answers to the questions propounded, the Committee desires to ascertain all pertinent facts bearing upon "servicing" of the individual units of your utility group and system, and for the purposes of this questionnaire "servicing" shall mean furnishing any managerial, financial, legal, engineering, purchasing, marketing, auditing, statistical, advertising, publicity, tax, research, or any other service, information, or data.

-4-

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 5 of 25   Document 50-12

WG-ANR-00074252

Explanatory Note (For Groups C and D).    In answering
this questionnaire respondent has confined its answers to matters
concerning itself and its "subsidiaries" meaning by that term
companies in which respondent owns a majority of the voting stock.
Because of lack of first-hand knowledge respondent does not attempt
to answer this questionnaire otherwise than as above stated.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 6 of 25   Document 50-12

WG-ANR-00074253

Question No. 1. By whom are the "servicing" operations of your group or system conducted:

      (a) Whether by companies especially organized within your group or system for that purpose;

      (b) Whether by companies or units of your group or system performing other functions than "servicing";

      (c) Whether by companies or organizations of any kind without your group or system;

      (d) Whether by operating or other units in their own behalf?

## GROUP C

Answer No. 1. "Servicing" operations of companies in Group C are performed by the staffs of the respective companies in the group, and by the staff of respondent. For certain of the companies in Group C "servicing" operations are performed also by the staffs of other companies in the group.

## GROUP D

Answer No. 1. "Servicing" operations of all companies in Group D are performed by the staffs of the respective companies in the group, by the staffs of some of the companies in Group C, and by the staff of respondent.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 7 of 25   Document 50-12

WG-ANR-00074254

Question No. 2. If "servicing" operations of your system are conducted in whole or in part by companies especially organized for that purpose, name such companies, state when and where organized, their home offices, names of their principal officers; give their financial set-up in detail, the kind and nature of services rendered by each, the companies or units of your group or system "serviced" by them; state in detail the services rendered each such "serviced" company or unit.

## GROUPS C AND D

Answer No. 2. "Servicing" operations of respondent's system are not conducted in whole or in part by companies especially organized for that purpose.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 8 of 25   Document 50-12

WG-ANR-00074255

Question No. 3. If "servicing" operations of your group or system are performed in whole or in part by companies in your group or system performing other than "servicing" functions,

> name such companies,
>
> state the various functions performed by each,
>
> their home offices and principal officers,
>
> their financial set-ups in detail,
>
> the kind and nature of services performed by each,
>
> and the companies or units of your group or system "serviced" by them;
>
> state in detail the services and functions rendered each company or unit so "serviced".

## GROUPS C AND D

Answer No. 3. "Servicing" operations of respondent's group or system are <u>not</u> performed in whole or in part by companies in respondent's group or system performing other than "servicing" functions.

Case 2:20-cv-01334-SCD Filed 01/27/23 Page 9 of 25 Document 50-12

WG-ANR-00074256

Question No. 4. If "servicing" operations of your group or system are performed in whole or in part by companies or organizations of any nature or by individuals outside your group or system,

name such company or other organization or individuals,

give their home offices,

officers, and

complete financial set-up if corporations or other organizations, and complete details as to financial responsibility, business organization, and methods, if individuals;

state the kind and nature of services rendered by any such corporation, organization, or individuals, and

the companies or units of your group or system "serviced" by them;

state in detail the services rendered each company or unit so "serviced".

### GROUPS C AND D

Answer No. 4. From time to time, as occasion requires, the services of lawyers, independent engineers, auditors and others outside the system are engaged. Such services are neither continuous nor rendered at regular intervals, and respondent is therefore of the opinion that information respecting such services is not desired by the Committee.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 10 of 25   Document 50-12

WG-ANR-00074257

Question No. 5. If "servicing" operations of any of the companies in your group or system are conducted in whole or in part in their own behalf and by their own staff or organization,

name such companies and

state the kind and nature of services so rendered;

if any service is rendered any such company otherwise than by its own staff and organization,

state the kind and nature of the service rendered and

by what company, organization, or individual performed.

GROUP C - Operating companies not owning stock in a "service" company.

Answer No. 5. "Servicing" operations of all the companies in Group C are conducted in part in their own behalf and by their own respective staffs and organizations.

The names of such companies are as follows:

Detroit City Gas Company
Washtenaw Gas Company
Grand Rapids Gas Light Company
Kent County Gas Company
Muskegon Gas Company
American Michigan Pipe Line Company
Milwaukee Gas Light Company
Lakeshore Gas Company
Wauwatosa Gas Company
West Allis Gas Company
Wisconsin Eastern Gas Company
Milwaukee Coke and Gas Company
Milwaukee Solvay Coke Company
Madison Gas and Electric Company
San Antonio Public Service Company
South Texas Ice Company

The kind and nature of the service so rendered is operating, engineering, accounting, financial and other services.

