# EXHIBIT 11

# THE MILWAUKEE COKE & GAS COMPANY
## DIRECTORS
### 1926 - 1932

OCT 28 1932

| | | 1926 Jan. 12 | 1927 Jan. 11 | | 1928 Jan. 10 | | | 1929 Jan. 8 | 1930 Jan.14 | 1931 Jan.13 | 1932 Jan.12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Becker, Joseph | | Becker | | Becker | | Res. 8/6/28 | | | | |
| | Brenner, E. C. | | | | | | Elec. 8/6/28 | Brenner | Brenner | Brenner | Brenner |
| 1/1/26 | Brett, C.C. | Brett | Brett | Res. 5/18/27 | | | | | | | |
| | Brown, R. B. | | | | | | Elec. 8/6/28 | Brown | Brown | Brown | Brown |
| | Doolittle, H. | | | Elec. 1/11/27 | Doolittle | | Res. 8/6/28 | | | | |
| | Douthirt, W. F. | | | | | | Elec. 8/6/28 | Douthirt | Douthirt | Douthirt | Douthirt |
| 1/1/26 | Fawsett, Charles F. | Fawsett | | | | | | | | | |
| 1/1/26 | Gruhl, Edwin | Gruhl | | | | | | | | | |
| | Gubelmann, Ivan | | Gubelmann | Res. 1/11/27 | | | | | | | |
| | Haase, Ewald | | | | | | Elec. 8/6/28 | Haase | Haase | Haase | Haase |
| | Janney, T.G. | | | Elec. 5/18/27 | Janney | | Res. 8/6/28 | | | | |
| 1/1/26 | Lathrop, Alanson P. | | | | | | Elec. 8/6/28 | Lathrop | Lathrop | Lathrop | Lathrop |
| 1/1/26 | Liebner, W.C. | Liebner | Liebner | | Liebner | | | Liebner | Liebner | Liebner | Liebner |
| | Mackie, George W. | Mackie | Mackie | | Mackie | | | Mackie | Mackie | Mackie | Mackie |
| | Rahn, Bruno | | | | | | Elec. 8/6/28 | Rahn | Rahn | Rahn | Rahn |
| | Ramsburg, C.J. | | Ramsburg | | Ramsburg | | Res. 8/6/28 | | | | |
| 1/1/26 | Ray, Charles | Ray | | | | | | | | | |
| | Rust, H. B. | | | Elec. 5/18/27 | Rust, H.B. | | Res. 8/6/28 | | | | |
| | Rust, W. F. | | Rust, W.F. | | Rust, W.F. | | Res. 8/6/28 | | | | |
| 1/1/26 | Schlesinger, A.A. | Schlesinger | Schlesinger | Res. 5/18/27 | | | | | | | |
| | Shaner, John D. | | | Elec. 5/18/27 | Shaner | | Res. 8/6/28 | | | | |
| 1/1/26 | Shannon, F.J. | Shannon | | | | | | | | | |
| | Smith, L. T. | | | | | | Elec. 8/6/28 | Smith | Smith | Smith | Smith |
| 1/1/26 | Westerman, C.W. | Westerman | Westerman | Res. 5/18/27 | | | | | | | |

OLD BADGER BOND  MADE IN USA

THE MILWAUKEE COKE & GAS COMPANY

EXECUTIVE OFFICERS

1926 - 1932

| | | 1926 Jan. 12 | 1927 Jan. 11 | | 1927 May 18 | 1928 Aug. 6 | 1929 Jan. 8 | 1930 Jan. 14 | 1931 Jan. 13 | 1932 Jan. 12 |
|---|---|---|---|---|---|---|---|---|---|---|
| **President** | | | | | | | | | | |
| 1/1/26 | Schlesinger, A.A. | Schlesinger | Schlesinger | Res. 5/18/27 | | | | | | |
| | Rust, H.B. | | | Elec. 5/18/27 | Rust, H.B. | Res. 8/6/28 | | | | |
| | Brown, R.B. | | | | | Elec. 8/6/28 | Brown | Brown | Brown | Brown | Brown |
| **Vice-Presidents** | | | | | | | | | | |
| 1/1/26 | Ray, Charles | Ray | | | | | | | | |
| 1/1/26 | Fawsett, Charles F. | Fawsett | Fawsett | Res. 5/18/27 | | | | | | |
| 1/1/26 | Liebner, W.C. | Liebner | Liebner | | Liebner | | Liebner | Liebner | Liebner | Liebner | Liebner |
| 1/1/26 | Mackie, George W. | Mackie | Mackie | | Mackie | | Mackie | Mackie | Mackie | Mackie | Mackie |
| | Rust, W.F. | | | Elec. 5/18/27 | Rust, W.F. | Res. 8/6/28 | | | | |
| | Janney, T.G. | | | Elec. 5/18/27 | Janney | Res. 8/6/28 | | | | |
| | Haase, Ewald | | | | | Elec. 8/6/28 | Haase | Haase | Haase | Haase | Haase |
| | Douthirt, W.F. | | | | | Elec. 8/6/28 | Douthirt | Douthirt | Douthirt | Douthirt | Douthirt |
| **Secretary** | | | | | | | | | | |
| 1/1/26 | Westerman, C.W. | Westerman | Westerman | Res. 5/18/27 | | | | | | |
| | Brooks, Jr., John S. | | | Elec. 5/18/27 | Brooks Jr. | Res. 8/6/28 | | | | |
| | Smith, L.T. | | | | | Elec. 8/6/28 | Smith | Smith | Smith | Smith | Smith |
| **Treasurer** | | | | | | | | | | |
| 1/1/26 | Brett, C.C. | Brett | Brett | Res. 5/25/27 | | | | | | |
| | Brown, S.T. | | | Elec. 5/25/27 | Brown | Res. 8/6/28 | | | | |
| | Smith, L.T. | | | | | Elec. 8/6/28 | Smith | Smith | Smith | Smith | Smith |

