# EXHIBIT 20

MILWAUKEE SOLVAY COKE COMPANY

Exhibit No. 83

Acquisition of Coke Company by American Light & Traction Company
and additional investments by A. L. & T. Co. and M. G. L. Co.

Coke Company was acquired by American Light & Traction Company July 26, 1928
at a cost of $7,654,400.00.

Investments by American Light & Traction Company.

Gas Producer Plant
| | |
|---|---|
| Producer Plant | $781,277. |
| Reconstructing Hose House, Yard Tracks, Underground Pipe, Sewers, etc. | 22,254. |
| Auxiliary Piping, Wiring, Sewers, Tracks and Roadway for Producer Plant | 17,361. |
| Gas Exhauster with Accessory Foundation, Piping, etc. | 27,979. |
| Six second hand Railroad Cars | 6,197. |
| | $855,068. |

Investment by Milwaukee Gas Light Company.

Liquefied Petroleum Gas Plant
| | | |
|---|---|---|
| Construction Cost Years 1942 to 1949 | | $150,519.86 |
| Dismantling Cost | $4,320.32 | |
| Less Salvage Year 1947 | 2,599.51 | 1,720.81 |
| Total Cost | | $152,240.67 |
| Less Depreciation charged | | 19,249.77 |
| | | $132,990.90 |
| Less Scrap Value of Fractionating Column not included in American Appraisal Co. appraisal | | 1,451.00 |
| | | $131,539.90 |
| Residual Value per appraisal by American Appraisal Co. | | 37,500.00 |
| Payment by Milwaukee Gas Light Co.--February 15, 1951 | | $ 94,039.90 |

In addition to above expenditures approximately $2,500,000., including twenty
additional ovens, was added to Fixed Capital Account during the period
July 26, 1928 to date.

December 9, 1952