# EXHIBIT 22

# LOG BOOK NOTES

Feb. 1946 — In February 1946 the time office started paying every two weeks.

May 5, 1949 — Discontinued shipments of coke to the Inland Steel Co. This ended contracts under which coke had been shipped since July 27, 1947. Except for a few periods shipments were made daily. From September 23, 1947 until December 15, 1947, 720 tons per day were shipped.

Sept. 1949 — Sept. 12-15 -- 4 days - 750 tons per day to Carnegie Steel Co.
" 26-29   4  "  1000  "   "   "   "   "   "   "
"30-Oct.4 4  "   500  "   "   "   "   "   "   "
"    4       300  "   "   "   "   "   "   "

Nov. 15, 1949 — Started sending coke oven gas to the Sewage Plant

Nov. 7, 1949 — Started producing foundry coke in Koppers battery #1

Dec. 5, 1949 — Coal miners started a 3-day instead of a 5-day work week.

Jan. 7, 1950 — 7 A.M. The City of Milwaukee was completely changed over to natural gas.

Mar. 1, 1950 — Started shipping 100 tons per day to Interlake Iron Co.

Mar. 30, 1950 A.M. — Explosion at Sewage Plant drier.

Apr. 1, 1950 — Started shipments of coke to the Youngstown Sheet & Tube Co. 500 tons per day at $16.50. The price was increased to $16.85 on August 28, 1950. Shipments are to continue at this price until June 30, 1951. For a time all coke from battery #2 was shipped to this company which was more than 500 tons. Later the amount was reduced to 500 tons and the balance sold to the Inland Steel Co.

Apr. 17, 1950 — 4 P.M. Started using the new blast furnace screen (1" x 1").

May 10, 1950 — 3:15 P.M. Cut in the new butane vaporizer.

Apr. 20, 1950 — 4 P.M. Started shipping all of Blk. 2 coke out as furnace coke.

June 1950 — E.F.B. moved over to the main office

July 17, 1950 — Outside plant telephone was out of service from 1:30 A.M. to 8:30 A.M. -- about 7 hours -- early Monday morning because of heavy rain fall causing trouble. There was no interference with incoming calls or calls within the plant.

Aug. 27, 1950 — 12:30 A.M. The limit switch on pusher #1 failed and the pusher shoe struck the bull gear breaking it off. The operator failed to notice this or did not take precautions and went ahead pushing the next oven. Because of the missing shoe, the ram head caught the sill block and became fouled. During the half hour before the ram could be gotten loose it got red-hot, but apparently any deflection due to excess heat was not noticeable.

Sept. 6, 1950 — Started using a small spray of water at the end of the foundry boom loader to prevent hot pieces of coke setting the cars on fire.

Oct. 24, 1950 — Installed new hopper below furnace coke screen and placed 2 air vibrators on the chute.

WG-ANR-00046252


We Energies
231 W. Michigan St.
Milwaukee, WI 53203
www.we-energies.com

Nov. 6, 1950   9:15 A.M.  Shut down the producer plant to get ready for holder repairs by the Stacey Co.

Nov. 5, 1950   During the week of November 5th there were a number of hard pushing ovens in Batteries #1 and #2, the record being as follows:

|        | Blew Breaker | Stuck |
|--------|--------------|-------|
| Nov. 1 | 0            |       |
| 2      |              | 1     |
| 3      | 0            |       |
| 4      | 0            |       |
| 5      | 4            |       |
| 6      | 2            | 1     |
| 7      | 8            | 2     |
| 8      | 7            |       |
| 9      | 1            |       |
| 10     | 1            |       |

The reason for these hard pushing ovens has not been determined. The oven men think the trouble was due to the condition of the coals while the coal handling department men think the trouble was at the ovens. It is not surprising that there should have been a few stuck ovens in November because 36 ovens in October also blew the breaker.

Nov. 20, 1950  9:05 P.M. First use of butane in the surplus gas for cold enrichment. Since this date small amounts have been used at various times.

