# EXHIBIT 28

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 1 of 2   Document 50-39

MILWAUKEE SOLVAY COKE COMPANY

Exhibit No. 83

Investments by American Light & Traction Co. and Milwaukee Gas Light Co.

| | | |
|---|---:|---:|
| Fixed Capital July 31, 1952 | | $10,978,145. |
| July 31, 1928 | | 7,894,020. |
| Net Increase | | $ 3,084,125. |
| Less: | | |
| Gas Producer Plant | $ 855,068. | |
| Twenty Solvay Coke Ovens | 1,394,410. | 2,249,478. |
| Increase after Deductions | | $ 834,647. |

### Detail of Major Additions

| Work Order | Description | Amount |
|---:|---|---:|
| 2 | Electrical equipment for purchased power | $ 50,507.44 |
| 43 | Installation of two Cottrell Precipitators | 37,395.95 |
| 71 | Electrification of #3 Brown Hoist Coal Rig | 41,944.17 |
| 72 | Transfer M.G.L. Co. Pump Unit & purchase of one Buckeye Engine for #8 Unit in B.P. Bldg. | 47,501.67 |
| 73 | Breeze screening and mixing equipment for Foundry coal mixer | 33,011.66 |
| 85 | Foundry coke screening station | 70,704.92 |
| 106 | Three quenching cars, three locomotives and changing quenching car tracks | 75,098.51 |
| 110 | Coke crushers and conveying machinery for Domestic coke preparation | 85,086.42 |
| 153 | One Ingersoll-Rand 60-ton diesel locomotive | 58,538.20 |
| 162 | Electrification of #1 dock coal unloading rig | 32,994.12 |
| 169 | One 60-ton Diesel electric 400-H.P. locomotive | 56,954.55 |
| 244 | Install additional Foundry coke screens | 67,524.97 |
| 318 | Natural gasoline - Producer gas equipment for underfiring Solvay Battery #3 and #4 | 49,228.68 |
| 516 | Replace six natural gasoline storage tanks with four propane tanks | 39,675.18 |
| | Total Major Additions | $746,166.44 |

December 12, 1952

RETIREMENTS DURING ABOVE PERIOD  675,357.70 ˣ

WG-ANR-00032282