# EXHIBIT 34

# Milwaukee Solvay News

No. 54             October 1947

# Coke Supply In Milwaukee

The "hullabaloo" spread across the newspaper headlines stating that coke will not be available to Milwaukee householders, because coke is being sold to a Chicago steel mill, is a gross misrepresentation of the facts. The impression gained from those articles in the press is so far from the actual facts of the case that your editor feels it is his duty to place them before the employees.

Do you know that while Milwaukee Solvay Coke Company will sell 81,000 tons of coke to the Inland Steel Company, the Inland Steel Company and other steel companies will sell 77,000 tons of coke to the Milwaukee Solvay Coke Company? The coke received from the Inland Steel Company is used as fuel for the boilers and the producers. But let's get all the facts.

On October 2, 1947, Mr. Lovett, President of the Milwaukee Solvay Coke Company and Executive Vice President of the Milwaukee Gas Light Company, appeared before the Public Utilities and Health Committee of the Milwaukee Common Council. His testimony was as follows:

"It is my opinion that much of the confusion, and much of the condemnation heaped upon us, is due to a misunderstanding of this entire transaction and the effect it may have upon the community.

It has been charged that we are diverting several hundred thousand tons of coke from the Milwaukee domestic market; that the people of Milwaukee will be without coke this winter; and that all of those who use coke for heating will be forced into the use of coal—or otherwise freeze.

Nothing could be farther from the truth. These are the facts:

The contract we have with the Inland Steel Company—and that contract is here—calls for the shipment of 81,000 tons of coke between the dates of August 1 and December 15. I might add that those are the contract provisions and the contract speaks for itself.

In the year 1946 the coke plant produced 307,000 tons of domestic coke, and I believe that the production will be somewhat greater this year. Of the 307,000 tons about 55%, or 167,000 tons, was consumed in Milwaukee in 1946.

It has been said that the diversion of coke to the Chicago steel mill will affect more than 35,000 homes this Winter. Thirty-five thousand homes with an annual consumption of 8 tons for each home would mean 280,000 tons of coke for the year. This is 112,000 tons more than we actually ship into the market on a normal basis. We estimate that 24,000 homes in Milwaukee are using coke, not 35,000.

As compared to the 168,000 tons we delivered into Milwaukee last year, we expect to deliver 139,000 tons in Milwaukee this year, or only 29,000 tons less than last year. We have already delivered 122,000 tons. In January and February our delivery in Milwaukee will be higher than normal and we believe that we may make up most of the shortage.

Milwaukee is known as one of the greatest "fill-up" cities in the United States. By that I mean that Milwaukeeans, during the Summer months, fill up their bins for the biggest part of the Winter heating season. It must follow, then, that much of the 122,000 tons is already in the bins of Milwaukee householders or in storage in dealers' yards.

It is an established fact that most of the so-called second "fill-up" comes in January and February. This is so because the average fuel bin is not large enough to carry through the Season, and about that time of the year the householder replenishes his stock. Before January comes, we will again be delivering domestic coke in Milwaukee.

Actually, the coke that was taken from this market is small by comparison with the total tonnage of solid fuels coming into Milwaukee. Your own Harbor Commission reports receipts of 3,500,000 tons by vessel. Rail receipts are perhaps a million tons more. So, the 29,000 tons is less than one per cent of the total brought in. Certainly, this one percent is not going to bring on the hardship and suffering painted for the City of Milwaukee.

In any consideration of the problem we are confronted with over 200,000 consumers of gas who must be taken into account. We must provide this community with an adequate supply of gas—and we must do so without delay. To do that we must get natural gas just as rapidly as possible and everyone knows we can't get nutural gas until we get steel pipe and we can't get steel pipe until we get steel.

It is no secret that, before the Michigan-Wisconsin Pipe Line Company obtained its certificate to build the pipe line that is to supply this area with natural gas, many hearings were held over a long period of time.

It is no secret that this certificate makes it necessary for the Pipe Line Company to commence construction on or before January 1, 1948. The steel pipe bottle-neck just had to be broken and, as an official of the Milwaukee Gas Light Company, I made it my personal business to do everything possible to break it, in the interest of the general public and of our 200,000 or more customers who are dependent upon gas for cooking, for water heating, for house-heating and commercial and industrial use.

By delivering coke, we got the steel that is making it possible for the pipe line to get under way. Once under way it will get steel from other sources and keep going, we feel. If it did not get started, the certificate might have been lost. Another round of hearings, with bitter opposition from outside of Milwaukee and Wisconsin, would be under way. How long would the hearings last? It could very easily be two years. That two years could be hard on the gas consumers of Milwaukee.

We are aware of the fact that more and more homes are being built and that more and more homes must be built. These new homes must be served and the result is a constant demand for more and more gas.

We know that gas shortages, such as we had in the emergency periods last Winter, create intolerable conditions, with factories forced to lay off help, with householders forced to curtail the use of gas for all purposes.

These users of gas cannot convert to other fuels on short notice—if at all. On the other hand, those who use coke can change over to other fuels when coke is not available. Already you may have noticed that an enterprising fuel company is advertising, in large ads, that they have available a substitute for coke and have it on hand. No doubt other fuel companies are in the same position. As you know, you cannot burn anything but gas in a gas range.

We feel that we were fortunate in entering into this contract with the Inland Steel Company because it enabled the Michigan-Wisconsin Pipe Line Company to obtain enough steel for A. O. Smith to start construction before January 1. I, personally—and I take whatever responsibllity there may be for the transaction—conceived the plan and negotiated those agreements. I did so because I felt it was my responsibility to the Milwaukee Gas Light Company and the public it serves. It was done with full appreciation of the responsibilities the Solvay Coke Company has to its coke customers.

