# EXHIBIT 35

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 1 of 5   Document 50-48

# Milwaukee Solvay News

No. 75           March, 1949



FIVE "LESLIES"

## Five Leslies Work On Coke Plant Jobs

The cover picture shows the five Leslie brothers, who have worked for the Milwaukee Solvay Coke Company for a total of 64 years, or an average of almost 13 years per man. Starting at top left, counter-clockwise, they are: Levi, Winfred, Vernon, Mervin, and Theodore.

The first of the brothers to work for this Company was Winfred Leslie; and, in turn, then Mervin, Vernon, Theodore, and Levi entered the employ of the Milwaukee Solvay Coke Company. Five brothers in the employment of one employer is unique, to say the least, in the records of any company.

It is significant that all these men started in the lowest rated job in the plant and now have jobs which are high in the hourly rates of the Company. Winfred is an engineer in the Water Purification Department; Mervin is an engineer on the locomotive; Vernon is a heater in the Ovens Department; Theodore is a coke loader in the Coke Handling Department; and Levi is a machinst helper.

## Solvay Workers Exceed Red Cross Fund Quota

The American Red Cross campaign for contributions was met with wholehearted support by employees of the Milwaukee Solvay Coke Company. The quota of $700 was exceeded by $16.50.

A matter of pride to Milwaukee Solvay Coke employees is the fact that 447 contributions were received. This is a good percentage of participation.

Al Kanter and his committee, the solicitors, and the employees of the plant merit the commendation "Well done!"

## Junior Achievement To Hold Fashion Show

A Fashion Show is being sponsored by the Modeling Companies of Junior Achievement, organizations of teen-agers who are learning, on a miniature scale, how business functions. This Fashion Show "Prelude to Easter" will be held at the Public Service Building Auditorium on Sunday, April 3, 1949 at 2 p. m. Admission is 50 cents. Irene Van Ess, of the Sales Office, and Shirley Lange, of the Personnel Department, are handling the ticket sales.

You won't want to miss meeting "What's New" in teen-age and young women's styles.

## *Three Solvay Ovens Are Being Relined*

The Mason and Labor Department is engaged in the job of relining three Solvay ovens. The new linings are expected to last somewhere between twelve and eighteen years. The construction of the Solvay blocks of ovens is such that the individual ovens can be isolated from each other and repaired, which is not the situation on the Koppers blocks of ovens.

As long as the Solvay foundations and upper structures are kept in good repair, and the foundation lasts, the Solvay ovens can be used indefinitely.

It is expected the cost of doing this work will be about $12,000. Supervising the work is Mr. Schmidtke of Birmingham, Alabama, who is a veteran in the business of relining Solvay ovens.

## *Golden Wedding Day For Banaszynski*

Mr. and Mrs. Louis Banaszynski celebrated their Golden Wedding anniversary on January 16, 1949.

Led by two of their grandchildren, one carrying the cane and one the pillow, they marched up the aisle of the beautifully decorated and lighted St. Josaphat's Basilica Church. At the conclusion of the mass they were presented with a basket of roses by two more of their grandchildren; then the four grandchildren led them back down the aisle of the Church. Relatives and friends attended the celebration at the Patio, East Howard Avenue.

**Married at Hofa Park**

Mr. and Mrs. Banaszynski were married at Hofa Park, Wisconsin. Upon coming to Milwaukee, Louie (as we know him best) worked for the Northwestern Railroad for a time. He entered the employ of Milwaukee Coke & Gas Company, now Milwaukee Solvay Coke Company, on April 5, 1912 as a locomotive crane operator, gradually working up to his present position as Coke Handling locomotive engineer.

They had 16 children, 13 of whom are living, and they have 19 grandchildren.

Heartiest congratulations to you both, Mr. and Mrs. Louis Banaszynski. Yours has indeed been a full, successful life.

## Now Is The Time To Plan Vacations

Since it is the policy this year that all men must take time off for their vacations, it is urged that employees low in seniority standing plan on taking their vacations now or late in the year. Read the vacation rules in the February issue of "Solvay News."

It is the Foreman's duty to keep a sufficient number of men on the job so that the department operates efficiently. That means that only a portion of the number of men of each department can be permitted to go on vacation at the same time.

## Saving for a Home? Invest In Savings Bonds

Everybody has some special reason for saving. For some folks it's the home they've always wanted to own. For others it's a farm or a business, a trip they've planned, a college diploma for a boy or girl still in grade school. Still others think of saving in terms of retirement from active work. No matter what your personal reason may be, you're sure to have a much better chance of making that dream come true if you save for it regularly, out of current income.

Start now—TODAY—to buy Savings Bonds through regular Payroll Savings right here where you work. You'll be amazed to see how fast your bonds stack up on this automatic plan.



Invest your savings in U. S. Savings Bonds. There is no safer investment.

2

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 3 of 5   Document 50-48

WG-ANR-00031263

| J. A. B. Lovett Goes South for a Rest |
|---|

Mr. J. A. B. Lovett, president of the Milwaukee Solvay Coke Company, has improved remarkably from his recent illness and left for Winter Park, Florida, on Thursday, March 10. It is expected that Mr. Lovett will remain there for some weeks for the purpose of a complete rest.

## Twenty-Five Sign For Safety Classes

Milwaukee Foremen's Safety Training School will start its 1949 sessions on Wednesday, March 30 and continue on Wednesday, April 27, and finish on Wednesday, June 1. All sessions will be held at the Milwaukee Auditorium and will start at 7:45 P.M.

