# EXHIBIT 36

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 1 of 3   Document 50-49

# Milwaukee Solvay News

No. 84                                                                                                                                            January, 1950



Case 2:20-cv-01334-SCD Filed 01/27/23 Page 2 of 3 Document 50-49

WG-ANR-00004839

## Make Those Plans For Your Vacation Now; Here Are All The Rules And Regulations

Employees should be thinking of their 1950 vacations at this time because the vacation policy is more liberal this year than in previous years and it will, therefore, be harder to schedule vacations because of that fact. The vacation regulations set up by the Company and Union Committee are as follows:

1. Vacations shall be granted on the following basis:

| Length of Service | Vacation Allow. |
|---|---|
| Not less than one (1) year and up to two (2) years. | One week (40 hours) |
| Not less than two (2) years and up to fifteen (15) years. | Two weeks (80 hours) |
| Fifteen (15) years or more. | Three weeks (120 hours) |

2. Employees hired within the last calendar year shall be eligible for their vacation on the first anniversary date of their employment. In other words, an employee hired on September 1, 1949, will be eligible for a vacation September 1, 1950.

3. An employee with less than two years of service shall be eligible for his second vacation after January 1, 1950 but not earlier than 6 months after the vacation taken in 1949. This second vacation is taken with the understanding that it is the intention of such employee to continue his employment with the Company until his second anniversary date.

4. The hourly rate for computing vacation pay shall be the average straight time hourly rate received for the three regular pay periods immediately preceding the employee's vacation.

5. Vacation check shall be payable two days prior to the time the vacation is taken.

6. Employees entitled to three weeks vacation must arrange to take the third week so that it will not interfere with the two weeks vacation of other employees. In case of a conflict employees entitled to only two weeks vacation shall be given preference in the allotment of vacation time-off over that of the third week of vacation for those employees eligible for a third week.

### Early Vacation Rules

In addition to the foregoing vacation regulations, the Committee and the Company have worked up other vacation rules which primarily govern the allotment of time off. Selection of vacations shall be governed by the following rules:

A. From January 1, 1950 to May 15, 1950, employees may take their vacations in the order of their applications regardless of seniority. Such vacations must be taken previous to May 15.

B. During March, employees, upon application and according to seniority, will be assigned dates for vacations from May 15 to the end of the year.

C. After April 1, 1950, vacation dates will be assigned in the order of application if there are no conflicts with previously assigned dates. If so, employee is to select some other date.

D. Employees are to apply to their Foreman for vacation dates.

E. Foremen are to post vacation schedules in each department.

F. Vacations must be taken; they cannot be worked.

## Solvay Now Offers "Thrifty Nut" Coke

Milwaukee Solvay Coke Company has developed a new sized coke called "Thrifty Nut", which will be sold at a reduced price of $16.90 per ton, delivered, retail.

This coke is especially sized for use in small warm air furnaces, small hot water boilers, heating and cooking stoves, and for banking fires overnight. "Thrifty Nut" will reduce the cost of heating in appliances where it can be used effectively. Try a ton and reduce your heating expense by contacting your dealer or if you are an employee, through the Milwaukee Solvay Coke Company.

Employee's discount will apply on "Thrifty Nut Coke" as well as on other sized cokes produced by the Company.

#### Reduces Heating Costs

"Thrifty Nut", as the name implies, is a small nut sized coke. It is believed there are many people who can take advantage of this small size and reduce their heating costs if they have in use small sized fire boxes and also small opening grates. In addition, "Thrifty Nut" will serve as a good banking fuel for the purpose of holding overnight fires at a low rate of combustion.

## Louis Kreuz Named Company President



Louis G. Kreuz

Mr. Louis G. Kreuz, vice president and general manager of the Milwaukee Solvay Coke Company since May 1, 1949, has been moved up to the job of president of the Company. This action was taken by the Board of Directors on Tuesday, January 17.

As Mr. Kreuz takes over direction of the Coke Plant he has to contend with the new conditions brought about by the introduction of natural gas here in the City of Milwaukee. Being well-versed in the business of gas manufacture, Mr. Kreuz is confident of continuing the Company as an asset in the community and as a valuable standby gas supply unit for the Milwaukee Gas Light Company.

A former University of Wisconsin man, Mr. Kreuz returned to this State when he was relieved of his assignment with the Michigan Consolidated Company in Detroit, Michigan, to take over his new duties with the Company last May. He had served for 30 years in various positions in gas and coke manufacturing with affiliated companies.

Mr. Kreuz is an outdoor and sports fan, and one can spend some very interesting hours with him on the subjects of sports and outdoor life. While an engineering student at the University of Wisconsin, he was active in sports and is listed as one of the star athletes of that time.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 3 of 3   Document 50-49

WG-ANR-00004840