# EXHIBIT 39

# Milwaukee Gas Light Company



Annual Report 1953

Case 2:20-cv-01334-SCD    Filed 01/27/23    Page 2 of 17    Document 50-52

WG-ANR-00048378

# ANNUAL REPORT TO STOCKHOLDERS

## 1953



# MILWAUKEE GAS LIGHT COMPANY
*A Subsidiary of*
AMERICAN NATURAL GAS COMPANY

This report is submitted for general information, and not in connection with, or to induce, any sale or offer to sell or to buy any securities.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 3 of 17   Document 50-52

WG-ANR-00048379

# MILWAUKEE GAS LIGHT COMPANY

## BOARD OF DIRECTORS

E. Gordon Black
Dudley B. W. Brown
William C. Buchanan
John Dern

Henry Fink
Ralph T. McElvenny
F. Wayne Sharp
Chester O. Wanvig

William G. Woolfolk

## OFFICERS

| | |
|---|---|
| Dudley B. W. Brown | President |
| E. Gordon Black | Vice President and Treasurer |
| Erwin C. Brenner | Vice President — Operations |
| Bernard T. Franck | Vice President — Sales |
| John J. Dolan | Vice President — Personnel |
| Paul J. Imse | Vice President and Secretary |
| Rickard H. Lauritzen | Assistant Secretary and Attorney |
| Earl G. Frank | Assistant Secretary and Assistant Treasurer |
| Robert J. Johnson | Assistant Secretary and Assistant Treasurer |
| Magnus Andersen | Assistant Treasurer |
| Carl Claussen | Assistant Secretary |
| Hugh C. Daly | Assistant Secretary |

### GENERAL OFFICE
626 East Wisconsin Avenue, Milwaukee 1, Wisconsin.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 4 of 17   Document 50-52

WG-ANR-00048380

# MILWAUKEE GAS LIGHT COMPANY

## Report to Stockholders

The year 1953 was the 102nd year of service of the Milwaukee Gas Light Company and its fourth year of natural gas distribution. Sales of gas, both in volume and dollars, again reached new peaks.

During the year a program designed to greatly increase the natural gas supply of the Company was commenced by the American Natural Gas Company system, of which this Company is a part.

### EARNINGS

Net income for 1953 was $1,919,556, comprised of $1,687,931 earnings from utility operations and $231,625 of dividends, after applicable income tax, from Milwaukee Solvay Coke Company. This compares with net income for the preceding year of $1,744,096, of which $1,549,531 was from utility earnings and $194,565 from dividends, after income tax, from the Coke Company.

### OPERATING REVENUES

Operating revenues for 1953 totaled $23,114,691 compared with $20,990,770 for the preceding year. A rate increase authorized in February, 1953 by the Public Service Commission of Wisconsin added approximately $1,290,000 to operating revenues for the year.

At the close of the year the company had 231,668 customers, up 2,635 from the close of the preceding year. The continuation of restrictions on space heating was a retarding influence on the rate at which new customers were added. An order of the Public Service Commission of Wisconsin dated November 25, 1953, implementing a revision in the tariff of Michigan Wisconsin Pipe Line Company, from which Milwaukee Gas Light receives its natural gas supply, permitted the connection of 1,910 additional spaceheating customers. Not all of these, however, were able to install equipment in time to benefit the 1953 spaceheating load. At the end of 1953 there were 58,129 residential and commercial spaceheating customers, constituting 25% of the total number of customers in these categories.

Natural gas sales for 1953 were 197,170,000 therms, an increase of 12,800,000 therms over 1952.

The peak day sendout of natural gas, on December 17, 1953, reached a new high of 1,152,000 therms, exceeding 1952 by 135,000 therms. The extensive storage fields operated by Michigan Wisconsin Pipe Line Company were very valuable in meeting the heavy peak day requirements.

### GAS SUPPLY

The Company needs large additional supplies of natural gas to meet the demands of its markets. At the close of 1953 approximately 12,000 unsolicited applications for spaceheating were on hand and, with adequate supplies of natural gas, the Company could readily double the number of its customers who would use this clean, convenient and efficient fuel for house heating and other domestic purposes. A large unfilled industrial market also exists.

3

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 5 of 17   Document 50-52

WG-ANR-00048381

In order to procure additional supplies of gas to meet the constantly increasing requirements of the market areas served by the American Natural Gas Company system, American Natural formed a new subsidiary, American Louisiana Pipe Line Company, which has entered into long-term contracts for approximately three trillion cubic feet of gas reserves in southern Louisiana. American Louisiana's application for authorization to construct and operate a new pipe line with an initial capacity of 300 million cubic feet of gas a day is now the subject of hearings before the Federal Power Commission. Construction of the proposed pipe line is expected to be completed in 1955. Gas deliveries by the new line to Michigan Wisconsin Pipe Line Company will permit removal of all restrictions on gas sales by Milwaukee Gas Light and make available the large volumes of natural gas required for the future growth of the Company.

