UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

WISCONSIN GAS LLC,

        Plaintiff,

        v.                                    Case No. 2:20-cv-1334

AMERICAN NATURAL RESOURCES
COMPANY

        Defendant.

---

## JOINT NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Wisconsin Gas LLC ("Wisconsin Gas"), by and through its undersigned counsel, and American Natural Resources Company ("ANR"), by and through its undersigned counsel, jointly stipulate and agree that this action be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 23, 2024

| | |
|---|---|
| */s/ Joseph A. Cancila* | */s/ James F. Thompson* |
| Joseph A. Cancila | SHOOK, HARDY & BACON LLP |
| Matthew Kennison | James F. Thompson |
| RILEY SAFER HOLMES & CANCILA LLP | Mitchell F. Engel |
| 1 South Dearborn, Suite 2200 | Dalton R. Mott |
| Chicago, IL 60603 | 2555 Grand Boulevard |
| (312) 471-8700 | Kansas City, Missouri 64108 |
| (312) 471-8701 (fax) | Telephone: 816.474.6550 |
| jcancila@rshc-law.com | jfthompson@shb.com |
| mkennison@rshc-law.com | mengel@shb.com |
| | dmott@shb.com |
| James Goldschmidt | |
| QUARLES & BRADY LLP | *Attorneys for American Natural Resources Company* |
| 411 E. Wisconsin Avenue, Suite 2400 | |
| Milwaukee, WI 53202 | |
| (414) 277-5663 | |
| james.goldschmidt@quarles.com | |
| *Attorneys for Wisconsin Gas LLC* | |