Service is rendered in part to all of the companies in Group C otherwise than by their own respective staffs and organizations.

-10-

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 11 of 25   Document 50-12

WG-ANR-00074258

The kind and nature of the service so rendered is engineering, accounting, financial, legal, purchasing, insurance and matters in connection with taxes.

Such services are rendered to all the companies in Group C by the staff of respondent.

To certain of the companies in Group C service is rendered also by the staffs in other companies in the group, viz.:

To Kent County Gas Company

    by staff of Grand Rapids Gas Light Company.

To American Michigan Pipe Line Company

    by staff of Muskegon Gas Company.

To Lakeshore Gas Company

    Wauwatosa Gas Company

    West Allis Gas Company

    Wisconsin Eastern Gas Company

    Milwaukee Coke and Gas Company

     by staff of Milwaukee Gas Light Company.

To Milwaukee Solvay Coke Company

    by staff of Milwaukee Coke and Gas Company.

To South Texas Ice Company

    by staff of San Antonio Public Service Company.

The kind and nature of the service so rendered is engineering, accounting, purchasing and matters in connection with taxes.

-11-

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 12 of 25   Document 50-12

WG-ANR-00074259

GROUP D - Non-operating and non-holding companies.

Answer No. 5. "Servicing" operations of all the companies in Group D are conducted in part in their own behalf and by their own respective staffs and organizations.

The names of such companies are as follows:

American Coal Company
American Light and Traction Corporation, The
Consolidated Building Company
Dexter Company
River Rouge Company
San Antonio Gas and Electric Company
San Antonio Traction Company
Southern Light and Traction Company
Waverly Company

The kind and nature of the service so rendered is accounting and financial and matters in connection with taxes.

Services are rendered in part to all the companies in Group D otherwise than by their own respective staffs and organizations.

The kind and nature of the service so rendered is accounting, financial, legal and matters in connection with taxes.

Such services are rendered to all the companies in Group D by the staff of respondent.

To certain of the companies in Group D service is rendered also by the staffs of certain companies in Group C; viz.:

To American Coal Company

San Antonio Gas and Electric Company

San Antonio Traction Company

by staff of San Antonio Public Service Company.

To Consolidated Building Company

by staff of Milwaukee Gas Light Company.

-12-

WG-ANR-00074260

To River Rouge Company

by staff of Detroit City Gas Company.

The kind and nature of the service so rendered is accounting and matters in connection with taxes.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 14 of 25   Document 50-12

WG-ANR-00074261

Question No. 6. If any "servicing" operations of your group or system are performed in any other manner or by any other companies, organizations or individuals than those described in the preceding questions,

state the manner in which such service is rendered,

its character and

by what company, organization, or individual performed;

describe such "servicing" entity in detail and

give all pertinent facts concerning the same.

## GROUPS C AND D

Answer No. 6. No "servicing" operations of respondent's group or system are performed in any other manner or by any other companies, organizations or individuals than those described in the answers to the preceding questions Nos. 1, 2, 3, 4, and 5.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 15 of 25   Document 50-12

WG-ANR-00074262

Question No. 7. If any "servicing" operations are performed for companies, organizations, or individuals outside and foreign to your group or system by any company or organization of any nature within your group or system, state the company, organization, or individual receiving the service, its extent and nature and the conditions, contractual or otherwise, under which performed.

Answer No. 7. No "servicing" operations are performed for companies, organizations, or individuals outside and foreign to respondent's group by any company or organization of any nature within respondent's group or system.

However respondent itself acts as New York transfer agent for the transfer of the _____ stocks of The United Light and Power Company which for the purposes of this answer is considered to be a company outside and foreign to respondent's group or system.

The nature and extent of such services are the same as those of banks and trust companies who act as transfer agents.

For its services as such transfer agent respondent received for the year 1934 $21,011.06, and for the first nine months of 1935 $14,135.92. The amounts so paid for the years 1929 to 1934, inclusive, are shown below:

| | |
|---|---|
| 1929 | $26,827.96 |
| 1930 | $32,610.36 |
| 1931 | $30,603.12 |
| 1932 | $24,363.40 |
| 1933 | $22,735.03 |
| 1934 | $21,011.06 |

WG-ANR-00074263

Question No. 8. If the "servicing" functions outlined in preceding questions are performed under contracts, written or oral, or otherwise;

between whom in said instances were these arrangements, contractual or otherwise, negotiated and consummated;

if they are performed by reason of any charter, corporate or intersystem arrangement or understanding, describe the same in detail;

where contracts or arrangements of any nature are written, submit copies of all such, and

where not written, state the substance of the same as accurately as possible.