**EXECUTIVE COMMITTEE**

| | | 1926 | 1927 | 1927 | |
|---|---|---|---|---|---|
| 1/1/26 | Schlesinger, A.A.-Chair. | Schlesinger | Schlesinger | Res. 5/18/27 | The Executive Committee ceased existing on May 18, 1927, by reason of the resignation of Mr. Schlesinger. No appointments were made by the Board of Directors subsequent to that date. |
| 1/1/26 | Gruhl, Edwin | Gruhl | | | |
| 1/1/26 | Liebner, W.C. | Liebner | Liebner | | |
| | Rust, W.F. | | Rust | | |

WG-ANR-00054547

MILWAUKEE GAS LIGHT COMPANY

DIRECTORS

1926 - 1932

OCT 28 1932

| | | 1926<br>Feb. 1 | 1927<br>Feb. 7 | 1928<br>Feb.11 | 1929<br>Feb. 4 | 1930<br>Feb. 8 | 1931<br>Feb. 2 | 1932<br>Feb. 9 |
|---|---|---|---|---|---|---|---|---|
| 1/1/26 | Anger, Arthur H. | Anger | Anger | Anger | Anger | Anger | Anger | Anger |
| 1/1/26 | Brown, R. B. | Brown | Brown | Brown | Brown | Brown | Brown | Brown |
| | Davidson, Walter | | | | | | Elec.4/20/31 | Davidson |
| 1/1/26 | Glass, Sheldon J. | Glass | Glass | Glass | Glass | Glass  Died 4/22/30 | | |
| 1/1/26 | Gregg, Guy F. | Gregg | Gregg | Gregg | Gregg | Gregg  Died 4/17/30 | | |
| 1/1/26 | Haase, Ewald | Haase | Haase | Haase | Haase | Haase | Haase | Haase |
| 1/1/26 | Lathrop, Alanson P. | Lathrop | Lathrop | Lathrop | Lathrop | Lathrop | Lathrop | Lathrop |
| 1/1/26 | Lawrence, James | Lawrence | | | | | | |
| | Lindsay, Herbert F. | | Lindsay | Lindsay | Lindsay | Lindsay | Lindsay | Lindsay |
| | Messinger, C. R. | | | | Elec. 5/27/29 | Messinger | Messinger | Messinger |
| 1/1/26 | Rogers, Fred W. | Rogers | Rogers | Rogers | Rogers | Rogers | Rogers | Rogers |
| | Smith, L. T. | | | | Smith  Res. 5/27/29 | Elec. 4/26/30 | Smith | Smith |
| 1/1/26 | White, Edwin E. | White | White | White  Died 9/28/28 | | | | |

MILWAUKEE GAS LIGHT COMPANY

EXECUTIVE OFFICERS

1926 – 1932

| | | 1926<br>Feb. 1 | 1927<br>Feb. 7 | 1928<br>Feb. 11 | 1929<br>Feb. 4 | 1930<br>Feb. 8 | | 1931<br>Feb. 2 | 1932<br>Feb. 9 |
|---|---|---|---|---|---|---|---|---|---|
| | **President** | | | | | | | | |
| 1/1/26 | Lathrop, Alanson P. | Lathrop | | | | | | | |
| | Brown, R. B. | | Brown | Brown | Brown | Brown | | Brown | Brown |
| | **Vice-Presidents** | | | | | | | | |
| | Glass, Sheldon J. | Glass | Glass | Glass | Glass | Glass | Died 4/22/30 | | |
| | Brown, R. B. | Brown | | | | | | | |
| | Haase, Ewald | Haase | Haase | Haase | Haase | Haase | | Haase | Haase |
| | Lawrence, James | Lawrence | Lawrence | Lawrence | Lawrence | Lawrence | | Lawrence | Lawrence |
| | **General Manager** | | | | | | | | |
| | Brown, R. B. | Brown | Brown | Brown | Brown | Brown | Res. 3/22/30 | | |
| | Haase, Ewald | | | | | | Elec. 3/22/30 | Haase | |
| | Rahn, Bruno | | | | | | | | Rahn |
| | **Secretary** | | | | | | | | |
| | Haase, Ewald | Haase | Haase | Haase | Haase | Haase | | Haase | Haase |
| | **Treasurer** | | | | | | | | |
| | Haase, Ewald | Haase | Haase | Haase | Haase | Haase | | Haase | Haase |

WG-ANR-00054549