Nov. 22, 1950  3:30 A.M. Discontinued the use of lime in the ammonia plant because the price of ammonia does not warrant recovery of fixed ammonia.

Dec. 5, 1950   2:30 P.M. B.H. liquor was bypassing A.C. direct to the settling tank to save steam. It was intended to do this November 22, 1950 but the pipefitters were working on the natural gas line and the work had to be postponed.

Dec. 7, 1950   In the afternoon, blizzard conditions prevailed continuing thru the night. The snowfall amounted to about 7 inches. Traffic became badly snarled but most of our employees succeeded in getting to work.

Dec. 14, 1950  At 2:05 PM - Purged the new main and started using natural gas for heating the Solvay ovens.

Dec. 23, 1950  Shipment of the first car of #3 foundry coke. This was drawn from the Egg coke bin with the crusher well opened and all of the 85-15 coke from battery #2 being shipped as blast furnace coke. The Keckley Mfg. Co. of Springfield, Ill is trying out this first car.

Dec. 15, 1950  Friday night 15 men worked overtime until midnight to fix railroad tracks so that foundries could haul coke by trucks if necessary. This was because of a threatened shortage of railroad cars due to a wildcat railroad switchmens strike. Chicago and a few other cities were almost without railroad service. Overtime data are as follows:

           17 men worked 113¼ actual hours
                         46½ one-half time hours
                         159-3/4 total hours
           $261.24

There were 9 laborers, 5 carpenters and 3 electricians part time.

E. WOODY-KUHLMAN -3-

Nov. 1950   Mr. E.W. Kuhlman, an auditor for Arthur Anderson Co. was here to inspect
            the ovens in connection with repair work to the end flues and mains.
            Mr. Dorr and Mr. Kernes had made arrangements for 4 or 5 foundries
            to haul foundry coke but the strike was called off late Friday night
            and therefore no trucks were loaded with coke, although one driver
            came but was sent away without the coke.

Dec. 25,1950 In the afternoon a light snow started and continued until the following
             day until 8" had fallen, but no serious delays were occasioned.

Dec. 26,1950 Because of the delay in anthrafine shipments, foundry coke for 48 hours,
             commencing at midnight Dec. 26, contained none of this material.

Dec. 26,1950 Fires were started in the producer plant at 7 A.M. and at 4:15 P.M.
             the first ovens were put on producer gas. Because of operating
             difficulties the required amount was not available until about 11:15
             A.M. the following day. See memo by Mr. Pritchard in files.
             The producer plant had been idle since September 6, at which time
             holder repairs were commenced.

Dec. 27,1950 The temperature fell to 11 below zero in the early morning.

Jan. 9,1950  Mr. C.N. Sieger, Asst. General Manager of the United Gas and Fuel
             Co., Hamilton, Ontario, sent here by Mr. Brenner. Wanted to visit
             about the introduction of natural gas. Expects gas in Hamilton in
             a year.

Jan.9-10,1950 Mr. Heinbach of American Appraisal Co. here to appraise L.P. Plant
              equipment.

Jan. 11,1951 Mr. P.H. Weinheimer here to see about adding 20 ovens on Battery #4

Jan. 27,1951 The most severe cold wave of the season started:

                                        Highest          Lowest
                                        temp.            temp.

             Jan. 27 Sat.     +22  ————          +13 11:59 P.M.
                  28 Sun.     +15  1:30 P.M.     - 6 11:59 P.M.
                  29 Mon.     - 6  12:01 A.M.    -17 11:59 P.M.
                  30 Tues.    - 3  1:30 P.M.     -24  7:45 A.M.
                  31 Wed.     + 6  4:30 P.M.     - 5  3:00 A.M.
             Feb. 1 Thurs.    + 4  1:25 A.M.     -19 11:59 P.M.
                  2 Fri.
                  3 Sat.           Five days later there were 3 more subzero
                  4 Sun.           days as follows:
                  5 Mon.
                  6 Tues.                                           -3
                  7 Wed.                                           -14
                  8 Thurs.                                          -8
                  9 Fri.                                            0

Feb. 1,1951  Old Ben Illinois coal increased 20¢ per ton because $1.60 per day
             to miners increases the coal cost 24¢ per ton----F.F. Browning, V.P.
             Old Ben Coal Corp.