(Continued on Page 7)

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 3 of 4   Document 50-47

WG-ANR-00031260

## AROUND THE PLANT

### POWER HOUSE AND WATER PURIFICATION

by ANKER JACKSON



Looks like Fall weather is with us. No more lemons or oranges. Long undies and flannel shirts are in order.

Vacations are about over too. Max Richter, the hard working PowerHouse oiler had his two weeks of good rest. It didn't seem to do him any harm.

Paul Lippert at the Water Purification plant had his two weeks, but he had some tough luck. Just when he was ready to return to work he got sick. One of those mild sniffles that developed into pneumonia. So it was two weeks vacation and two weeks of pneumonia for him. We are glad he is o.k. and back to work again.

Anker Jackson at the Power House spent a week at his cottage at Grindstone Lake. Got a couple dozen crappies and just one black bass. But that was a good one—just over 4½ lbs.

Charlie Hintz, of the Power House, is having his last week's vacation now. Must be taking it easy because he even passed up an invitation to the Quarter Century party at Millers' Brewery.

★ ★ ★

Mr. and Mrs. Walter Pitchford were presented with a baby boy, Coleman Walter, on September 14, at the Mercy Hospital. Walter reports that the mother and child are doing fine. Our congratulations.

---

While up in Northern Wisconsin a few weeks ago, Mardelle Lange caught a 40 inch, 14 lb. northern pike. She's still excited about it, but she says she doesn't know how she ever got it in the boat.

★ ★ ★

You are not past hope mentally if you can remember that you have forgotten something even if you can't recall what it is.

★ ★ ★

Don't take life too seriously. You will never get out of it alive anyway.

## COKE SUPPLY
(Continued from Page 3)

When the Coke Company sent out its notices to dealers that temporarily coke would not be available because of the requirements of its affiliates, it meant primarily its parent, the Milwaukee Gas Light Company, and secondarily it meant the Michigan-Wisconsin Pipe Line Company, the Company that will bring it the natural gas it so badly needs.

By shipping 600 tons of domestic and foundry coke each day to Inland Steel we are able to get almost immediate deliveries of steel to the A. O. Smith Company. Large quantities of this steel are already here; shipments of pipe will start in the near future and work on the pipe line will start before the January First deadline is upon us.

Whatever we have done we have done in the public interest. Whatever we have done, we have done in the interests of the many thousand who are dependent upon gas. Whatever we have done we have done in the interest of the thousands of our citizens whose very jobs are dependent upon gas.

Let me point out, also, that on numerous occasions we have sold coke to steel companies in the Chicago area. In 1943, for instance, we shipped 122,000 tons to Inland and nearly as much to others in the Chicago area. In 1942 it was over 100,000 tons.

Most important we get coke back from the Chicago area, most of it from Inland. This year the quantity will be 77,000 tons, almost as much as we ship to them. True, this coke cannot be used for domestic purposes, but every ton we get from the Chicago area permits us to release another ton of coal.

On September 15, we estimated that Milwaukee Solvay Coke Company would be 150,000 tons short of vessel shipments of coal to carry over operations to June 1. As of today, with coal deliveries expected by boat by November 15, and with the additional purchases we have made, we will have sufficient coal for full operation through the Winter and until April 20.

We have purchased sufficient coal for delivery by rail to maintain full operation for another thirty days or until May 20. Since the beginning of the war, we have never entered the Winter with coal sufficient to carry on operations beyond May 1. This additional coal coming in by rail will be brought in at a financial penalty due to the higher rail rate, but it was pruchased to insure sufficient coke oven gas for the Gas Company, and as protection against the unforeseen, particularly the export program and diminishing coal production.

I say again, I do not believe that the sale of coke to Inland Steel during this

## AMERICAN SYSTEM VS. THE RUSSIAN WAY

With his entire week's pay, the average Russian worker can buy 22½ one-pound loaves of white bread; the American, 394, assuming anybody wants that many.

The Russian's weekly wage will get him 16.9 lbs. of sugar; the American's 503.7 lbs.

Getting around to clothes, the average Russian has to work seven weeks to buy one suit, and a shoddy suit at that. He must shell out two to three week's wages for one pair of shoes, while the American can get six to eight pairs for a single week's pay.

But, of course, . . . in Russia they have the blessings of Communism.

## QUARTER CENTURY CLUB
(Continued from Page 4)

Alex Turnbull, in true Scotch tradition, saying into the microphone "Give me your attention." Alex surprised us all, too, by singing a German folk song.

Congratulations to Hi Hi and He He, whoever you were, on a swell job, well thought out and well carried out

Next came the lunch and what a lunch it was. The baked ham and bun feature was really patronized by all. Emil Rahn, who was attending the Safety Congress in Chicago, came home to take care of refreshments for this meeting, going back to Chicago the next day. For cooperation that was tops, Emil, thank you. Several of the boys assisted Emil with the refreshments; they were Ray Dess, Ernie Keller, Robert Stewart, Al Kanter, Jerry Poulter.

Alice Rossman was among those present, and very welcome she is at any time.

Flash bulb pictures were taken by Al Brill—hope they were good, especially the ones your reporter was in, if any.

Bet Jack Klinefelter never was as nervous on his recent 4300 mile auto trip as he was during his initiation.

John Gaffke very graceful on the dance floor, giving out with some intricate Terpsichore.

Adolph Nelson's fine tenor voice a welcome addition to the Club. Singing groups galore, led by Beverly and her fine music, were a feature of the evening.

Sheepshead players out in force when I left at 11:30 P.M.

Consensus of opinion was that this was the best gathering to date.

See you at our next meeting.

EMMET MULLEN

---

period is going to bring disaster to the community. But I do believe that we must have an adequate supply of gas to take care of future needs. This is our means of getting it.