Foremen's Safety Training School is nationally famous in the safety engineering circles for the outstanding job it has been doing for many years. The following men from the Milwaukee Solvay Coke Company are enrolled in the School:

| | |
|---|---|
| Otto Buske | Samuel Lappen |
| William Buske | Truman Lorig |
| James Cerny | Joseph Mlodzik |
| Wallace Coleman | Arthur Multhauf |
| Thomas Dunham | Olle Petersen |
| Harold Gerlach | Clarence Peltier |
| Ray Goertz | Samuel Richardi |
| Herman Hank | Bion Schermerhorn |
| Edwin Hauk | Robert Stewart |
| John Jorgensen | Norman Tanger |
| William Karwelk | James Tilley |
| Carsten Ketelsen | Harry Zachow |

## L. J. Kreuz Visits Plant

Mr. Louis J. Kreuz, chemical engineer and assistant manager of operations of the Michigan Consolidated Gas Company at Detroit, made an inspection survey of the Solvay Coke Plant. Mr. Kreuz accompanied Mr. Glenn R. Chamberlain, who is Executive Vice President of the Company during Mr. Lovett's absence, on a tour through the plant on March 17.

## Some Interesting Facts That Tell a Real Story

The Quarter Century Club statistician, while musing over the records of the membership, came up with this one.

The 139 active members of the Club have a total of 4,528 years of service with the Company, or an average employment service equal to almost 33 years for each member. He states that there are 14 members with 25 years of service, and he calls them "just kids."

## Pipe For Natural Gas Transmission Line Is Stored At Milwaukee Solvay Plant



Lined up as far as the eye can see is about three of the fourteen miles of steel pipe which will be needed to transmit natural gas from the delivery point of the Pipeline Company to the intermediate transmission system of the Gas Company.

The pipe is stored at the East Yard of the Milwaukee Solvay Coke Company.

## Plan Sale of Surplus Coke Oven Gas To Milwaukee Sewerage Commission

In order to have an outlet for its manufactured gas when natural gas is used by the consumers of the Milwaukee area, the Milwaukee Solvay Coke Company and the Milwaukee Gas Light Company have been in conference with the Metropolitan Sewerage Commission to work out the details of a contract whereby the Milwaukee Solvay Coke Company will send its surplus gas to the Milwaukee sewerage disposal plant.

#### Stand-By Protected

This contract will provide for the disposal of surplus gas by the Milwaukee Solvay Coke Company to the Sewerage Commission on an interruptable basis. This means that should the natural gas supply fail for any reason the Milwaukee Solvay Coke Company would divert its gas from the sewerage disposal plant and send it into the system of the Milwaukee Gas Light Company. At such time the Solvay Coke Company would also have to start up its producer plant in order to supply as much gas as possible to the Milwaukee Gas Light Company system. The Milwaukee Sewerage Commission, during such an emergency, would have to look for other means of supplying heat to its processes. That other means could be fuel oil, which can be easily adapted for use where gas ordinarily is burned.

The use of manufactured gas by the Sewerage Commission is expected to be profitable to the Milwaukee sewerage disposal plant, and on the other hand it will be an ideal market for the Solvay Coke Company gas because of its continuous and unfluctuating demand and because of its relative near location to the Coke Plant.

The pipeline company is to start construction on the natural gas pipeline in Wisconsin this Spring, and the Milwaukee Gas Light Company is making its plans so it will be able to take natural gas when the pipeline company delivers it.

The plan tentatively calls for a header line near the west county line with three connecting lines from the header to the intermediate high pressure system and to the steel system. The header line will, of course, connect to the pipeline delivery station. Lines will be of 400 pound test pressure steel pipe. Maximum operating pressure could be as high as 250 pounds a square inch but a definite figure has not been decided. Lines would be located in the highway. Layout and design are in preparation now with June 1, 1949 as the probable date that construction will start.

3

Case 2:20-cv-01334-SCD    Filed 01/27/23    Page 4 of 5    Document 50-48

WG-ANR-00031264

# Machinists Guard Against Plant Breakdowns

Shafts, sheaves, tricocks, worms, worm wheels, buckets, rails, bearings, bushings, wheels, gears, cylinders, fly wheels, couplings, and shims when jumbled together would make a sorry mess. But after the machinists have produced or repaired these items they do not jumble them together but carefully and accurately place these parts in their proper places in a machine. A coke and coal chemicals plant is made up of machines and other apparatus. All are correlated in their functions so that the plant produces efficiently as a unit.

Any plant operating 24 hours a day, 365 days a year will have parts wear out. The job of the Machinist Department is to watch the wear on all the various machines in the plant and to repair and renew those parts before breakdowns occur. The machinists call this preventive maintenance. In other words, machinists know that it is less costly to repair a machine under conditions which are within their conrtol than to do that same repair or renewal work under breakdown conditions, under weather conditions and other environments which aren't as agreeable to the men work-

(Continued on Page 7)

Pictured below are some of the men of the Mechanical Department. In the left center is Al Kniewel, Foreman of the Department, and right center is Fred Sanderson, Mtce. Foreman. Starting at the top row, from left to right, the other men are: Ed Hauk, Levi Leslie, Walter Sweeney, Tom Dunham, Walter Berndt, Fred Parmann, Walter Prochnow, and Frank Szczepkowski. Second row: Ed Schultheis, Martin Rukavina, Arnold Klopp, and Al Stoeckle. Third row: Paul Herchert, Ed Kaemmer, Walter Fredricks, and Anton Bialczik. Fourth row: Art Multhauf, Herman Winkler, Conrad Hagenkord, John Larsen, August Sell, Bill Borchardt, Bill Schumacher, and Walter Pawlak. Bottom row: John Krahling, Bill Schultz, Lawrence Buchholz, Asa Cornell, John Forecki, Vincent Sowieja, Fred Coleman, and Joe Spata.



Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 5 of 5   Document 50-48

WG-ANR-00031265