## OPERATING EXPENSES

Operating expenses for 1953 were $20,288,787, an increase of $1,900,403 over the preceding year. This rise was occasioned principally by an increase in the unit cost of gas, additional volumes of gas purchased, as well as higher payroll, tax, and depreciation costs.

The cost of natural gas for 1953 was 35¢ per thousand cubic feet as compared with 31.5¢ for most of 1952, an increase of $771,593 in this item of expense for 1953. The current pipe line rate is effective under bond conditioned to require the refund to the distributing companies of any portion of the rate which the Federal Power Commission or the courts may ultimately find is not justified. Oral argument on the pending rate case of the pipe line was held before the Federal Power Commission on February 18, 1954.

During the year distribution facilities were strengthened and improved and a comprehensive program of main and service inspection pursued. Maintenance expenses increased $359,831 over the previous year, principally as a result of extensive clamping of mains made necessary as a result of the relatively recent introduction of natural gas service. These higher costs were partially offset by a $104,070 reduction in operating expenses. In the aggregate, operation and maintenance expenses were $255,761 higher in 1953 than in 1952.

## PROPERTY AND CONSTRUCTION

Utility plant aggregated $61,989,512 at December 31, 1953 and includes an expenditure of $5,625,170 during the year for additions and replacements, of which $4,539,269 was for gas mains and services. Retirements of property amounted to $630,404. Gas main construction included a new twenty-inch main connecting with the Michigan Wisconsin pipe line. This is the fourth, and second major, connection to the supplier's line and brings near completion an integrated and protective system of distributing natural gas to all portions of the Company's franchise area.

## RATES

On February 16, 1953, the Public Service Commission of Wisconsin issued an order authorizing interim rates estimated to provide the Company additional annual revenues of approximately $2,000,000 and to yield a return of 6.2% on the rate base. Under the Commission's order, the new rates did not become fully effective until the latter part of March, 1953. As a result, additional revenues from this increase were realized only in the last nine months of the year.

The revenues collected under the interim rates are subject to such refunds, if any, as may be required upon final determination of rates by the Commission. The Commission's order held open the determination of proper zone rates within the franchise area. Further hearings on this subject will be held before final zone rates are fixed.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 6 of 17   Document 50-52

WG-ANR-00048382

## FINANCING

To finance temporarily the Company's construction program in 1953 and 1954 and to repay bank loans of $1,900,000, a loan agreement with six banks was entered into as of August 1, 1953. The agreement permits the Company to borrow an aggregate of $9,000,000 on notes bearing interest at $3\frac{1}{4}\%$ per annum and maturing August 1, 1954. At the close of the year $5,400,000 had been borrowed under this agreement. It is contemplated that long-term financing to retire the bank loans will be undertaken prior to the maturity of the loan agreement unless the notes are extended.

## OPERATIONS OF SUBSIDIARY

Milwaukee Solvay Coke Company is engaged in the production and sale of foundry, blast furnace, industrial and domestic coke, coke oven gas, and coal chemicals. The coal chemicals include ammonia, benzol, toluol, xylol, and pyridine. All of its common stock is owned by Milwaukee Gas Light Company.

Earnings of Milwaukee Solvay Coke Company for 1953 were $555,112, an increase of $88,218 over the preceding year.

During the year 261,241 tons of furnace coke were sold to steel mills, which established a new record for the Coke Company. Over 500 industries having foundry operations were served and the company's products were distributed in twenty-five states as far west as California and to four provinces in Canada. Due to reduced demand by steel companies, sales of coke have declined very substantially in recent months but it is expected that the market may improve later in the year.

As a protection to the firm customers of the Gas Company, the producer gas and liquefied petroleum plants of the Coke Company are maintained in operating condition in order to furnish additional gas if needed. The Coke Company receives an annual fee from the Gas Company for this standby service.

Hearings before the Securities and Exchange Commission with respect to the retainability of the Coke Company within the American Natural Gas Company system, under the integration standards of Section 11 of the Holding Company Act, were concluded in 1953. In an opinion dated January 22, 1954, the Commission announced its decision permitting retention, reserving jurisdiction to reconsider the matter in the event of changed conditions.

*Dudley B. W. Brown*
President

March 17, 1954.