GROUP C - Operating companies not owning stock in a "service" company

Answer No. 8. For the purposes of this answer the companies in Group C are divided into three classes, viz.

## Class I

Companies in Group C for which "servicing" functions outlined in preceding questions are performed by respondent's staff without compensation of any sort to respondent or to any member of respondent's staff. The companies in this class are the following:

Washtenaw Gas Company
Kent County Gas Company
American Michigan Pipe Line Company
Milwaukee Coke and Gas Company
Milwaukee Solvay Coke Company
San Antonio Public Service Company
South Texas Ice Company

Such services are so performed without contract or understanding, and are performed because of respondent's ownership of all or substantially all of the voting stock of such company in Class I.

## Class II

Companies in Group C for which "servicing" functions outlined

in preceding questions are performed by respondent's staff for compensation to respondent (but without compensation to any member of respondent's staff). The names of the companies in Class II, and the annual compensation being received by respondent for them respectively are as follows:

| | |
|---|---:|
| Detroit City Gas Company | $ 16,850 |
| Grand Rapids Gas Light Company | 10,800 |
| Muskegon Gas Company | 3,600 |
| Milwaukee Gas Light Company | 48,000 |
| Lakeshore Gas Company | 1,200 |
| Wauwatosa Gas Company | 4,000 |
| West Allis Gas Company | 6,000 |
| Madison Gas and Electric Company | 16,800 |
| | $107,250 |

The total Gross Revenue of the above companies for the year 1934 was $24,167,237.11. The above compensation to respondent of $107,250.00 was 44/100 of 1% of such total Gross Revenue.

Such functions are performed under corporate or intersystem arrangements or understandings of which the following is an illustration:

"WHEREAS, the American Light & Traction Company through its organization and staff has heretofore rendered, and is hereafter to render to this Company valuable services in connection with the organization financing, management and operation of the affairs of this Company, and has agreed to in the future render such services as may from time to time be required of it in that behalf,

BE IT RESOLVED, that, in consideration of services rendered and to be rendered, said American Light & Traction Company shall receive until further action of this Board, a sum of _____ per year."

## Class III

Companies in Group C for which "servicing" functions outlined in preceding questions are performed by staffs of other companies in Group C. The names of such companies and the names of the companies

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 18 of 25   Document 50-12

WG-ANR-00074265

by whose staffs such services are performed are as follows:

To Kent County Gas Company

by staff of Grand Rapids Gas Light Company.

To American Michigan Pipe Line Company

by staff of Muskegon Gas Company.

To Lakeshore Gas Company
Wauwatosa Gas Company
West Allis Gas Company
Wisconsin Eastern Gas Company
Milwaukee Coke and Gas Company

by staff of Milwaukee Gas Light Company.

To Milwaukee Solvay Coke Company

by staff of Milwaukee Coke and Gas Company.

To South Texas Ice Company

by staff of San Antonio Public Service Company.

Such functions are performed under corporate or intersystem arrangements or understanding, none of which are in writing.

No compensation is received by any member of the staff of any company performing such functions.

No compensation is received by any company whose staff performs such functions subject to the following possible exception:

The Lakeshore, Wauwatosa, West Allis and Wisconsin Eastern Gas Companies supply territory lying contiguous to and near the City of Milwaukee. They have no gas manufacturing plants, and own and operate distribution systems only. They purchase gas wholesale from Milwaukee Gas Light Company at rates approved by the Public Service Commission of Wisconsin. They have a very limited personnel and are not organized to do construction work. The Milwaukee Gas Light Company has performed

WG-ANR-00074266

construction work for them at actual cost plus 12%, with the knowledge of the Public Service Commission of Wisconsin.

NOTE: Assuming that Milwaukee Solvay Coke Company is referred to on page 2--I do not see the need for reference to servicing of that company by Milwaukee Coke and Gas Company here.

Otherwise the servicing should be referred to, viz. The Milwaukee Solvay Coke Company, a non-profit selling agent whose entire capital stock of $5,000 is owned by Milwaukee Coke and Gas Company. Because of such ownership and the sales company's limited personnel, servicing functions are performed for it by the Coke and Gas Company.

GROUP D - Non-operating and non-holding companies

Answer No. 8. "Servicing" functions outlined in the answers to questions Nos. 1, 2, 3, 4 and 5 are performed for all companies in Group D by the staff of respondent.

Such functions are not performed under contracts, written or oral. Such functions are performed by respondent's staff for all the companies in Group D (except San Antonio Gas and Electric Company and San Antonio Traction Company) because of respondent's ownership of all or substantially all the voting stock of each of such companies. Such functions are so performed without compensation of any sort to respondent or to any member of respondent's staff.