Feb. 19,1951 Mr. Lennon, an auditor for Arthur Anderson Co., was here to inspect
             the ovens in connection with repair work to the end flues and mains.

Jan. 7, 1950 Milwaukee completely changed over to natural gas

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 4 of 13   Document 50-33

WG-ANR-00046254

| Date | Event |
|---|---|
| June 11, 1951 7:15 A.M. | Discontinued Producer Plant Operation |
| June 14, 1951 | Mr. Allen and Mr. Baker of the American Natural Gas Company accompanied by Mr. Dixon of the Payroll Department, visited the plant this P.M. |
| June, 1950 | The inventory price of producer fuel was reduced from $11.50 to $7.50 per ton. |
| June 9, 1951 | Mr. Kreuz entered hospital for an appendectomy. Released from hospital June 23rd. |
| July 14, 1951 | Natural gas line washed out at Womego, Kansas July 14 and put back in service again on July 27 - at closing of the Kansas River |
| July 21, 1951 | Starting using gas under #1 boiler for the first time. 2 P.M. |
| Mar. 20, 1951 | Started using double-deck buckwheat and the Peacock nut screens |
| Aug. 9, 1951 | Started using the two new ammeters on Block 1 and 2 pushers. |
| Aug. 28, 1951 | As of August 28, 1951 the freight rate on Illinois coal increased from 3.76 to 3.96 and the breeze from Chicago from 2.05 to 2.17. Switching charge to the East Yard increased to 6.04. |
| Oct. 1, 1951 | Michigan-Wisconsin Pipe Line Co. increased the rate of natural gas to its customers from 28¢ to 31½¢ per M effective Monday, October 1, 1951 |
| | Allen Brodd, Orville Rheinganz, L.G. Sahlin, Lloyd Nemeyer---Arthur Anderson men. |
| Apr. 17, 1950 | New furnace screen was installed |
| Sat. Oct. 20, 1951 | 1:27 P.M. The first burners were lighted under the 20 new Solvay ovens. Some drying out effect has been taking place a few days before the gas was lighted in the flues. |
| Nov. 15-16, 1951 | Discontinued the use of gas in #1 boiler at 7:35 A.M. November 15, 1951 and in #2 boiler at 7:45 A.M., November 16, 1951. |
| Nov. 16, 1951 | Stanley Jaroszewski was fatally injured at 10:30 A.M. when he stepped in front of a moving quenching car and was crushed between the truck and frame or axle and the ties. He died at St. Lukes Hospital at 3:25 P.M. November 18, 1951. |
| Nov. 27, 1951 | Mr. O.H. Chambers and Mr. Edward J. Helm of the Koppers Company were at the plant to discuss reconstruction of Battery No. 1 and the Benzol Plant. |
| Dec. 4, 1951 | Mr. O.H. Chambers and Mr. Harkness, Estimate Engineer, were at the plant to discuss the reconstruction of Battery No. 1 and the Benzol Plant |
| Dec. 6, 1951 | Glenn R. Chamberlain, Pres. of Milwaukee Gas Light Co., Dudley C. Brown, Executive Vice President of Milwaukee Gas Light Co., and Wm. C. Woolfolk, Chairman of Michigan Consolidated Gas Co., were at the plant to inspect the installation of the 20 new ovens. |
| Dec. 17, 1951 | The new quenching car was received today. Received and quenched its first load of coke from the ovens at 1:45 PM, January 24, 1952. |

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 5 of 13   Document 50-33

WG-ANR-00046255

12-12-51  First charges of the 20 new ovens--Oven #51 at 12:55 P.M.; #61 at 1:15 P.M.

12-29-51  10:30 to 11:30 A.M.  Mr. Dudley Brown brought his son David (6 years old, more or less) to "ride on a steam locomotive." The boy, a steam locomotive enthusiast, got a big thrill out of riding the locomotive as it switched a few cars around the coke tracks. Mr. Brown stayed with him to guard against an injury.