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 7 of 17   Document 50-52

WG-ANR-00048383



SERVICE AREA
OF
MILWAUKEE GAS LIGHT COMPANY
1953

— MAIN FEEDER LINES
▓ FRANCHISE AREA BOUNDARIES
- - - MICHIGAN-WISCONSIN PIPELINE

SCALE: 0 1 2 3 4 MILES

6

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 8 of 17   Document 50-52

WG-ANR-00048384

# AUDITORS' CERTIFICATE

*To the Board of Directors,*
  *Milwaukee Gas Light Company:*

We have examined the statements of financial position as of December 31, 1953, of MILWAUKEE GAS LIGHT COMPANY and of its subsidiary, MILWAUKEE SOLVAY COKE COMPANY (Wisconsin corporations), and the related statements of income and earnings retained in the business for the year then ended. Our examination was made in accordance with generally accepted auditing standards, and accordingly included such tests of the accounting records and such other auditing procedures as we considered necessary in the circumstances. We previously had made similar examinations for the year ended December 31, 1952.

In our opinion, the accompanying statements of financial position and statements of income and earnings retained in the business were prepared in conformity with generally accepted accounting principles applied on a basis consistent with that of the preceding year and present fairly the financial positions of the Company and its subsidiary as of December 31, 1953, and the results of their operations for the year then ended.

ARTHUR ANDERSEN & CO.

Milwaukee, Wisconsin,
February 24, 1954.

## PROPERTY AND OTHER ASSETS

|  | December 31 | |
|---|---:|---:|
|  | 1953 | 1952 |
| **UTILITY PLANT,** at original cost | $61,989,512 | $56,994,746 |
| Less—Reserve for depreciation | 11,388,815 | 10,864,924 |
|  | $50,600,697 | $46,129,822 |
| **INVESTMENT** in Milwaukee Solvay Coke Company, 100% common stock interest, at cost | $ 4,372,472 | $ 4,372,472 |
| **CURRENT ASSETS:** | | |
| Cash | $ 1,795,539 | $ 1,574,441 |
| Accounts receivable, less reserves of $37,375 and $41,420, respectively | 2,917,318 | 2,604,495 |
| Materials and supplies | 1,711,899 | 2,092,228 |
| Prepayments | 68,289 | 86,416 |
|  | $ 6,493,045 | $ 6,357,580 |
| **DEFERRED CHARGES:** | | |
| Natural gas conversion costs and related expenses, being amortized | $ 3,174,823 | $ 3,663,253 |
| Debt discount, redemption premium and expense, applicable to refunded issue, being amortized | 228,546 | 332,946 |
| Other | 179,112 | 117,454 |
|  | $ 3,582,481 | $ 4,113,653 |
|  | $65,048,695 | $60,973,527 |

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 10 of 17   Document 50-52

WG-ANR-00048386

# LIGHT COMPANY
## ANCIAL POSITION

### STOCKHOLDERS' EQUITY AND LIABILITIES

|  | December 31 | |
|---|---:|---:|
|  | 1953 | 1952 |
| **STOCKHOLDERS' EQUITY:** | | |
| Common stock, par value $12 per share—authorized 2,000,000 shares—outstanding 1,613,408 shares | $19,360,896 | $19,360,896 |
| Earnings retained in the business ($1,100,326 restricted by indenture provisions against cash dividends on common stock) | 3,355,272 | 3,049,124 |
| Total stockholders' equity | $22,716,168 | $22,410,020 |
| **LONG-TERM DEBT:** | | |
| First mortgage bonds, 3⅛% series due 1975 | $26,528,000 | $27,000,000 |
| 3⅜% sinking fund debentures due 1970 | 5,640,000 | 5,760,000 |
|  | $32,168,000 | $32,760,000 |
| **NOTES PAYABLE TO BANKS**, 3¼%, due August 1, 1954 | $ 5,400,000 | $ 1,000,000 |
| **OTHER LIABILITIES:** | | |
| Current maturities of long-term debt | $    120,000 | $          — |
| Accounts payable | 1,121,390 | 1,390,362 |
| Due to Milwaukee Solvay Coke Company | 17,549 | 28,973 |
| Dividends declared | 403,352 | 403,352 |
| Customers' deposits | 55,563 | 54,242 |
| General taxes | 46,408 | 51,658 |
| Federal and State income taxes | 2,104,665 | 1,799,281 |
| Interest | 213,965 | 187,284 |
| Other | 356,152 | 567,143 |
|  | $ 4,439,044 | $ 4,482,295 |
| **RESERVES** | $     67,835 | $     71,714 |
| **CONTRIBUTIONS IN AID OF CONSTRUCTION** | $    257,648 | $    249,498 |
|  | $65,048,695 | $60,973,527 |