Such functions are so performed by respondent's staff for San Antonio Gas and Electric Company and San Antonio Traction Company for the following reasons: Said two companies were the predecessors of San Antonio Public Service Company (one of respondent's subsidiaries)

WG-ANR-00074267

and for legal reasons it has been deemed advisable to continue the
corporate existence of said two companies. Such functions are so
performed by respondent's staff without compensation of any sort to
respondent or to any member of respondent's staff.

"Servicing" functions outlined in the answers to questions
Nos. 1, 2, 3, 4 and 5 are performed for certain of the companies in
Group D by the staffs of certain companies in Group C, viz:

For American Coal Company
    San Antonio Gas and Electric Company
    San Antonio Traction Company

    by staff of San Antonio Public Service Company.

For Consolidated Building Company

    by staff of Milwaukee Gas Light Company.

For River Rouge Company

    by staff of Detroit City Gas Company.

Such functions are not performed under contracts, written
or oral.

Such functions are performed by the staff of San Antonio
Public Service Company for American Coal Company because both companies
are subsidiaries of respondent. Such functions are so performed by the
staff of San Antonio Public Service Company without compensation to
that company or to any member of its staff.

Such functions are performed by the staff of San Antonio
Public Service Company for San Antonio Gas and Electric Company and
San Antonio Traction Company for the following reason: Said two
companies were the predecessors of San Antonio Public Service Company
and for legal reasons it has been deemed advisable to continue the

WG-ANR-00074268

corporate existence of said two companies. Such functions are so
performed by the staff of San Antonio Public Service Company without
compensation of any sort to that company or to any member of its staff.

WG-ANR-00074269

Question No. 9. State the basis of payment or remuneration
for all "servicing" functions within your group or system, if the same
is standardized;

if said basis of payment is not standardized, state

the basis of payment or other remuneration in each
instance where "servicing" functions are performed for or by
members of your group or system, regardless of what company,
organization, or individual performs it or for what company,
organization, or individual it is performed, and

whether either of the parties to the "servicing"
operation is without or foreign to your group or system.

Answer No. 9. Basis of payment or remuneration for all
"servicing" functions within respondent's group or system is not
standardized.

GROUP C - Operating companies not owning stock in a "service" company

Answer No. 9. Respondent receives from the companies in
Group C named below the respective annual amounts set out below as
payment or remuneration for "servicing" functions:

| | | |
|---|---|---|
| Detroit City Gas Company | $16,850 per annum | |
| Grand Rapids Gas Light Company | 10,800 " " | |
| Muskegon Gas Company | 3,600 " " | |
| Milwaukee Gas Light Company | 48,000 " " | |
| Lakeshore Gas Company | 1,200 " " | |
| Wauwatosa Gas Company | 4,000 " " | |
| West Allis Gas Company | 6,000 " " | |
| Madison Gas and Electric Company | 16,800 " " | |

As indicated in answers to questions Nos. 1, 5 and 6 "servicing"
functions are performed for certain of the companies in Group C by the
staffs of other companies in the group. Such companies and the basis
of payment or remuneration in each instance are as follows:

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 23 of 25   Document 50-12

WG-ANR-00074270

Kent County Gas Company

For "servicing" functions performed by staff of Grand Rapids
Gas Light Company that company is reimbursed not to exceed actual
cost. Both companies are under the jurisdiction of the Michigan
Public Utilities Commission and report regularly to that Commission.

American Michigan Pipe Line Company

For "servicing" functions performed by staff of Muskegon Gas
Company that company is reimbursed not to exceed actual cost.
Both companies are under the jurisdiction of the Michigan Public
Utilities Commission and report regularly to that Commission.

Lakeshore Gas Company
Wauwatosa Gas Company
West Allis Gas Company
Wisconsin Eastern Gas Company

For "servicing" functions performed by staff of Milwaukee Gas
Light Company that company is reimbursed not to exceed actual cost
except in case of construction work for which that Company is re-
imbursed actual cost plus 12%. All five companies are under the
jurisdiction of the Public Service Commission of Wisconsin and
report regularly to that Commission.

Milwaukee Coke and Gas Company

For "servicing" functions performed by staff of Milwaukee Gas
Light Company that company is not compensated.

Milwaukee Solvay Coke Company

For "servicing" functions performed by staff of Milwaukee Coke
and Gas Company that company is not compensated.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 24 of 25   Document 50-12

WG-ANR-00074271

South Texas Ice Company

For "servicing" functions performed by staff of San Antonio Public Service Company that company is not compensated.

No party to the "servicing" operation is without or foreign to respondent's group or system.

WG-ANR-00074272