12-31-51 Mr. Louie McClintock left construction work today. Mr. Schwab also left today

12-21-51  Mr. Barron left construction work today.

12-13-51  First coke was pushed at 11:05 P.M. in new ovens.

The new ovens were started using an 85/15 mixture but at 12:58 A.M., Dec. 20, the mixture was changed from 85/15 to 55/45 and at 12:49 P.M. Jan. 1, 1952, it was changed from 55/45 to 50/50 to make it the same as was being charged in the 80 ovens of battery 3 & 4

At 6 P.M., January 6, 1952, the foundry mixture being charged was changed from 50/50 to 55/45 to augment the amount of surplus gas.

From 12:15 A.M. December 20 to 3:45 A.M. December 22, every third oven in battery #1 was charged with the 85/15 mixture. The remaining ovens were the 55/45 mixture.

12/21-26-27 - Students and outside men worked a total of 292.50 hours. Rate $1.53-- total $447.53. (shoveling snow)

1-11-52  Cut in new coolers at 3:30 P.M.

1-15-52  Started to use butane at 10:50 A.M.  None had been used since May 6, 1951

1-18-52  As of 1 P.M., Jan. 18, 1952 the range screens were changed from 2½" to 2-5/8"

1-19-52  As of 2 P.M. Jan. 19, 1952 the crusher was changed from 3¼" to 3½"

1-28-52  Mr. Zachem and Mr. Cottle left construction work today.

1-21-52  Mr. Chamberlain died of a heart ailment

1-29-52  Mr. Dudley B.W. Brown was made President of the Milwaukee Gas Light Co.

1-30-52  7 A.M.  Started trial run of the Producer Plant finished 8:45 A.M. 1-31-52 21 walls Battery #2 on producer gas from 7:15 P.M. 1-30- to 8:45 A.M. 1-31-52 4081.6 therms of oven gas released

2-2-52  Moved the sample room equipment from the lime shed to its new location in the repair shop building.

2-6-52  Tug removed Str. Heekin and moved Str. Ireland to our dock. Left 9:30 AM 3/26/52

2-6-52  Mr. Peters and Mr. Jackson of the E.E. Gillen Co. were here to examine foundation rods at the dock.

2-6-52  Mr. E.F. O'Gara of the Combustion Engineering Superheater, Inc. was here to discuss burning 100% coal in #8 boiler.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 6 of 13   Document 50-33