9

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 11 of 17   Document 50-52

WG-ANR-00048387

# MILWAUKEE GAS LIGHT COMPANY

## STATEMENT OF INCOME

|  | Year Ended December 31 | |
|---|---:|---:|
|  | 1953 | 1952 |
| **OPERATING REVENUES** | $23,114,691 | $20,990,770 |
| **OPERATING EXPENSES:** | | |
| Gas purchased | $ 8,497,475 | $ 7,240,191 |
| Operation | 5,454,473 | 5,558,543 |
| Maintenance | 1,946,346 | 1,586,515 |
| Amortization of natural gas conversion costs and related expenses | 488,431 | 488,431 |
| Depreciation | 1,081,128 | 951,932 |
| Taxes— | | |
|    State, local and miscellaneous Federal | 1,111,434 | 1,065,272 |
|    Federal and State income | 1,709,500 | 1,497,500 |
|      Total operating expenses | $20,288,787 | $18,388,384 |
|      Operating income | $ 2,825,904 | $ 2,602,386 |
| **OTHER INCOME** (net) | 115,180 | 103,402 |
|      Gross income | $ 2,941,084 | $ 2,705,788 |
| **INCOME DEDUCTIONS:** | | |
| Interest on long-term debt | $ 1,036,990 | $ 1,041,986 |
| Amortization of debt discount, premium and expense | 106,410 | 106,606 |
| General interest | 82,205 | 5,599 |
| Interest charged to construction—credit* | 7,424* | 15,963* |
| Other | 34,972 | 18,029 |
|      Total income deductions | $ 1,253,153 | $ 1,156,257 |
| **NET INCOME FROM UTILITY OPERATIONS** | $ 1,687,931 | $ 1,549,531 |
| **DIVIDENDS** from Milwaukee Solvay Coke Company, less Federal income taxes | 231,625 | 194,565 |
| **NET INCOME** | $ 1,919,556 | $ 1,744,096 |

NOTE: The Public Service Commission of Wisconsin on February 16, 1953, authorized interim rates designed to produce additional revenues of approximately $2,000,000 annually. The revenues collected under the interim rates are subject to such refunds, if any, as may be required upon the final determination of rates by the Commission.

10

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 12 of 17   Document 50-52

WG-ANR-00048388

# MILWAUKEE GAS LIGHT COMPANY

## STATEMENT OF EARNINGS RETAINED IN THE BUSINESS

Year Ended December 31, 1953

| | |
|---|---:|
| **BALANCE—DECEMBER 31, 1952** | $3,049,124 |
| **NET INCOME** | 1,919,556 |
| | $4,968,680 |
| **DIVIDENDS ON COMMON STOCK** | 1,613,408 |
| **BALANCE—DECEMBER 31, 1953** ($1,100,326 restricted by indenture provisions against cash dividends on common stock) | $3,355,272 |

11

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 13 of 17   Document 50-52

WG-ANR-00048389

# MILWAUKEE SOLVAY COKE COMPANY

## BOARD OF DIRECTORS

| | |
|---|---|
| E. Gordon Black | Henry Fink |
| Dudley B. W. Brown | Peter J. Haeffner |
| Ernest F. Burdick | Louis G. Kreuz |
| John Dern | Ralph T. McElvenny |

F. Wayne Sharp

## OFFICERS

| | |
|---|---|
| Louis G. Kreuz | President |
| Ernest F. Burdick | Executive Vice President |
| Owen J. Pritchard | Vice President — Operations |
| Fred H. Bohl | Vice President — Sales, Coal Purchases and Traffic |
| Alfred Brill | Vice President — Industrial and Personnel Relations |
| Peter J. Haeffner | Secretary and Treasurer |
| Lawrence J. Bennett | Assistant Secretary and Assistant Treasurer |
| Carl Claussen | Assistant Secretary and Assistant Treasurer |
| Hugh C. Daly | Assistant Secretary |