WG-ANR-00046256

We Energies
231 W. Michigan St.
Milwaukee, WI 53203
www.we-energies.com

| Date | Entry |
|---|---|
| Oct. 15, 1951 | Oven 32⁴ was relined as follows:<br>Left empty — 4:40 P.M., Oct. 15, 1951<br>First charge — 4:15 P.M., Nov. 6, "<br>First push — 10:50 A.M. " 10, " |
| Feb. 18, 1952 | Mr. E.N. Bonnett of Stacey Bros. Co. was here to discuss repairs to the fuel gas holder. Mr. Kreuz, Tilley, Pritchard, Mueller and I were at the meeting. |
| Feb. 26, 1952 | The new Diesel locomotive was received today. Weight 64 tons, 1700 lbs. Placed in operation at 8 A.M., February 29, 1952.<br>Frank O. |
| Mar. 17, 1952 | Mr. Pandorf, Vice President in charge of Engineering, Stacey Mfg. Co., Cincinnati, was here to inspect oven gas holder. |
| March 1952 | We are paying $540.59 which is one-half the invoice for towing the Str. Ireland to our dock on February 6, 1952. |
| March 25, 1952 | Trial run of the Producer Plant started at 7:15 A.M., March 25, and ended at 8:45 A.M., March 26.<br>20 walls on 11:45 A.M., March 25<br>10 " " 12:19 P.M. " "<br>All walls off 8:45 A.M. " 25<br>#5 and #6 Producers<br>63 charges |
| March 28, 1952 | Mr. Pritchard made calculations today showing that 18% of our steam production is used in the Power House to generate electricity. |
| March 24, 1952 | We are paying $661.65 which is half the charge of towing the Str. Heekin from the Coke Plant to the City Dock and from the City Dock to the Steel Dock – City Basin. |
| April 1, 1952 | Started trial run of the Producer Plant at 7:00 A.M. and ended at 8:20 A.M., April 2nd. |
| April 9, 1952 | Oven #7, battery 4, left empty at 4:40 A.M. for repairs |
| April 16, 1952 | A small fire was dug out from a cut in section #6 of the coal field. It apparently started about 6 ft. above the water line and 20 or 30 ft. inside the circle track. On April 14, the characteristic odor resembling kerosene was noticed. On April 15, a cut was started and the smoke was quite dense. On April 16, the fire was dug out before it had a chance to spread. This was the only fire of the season. |
| June 20, 1952 | Friday 1 P.M. Mr. Kreuz suggested that the coking time in batteries 3 and 4 be increased from 30 to 31 hours because of diminishing orders for foundry coke. Also, asked us to maintain therms to the Gas Co. between 59,000 and 59,500. |
| June 23, 1952 | Oven gas holder was taken out of service for repairs according to schedule and the producer gas holder placed in use instead of the oven gas holder. |
| Jan. 14, 1952 | Cut in the new cooling coils for the 20 oven installation. This item is recorded in the daily log book in the By-Product Department. |
| Feb. 25, 1952 | First cars were loaded over the boom of the new Foundry Loading Station |

WG-ANR-00046257

Note from B.P. Operator's 1952 log and instruction book:
"March 6, 8-4 Operator-Keep fans going on ceiling heaters in north house." (signed) E.J. Bird

June 25, 1952   Mr. Kreuz requested that we discontinue the use of anthrafine in the foundry mixture

July 31, 1952   Started debenzolised oil pump in the L.O. plant as provided for in Budget Item #9-1951.

Aug. 19, 1952   Fuel gas holder back in service at 2:50 P.M. Out of service for repairs from June 23 to Aug. 19th, 1952.

Sept. 1, 1952   Dan Campbell and Alex Hendersen were here to see about making a gas change. Joe Price and Lorin Saueressig were also with them, also Mr. Pritzlaff.

Sept. 5, 1952   The small lathe covered by Budget Item #1 was placed in service.

Sept. 26, 1952  The National Bituminous Coal Wage Agreement of 1950 as amended January 18, 1951, contained a provision which permitted it to be terminated upon sixty days' notice by either party. The United Mine Workers of America availed themselves of this provision to cancel the contract as of September 20, 1952. A new contract was agreed upon September 20 to be effective October 1, 1952, the provisions of which called for an increase in wages of $1.90 per day and 10¢ per ton on the Welfare Fund. (See Raleigh Smokeless Fuel Co. letter Sept. 20, 1952)

"STEEL"         The new coal wage agreement provided for a $1.90 increase in the
Sept. 1952      present basic daily wage of $16.35 and a 10¢ a ton rise in the 30¢ per ton operator paid royalty to the U.M.W. Welfare and Retirement fund.

Oct. 13, 1952   Started using the new quenching car pusher-signal system

Aug. 18, 1952   No. 8 boiler placed on load August 18 using straight Indiana coal. [CONVERTED OVER TO USE ALL COAL]

Nov. 11, 1952   Started the work of flushing Koppers' oven floors

Oct. 2, 1929    The Cottrell Tar Precipitators for oven gas started taking current directly from the substation at 5:15 P.M., Oct. 2, 1929. Stated rate 14 Kw per hour.

Dec. 1943       The Cottrell Tar Precipitators for producer gas were placed in service. Stated rate 3 Kw per hour.

March, 1945     The 100 HP A.C. motor for the spare boiler feed pump was installed in the boiler house.