**GENERAL OFFICE**
311 East Greenfield Avenue, Milwaukee 1, Wisconsin

**SALES OFFICE**
740 North Milwaukee Street, Milwaukee 1, Wisconsin

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 14 of 17   Document 50-52

WG-ANR-00048390

# MILWAUKEE SOLVAY COKE COMPANY
## STATEMENT OF FINANCIAL POSITION
### PROPERTY AND OTHER ASSETS

|  | December 31 1953 | December 31 1952 |
|---|---:|---:|
| **PROPERTY, PLANT AND EQUIPMENT,** at cost | $11,233,396 | $11,038,828 |
| Less—Reserve for depreciation | 8,143,512 | 8,094,684 |
|  | $ 3,089,884 | $ 2,944,144 |
| **CURRENT ASSETS:** |  |  |
| Cash | $ 655,459 | $ 569,573 |
| United States Government securities | 1,196,059 | 497,936 |
| Accounts receivable, less reserve of $3,785 | 537,803 | 997,004 |
| Due from Milwaukee Gas Light Company | 17,549 | 28,973 |
| Materials and supplies | 2,996,889 | 3,397,301 |
| Prepayments | 44,588 | 51,750 |
|  | $ 5,448,347 | $ 5,542,537 |
|  | $ 8,538,231 | $ 8,486,681 |

### STOCKHOLDERS' EQUITY AND LIABILITIES

|  | December 31 1953 | December 31 1952 |
|---|---:|---:|
| **STOCKHOLDERS' EQUITY:** |  |  |
| Common stock, par value $100 per share—authorized and outstanding, 35,000 shares | $ 3,500,000 | $ 3,500,000 |
| Earnings retained in the business ($1,171,694 restricted by bank loan agreement against cash dividends on common stock) | 2,138,914 | 1,833,802 |
| Total stockholders' equity | $ 5,638,914 | $ 5,333,802 |
| **NOTES PAYABLE TO BANKS,** 3%, 3¼%, maturing serially to 1956 | 600,000 | 900,000 |
| Total capitalization | $ 6,238,914 | $ 6,233,802 |
| **CURRENT LIABILITIES:** |  |  |
| Current maturities of notes payable | $ 300,000 | $ 300,000 |
| Accounts payable | 86,452 | 39,968 |
| Dividend payable | 62,500 | — |
| Customer advances | — | 525,000 |
| General taxes | 288,143 | 277,672 |
| Federal and State income taxes | 921,212 | 584,615 |
| Other | 268,099 | 277,363 |
|  | $ 1,926,406 | $ 2,004,618 |
| **RESERVES** | $ 372,911 | $ 248,261 |
|  | $ 8,538,231 | $ 8,486,681 |

13

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 15 of 17   Document 50-52

WG-ANR-00048391

# MILWAUKEE SOLVAY COKE COMPANY

## STATEMENT OF INCOME

|  | Year Ended December 31 | |
|---|---:|---:|
|  | 1953 | 1952 |
| **OPERATING REVENUES:** | | |
| Coke and coal chemicals | $12,408,288 | $11,071,810 |
| Gas | 781,540 | 778,093 |
| Total operating revenues | $13,189,828 | $11,849,903 |
| **OPERATING EXPENSES:** | | |
| Operation | $10,370,644 | $ 9,448,799 |
| Maintenance | 966,397 | 964,412 |
| Depreciation | 129,371 | 121,736 |
| Taxes— | | |
| State, local and miscellaneous Federal | 321,337 | 321,245 |
| Federal and State income | 639,702 | 416,850 |
| Federal excess profits | 98,300 | — |
| Provision for deferred income taxes | 123,623 | 104,751 |
| Total operating expenses | $12,649,374 | $11,377,793 |
| Operating income | $ 540,454 | $ 472,110 |
| **OTHER INCOME** (net) | 44,658 | 32,198 |
| Gross income | $ 585,112 | $ 504,308 |
| **INTEREST DEDUCTIONS** | 30,000 | 37,414 |
| **NET INCOME** | $ 555,112 | $ 466,894 |

NOTE: The Company has a Certificate of Necessity covering the construction of certain facilities. It has charged to income as a provision for deferred income taxes, and credited to a reserve, an amount equal to the reduction in income taxes due to the accelerated amortization of these facilities over a five-year period as permitted for tax purposes.

14

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 16 of 17   Document 50-52

WG-ANR-00048392

# MILWAUKEE SOLVAY COKE COMPANY

## STATEMENT OF EARNINGS RETAINED IN THE BUSINESS

Year Ended December 31, 1953

| | |
|---|---:|
| **BALANCE—DECEMBER 31, 1952** | $1,833,802 |
| **NET INCOME** | 555,112 |
| | $2,388,914 |
| **DIVIDENDS ON COMMON STOCK** | 250,000 |
| **BALANCE—DECEMBER 31, 1953** ($1,171,694 restricted by bank loan agreement against cash dividends on common stock) | $2,138,914 |

15

Case 2:20-cv-01334-SCD   Filed 01/27/23   Page 17 of 17   Document 50-52

WG-ANR-00048393