Feb. 5, 1953    Gas Co. men - Henry Dropp, Dan Campbell, Red Ungethuem and Jack Wright, came to the plant to discuss a new plan for handling surplus gas. See report in files

Feb. 6, 1953    Mr. Thayer, of New York, visited our plant to get figures on production and revenues, etc. Capt. Fink had referred him to Mr. Kreuz who sent him down to the plant.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 8 of 13   Document 50-33

WG-ANR-00046258

We Energies
231 W. Michigan St
Milwaukee, WI 53203
www.we-energies.com

Jan. 28,1953  Started using straight breeze in boilers #3,4,5,6 and 7 except when out for repairs. #1 and #2 using natural gas. #8 boiler straight Indiana coal.

Apr. 30,1953  Art. Hennell retiring after 49 years' of service.

Construction was started on Mayville Coke Plant in July, 1912. The first battery of 36 ovens commenced operation in December, 1913. Two additional batteries of 36 ovens each were later constructed and the plant finally shut down on April 21, 1921. The idle plant remained for 2 or 3 years and was then dismantled.

June 2,1953  Mr. R.B. Light, an inspector for the North America Companies, was here today. He first talked with Mr. Kortsch and later Mr. Kullmann took him around the plant. He finished his inspection June 3.

June 8-9  Two Koppers men, Mr. Kimmel and Mr. Johnson, were here two days to arrange schedule for erecting the new collecting main for battery #4.

May 25,1953  The new locomotive crane, purchased under Budget Item #12, year 1952, was first placed in service today. *INDUSTRIAL BROWN HOIST CORP #5 DIESEL 3WHEEL 5'8"x60'300M M3960LG- 6.17 $45675*

May 25, 1953  The high volatile coal which had been in winter storage was used up.

June 21,1953  Finished using the old low volatile coal which had been in winter storage. This had recently been used in the low volatile content of the foundry mixture--50% old low and 50% new low.

June 19,1953  Contractor finished pointing up boiler house and stack for the Koppers batteries. 15 new steel bands on the stack for battery #1 at an additional cost of $1875 making total repairs to this stack $3450.

July 9, 1953  Started using west new truck scale. *(East scale not finished)*

July 10,1953  9:30 A.M. Pushed Oven 35, Block 4--first push in new main.

July 13, 1953  5:15 P.M. Made first charge of the 30 oven section of battery #4 in the new collecting main.

Aug. 13, 1953  10 to 12 noon. Geo. Wilkins, P.M. & Co., had two guests from Rundle-Spence Mfg. Co. The Purchasing Agent and the Metallurgist. They were primarilly interested in our process and had no complaint. We visited the coke screening, ovens pushing, coal handling and L.O. (O.J.P.) John Ketelhorn, Purchasing Agt.; Ralph Severson, Metallurgist.

Sept. 1,1953  All coal removed from North Western-Hanna dock, E. Greenfield Ave.; windows of service bldg. boarded up. Reports are that dock is to be used for scrap iron. One gantry bridge dismantled, two remain. Considered purchasing one at scrap value for use in handling stock coke but engineers did not think idea worthwhile. Dust conditions at main office greatly improved since no more coal trucks pass by.

Sept. 15, 1953  At about 12:20 Mr. Heller, an aerial photographer, took pictures of the coke plant. (See memo in file).

Oct. 1953  Using Hallemite Cement for patching cracks in the Domestic House .175 per lb.

Oct. 29, 1953  Reported that Seaboard strike is ended and men went back to work receiving 5¢ an hour increase.

Oct. 21,1953  New Lathe placed in service.

WG-ANR-00046259

Nov. 7, 1953.   As of 10:30 A.M. today the new decanter for the Koppers ovens was placed in service. It was authorized under Budget Item #30, Necessity Certificate #16916.

Nov. 11, 1953   The old lime shed was torn down today in preparation for putting up a more suitable structure for our maintenance forces as called for under Budget Item #10

Dec. 8, 1953   Received new Nash Statesman for the Welfare Department - Price $2717.95. The old Buick car which Mr. Lovett had used and the Ford Station Wagon were turned in on the deal.

Dec. 5, 1953   George Dorr left for Florida on vacation and retirement which will be effective as of December 31, 1953.

Dec. 7, 1953   Marchese started hauling dirt away from the East Yard. Finished Dec. 17th Some 10,000 cubic yards had accumulated since January, 1935.

Dec. 29, 1953   The new cement and mortar mixer, authorized under Budget Item #8- Year 1953, was placed in operation.

Dec. 30, 1953   As of today, the new bending roll, authorized under Budget Item #11, Year 1953, was placed in service in the Iron Shop

Jan. 19, 1954   As of 4 P.M. gas was turned on the auxiliary fuel main for Battery #2 authorized under Budget Item #28, Year 1954   *T. P. OF BATTERY* *T- MAKE FOUNDRY*

Mar. 17,18, 19, 1952   Some 25,000 gallons of tar was reclaimed from the tunnel following a leak in one of the tar lines. An unknown amount of tar was lost in the river and some in the coal field. It may have been a 1,000 gallons or more.

Jan. 23, 1954   #5 Booster was given a final test and is ready for use. It had been sent to the Connersville Co. for reboring the cylinders and general overhauling. Connersville Co. bill - $6,862. (included prepaid freight)

Feb. 12, 1954   The Electric Co. replaced the lead sheathed cable which supplies power to the emergency boiler feed water pump in the boiler house. The cable had a shaft, probably defective. *LABOR- V0230 CABLE STC.635 2r 1040*

Feb. 26, 1954   As of today the installation of the new absorbent oil pump for the Light Oil Department was completed and a successful trial run was made. It was authorized under Budget Item #23, Year 1953 - $4,500.

Feb. 26, 1954   Paul Kortsch left on vacation and to retire as of March 31, 1954

March 24, 1954   Mr. Blakely and Mr. Botsch, officers of the Marine National Bank, called at the office today. Mr. Haeffner introduced them to Mr. Pritchard and myself.

Apr. 5, 1954   As of today, the storage building for maintenance equipment, authorized under Budget Item #10, Year 1953 - $5,000., was completed and placed in service.

Apr. 20, 1954   As of today the new steam pump for the Koppers collecting main, authorized under Budget Item #29, Year 1953 - $5,000, was completed and a trial run was made

Apr. 28, 1954   As of today Budget Item #5, Year 1953, "New Circuit Breaker and Equipment for the Domestic House-$1400." was completed and the equipment placed in service.

WG-ANR-00046260

| Date | Entry |
|---|---|
| 1, 1954 | New Winch for Cable Haulback was completed and placed in operation Budget Item #6-Year 1953 - $2290 |
| July 22, 1954 | The North Western-Hanna Coal Co. dismantled the last of the 3 gantry bridges at their Greenfield Ave. Dock. One had been dismantled a year or so ago. |
| Sept. 28, 1954 | Purchased power went off for five minutes commencing at 11:15 p.m. today. |
| June 30, 1954 | Two Koppers ovens were left empty but kept at 1700°F. two months for test purposes. There was no serious damage but they leaked badly when again charged with coal (See report in files) |
| Oct. 3, 1954 | At 5:15 p.m. purchased power failed apparently for a fraction of a second. #1 and #2 boilers on natural gas shut off, also north B.H. and primary pump. Cottrells did not go out. |
| Oct. 20, 1954 | Mr. Burdick left on a vacation and is to retire as of December 1, 1954 |
| Dec. 15, 1954 | Mr. Brill left on a vacation after which he is to retire |
| Jan. 17, 1955 | Mr. Kreuz telephoned at 11:15 a.m. today and proposed that we go to 48-hour coke on the Solvay batteries which will mean 1,000 tons of coal per day. The reason for this change is to produce more large foundry coke. |
| Jan. 7, 1955 | Mr. Dorr Died as the result of a heart attack. |
| Aug. 7, 1955 | Mr. Mathis of P.M. Co. spent the greater part of the day here inspecting coke and screening operations. He reported the coke was satisfactory and of good quality. |
| Aug. 7, 1955 | Harry Wegner and Alex Turnbull investigated a complaint by Motor Gastings Co. in regard to small sizes being present in a shipment of medium size coke. Shipments to this customer are made in open top equipment and Alex believes that the cause of the complaint was due to the considerable drop that the first coke loaded into the car suffers because of the inability of lowering the boom below the top of the car. The customer said that they did not have this trouble with shipments of St. Paul coke; however, I believe such a statement is not based on fact. |
| Aug. 8, 1955 | A.P. Mueller and W. Malisch went to Urbana, Ill to witness the operation of their pilot coke oven and to discuss with them the use of Indiana coals for use in foundry coke production. |
| Aug. 7, 1955 | The yard locomotive went off the track due to "splitting" the switch about 1 p.m. The Northwestern rerailing crew foreman was called and was delegated to rerail the locomotive and one set of trucks of a loaded car. They started on this work late in the afternoon and finished at 7 a.m. the following morning (8-8). |
| Sept. 16, 1955 | Mr. Boynton, W.P. Millar and Mr. Padorr, of the Boynton Co., visited the plant Friday, Sept. 16. They made a trip thru the plant, obtained some other records and finished their visit about 3 p.m. |
| Jan. 1, 1956 | Natural Gas Line interruption due to faulty valve. |

We Energies
231 W. Michigan St.
Milwaukee, WI 53203
www.we-energies.com

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 11 of 13   Document 50-33

WG-ANR-00046261

Jan. 8, 1959 - Mr. J.D. Nelson, Jr., Construction Supt., Utility Service Corp. was given permission to block off Greenfield Ave. East of the N.W. Ry. and use the space in front of our East Yard garages as a right-of-way.

Jan. 9, 1959 - Called Snelling Robinson today to see if he could try to advance the delivery of the new Link Belt crusher.

Jan. 22, 1959 - Mr. Richard Bohnet, Sales Trainee, was here to become acquainted with the Coke Plant. (P.M.& Co.)

Jan. 30, 1959 - Mr. Lowell Pfeiffer of the Walston Investment, Inc. called. (BR 3-1580)

Feb. 13, 1959 - Mr. Lillybeck, Chief Metallurgist; Mr. Dexheimer, Superintendent; Mr. Dexheimer, Purchasing Agent and two other gentlemen, accompanied by George Wilkin visited the plant today from 11:30 a.m. to 1 p.m. These men were from the Brillion Iron Works, Brillion, Wisconsin. Gerald Lenz showed them the operation of the coal handling, ovens, coke screening plant and by-product recovery and also showed them the colored movie of the coke plant. A.P. Mueller and O.J. Pritchard greeted them before and after the tour and they left for lunch with George Wilkin at 1:15 p.m.

Feb. 23, 1959 - Mr. Exum of the Old Ben Coal Co. called from Chicago regarding a high-ash, low volatile coal which could have potential possibilities for producing a low carbon pick-up coke. Advised Mr. Exum his report did not contain sufficient data to be valuable. He said he would be coming to Milwaukee possibly the latter part of this week.

Feb. 24, 1959 - Mr. McCarthy of the Island Creek Coal Co. telephoned from Chicago for the purpose of arranging a visit on the 25th; however, since Mr. Kimmel had called previously and made an appointment on the 25th, I informed Mr. McCarthy I would not be available and suggested that he call Mr. Kreuz. Mr. McCarthy intended to bring Mr. Joe Dougherty, Carbonization Engineer, with him.

Feb. 25, 1959 - Mr. Kimmel of the Koppers Company visited the plant for no evident purpose, except probably to establish good will.

June 30, 1959 - Called Mr. H.M. Heisig, Sr., Chief Chemist of Sewerage Commission, for approval of our leaving the $NH_3$ in our liquor effluent going to the domestic sewer for period July 4 to July 20th.

Mr. Heisig said it would be satisfactory as this has been done before without causing trouble and with no proven evidence of advantage.

Sept. 24, 1960 - Mr. O.J. Pritchard died of a heart attack.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 12 of 13   Document 50-33

WG-ANR-00046262



**We Energies**
231 W. Michigan St.
Milwaukee, WI 53203

www.we-energies.com

WG-ANR-00046263